IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
EASTERN DIVISION

2007 FEB -2 P 3: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| STEPHEN L. THOMAS, as the Personal | ) | 3:07 CV95 - MHT |
| Representative and Administrator of the | ) | |
| Estate of JANA E. THOMAS, deceased, | ) | |
| T.T. ▮▮▮▮▮▮▮ a minor, by and | ) | |
| through her next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| H.T. ▮▮▮▮▮▮▮, a minor by and | ) | |
| through his next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| M & M TRUCKING COMPANY, INC.; | ) | |
| DARREL L. MCDONEL; ROLLEN | ) | |
| ROCK, INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLEN ROCK, INC.; ROLLING ROCK, | ) | |
| INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLING ROCK, INC.; JEFF FAIR; | ) | |
| NATIONWIDE MUTUAL INSURANCE | ) | |
| COMPANY; and FARMERS | ) | |
| INSURANCE EXCHANGE, | ) | |
| | ) | |
| Defendants. | ) | |

## **COMPLAINT FOR DECLARATORY JUDGMENT**

COMES NOW the Plaintiff, Canal Insurance Company, by and through its

undersigned counsel of record, and files this Complaint for Declaratory Judgment.

1

## PARTIES

1.    Canal Insurance Company (hereinafter "Canal") is a South Carolina Corporation with its principal place of business in Greenville, South Carolina. Canal was qualified and engaged in the business of writing insurance in the State of Alabama at all times referred to herein.

2.    Stephen L. Thomas, as Personal Representative and Administrator of the Estate of Jana E. Thomas, deceased, is a citizen of the State of Alabama, with his residence in Lee County, Alabama.

3.    **T.T.** ██████████ a minor, by and through her next friend and father, Stephen L. Thomas, is a resident of the State of Alabama and resides in Lee County, Alabama.

4.    **H.T.** ██████████ a minor by and through is next friend and father, Stephen L. Thomas, is a resident of the State of Alabama and resides in Lee County, Alabama.

5.    M & M Trucking Company, Inc., is an Alabama corporation with its principal place of business in Lee County, Alabama.

6.    Darrel L. McDonel is a resident of the State of Alabama and resides in Elmore County, Alabama.

7.    Rollen Rock, Inc., is an Alabama corporation with its principal place of

2

business in Lee County, Alabama.

8.    Brett McAnally d/b/a Rollen Rock, Inc., is a resident of the State of Alabama and resides in Lee County, Alabama.

9.    Jeff Fair is a resident of the State of Alabama and resides in Lee County, Alabama.

10.    Nationwide Mutual Insurance Company is a foreign corporation with its principal place of business in Columbus, Ohio.

11.    Farmers Insurance Exchange is an inter-insurance exchange with its principal place of business in Los Angeles, California.

## JURISDICTION AND VENUE

12.    This is a Declaratory Judgment action brought pursuant to 28 U.S.C. §2201 *et seq.*, and Rule 57 of the Federal Rules of Civil Procedure.

13.    This lawsuit involves an insurance coverage dispute that is premised on three (3) underlying lawsuits (hereinafter, "the underlying lawsuits") styled *Stephen L. Thomas, as the Personal Representative and Administrator of the Estate of Jana E. Thomas, deceased,* ███████ **T.T.** *a minor by and through her next friend and father, Stephen L. Thomas,* ███████ **H.T.** *a minor, by and through his next friend and father, Stephen L. Thomas v. M & M Trucking Company, Inc.; Darrel L. McDonel; Rollen Rock, Inc.; Brett McAnally d/b/a Rollen Rock, Inc.; Rolling Rock,*

*Inc.; Brett McAnally d/b/a Rolling Rock, Inc.,* in the Circuit Court of Lee County, Alabama, bearing Civil Action Number: CV-05-771 (hereinafter, "the Thomas Lawsuit"); *Jeff Fair v. Darrel Lee McDonel; M & M Trucking Company,* in the Circuit Court of Lee County, Alabama, bearing Civil Action Number CV-06-403 (hereinafter, "the Fair Lawsuit"); and *Nationwide Mutual Insurance Company and Jeffrey Fair v. M & M Trucking Company, Inc., and Darrel L. McDonel,* in the Circuit Court of Lee County, Alabama, bearing Civil Action Number CV-06-526 (hereinafter, "the Nationwide Lawsuit").

14.    Jurisdiction in this matter is premised on diversity of citizenship pursuant to 28 U.S.C. §1332(a)(1).

15.    Complete diversity exists in this matter and the amount in controversy exceeds Seventy-Five Thousand and no/100 Dollars ($75,000) exclusive of interest and costs.

16.    Venue in this matter is appropriate pursuant to 28 U.S.C. §1391.

## FACTS

17.    On November 25, 2005, Stephen L. Thomas filed the Thomas Lawsuit in the Circuit Court of Lee County, Alabama against M & M Trucking Company, Darrel L. McDonel, Farmers Insurance Exchange, and twenty (20) fictitious party defendants. A copy of the Complaint in the Thomas lawsuit is attached hereto as

4

"Exhibit 1".

18.    Subsequently, Stephen Thomas filed an Amended Complaint on May 24, 2006, adding as additional defendants, Rollen Rock, Inc., Brett McAnally d/b/a Rollen Rock, Inc., Rolling Rock, Inc., and Brett McAnally d/b/a Rolling Rock, Inc. A copy of the Amended Complaint in the Thomas Lawsuit is attached hereto as "Exhibit 2."

19.    On June 13, 2006, Jeff Fair filed a Complaint in the Circuit Court of Lee County, Alabama against Daryl Lee McDonald and M & M Trucking Company and 26 fictitious defendants. A copy of the Fair Lawsuit is attached as "Exhibit 3."

20.    On August 1, 2006, Nationwide Mutual Insurance Company and Jeffrey Fair filed a Complaint in the Circuit Court of Lee County, Alabama against M & M Trucking Company, Inc., and Daryl L. McDonald. A copy of the Complaint in the Nationwide Lawsuit is attached hereto as "Exhibit 4."

21.    The allegations in all of the underlying lawsuits are essentially the same. The Thomas Lawsuit, Fair Lawsuit and Nationwide Lawsuit all allege that on or about October 24, 2005, Darrel McDonel was operating a motor vehicle in the line and scope of his employment with M & M Trucking Company, Inc., during which time McDonel negligently and/or wantonly allowed the truck to strike motor vehicles being driven by Jana E. Thomas, and in which minor Plaintiffs **T.T.** ███████ and

5

**H.T.**

were riding, and a vehicle being driven by Jeffrey Fair. The Thomas

Lawsuit and Fair Lawsuit also allege causes of action against M & M Trucking

Company, Inc., based upon the principal of *respondeat superior*. Furthermore, the

Thomas Lawsuit alleges causes of action against Rollen Rock, Inc., Brett McAnally

d/b/a Rollen Rock, Inc., Rolling Rock, Inc., and Brett McAnally d/b/a Rolling Rock,

Inc., on various other theories related to the ownership and maintenance of the motor

vehicle McDonel was operating at the time of the accident.

22.    The underlying lawsuits assert various causes of action and demand

judgment against Darrel McDonel, M & M Trucking Company, Inc., Rollen Rock,

Inc., Brett McAnally d/b/a Rollen Rock, Inc., Rolling Rock, Inc., Brett McAnally

d/b/a Rolling Rock, Inc., and Farmers Insurance Exchange for compensatory and

punitive damages arising out of damages allegedly sustained in the accident.

23.    Canal issued a Basic Automobile Liability Policy to M & M Trucking,

Inc., bearing Policy Number 373790 (hereinafter, "the Canal Policy") with effective

dates of coverage from November 19, 2004 through November 19, 2005. A true and

correct copy of the Canal Policy is attached hereto as "Exhibit 5."

24.    The Canal Policy issued to M & M Trucking, Inc., contains the following

terms, conditions, provisions and endorsements:

**SECTION A - BASIC AUTOMOBILE LIABILITY INSURANCE**

## I.  COVERAGE A - BODILY INJURY LIABILITY - - COVERAGE B - PROPERTY DAMAGE LIABILITY:

The company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay as damages because of

### bodily injury or property damage

to which this insurance applies, caused by an **occurrence** and arising out of the ownership, maintenance or use, including loading and unloading, for the purposes stated as applicable thereto in the declarations, of an **owned automobile** or of a **temporary substitute automobile**, and the company shall have the right and duty to defend any suit against the **insured** seeking damages on account of such **bodily injury** or **property damage**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

. . . . .

## IV.  LIMITS OF LIABILITY:  Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made or suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this policy applies, the company's liability is limited as follows:

**Coverage A** - The limit of **bodily injury** liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages, because of **bodily injury** sustained by one person as the result of any one **occurrence**; but subject to the above provision respecting "each person", the total liability of the company for all damages, including damages for care and loss of services, because of **bodily injury** sustained by two or more persons as the result of any one

7

**occurrence** shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence**".

**Coverage B -** The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence**."

**Coverages A and B -** For the purpose of determining the limit of the company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **occurrence**.

. . . . .

VI.    **DEFINITIONS:** When used in this policy (including endorsements forming a part hereof):

**"automobile"** means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include **mobile equipment**;

**"bodily injury"** means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

**"insured"** means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each **insured** against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

. . . . .

**"named insured"** means the person or organization named in Item 1 of the declarations of this policy;

8

"**occurrence**" means an accident, including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **insured**;

25.    The Canal Policy provides $1 million in combined single limits liability coverage per occurrence.

26.    There is a potential that damages awarded as a result of the three underlying actions may exceed the Canal Policy limits of $1 million per occurrence.

27.    Personal counsel for the named insured, Elizabeth McAdory Borg, has written to Canal asserting that the three underlying lawsuits were a result of two separate occurrences under the Canal Policy.

## BILL OF COMPLAINT

## COUNT ONE

## DECLARATORY JUDGMENT

28.    That the collisions made the basis of the three underlying lawsuits constitute a single accident or "occurrence" under the Canal Policy.

29.    Canal alleges that a justiciable controversy exists regarding its rights, duties and obligations under the applicable policy of insurance.

WHEREFORE, premises considered, Plaintiff Canal Insurance Company requests:

9

1.    That this Court take jurisdiction of this cause;

2.    That this Court Order, Adjudge and Decree that this is a proper cause for an action of Declaratory Judgment that there is a bonified controversy as to the legal rights, duties, status and liability;

3.    That the process of this Court will be issued to all of the Defendants, M & M Trucking Company, Inc.; Rollen Rock, Inc.; Brett McAnally d/b/a Rollen Rock, Inc.; Rolling Rock, Inc.; Brett McAnally d/b/a Rolling Rock, Inc.; Stephen L. Thomas; Jeff Fair; Nationwide Mutual Insurance Company and Farmers Insurance Exchange, as provided by law and the rules of this Court and that they each be required to plead or answer this Complaint for Declaratory Judgment within the time and manner required by law;

4.    That this Court stay entry of final judgment in the underlying lawsuits until all coverage issues are determined and declared by this Court;

5.    That upon a final hearing of this cause, this Court will declare the rights, duties, status and legal relations of Canal Insurance

Company and all named Defendants to this action under the applicable policy of insurance;

6. That upon a final decree of this cause, this Court will Order, Adjudge, Declare and Decree that the collisions made the basis of the underlying lawsuits constitute a single "occurrence" under the Canal Policy and that a single $1 million per occurrence policy limit applies; and

7. Canal Insurance Company requests any such other, further and different relief as it may be entitled to, and offers to due equity and further requests that it be mistaken in any special relief herein sought is denied, then it requests other, further or more general relief to which it may be entitled.

Respectfully submitted,

K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
ADAM M. MILAM (ASB-2597-M73A)
Attorneys for Plaintiff,
Canal Insurance Company

11

OF COUNSEL:

MILLER, HAMILTON,
SNIDER & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5226      fax

**Plaintiff's Address:**

Canal Insurance Company
P.O. Box 7
Greenville, SC 29602

**Please serve these Defendants by Certified Mail as follows:**

Steven L. Thomas

c/o David H. Marsh
Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Pkwy., Suite 600-D
Birmingham, AL 35209

M & M Trucking Company, Inc.
Rollen Rock, Inc.
Brett McAnally d/b/a Rollen Rock, Inc.
Rolling Rock, Inc.
Brett McAnally d/b/a Rolling Rock, Inc.
c/o Elizabeth McAdory Borg
THE MCADORY BORG LAWFIRM, P.C.
121 Mitchum Avenue
Auburn, AL 36830

Jeff Fair
c/o James B. Douglas, Jr.
P.O. Box 1423
Auburn, AL 36831-1423

Nationwide Mutual Insurance Company
c/o George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

Farmers Insurance Exchange
c/o Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243

Darrel L. McDonel
153 E. 6th Street
Prattville, AL 36067

# Exhibit 1

# IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

## CIVIL ACTION NO. _CV05-771_

**STEPHEN L. THOMAS**, as the Personal Representative and Administrator of the Estate of **JANA E. THOMAS**, deceased, ▮▮▮▮▮▮▮▮▮, a minor, by and through her Next Friend and Father, **STEPHEN L. THOMAS**, and ▮▮▮▮▮▮ H·T· ▮▮▮▮▮▮, a minor, by and through his Next Friend and Father, **STEPHEN L. THOMAS**,

Plaintiffs



FILED
NOV 2 9 2005

IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

vs.

**M & M TRUCKING COMPANY, INC.,**
**DARREL L. McDONEL,**
**FARMERS INSURANCE EXCHANGE,** and
**No. 1,** whether singular or plural, the driver of the motor vehicle which collided with plaintiffs and whose negligence caused the plaintiffs' injuries and/or death on the occasion made the basis of this suit;
**No. 2,** whether singular or plural, the owner of the motor vehicle which collided with plaintiffs on the occasion made the basis of this suit;
**No. 3,** whether singular or plural, that entity or those entities who or which afforded any insurance coverage to either the driver or the owner of the motor vehicle(s) involved in the occurrence made the basis of this lawsuit;
**No. 4,** whether singular or plural, that entity or those entities who or which provided maintenance and upkeep on the motor vehicle(s) involved in the occurrence made the basis of this lawsuit;
**No. 5,** whether singular or plural, that entity or those entities who or which did any repair work on the motor vehicle(s) involved in the occurrence made the basis of this complaint;
**No. 6,** whether singular or plural, that entity or those entities who or which manufactured and/or distributed the motor vehicle(s) involved in the occurrence made the basis of this lawsuit, or any of the component parts thereof;
**No. 7,** whether singular or plural, that entity or those entities who or which were the master or principal of the driver of the motor vehicle(s) involved in the occurrence made the basis of this lawsuit;
**No. 8,** whether singular or plural, that entity or those entities for whom the driver of the motor vehicle which collided with plaintiffs was performing some type of service or employment duty at the time of this collision;
**No. 9,** whether singular or plural, that entity or those entities who or which negligently entrusted the motor vehicle(s) involved in the occurrence made the basis of this lawsuit to the driver(s) thereof at the time of said occurrence;
**No. 10,** whether singular or plural, that entity or those entities on whose behalf the vehicle or vehicles involved in the collision made the basis of this lawsuit was being operated at the time of said occurrence;

-1-

**No. 11**, whether singular or plural, that entity or those entities who or which was responsible for the condition or state of repair of the vehicle(s) involved in the occurrence made the basis of this lawsuit;

**No. 12**, whether singular or plural, that entity or those entities, that individual or those individuals who or which repaired, altered, or maintained the vehicle(s) involved in the occurrence made the basis of this lawsuit;

**No. 13**, whether singular or plural, that entity or those entities who or which issued, or had a duty to issue, warnings or instructions regarding the use or operation of any of the vehicles involved in the occurrence made the basis of this lawsuit, any component part thereof, or any attendant equipment used or available for use therewith;

**No. 14**, whether singular or plural, that entity or those entities who or which tested, inspected, approved, or issued any approval of any of the vehicles involved in the occurrence made the basis of this lawsuit, any component part thereof, or any attendant equipment used or available for use therewith;

**No. 15**, whether singular or plural, that entity or those entities who or which had supervisory authority relating to the maintenance, operation, or to the selection, training and hiring of drivers of any of the vehicles involved in the occurrence made the basis of this lawsuit;

**No. 16**, whether singular or plural, that entity or those entities who or which issued any policy of insurance which provided coverage for plaintiffs' injuries and/or death on the occasion made the basis of this lawsuit (including, but not limited to, uninsured/underinsured motorist coverage);

**No. 17**, whether singular or plural, that entity or those entities who or which provided any insurance coverage for any of the motor vehicles involved in the occurrence made the basis of this lawsuit, for the driver of each respective motor vehicle or for any of the named Fictitious Party Defendants listed or described herein;

**No. 18**, whether singular or plural, that entity or those entities other than those entities described above whose breach of contract or warranty contributed to cause the occurrence made the basis of this lawsuit;

**No. 19**, whether singular or plural, that entity or those entities other than those entities described above, which is the successor in interest of any of those entities described above;

**No. 20**, whether singular or plural, that entity or those entities other than those entities described above, which was the predecessor corporation of any of the entities described above.

Plaintiffs aver that the identities of the Fictitious Party Defendants are otherwise unknown to plaintiffs at this time, or if their names are known to plaintiffs at this time their identities as proper party defendants are not known to plaintiffs at this time, but their true names will be substituted by amendment when ascertained.

Defendants

-2-

# **COMPLAINT**

## COUNT ONE

1.      On or about October 24, 2005, upon a public highway, to-wit, Marvyn Parkway at the intersection of Williamson Avenue, in the City of Opelika, Lee County, Alabama, defendant, **DARREL L. McDONEL**, negligently caused or allowed a motor vehicle to collide with a motor vehicle driven by plaintiff's decedent, **JANA E. THOMAS**, and in which plaintiffs, ▮▮▮▮ **T.T.** ▮▮▮▮ AND ▮▮▮▮▮▮ **H.T.**, were passengers. Said negligent conduct was a proximate cause of **JANA E. THOMAS'** death and ▮▮▮▮▮▮▮▮ **T.T.** AND ▮▮▮▮▮▮ **H.T.** injuries.

2.      On or about October 24, 2005, upon a public highway, to-wit, Marvyn Parkway at the intersection of Williamson Avenue, in the City of Opelika, Lee County, Alabama, defendant, **DARREL L. McDONEL**, willfully or wantonly caused or allowed a motor vehicle to collide with a motor vehicle driven by plaintiff's decedent, **JANA E. THOMAS**, and in which plaintiffs, **T.T.** ▮▮▮▮ AND **H.T.** ▮▮▮▮▮▮, were passengers. Said willful or wanton conduct was a proximate cause of **JANA E. THOMAS'** death and **T.T.** ▮▮▮▮ AND **H.T.** ▮▮▮▮▮▮ injuries.

3.      On or about October 24, 2005, upon a public highway, to-wit, Marvyn Parkway at the intersection of Williamson Avenue, in the City of Opelika, Lee County, Alabama, defendant, **DARREL L. McDONEL**, negligently, willfully or wantonly caused or allowed a motor vehicle to collide with a motor vehicle driven by plaintiff's decedent, **JANA E. THOMAS**, and in which plaintiffs, **T.T.** ▮▮▮▮ AND **H.T.** ▮▮▮▮▮▮, were passengers. Said negligent, willful or wanton conduct placed plaintiffs, **T.T.** ▮▮▮▮▮▮ AND **H.T.** ▮▮▮▮▮▮, in the zone of danger and in the immediate risk of physical

injury and the same inflicted upon them extreme mental anguish.

4.    At the aforesaid time and place, the defendant, **DARREL L. McDONEL**, was engaged in the regular course and scope of his employment for defendant, **M & M TRUCKING COMPANY, INC.** Therefore, defendant, **M & M TRUCKING COMPANY, INC.**, is vicariously liable for the actions and/or inactions of its driver/employee under the legal theories of agency and/or respondent superior.

5.    On or about October 24, 2005, the defendant, **M & M TRUCKING COMPANY, INC.**, was the owner of and had the right of control over the use of the motor vehicle driven by the defendant, **DARREL L. McDONEL**. Defendant, **M & M TRUCKING COMPANY, INC.**, as owner, negligently entrusted said vehicle to defendant, **DARREL L. McDONEL**, who negligently, willfully or wantonly operated said vehicle injuring plaintiffs, ▓▓▓▓▓▓ **AND** ▓▓▓▓▓▓▓▓, and causing the death of **JANA E. THOMAS**. Defendant entrusted said vehicle to **DARREL L. McDONEL** and is therefore liable to the plaintiffs. Said negligent entrustment was a proximate cause of **JANA E. THOMAS'** death and ▓▓▓▓▓▓▓ **AND** ▓▓▓▓▓▓▓ injuries.

6.    At the aforesaid time and place, and for sometime prior thereto, the defendant, **M & M TRUCKING COMPANY, INC.**, was the owner of said motor vehicle driven by defendant, **DARREL L. McDONEL**, being a 2001 dump truck, vehicle identification number 1NKDLBOX71J870128, and as such, had the authority to supervise the maintenance, operation, and repair of said motor vehicle and the hiring and training of drivers of motor vehicles operated by or on behalf of defendant, **M & M TRUCKING COMPANY, INC.** Said defendant negligently, willfully or wantonly exercised or failed to exercise said supervisory

-4-

control and said negligent, willful or wanton conduct was a proximate cause of **JANA E. THOMAS'** death and ▆▆▆▆▆ **T.T.** **AND** ▆▆▆▆▆ **H.T.** injuries.

7.     On or about October 24, 2005, and for sometime prior thereto, the defendants, **M & M TRUCKING COMPANY, INC.** and **DARREL L. McDONEL**, undertook and had a responsibility to inspect, advise and instruct the operators of its vehicles with regard to the safety and operation of its motor vehicles. Said defendants negligently, willfully or wantonly performed said safety inspections, instruction and training, and said negligent, willful or wanton conduct was a proximate cause of **JANA E. THOMAS'** death and ▆▆▆ **T.T.** ▆▆▆ **H.T.** **AND** ▆▆▆▆▆ injuries.

8.     **Defendant Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,** and **20,** whose more correct names and identities are unknown to plaintiffs, but who will be correctly named and identified when ascertained, are the respective entities who or which fit the descriptions above.

9.     Plaintiffs allege that **JANA E. THOMAS'** death and ▆▆▆ **T.T.** ▆▆▆ **H.T.** **AND** ▆▆▆▆▆ injuries were a proximate consequence of the negligent, willful, wanton or wrongful conduct of the defendants, **M & M TRUCKING COMPANY, INC., DARREL L. McDONEL,** and **Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,** and **20,** described above.

10.     The aforesaid wrongful, negligent, willful or wanton conduct of each of the above-described defendants, including the fictitious party defendants, combined and concurred, and as a proximate consequence thereof, plaintiff's decedent, **JANA E. THOMAS,** was injured and damaged as follows:

(a)     Decedent was caused to suffer extreme pain and anguish between the time of her injury and her death; and

-5-

(b)    Decedent was caused to die.

11.    The aforesaid wrongful, negligent or wanton conduct of each of the above-described defendants, including the fictitious party defendants, combined and concurred, and as a proximate consequence thereof, the plaintiff, ▮▮▮▮▮ T.T. ▮▮▮▮▮▮▮, was injured and damaged as follows:

(a)    Plaintiff was caused to suffer great pain and suffering, mental anguish and emotional distress;

(b)    Plaintiff was caused to be permanently injured; and

(c)    Plaintiff was caused to suffer abrasions and contusions to her body.

12.    The aforesaid wrongful, negligent or wanton conduct of each of the above-described defendants, including the fictitious party defendants, combined and concurred, and as a proximate consequence thereof, the plaintiff, ▮▮▮▮▮ H.T. ▮▮▮▮▮▮, was injured and damaged as follows:

(a)    Plaintiff was caused to suffer great pain and suffering, mental anguish and emotional distress;

(b)    Plaintiff was caused to be permanently injured; and

(c)    Plaintiff was caused to suffer abrasions and contusions to his body.

WHEREFORE, PREMISES CONSIDERED, plaintiffs demand judgment against each defendant, jointly and severally, and that damages be awarded to plaintiffs in an amount which will fairly and adequately compensate the plaintiffs for the injuries and damages sustained by plaintiffs and the death of plaintiff's decedent due to the defendants' reckless, willful, wanton and/or wrongful behavior, and in an amount which will adequately reflect the enormity of the defendants' wrongful act, and which will effectively prevent other similar wrongful acts.    Further, plaintiffs request that the Court enter judgment

-6-

consistent with the verdict, and that it also award plaintiffs interest from the date of judgment and the costs incurred by the court in managing this lawsuit.

COUNT TWO

13.    Plaintiffs aver that at all times referenced to herein they were insured by, or beneficiaries to, policies of insurance issued by the defendant, **FARMERS INSURANCE EXCHANGE**, under a policy of motor vehicle insurance, whereby said defendant was to provide the plaintiffs and plaintiff's decedent with protection against bodily injury, death, and property damage by uninsured and underinsured motorists for and in consideration of a premium paid to said defendant by the plaintiffs.

14.    Plaintiffs further aver that their injuries and plaintiff's decedent's death arose out of and were a proximate consequence of the negligent, willful or wanton conduct of defendants, **M & M TRUCKING COMPANY, INC. AND DARREL L. McDONEL**, uninsured or underinsured motorist as aforesaid; that, at the time of plaintiffs' injuries and plaintiff's decedent's death arising out of the wreck caused by **DARREL L. McDONEL**, plaintiffs' aforesaid policy of insurance was in full force and effect and all premiums were paid according to the terms of said policy; and that the defendant, **FARMERS INSURANCE EXCHANGE**, has failed to pay for said bodily injuries suffered by the plaintiffs and plaintiff's decedent's death.

WHEREFORE, PREMISES CONSIDERED, plaintiffs demand judgment against this defendant for uninsured/underinsured motorist benefits in the sum equal to the policy limits recoverable under each and every policy provided, including benefits afforded through stacking appropriate policies, together with interest from the date of injury and the costs of this proceeding.

-7-

**DAVID H. MARSH** (MAR020)


**JEFFREY C. RICKARD** (RIC025)
Attorneys for Plaintiffs


**OF COUNSEL:**

MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway
Suite 600-D
Birmingham, Alabama 35209
Tel:  205/879-1981
Fax:  205/879-1986


## JURY DEMAND

Plaintiffs hereby demand a struck jury for the trial in this cause.


Attorney for Plaintiffs

**PLAINTIFFS' ADDRESS:**

500 Old Columbus Road, Lot 6
Opelika, Alabama 36804

-8-

## SERVE DEFENDANTS BY CERTIFIED MAIL AS FOLLOWS:

**M & M TRUCKING COMPANY, INC.**
980 Lee Road 10
Auburn, Alabama 36830

**DARREL L. McDONEL**
153 East 6th Street
Prattville, Alabama 36067

**FARMERS INSURANCE EXCHANGE**
c/o The Corporation Company
2000 Interstate Park, Suite 204
Montgomery, Alabama 36109

# Exhibit 2

**IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA**

| | | |
|---|---|---|
| **STEPHEN L. THOMAS**, etc., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No.: CV-05-771 |
| | * | |
| **M & M TRUCKING COMPANY, INC.**, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

## PLAINTIFFS' FIRST AMENDMENT TO COMPLAINT

COME NOW the Plaintiffs in the above-styled cause and amend the original Complaint, a copy of which is attached, as follows:

1.    By adding as Defendants: **Rollen Rock, Inc., Brett McAnally d/b/a Rollen Rock, Inc., Rolling Rock, Inc. and Brett McAnally d/b/a Rolling Rock, Inc.**

2.    By adding thereto, the following language:  Plaintiffs assert each and every allegation in the original complaint jointly and severally against each Defendant.  Further, Plaintiffs adopt and re-allege all the counts of the original complaint, as if fully set out herein with respect to all Defendants, and adds the following counts:

## COUNT THREE

15.    On or about October 24, 2005, upon a public highway, to-wit, Marvyn Parkway at the intersection of Williamson Avenue, in the City of Opelika, Lee County, Alabama, Defendant, **Darrel L. McDonel**, negligently, willfully or wantonly caused or allowed a motor vehicle to collide with a

-1-

motor vehicle driven by Plaintiff's decedent, **Jana E. Thomas**, and in which

Plaintiffs, ~~T.T.~~ and ~~H.T.~~, were passengers. Said

negligent conduct was a proximate cause of **Jana E. Thomas'** death and

~~T.T.~~ and ~~H.T.~~ injuries.

16.   On or about October 24, 2005, upon a public highway, to-wit,

Marvyn Parkway at the intersection of Williamson Avenue, in the City of

Opelika, Lee County, Alabama, Defendant, **Darrel L. McDonel**, negligently,

willfully or wantonly caused or allowed a motor vehicle to collide with a

motor vehicle driven by Plaintiff's decedent, **Jana E. Thomas**, and in which

Plaintiffs, ~~T.T.~~ and ~~H.T.~~, were passengers. Said

negligent, willful or wanton conduct placed Plaintiffs, ~~T.T.~~ and

~~H.T.~~, in the zone of danger and in the immediate risk of physical

injury and the same inflicted upon them extreme mental anguish.

17.   On or about October 24, 2005, the Defendants, **Rollen Rock,**

**Inc., Brett McAnally d/b/a Rollen Rock, Inc., Rolling Rock, Inc. and**

**Brett McAnally d/b/a Rolling Rock, Inc.,** were the lessors and/or owners

of and had the right of control over the use of the motor vehicle driven by

the Defendant, **Darrel L. McDonel**. Defendants, **Rollen Rock, Inc., Brett**

**McAnally d/b/a Rollen Rock, Inc., Rolling Rock, Inc. and Brett**

**McAnally d/b/a Rolling Rock, Inc.,** as lessors and/or owners, negligently

entrusted said vehicle to Defendant, **Darrel L. McDonel**, who negligently,

willfully or wantonly operated said vehicle injuring Plaintiffs, ~~T.T.~~

and ~~H.T.~~, and causing the death of **Jana E. Thomas**.

-2-

Defendants entrusted said vehicle to **Darrel L. McDonel** and is therefore liable to the Plaintiffs. Said negligent entrustment was a proximate cause of **Jana E. Thomas'** death and T.T. ████████ and H.T. ████████ injuries.

18.    At the aforesaid time and place, and for sometime prior thereto, the Defendants, **Rollen Rock, Inc., Brett McAnally d/b/a Rollen Rock, Inc., Rolling Rock, Inc. and Brett McAnally d/b/a Rolling Rock, Inc.,** were the lessors and/or owners of said motor vehicle driven by Defendant, **Darrel L. McDonel,** being a 2001 dump truck, vehicle identification number 1NKDLBOX71J870128, and as such, had the authority to supervise the maintenance, operation, and repair of said motor vehicle and the hiring and training of drivers of motor vehicles operated by or on behalf of Defendants, **Rollen Rock, Inc., Brett McAnally d/b/a Rollen Rock, Inc., Rolling Rock, Inc. and Brett McAnally d/b/a Rolling Rock, Inc.** Said Defendants negligently, willfully or wantonly exercised or failed to exercise said supervisory control and said negligent, willful or wanton conduct was a proximate cause of **Jana E. Thomas'** death and T.T. ████████ and H.T. ████████ injuries.

19.    On or about October 24, 2005, and for sometime prior thereto, the Defendants, **Rollen Rock, Inc., Brett McAnally d/b/a Rollen Rock, Inc., Rolling Rock, Inc. and Brett McAnally d/b/a Rolling Rock, Inc.,** undertook and had a responsibility to inspect, advise and instruct the operators of its vehicles with regard to the safety and operation of its motor

vehicles. Said Defendants negligently, willfully or wantonly performed said safety inspections, instruction and training, and said negligent, willful or wanton conduct was a proximate cause of **Jana E. Thomas'** death and **T.T.** ████████ and **H.T.** ████████████ injuries.

20.    Plaintiffs allege that **Jana E. Thomas'** death and ████████ **T.T.** **H.T.** ████████ and ████████████ injuries were a proximate consequence of the negligent, willful, wanton or wrongful conduct of the Defendants, **Rollen Rock, Inc., Brett McAnally d/b/a Rollen Rock, Inc., Rolling Rock, Inc. and Brett McAnally d/b/a Rolling Rock, Inc.**, and the other named Defendants.

21.    As a proximate consequence of the aforesaid wrongful, negligent, willful or wanton conduct of each of the above-described defendants and other named Defendants, Plaintiff's decedent, **Jana E. Thomas**, was injured and damaged as follows:

(a)    Decedent was caused to suffer extreme pain and anguish between the time of her injury and her death; and

(b)    Decedent was caused to die.

22.    As a proximate consequence of the aforesaid wrongful, negligent, willful or wanton conduct of each of the above-described defendants and other named Defendants, Plaintiff, **T.T.** ████████ was injured and damaged as follows:

(a)    Plaintiff was caused to suffer great pain and suffering, mental anguish and emotional distress;

(b)    Plaintiff was caused to be permanently injured; and

(c)    Plaintiff was caused to suffer abrasions and contusions to her body.

23.    As a proximate consequence of the aforesaid wrongful, negligent, willful or wanton conduct of each of the above-described defendants and other named Defendants, Plaintiff, ~~H.T.~~ , was injured and damaged as follows:

(a)    Plaintiff was caused to suffer great pain and suffering, mental anguish and emotional distress;

(b)    Plaintiff was caused to be permanently injured; and

(c)    Plaintiff was caused to suffer abrasions and contusions to his body.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs demand judgment against each Defendant, jointly and severally, and that damages be awarded to Plaintiffs in an amount which will fairly and adequately compensate the Plaintiffs for the injuries and damages sustained by Plaintiffs and the death of Plaintiff's decedent due to the Defendants' reckless, willful, wanton and/or wrongful behavior, and in an amount which will adequately reflect the enormity of the Defendants' wrongful act, and which will effectively prevent other similar wrongful acts.  Further, Plaintiffs request that the Court enter judgment consistent with the verdict, and that it also award Plaintiffs interest from the date of judgment and the costs incurred by the court in managing this lawsuit.

_(signature)_

**JEFFREY C. RICKARD** (RIC025)
Attorney for Plaintiffs


**OF COUNSEL:**

MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway
Suite 600-D
Birmingham, Alabama 35209
Tel:  205/879-1981
Fax:  205/879-1986


## JURY DEMAND

Plaintiff hereby demands a struck jury for the trial in this cause.


_(signature)_

Attorney for the Plaintiffs


**CLERK, PLEASE SERVED DEFENDANTS BY CERTIFIED MAIL AS FOLLOWS:**

**Rollen Rock, Inc.**
1537 Millbranch Drive
Auburn, Alabama 36830

**Brett McAnally d/b/a Rollen Rock, Inc.**
1537 Millbranch Drive
Auburn, Alabama 36830


-6-

**Rolling Rock, Inc.**
1537 Millbranch Drive
Auburn, Alabama 36830

**Brett McAnally d/b/a Rolling Rock, Inc.**
1537 Millbranch Drive
Auburn, Alabama 36830

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon all counsel of record by placing same in the U.S. mail, first-class postage prepaid, on the ___24th___ day of May 2006.

_____
Attorney for Plaintiffs

**Attorney(s) of Record:**

Ralph D. Gaines, III
Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive
Suite 425
Birmingham, Alabama 35243

Jack J. Hall
P. Ted Colquett
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama  35203

-7-

# Exhibit 3

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

**FILED**

JUN 1 3 2006

IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

| | |
|---|---|
| JEFF FAIR, | * |
| Plaintiff, | * |
| v. | * |
| | * |
| DARRELL LEE McDONEL and | * |
| M & M TRUCKING COMPANY, AND | * |
| FICTICIOUS PARTY DEFENDANTS | * |
| "A", through "Z", WHETHER | * |
| SINGULAR OR PLURAL, THOSE | * |
| OTHER PERSONS, CORPORATIONS, | * |
| OR ENTITIES WHOSE WRONGFUL | * |
| CONDUCT CONTRIBUTED TO | * |
| CAUSE THE INJURIES AND | * |
| DAMAGES SUSTAINED BY | * |
| PLAINTIFF, WHOSE TRUE AND | * |
| CORRECT NAMES ARE UNKNOWN | * |
| TO PLAINTIFF AT THIS TIME, BUT | * |
| WILL BE SUBSTITUTED BY | * |
| AMENDMENT WHEN ASCERTAINED, | * |
| | * |
| Defendants. | * |

CV-06- 403

## COMPLAINT
## STATEMENT OF PARTIES

1.    Plaintiff is over the age of nineteen years and resides in Lee County, Alabama.

2.    Defendant M & M Trucking Company, Inc., is a domestic corporation doing business in Lee County, Alabama.

3.    Defendant Darrell Lee McDonel is over the age of nineteen years and resides in Autauga County, Alabama.

4.    Fictitious Party Defendants A through Z are those persons or entities who may have, in any way, contributed to the injuries sustained by the Plaintiff whose identities are unknown at this time but may become known in the future.

## CAUSES OF ACTION:
## NEGLIGENCE AND WANTONNESS

5.    Plaintiff realleges paragraphs 1-4 as if set forth here in full.

6.    On or about the 24th day of October, 2005, upon a public highway, Marvin Parkway in Opelika, Lee County, Alabama, Defendant McDonel, while within the line and scope of his employment for Defendant M & M Trucking Company, negligently and wantonly caused the vehicle he was driving and owned by Defendant M & M Trucking Company to collide with a motor vehicle owned and occupied by the Plaintiff.

7.    As a proximate result of the Defendants' said negligence and wantonness, the Plaintiff suffered damages.

8.    Defendant McDonel's conduct was both a breach of duty to safely operate the motor vehicle as well as a reckless disregard for the safety of the Plaintiff and others, as he was traveling at an excessive rate of speed. The conduct of Defendant McDonel constituted both negligence and wantonness as defined by Alabama law.

9.    Defendant M & M Trucking Company is liable as Defendant McDonel was at work at the time and operating said vehicle within the line and scope of his employment with Defendant M & M Trucking Company.

10.    Plaintiff incurred medical expenses as a result of Defendants' negligence and wantonness.

11.    Plaintiff suffered mental anguish as a result of Defendants' negligence and wantonness.

12.    Plaintiff suffered pain and suffering as a result of Defendants' negligence and wantonness.

13.    Plaintiff lost income as a result of Defendants' negligence and wantonness.

14.    Plaintiff claims punitive damages due to the wanton nature of the conduct of the

Defendants.

WHEREFORE, Plaintiff demands judgement against Defendants in the

appropriate sum to be determined by a jury.

Respectfully submitted this the ____ day of June, 2006.

James B. Douglas, Jr.
Attorney for Plaintiff
P.O. Box 1423
Auburn, AL 36831-1423
(334) 821-1596

## JURY DEMAND

Pursuant to rule 38 of the Alabama Rules of Civil Procedures, Plaintiff demands trial by
struck jury.

Respectfully submitted this ____ day of June, 2006.

James B. Douglas, Jr.

# Exhibit 4

IN THE CIRCUIT COURT OF LEE COUNTY, ALABAMA

**FILED**

AUG 0 1 2006

IN OFFICE
CORINNE T. HURST
CIRCUIT CLERK

| | |
|---|---|
| NATIONWIDE MUTUAL INSURANCE COMPANY and JEFFERY FAIR, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE ACTION NUMBER: CN 06-526 ) |
| M & M TRUCKING COMPANY, INC. and DARREL L. MCDONEL, | ) ) ) |
| Defendants. | ) ) |

## COMPLAINT

Come now the Plaintiffs in the above-styled cause and state their claim against the Defendants as follows:

1.     On or about October 24, 2005, on Marvyn Parkway at Williamson Avenue, in Lee County, Alabama, the Defendant, Darrel L. McDonel, caused or allowed a 2001 Kenworth truck which he was driving to collide with a 2004 Chevrolet Avalanche which was owned and driven by Jeffery Fair.

2.     The 2001 Kenworth truck which Defendant Darrel L. McDonel was driving at the time of the accident was owned by Defendant, M & M Trucking Company, Inc.

3.     Defendant, Darrel L. McDonel, was acting as an agent, servant and employee of Defendant, M & M Trucking Company, Inc., at the time of the aforementioned accident.

4.     At the time of the accident, Jeffery Fair had insurance covering the incident with Nationwide Mutual Insurance Company.

5.     As a result of the claim made by Jeffery Fair to Nationwide Mutual Insurance

2

Company, said insurance carrier paid to or on behalf of Jeffery Fair the sum of Nineteen Thousand Seven Hundred Fifty-seven and 28/100 Dollars ($19,757.28) for the property damage to his vehicle. Jeffery Fair has paid One Thousand and 00/100 Dollars ($1,000.00) for damages sustained to his vehicle because of a One Thousand and 00/100 Dollar ($1,000.00) deductible in his policy.

6.      The monies paid to Jeffery Fair were a result of an insurance contract existing between Jeffery Fair and Nationwide Mutual Insurance Company. The act or acts committed by Defendants, Darrel L. McDonel and M & M Trucking Company, Inc., were negligent, wanton and/or intentional and caused damage to the vehicle owned and driven by Jeffery Fair, said property damages being in the amount of Twenty Thousand Seven Hundred Fifty-seven and 28/100 Dollars ($20,757.28).

7.      The Defendants, Darrel L. McDonel and M & M Trucking Company, Inc., have made no payments to Nationwide Mutual Insurance Company concerning the damages sustained by Jeffery Fair and Nationwide Mutual Insurance Company and this accident.

8.      Based on the subrogation rights between Jeffery Fair and Nationwide Mutual Insurance Company, Nationwide Mutual Insurance Company is herein demanding judgment against the Defendants for reimbursement of the monies paid to or on behalf of Jeffery Fair.

WHEREFORE, the Plaintiff, Nationwide Mutual Insurance Company, demands judgment against the Defendants for the sum of Nineteen Thousand Seven Hundred Fifty-seven and 28/100 Dollars ($19,757.28) along with any prejudgment interest, costs, or any other relief this Court deems proper. The Plaintiff, Jeffery Fair, hereby demands judgment against the Defendants for

3

the sum of One Thousand and 00/100 Dollars ($1,000.00) along with any prejudgment interest,

costs, or any other relief this Court deems proper.

_____

George M. Vaughn
Attorney for Plaintiffs
Paden & Paden, P.C.
5 Riverchase Ridge
Birmingham, Alabama   35244
(205) 987-7210

**SERVE DEFENDANTS AT:**

Darrel L. McDonel
153 East 6th Street
Prattville, Alabama   36067

M & M Trucking Company, Inc.
980 Lee Road 10
Auburn, Alabama   36830

4

# Exhibit 5

**No. 373790**

NEW
Previous Policy

BASIC AUTOMOBILE LIABILITY POLICY    STOCK COMPANY

# Canal Insurance Company

**DECLARATIONS**    GREENVILLE, SOUTH CAROLINA

Items

**1.Named Insured** and Address

M & M TRUCKING COMPANY, INC. & JACK MCANNALLY
DBA M & M MATERIALS
PO BOX 1743
AUBURN, AL 36831 (LEE county)

**DUPLICATE POLICY
CERTIFIED BY:**
_Mrs C. Fleng_

**DATE:** _1·29·07_

**2.  Policy Period:**

From 11/19/2001 UNTIL. CANCELLED
12:01 A.M., standard time at the address of the **named insured** as stated herein.

Business of the **named insured** is: DUMP – SAND, GRAVEL, LIME, FERTILIZER, POWDER CEMENT
Radius: SEE RADIUS ENDORSEMENT

**3.  Schedule as of Effective Date of this Insurance – As To:  (a)  Owned Automobiles;**

| AUTO No. | Year of Model | Trade Name | Body Type and Model; Truck Size; Truck Load; Tank Gallonage Capacity; or Bus Seating Capacity | Identification (I) No.; Serial (S) No.; Motor (M) No. | Cylinders (No.) | Principally Garaged in (Town or City, State) | Purposes of Use | Classi-ification |
|---|---|---|---|---|---|---|---|---|
| | | | SEE ENDORSEMENT E69L ATTACHED | | | | | |

Description: Purposes of Use (P&B=Pleasure and Business; C=Commercial)

**(b)  Automobile Medical Payments Coverage: Designated Person Insured**

**(c)  Uninsured Motorists Coverage: Designated person Insured**

Designation of Automobiles – Division 1
AUTO No. _____
Insured Highway Vehicles
AUTO No. _____

**4.**  The insurance afforded is only with respect to such and so many of the following coverages as are indicated by specific premium charge or charges. The limit of the company's liability against each such coverage shall be as stated herein, subject to all the terms of this insurance having reference thereto.

| | PREMIUMS | | | | LIMIT OF LIABILITY | | COVERAGES | SEC-TION |
|---|---|---|---|---|---|---|---|---|
| Total | Auto No. 1 | Auto No. 2 | Auto No. 3 | Auto No. 4 | | | | |
| | | | | | | each occurrence $1,000,000 | Combined Single Limit | A |
| | | | | | each person $  000 | each occurrence $  000 | A. Bodily Injury Liability | A |
| | | | | | | $  000 | B. Property Damage Liability | |
| | | | | | $  000 | | Automobile Medical Payments | B |
| | | | | | each person $20,000 BI | each accident $40,000 BI | D. Uninsured Motorists | C |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | Premium for Endorsements: | | |
| | | | | | | TOTAL PREMIUM | | |

Form numbers of endorsements attached to policy at issue: E-1 (12-91) E-69L (12-91) E-96 (7-91) E-4 (12-91) E-5 (12-91) E-18 (1-94) E-45 (12-91) E-70 AL (8-96) E-102 (11-93) E-103 (7-96) E-115 (3-97) E-117 (3-97)  E-125 (4-99) CA0909 (10-75) Form F (6-71) A101, Info Notice: ID-1 (5-00)

**5.**  Except with respect to bailment lease, conditional sale, purchase agreement, mortgage or other encumbrance, the **named insured** is the sole owner of every vehicle described in Item 3 above, unless otherwise stated herein:

Countersigned:

PO BOX 321215
BIRMINGHAM, AL 35232  11/21/2001

By_____
Authorized Representative
ALABAMA PUBLIC AUTO INS AGCY LIC# A043008

# BASIC AUTOMOBILE LIABILITY POLICY

STOCK COMPANY



## Canal Insurance Company

P.O. Box 7 - Greenville, South Carolina - 29602-0007

## CANAL INSURANCE COMPANY
### GREENVILLE, SOUTH CAROLINA
(A stock insurance company, herein called the company)

In consideration of the payment of the premium, in reliance upon the statements in the declarations made a part hereof and subject to all of the terms of this policy, agrees with the **named insured** as follows:

## SECTION A - BASIC AUTOMOBILE LIABILITY INSURANCE

### I.   COVERAGE A - BODILY INJURY LIABILITY -- COVERAGE B - PROPERTY DAMAGE LIABILITY:

The company will pay on behalf of the **insured** all sums which the **insured** shall become legally obligated to pay as damages because of

**bodily injury or property damage**

to which this insurance applies, caused by an **occurrence** and arising out of the ownership, maintenance or use, including loading and unloading, for the purposes stated as applicable thereto in the declarations, of an **owned automobile** or of a **temporary substitute automobile**, and the company shall have the right and duty to defend any suit against the **insured** seeking damages on account of such **bodily injury** or **property damage**, even if any of the allegations of the suit are groundless, false or fraudulent, and may make such investigation and settlement of any claim or suit as it deems expedient, but the company shall not be obligated to pay any claim or judgment or to defend any suit after the applicable limit of the company's liability has been exhausted by payment of judgments or settlements.

**Exclusions:** This insurance does not apply:

(a) to liability assumed by the **insured** under any contract or agreement;

(b) to any obligation for which the **insured** or any carrier as his insurer may be held liable under any workmen's compensation, unemployment compensation or disability benefits law, or under any similar law;

(c) to **bodily injury** to any employee of the **insured** arising out of and in the course of his employment by the **insured** or to any obligation of the **insured** to indemnify another because of damages arising out of such injury; but this exclusion does not apply to any such injury arising out of and in the course of domestic employment by the **insured** unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(d) to **property damage** to
   (1) property owned or being transported by the **insured**, or
   (2) property rented to or in the care, custody or control of the **insured**, or as to which the **insured** is for any purpose exercising physical control, other than **property damage** to a residence or private garage by a **private passenger automobile** covered by this insurance;

(e) to **bodily injury** or **property damage** due to war, whether or not declared, civil war, insurrection, rebellion or revolution or to any act or condition incident to any of the foregoing, with respect to expenses for first aid under the Supplementary Payments provision;

(f) to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any **owned automobile** or **temporary substitute automobile** while such **automobile** is being used as a public or livery conveyance, unless such use is specifically declared and described in the declarations;

(g) to **bodily injury** or **property damage** arising out of the discharge, dispersal, release or escape of smoke, vapors, soot, fumes, acids, alkalis, toxic chemicals, liquids or gases, waste materials or other irritants, contaminants or pollutants into or upon land, the atmosphere or any watercourse or body of water; but this exclusion does not apply if such discharge, dispersal, release or escape is sudden and accidental.

### II.  SUPPLEMENTARY PAYMENTS:
The company will pay, in addition to the applicable limit of liability:

(a) all expenses incurred by the company, all costs taxed against the **insured** in any suit defended by the company and all interest on the entire amount of any judgment therein which accrues after entry of the judgment and before the company has paid or tendered or deposited in court that part of the judgment which does not exceed the limit of the company's liability thereon;

(b) premiums on appeal bonds required in any such suit, premiums on bonds to release attachments in any such suit for an amount not in excess of the applicable limit of liability of this policy, and the cost of bail bonds required of the **insured** because of accident or traffic law violation arising out of the use of any vehicle to which this policy applies, not to exceed $250 per bail bond, but the company shall have no obligation to apply for or to furnish any such bonds;

(c) expenses incurred by the **insured** for first aid to others at the time of an accident, for **bodily injury** to which this policy applies;

(d) reasonable expenses incurred by the **insured** at the company's request in assisting the company in the investigation or defense of any claim or suit, including actual loss of earnings not to exceed $25 per day.

**III. PERSONS INSURED:** Each of the following is an **insured** under this insurance to the extent set forth below:

(a) the **named insured**;

(b) any partner or executive officer thereof, but with respect to a **temporary substitute automobile** only while such **automobile** is being used in the business of the **named insured**;

(c) any other person while using an **owned automobile** or a **temporary substitute automobile** with the permission of the **named insured**, provided his actual operation or (if he is not operating) his other actual use thereof is within the scope of such permission, but with respect to **bodily injury** or **property damage** arising out of the loading or unloading thereof, such other person shall be an **insured** only if he is:

    (1) a lessee or borrower of the **automobile**, or

    (2) an employee of the **named insured** or of such lessee or borrower;

(d) any other person or organization but only with respect to his or its liability because of acts or omissions of an **insured** under (a), (b) or (c) above.

None of the following is an **insured**:

(i) any person while engaged in the business of his employer with respect to **bodily injury** to any fellow employee of such person injured in the course of his employment;

(ii) except as stated under (b) above, the owner of a **temporary substitute automobile**, or any agent or employee of such owner;

(iii) any person or organization, other than the **named insured**, with respect to:

    (1) a motor vehicle while used with any **trailer** owned or hired by such person or organization and not covered by like insurance in the company (except a **trailer** designed for use with a four wheel **private passenger automobile** and not being used for business purposes with another type motor vehicle), or

    (2) a **trailer** while used with any motor vehicle owned or hired by such person or organization and not covered by like insurance in the company;

(iv) any person while employed in or otherwise engaged in duties in connection with an **automobile business**, other than an **automobile business** operated by the **named insured**.

**IV. LIMITS OF LIABILITY:** Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made or suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this policy applies, the company's liability is limited as follows:

**Coverage A -** The limit of **bodily injury** liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages, including damages for care and loss of services, because of **bodily injury** sustained by one person as the result of any one **occurrence**; but subject to the above provision respecting "each person", the total liability of the company for all damages, including damages for care and loss of services, because of **bodily injury** sustained by two or more persons as the result of any one **occurrence** shall not exceed the limit of **bodily injury** liability stated in the declarations as applicable to "each **occurrence**".

**Coverage B -** The total liability of the company for all damages because of all **property damage** sustained by one or more persons or organizations as the result of any one **occurrence** shall not exceed the limit of **property damage** liability stated in the declarations as applicable to "each **occurrence**".

**Coverages A and B -** For the purpose of determining the limit of the company's liability, all **bodily injury** and **property damage** arising out of continuous or repeated exposure to substantially the same general conditions shall be considered as arising out of one **occurrence**.

**V. POLICY TERRITORY:** This insurance applies only to **bodily injury** or **property damage** which occurs within the **policy territory**.

**VI. DEFINITIONS:** When used in this policy (including endorsements forming a part hereof):

"**automobile**" means a land motor vehicle, trailer or semi-trailer designed for travel on public roads (including any machinery or apparatus attached thereto), but does not include **mobile equipment**;

"**bodily injury**" means bodily injury, sickness or disease sustained by any person which occurs during the policy period, including death at any time resulting therefrom;

"**insured**" means any person or organization qualifying as an insured in the "Persons Insured" provision of the applicable insurance coverage. The insurance afforded applies separately to each **insured** against whom claim is made or suit is brought, except with respect to the limits of the company's liability;

"**mobile equipment**" means a land vehicle (including any machinery or apparatus attached thereto,) whether or not self-propelled, (1) not subject to motor vehicle registration, or (2) maintained for use exclusively on premises owned by or rented to the **named insured**, including the ways immediately adjoining, or (3) designed for use principally off public roads, or (4) designed or maintained for the sole purpose of affording mobility to equipment of the following types forming an integral part of or permanently attached to such vehicle: power cranes, shovels, loaders, diggers and drills; concrete mixers (other than the mix-in-transit type); graders, scrapers, rollers and other road construction or repair equipment; air-compressors, pumps and generators, including spraying, welding and building cleaning equipment; and geophysical exploration and well servicing equipment;

"named insured" means the person or organization named in Item 1 of the declarations of this policy;

"occurrence" means an accident, including continuous or repeated exposure to conditions, which results in **bodily injury** or **property damage** neither expected nor intended from the standpoint of the **insured**;

"policy territory" means:
(1) the United States of America, its territories or possessions, or Canada, or
(2) international waters or air space, provided the **bodily injury** or **property damage** does not occur in the course of travel or transportation to or from any other country, state or nation;

"property damage" means (1) physical injury to or destruction of tangible property which occurs during the policy period, including the loss of use thereof at any time resulting therefrom, or (2) loss of use of tangible property which has not been physically injured or destroyed provided such loss of use is caused by an **occurrence** during the policy period.

## VII. ADDITIONAL DEFINITIONS (Automobile Liability Insurance): When used in reference to this insurance (including endorsements forming a part of the policy):

"automobile business" means the business or occupation of selling, repairing, servicing, storing or parking **automobiles;**

"owned automobile" means either
(a) an **automobile** which is owned by the **named insured** and described in the declarations; or
(b) an **automobile** ownership of which is newly acquired by the **named insured** during the policy period, provided
   (i) it replaces an **owned automobile** as defined in (a) above, or
   (ii) the company insures all **automobiles** owned by the **named insured** on the date of such acquisition and the **named insured** notifies the company within 30 days thereafter of his election to make this and no other policy issued by the company applicable to such **automobile** and pays any additional premium required therefor;
and "owned automobile" includes a **trailer** not described in this policy, if designed for use with a four wheel **private passenger automobile** and if not being used for business purposes with another type **automobile;**

"private passenger automobile" means a private passenger or station wagon type **automobile** and any **automobile** the **purpose of use** of which is stated in the declarations as **pleasure and business;**

"temporary substitute automobile" means an **automobile** not owned by the **named insured** or any resident of the same household, while temporarily used with the permission of the owner as a substitute for an **owned automobile** when withdrawn from normal use for servicing or repair or because of its breakdown, loss or destruction;

"trailer" includes semi-trailer but does not include **mobile equipment;**

and as to "purpose(s) of use":

"commercial" means use principally in the business occupation of the **named insured** as stated in the declarations including occasional use for personal, pleasure, family and other business purposes;

"pleasure and business" means personal, pleasure, family and business use.

## VIII. ADDITIONAL CONDITIONS:

**A. Other Insurance-Temporary Substitute and Newly Acquired Automobiles:** With respect to a **temporary substitute automobile**, this insurance shall be excess insurance over any other valid and collectible insurance available to the **insured.**
With respect to an **owned automobile** ownership of which is newly acquired by the **named insured** during the policy period and not described in the declarations, this insurance shall not apply if any other valid and collectible insurance is available to the **named insured.**

**B. Out of State Insurance:** If, under the provisions of the motor vehicle financial responsibility law or the motor vehicle compulsory insurance law or any similar law of any state or province, a non-resident is required to maintain insurance with respect to the operation or use of a motor vehicle in such state or province and such insurance requirements are greater than the insurance provided by the policy, the limits of the company's liability and kinds of coverage afforded by the policy shall be as set forth in such law, in lieu of the insurance otherwise provided by the policy, but only to the extent required by such law and only with respect to the operation or use of a motor vehicle in such state or province; provided that the insurance under this provision shall be reduced to the extent that there is other valid and collectible insurance under this or any other motor vehicle insurance policy. In no event shall any person be entitled to receive duplicate payments for the same elements of loss.

## SECTION B - AUTOMOBILE MEDICAL PAYMENT INSURANCE

**I. COVERAGE C - AUTOMOBILE MEDICAL PAY-MENTS:** The company will pay all reasonable **medical expense** incurred within one year from the date of the accident:

**Division 1.** to or for each person who sustains **bodily injury**, caused by accident, while **occupying a designated automobile** which is being used by a person for whom **bodily injury** liability insurance is afforded under this policy with respect to such use;

**Division 2.** to or for each **insured** who sustains **bodily injury**, caused by accident, while **occupying** or, while a pedestrian, through being struck by a **highway vehicle**.

**Exclusions:** This insurance does not apply:

(a) to **bodily injury** to any person or **insured** while employed or otherwise engaged in duties in connection with an **automobile business**, if benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(b) to **bodily injury** due to war, whether or not declared, civil war, insurrection, rebellion or revolution, or to any act or condition incident to any of the foregoing;

(c) under Division 1, to **bodily injury** to any employee of the **named insured** arising out of and in the course of employment by the **named insured**, but this exclusion does not apply to any such **bodily injury** arising out of and in the course of domestic employment by the **named insured** unless benefits therefor are in whole or in part either payable or required to be provided under any workmen's compensation law;

(d) under Division 2, to **bodily injury** sustained while **occupying** a **highway vehicle** owned by any **insured**, or furnished for the regular use of any **insured** by any person or organization other than the **named insured**.

**II. PERSONS INSURED - DIVISION 2:** Each of the following is an **insured** under this insurance to the extent set forth below:

(a) any person designated as **insured** in the schedule;

(b) while residents of the same household as such designated person, his spouse and the relatives of either;

and if such designated person shall die, any person who was an **insured** at the time of such death shall continue to be an **insured**.

**III. LIMIT OF LIABILITY:** Regardless of the number of (1) persons or organizations who are **insureds** under this policy, (2) persons who sustain **bodily injury**, (3) claims made or suits brought on account of **bodily injury**, or (4) **designated automobiles** to which this policy applies, the limit of liability for medical payments stated in the declarations as applicable to "each person" is the limit of the company's liability for all expenses incurred by or on behalf of each person who sustains **bodily injury** as the result of any one accident.

When more than one medical payments coverage afforded by this policy applies to the loss, the company shall not be liable for more than the amount of the highest applicable limit of liability.

**IV. ADDITIONAL DEFINITIONS:** The additional definitions applicable to **automobile bodily injury** liability insurance also apply to this insurance; and when used in reference to this insurance (including endorsements forming a part of the policy):

"**designated automobile**" means an **automobile** designated in the schedule and includes:

(a) an **automobile** not owned by the **named insured** while temporarily used as a substitute for an **owned automobile** designated in the schedule when withdrawn from normal use for servicing or repair or because of its breakdown, loss or destruction; and

(b) a trailer designed for use with a **private passenger automobile**, if not being used for business purposes with another type **automobile** and if not a home, office, store, display or passenger trailer;

"**highway vehicle**" means a land motor vehicle or trailer other than

(a) a farm type tractor or other equipment designated for use principally off public roads, while not upon public roads;

(b) a vehicle operated on rails or crawler-treads, or

(c) a vehicle while located for use as a residence or premises;

"**medical expense**" means expenses for necessary medical, surgical, x-ray and dental services, including prosthetic devices, and necessary ambulance, hospital, professional nursing and funeral services;

"**occupying**" means in or upon or entering into or alighting from.

**V. POLICY PERIOD; TERRITORY:** This insurance applies only to accidents which occur during the policy period within the policy territory.

**VI. ADDITIONAL CONDITIONS:**

**A. Medical Reports; Proof and Payment of Claim:** As soon as practicable the injured person or someone on his behalf shall give to the company written proof of claim, under oath if required, and shall, after each request from the company, execute authorization to enable the company to obtain medical reports and copies of records. The injured person shall submit to physical examination by physicians selected by the company when and as often as the company may reasonably require. The company may pay the injured person or any person or organization rendering the services and such payment shall reduce the amount payable hereunder for such injury. Payment hereunder

shall not constitute an admission of liability of any person or, except hereunder, of the company.

**B. Excess Insurance:** Except with respect to an **owned automobile**, the insurance under Division 1 shall be excess insurance over any other valid and collectible automobile medical payments or automobile **medical expense** insurance.

The insurance under Division 2 shall be excess insurance over any other valid and collectible automobile medical payments or automobile **medical expense** insurance available to the **insured** under any other policy.

**C. Non-Applicability of Subrogation Condition:** The Subrogation Condition does not apply to the Automobile Medical Payments Coverage.

## SECTION C - UNINSURED MOTORISTS INSURANCE

**I.  COVERAGE D - UNINSURED MOTORIST (Damages for Bodily Injury):** The company will pay all sums which the **insured** or his legal representative shall be legally entitled to recover as damages from the owner or operator of an **uninsured highway vehicle** because of **bodily injury** sustained by the **insured**, caused by accident and arising out of the ownership, maintenance or use of such **uninsured highway vehicle**; provided, for the purposes of this coverage, determination as to whether the **insured** or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the **insured** or such representative and the company or, if they fail to agree, by arbitration.

No judgment against any person or organization alleged to be legally responsible for the **bodily injury** shall be conclusive, as between the **insured** and the company, of the issues of liability of such person or organization or of the amount of damages to which the **insured** is legally entitled unless such judgment is entered pursuant to an action prosecuted by the **insured** with the written consent of the company.

**Exclusions:** This insurance does not apply:

(a)  to **bodily injury** to an **insured** with respect to which such **insured**, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor;

(b)  to **bodily injury** to an **insured** while **occupying** a **highway vehicle** (other than an **insured highway vehicle**) owned by the **named insured**, any **designated insured** or any relative resident in the same household as the **named** or **designated insured**, or through being struck by such a vehicle, but this exclusion does not apply to the **named insured** or his relatives while **occupying** or if struck by a **highway vehicle** owned by a **designated insured** or his relatives;

(c)  so as to inure directly or indirectly to the benefit of any workmen's compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workmen's compensation or disability benefits law or any similar law.

**II.  PERSONS INSURED:** Each of the following is an **insured** under this insurance to the extent set forth below:

(a)  the **named insured** and any **designated insured** and, while residents of the same household, the spouse and relatives of either;

(b)  any other person while **occupying** an **insured highway vehicle**; and

(c)  any person, with respect to damages he is entitled to recover because of **bodily injury** to which this insurance applies sustained by an **insured** under (a) or (b) above.

The insurance applies separately with respect to each **insured**, except with respect to the limits of the company's liability.

**III.  LIMITS OF LIABILITY :** Regardless of the number of (1) persons or organizations who are **insureds** under this policy, (2) persons who sustain **bodily injury**, (3) claims made or suits brought on account of **bodily injury**, or (4) **highway vehicles** to which this policy applies,

(a)  The limit of liability stated in the declarations as applicable to "each person" is the limit of the company's liability for all damages because of **bodily injury** sustained by one person as the result of any one accident and, subject to the above provision respecting "each person" the limit of liability stated in the declarations as applicable to "each accident" is the total limit of the company's liability for all damages because of **bodily injury** sustained by two or more persons as the result of any one accident.

(b)  Any amount payable under the terms of this insurance because of **bodily injury** sustained in an accident by a person who is an **insured** under this coverage shall be reduced by

(1)  all sums paid on account of such **bodily injury** by or on behalf of

(i)  the owner or operator of the **uninsured highway vehicle** and

(ii)  any other person or organization jointly or severally liable together with such owner or operator for such **bodily injury**,

including all sums paid under the **bodily injury** liability coverage of the policy, and

(2)  the amount paid and the present value of all amounts payable on account of such **bodily**

**injury** under any workmen's compensation law, disability benefits law or any similar law.

(c) Any payment made under this insurance to or for any **insured** shall be applied in reduction of the amount of damages which he may be entitled to recover from any person or organization who is an **insured** under the **bodily injury** liability coverage of the policy.

(d) The company shall not be obligated to pay under this insurance that part of the damages which the **insured** may be entitled to recover from the owner or operator of an **uninsured highway vehicle** which represents expenses for medical services paid or payable under the medical payments coverage of the policy.

**IV. POLICY PERIOD; TERRITORY:** This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

**V. ADDITIONAL DEFINITIONS:** When used in reference to this insurance (including endorsements forming a part of the policy):

"**designated insured**" means an individual named in the schedule under **Designated Insured**;

"**highway vehicle**" means a land motor vehicle or trailer other than

(a) a farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,

(b) a vehicle operated on rails or crawler-treads, or

(c) a vehicle while located for use as a residence or premises;

"**hit-and-run vehicle**" means a **highway vehicle** which causes **bodily injury** to an **insured** arising out of physical contact of such vehicle with the **insured** or with a vehicle which the **insured** is **occupying** at the time of the accident, provided:

(a) there cannot be ascertained the identity of either the operator or owner of such **highway vehicle**;

(b) the **insured** or someone on his behalf shall have reported the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles, and shall have filed with the company within 30 days thereafter a statement under oath that the **insured** or his legal representative has a cause or causes of action arising out of such accident for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof; and

(c) at the company's request, the **insured** or his legal representative makes available for inspection the vehicle which the **insured** was **occupying** at the time of the accident;

"**insured highway vehicle**" means a **highway vehicle**:

(a) described in the schedule as an **insured highway vehicle** to which the **bodily injury** liability coverage of the policy applies;

(b) while temporarily used as a substitute for an **insured highway vehicle** as described in subparagraph (a) above, when withdrawn from

normal use because of its breakdown, repair, servicing, loss or destruction;

(c) while being operated by the **named** or **designated insured** or by the spouse of either if a resident of the same household;

but the term "**insured highway vehicle**" shall not include:

(i) a vehicle while used as a public or livery conveyance, unless such use is specifically declared and described in this policy;

(ii) a vehicle while being used without the permission of the owner;

(iii) under subparagraphs (b) and (c) above, a vehicle owned by the **named insured**, any **designated insured** or any resident of the same household as the **named** or **designated insured**; or

(iv) under subparagraphs (b) and (c) above, a vehicle furnished for the regular use of the **named insured** or any resident of the same household;

"**occupying**" means in or upon or entering into or alighting from;

"**state**" includes the District of Columbia, a territory or possession of the United States, and a province of Canada;

"**uninsured highway vehicle**" means:

(a) a **highway vehicle** with respect to the ownership, maintenance or use of which there is, in at least the amounts specified by the financial responsibility law of the **state** in which the **insured highway vehicle** is principally garaged, no **bodily injury** liability bond or insurance policy applicable at the time of the accident with respect to any person or organization legally responsible for the use of such vehicle, or with respect to which there is a **bodily injury** liability bond or insurance policy applicable at the time of the accident but the company writing the same denies coverage thereunder or is or becomes insolvent; or

(b) a **hit-and-run vehicle**;

but the term "**uninsured highway vehicle**" shall not include:

(i) an **insured highway vehicle**,

(ii) a **highway vehicle** which is owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law,

(iii) a **highway vehicle** which is owned by the United States of America, Canada, a **state**, a political subdivision of any such government or an agency of any of the foregoing.

**VI. ADDITIONAL CONDITIONS:**

**A. Premium:** If during the policy period the number of **insured highway vehicles** owned by the **named insured** or spouse or the number of dealer's license plates issued to the **named insured** changes, the **named insured** shall notify the company during the policy period of any change and the premium shall be adjusted in accordance with the manuals in use by the company. If the earned premium thus computed exceeds the advance premium paid, the **named insured** shall pay the excess to the company; if less, the company shall return to the **named insured** the unearned portion paid by such **insured**.

**B. Proof of Claim; Medical Reports:** As soon as practicable, the **insured** or other person making claim shall give to the company written proof of claim, under oath if required, including full particulars of the nature and extent of the injuries, treatment, and other details entering into the determination of the amount payable hereunder. The **insured** and every other person making claim hereunder shall submit to examinations under oath by any person named by the company and subscribe the same, as often as may reasonably be required. Proof of claim shall be made upon forms furnished by the company unless the company shall have failed to furnish such forms within 15 days after receiving notice of claim.

The injured person shall submit to physical examinations by physicians selected by the company when and as often as the company may reasonably require and he, or in the event of his incapacity his legal representative, or in the event of his death his legal representative or the person or persons entitled to sue therefor, shall upon each request from the company execute authorization to enable the company to obtain medical reports and copies of records.

**C. Assistance and Cooperation of the Insured:** After notice of claim under this insurance, the company may require the **insured** to take such action as may be necessary or appropriate to preserve his right to recover damages from any person or organization alleged to be legally responsible for the **bodily injury**; and in any action against the company, the company may require the **insured** to join such person or organization as a party defendant.

**D. Notice of Legal Action:** If, before the company makes payment of loss hereunder, the **insured** or his legal representative shall institute any legal action for **bodily injury** against any person or organization legally responsible for the use of a **highway vehicle** involved in the accident, a copy of the summons and complaint or other process served in connection with such legal action shall be forwarded immediately to the company by the **insured** or his legal representative.

**E. Other Insurance:** With respect to **bodily injury** to an **insured** while **occupying** a **highway vehicle** not owned by the **named insured**, this insurance shall apply only as excess insurance over any other similar insurance available to such **insured** and applicable to such vehicle as primary insurance, and this insurance shall then apply only in the amount by which the limit of liability for this coverage exceeds the applicable limit of liability of such other insurance.

Except as provided in the foregoing paragraph, if the **insured** has other similar insurance available to him and applicable to the accident, the damages shall be deemed not to exceed the higher of the applicable limits of liability of this insurance and such other insurance, and the company shall not be liable for a greater proportion of any loss to which this coverage applies than the limit of liability hereunder bears to the sum of the applicable limits of liability of this insurance and such other insurance.

**F. Arbitration:** If any person making claim hereunder and the company do not agree that such person is legally entitled to recover damages from the owner or operator of an **uninsured highway vehicle** because of **bodily injury** to the **insured**, or do not agree as to the amount of payment which may be owing under this insurance, then, upon written demand of either, the matter or matters upon which such person and the company do not agree shall be settled by arbitration, which shall be conducted in accordance with the rules of the American Arbitration Association unless other means of conducting the arbitration are agreed to between the **insured** and the company, and judgment upon the award rendered by the arbitrators may be entered in any court having jurisdiction thereof. Such person and the company each agree to consider itself bound and to be bound by any award made by the arbitrators pursuant to this insurance.

**G. Trust Agreement:** In the event of payment to any person under this insurance:
(a) the company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the **bodily injury** because of which such payment is made;
(b) such person shall hold in trust for the benefit of the company all rights of recovery which he shall have against such other person or organization because of the damages which are the subject of claim made under this insurance;
(c) such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;
(d) if requested in writing by the company, such person shall take, through any representative designated by the company, such action as may be necessary or appropriate to recover such payment as damages from such other person or organization, such action to be taken in the name of such person; in the event of a recovery, the company shall be reimbursed out of such recovery for expenses, costs and attorneys' fees incurred by it in connection therewith;
(e) such person shall execute and deliver to the company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the company established by this provision.

**H. Payment of Loss by the Company:** Any amount due hereunder is payable:
(a) to the **insured**, or
(b) if the **insured** be a minor to his parent or guardian, or
(c) if the **insured** be deceased to his surviving spouse, otherwise
(d) to a person authorized by law to receive such payment or to a person legally entitled to recover the damages which the payment represents;
provided, the company may at its option pay any amount due hereunder in accordance with division (d) hereof.

Page 7

## CONDITIONS

**1. Premium:** All premiums for this policy shall be computed in accordance with the company's rules, rates, rating plans, premiums and minimum premiums applicable to the insurance afforded herein.

Premium designated in this policy as "advance premium" is a deposit premium only which shall be credited to the amount of the earned premium due at the end of the policy period. At the close of each period (or part thereof terminating with the end of the policy period) designated in the declarations as the audit period the earned premium shall be computed for such period and, upon notice thereof to the **named insured**, shall become due and payable. If the total earned premium for the policy period is less than the premium previously paid, the company shall return to the **named insured** the unearned portion paid by the **named insured**.

The **named insured** shall maintain records of such information as is necessary for premium computation, and shall send copies of such records to the company at the end of the policy period and at such times during the policy period as the company may direct.

**2. Inspection and Audit:** The company shall be permitted but not obligated to inspect the **named insured's** property and operations at any time. Neither the company's right to make inspections nor the making thereof nor any report thereon shall constitute an undertaking, on behalf of or for the benefit of the **named insured** or others, to determine or warrant that such property or operations are safe or healthful, or are in compliance with any law, rule or regulation.

The company may examine and audit the **named insured's** books and records at any time during the policy period and extensions thereof and within three years after the final termination of this policy, as far as they relate to the subject matter of this insurance.

**3. Financial Responsibility Laws:** When this policy is certified as proof of financial responsibility for the future under the provisions of any motor vehicle financial responsibility law, such insurance as is afforded by this policy for **bodily injury** liability or for **property damage** liability shall comply with the provisions of such law to the extent of the coverage and limits of liability required by such law. The **insured** agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except for the agreement contained in this paragraph.

**4. Insured's Duties in the Event of Occurrence, Claim or Suit:**

(a) In the event of an **occurrence**, written notice containing particulars sufficient to identify the **insured** and also reasonably obtainable information with respect to the time, place and circumstances thereof, and the names and addresses of the injured and of available witnesses, shall be given by or for the **insured** to the company or any of its authorized agents as soon as practicable.

(b) If claim is made or suit is brought against the **insured**, the **insured** shall immediately forward to the company every demand, notice, summons or other process received by him or his representative.

(c) The **insured** shall cooperate with the company and, upon the company's request, assist in making settlements, in the conduct of suits and in enforcing any right of contribution or indemnity against any person or organization who may be liable to the **insured** because of injury or damage with respect to which insurance is afforded under this policy; and the **insured** shall attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses. The **insured** shall not, except at his own cost, voluntarily make any payment, assume any obligation or incur any expense other than for first aid to others at the time of accident.

**5. Action Against Company:** No action shall lie against the company unless, as a condition precedent thereto, there shall have been full compliance with all of the terms of this policy, nor until the amount of the **insured's** obligation to pay shall have been finally determined either by judgment against the **insured** after actual trial or by written agreement of the **insured**, the claimant and the company.

Any person or organization or the legal representative thereof who has secured such judgment or written agreement shall thereafter be entitled to recover under this policy to the extent of the insurance afforded by this policy. No person or organization shall have any right under this policy to join the company as a party to any action against the **insured** or determine the **insured's** liability, nor shall the company be impleaded by the **insured** or his legal representative. Bankruptcy or insolvency of the **insured** or of the **insured's** estate shall not relieve the company of any of its obligations hereunder.

**6. Other Insurance:** The insurance afforded by this policy is primary insurance, except when stated to apply in excess of or contingent upon the absence of other insurance. When this insurance is primary and the **insured** has other insurance which is stated to be applicable to the loss on an excess or contingent basis, the amount of the company's liability under this policy shall not be reduced by the existence of such other insurance.

When both this insurance and other insurance apply to the loss on the same basis, whether primary, excess or contingent, the company shall not be liable

under this policy for a greater proportion of the loss than that stated in the applicable contribution provision below:

(a) **Contribution by Equal Shares.** If all of such other valid and collectible insurance provides for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than would be payable if each insurer contributes an equal share until the share of each insurer equals the lowest applicable limit of liability under any one policy or the full amount of the loss is paid, and with respect to any amount of loss not so paid the remaining insurers then continue to contribute equal shares of the remaining amount of the loss until each such insurer has paid its limit in full or the full amount of the loss is paid.

(b) **Contribution by Limits**. If any of such other insurance does not provide for contribution by equal shares, the company shall not be liable for a greater proportion of such loss than the applicable limit of liability under this policy for such loss bears to the total applicable limit of liability of all valid and collectible insurance against such loss.

**7. Subrogation:** In the event of any payment under this policy, the company shall be subrogated to all the **insured's** rights of recovery therefor against any person or organization and the **insured** shall execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The **insured** shall do nothing after loss to prejudice such rights.

**8. Changes:** Notice to any agent or knowledge possessed by any agent or by any other person shall not effect a waiver or a change in any part of this policy or estop the company from asserting any right under the terms of this policy; nor shall the terms of this policy be waived or changed, except by endorsement issued to form a part of this policy.

**9. Assignment:** Assignment of interest under this policy shall not bind the company until its consent is

endorsed hereon; if, however, the **named insured** shall die, such insurance as is afforded by this policy shall apply (1) to the **named insured's** legal representative, as the **named insured**, but only while acting within the scope of his duties as such, and (2) with respect to the property of the **named insured**, to the person having proper temporary custody thereof, as **insured**, but only until the appointment and qualification of the legal representative.

**10. Cancellation:** This policy may be cancelled by the **named insured** by surrender thereof to the company or any of its authorized agents or by mailing to the company written notice stating when thereafter the cancellation shall be effective. This policy may be cancelled by the company by mailing to the **named insured** at the address shown in this policy, written notice stating when not less than ten days thereafter such cancellation shall be effective. The mailing of notice as aforesaid shall be sufficient proof of notice. The time of surrender or the effective date and hour of cancellation stated in the notice shall become the end of the policy period. Delivery of such written notice either by the **named insured** or by the company shall be equivalent to mailing.

If the **named insured** cancels, earned premium shall be computed in accordance with the customary short rate table and procedure. If the company cancels, earned premium shall be computed pro rata. Premium adjustment may be made either at the time cancellation is effected or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

**11. Declarations:** By acceptance of this policy, the **named insured** agrees that the statements in the declarations are his agreements and representations, that this policy is issued in reliance upon the truth of such representations and that this policy embodies all agreements existing between himself and the company or any of its agents relating to this insurance.

**In Witness Whereof,** the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

*Secretary*

*President*

## NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT (BROAD FORM)

This endorsement modifies the provisions of this policy relating to **ALL AUTOMOBILE LIABILITY AND MEDICAL PAYMENTS INSURANCE.**

It is agreed that:

I.  This policy does not apply:

A.  Under any Liability Coverage, to **bodily injury** or **property damage**

(1) with respect to which an **insured** under this policy is also an **insured** under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an **insured** under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) resulting from the **hazardous properties** of **nuclear material** and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the **insured** is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B.  Under any Medical Payments Coverage, or under any Supplementary Payments provision relating to first aid, to expenses incurred with respect to **bodily injury** resulting from the **hazardous properties** of **nuclear material** and arising out of the operation of a **nuclear facility** by any person or organization.

C.  Under any Liability Coverage, to **bodily injury** or **property damage** resulting from the **hazardous properties** of nuclear material, if

(1) the **nuclear material** (a) is at any **nuclear facility** owned by, or operated by or on behalf of, an **insured** or (b) has been discharged or dispersed therefrom;

(2) the **nuclear material** is contained in **spent fuel** or **waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an **insured**; or

(3) the **bodily injury** or **property damage** arises out of the furnishing by an **insured** of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any **nuclear facility,** but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to **property damage** to such **nuclear facility** and any property thereat.

II.  As used in this endorsement:

"hazardous properties" include radioactive, toxic or explosive properties;

"nuclear material" means **source material, special nuclear material** or **byproduct material**;

"source material," "special nuclear material", and "byproduct material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

"spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **nuclear reactor;**

"waste" means any waste material (1) containing **byproduct material** and (2) resulting from the operation by any person or organization of any **nuclear facility** included within the definition of **nuclear facility** under paragraph (a) or (b) thereof;

"nuclear facility" means

(a) any **nuclear reactor,**

(b) any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing **spent fuel,** or (3) handling, processing or packaging **waste,**

(c) any equipment or device used for the processing, fabricating or alloying of **special nuclear material** if at any time the total amount of such material in the custody of the **insured** at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235,

(d) any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **waste,**

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

"nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

"property damage" includes all forms of radioactive contamination of property.

**NEW YORK EXCEPTION:** The "Nuclear Energy Liability Exclusion Endorsement (Broad Form)" does not apply to Automobile Liability Insurance in New York.

# BASIC AUTOMOBILE LIABILITY POLICY

STOCK COMPANY



## Canal Insurance Company

P.O. Box 7 - Greenville, South Carolina - 29602-0007

## SHORT RATE CANCELLATION TABLE FOR ONE YEAR POLICIES

| Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium | Days Policy in Force | Per Cent of One Year Premium |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5 | 37-40 | 21 | 95-98 | 37 | 154-156 | 53 | 219-223 | 69 | 292-296 | 85 |
| 2 | 6 | 41-43 | 22 | 99-102 | 38 | 157-160 | 54 | 224-228 | 70 | 297-301 | 86 |
| 3-4 | 7 | 44-47 | 23 | 103-105 | 39 | 161-164 | 55 | 229-232 | 71 | 302-305 (10 mos.) | 87 |
| 5-6 | 8 | 48-51 | 24 | 106-109 | 40 | 165-167 | 56 | 233-237 | 72 | 306-310 | 88 |
| 7-8 | 9 | 52-54 | 25 | 110-113 | 41 | 168-171 | 57 | 238-241 | 73 | 311-314 | 89 |
| 9-10 | 10 | 55-58 | 26 | 114-116 | 42 | 172-175 | 58 | 242-246 (8 mos.) | 74 | 315-319 | 90 |
| 11-12 | 11 | 59-62 (2 mos.) | 27 | 117-120 | 43 | 176-178 | 59 | 247-250 | 75 | 320-323 | 91 |
| 13-14 | 12 | 63-65 | 28 | 121-124 (4 mos.) | 44 | 179-182 (6 mos.) | 60 | 251-255 | 76 | 324-328 | 92 |
| 15-16 | 13 | 66-69 | 29 | 125-127 | 45 | 183-187 | 61 | 256-260 | 77 | 329-332 | 93 |
| 17-18 | 14 | 70-73 | 30 | 128-131 | 46 | 188-191 | 62 | 261-264 | 78 | 333-337 (11 mos.) | 94 |
| 19-20 | 15 | 74-76 | 31 | 132-135 | 47 | 192-196 | 63 | 265-269 | 79 | 338-342 | 95 |
| 21-22 | 16 | 77-80 | 32 | 136-138 | 48 | 197-200 | 64 | 270-273 (9mos.) | 80 | 343-346 | 96 |
| 23-25 | 17 | 81-83 | 33 | 139-142 | 49 | 201-205 | 65 | 274-278 | 81 | 347-351 | 97 |
| 26-29 | 18 | 84-87 | 34 | 143-146 | 50 | 206-209 | 66 | 279-282 | 82 | 352-355 | 98 |
| 30-32 (1 mo.) | 19 | 88-91 (3 mos.) | 35 | 147-149 | 51 | 210-214 (7 mos.) | 67 | 283-287 | 83 | 356-360 | 99 |
| 33-36 | 20 | 92-94 | 36 | 150-153 (5 mos.) | 52 | 215-218 | 68 | 288-291 | 84 | 361-365 (12 mos.) | 100 |

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

APAC - ALABAMA INC
APAC - COUCH
P O BOX 250410
MONTGOMERY, AL 36125

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2001__
    M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  __M & M MATERIALS__    Expiration Date __Until Cancelled__

Issue Date __11/21/2001__ Authorized Signature __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1    (Rev. 12-1991)

010080203

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

CITY OF AUBURN
P O BOX 511
AUBURN, AL 36831-0511

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2001__
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__ Expiration Date __Until Cancelled__

Issue Date __11/21/2001__ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)
010080203

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

GATE PRECAST COMPANY
P O BOX 767
MONROEVILLE, AL 36461

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date __11/19/2001__
            M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__                                                    Expiration Date __Until Cancelled__

Issue Date __11/21/2001__ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1                                                                    (Rev. 12-1991)

010080203

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

BLUE CIRCLE MATERIALS
1800 PKWY PLACE STE 1
MARIETTA, GA 30067-8217

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _11/19/2001_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __11/21/2001_ Authorized Signature _____ ALABAMA PUBLIC AUTO INS AGCY LIC#A043008 _____

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)
010080203

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

THOMPSON CARRIERS
1700 OLD COLUMBUS ROAD
OPELIKA, AL 36804

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2001__
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__                                    Expiration Date __Until Cancelled__

Issue Date __11/21/2001__ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company
Greenville, South Carolina

Form E-1                                                                 (Rev. 12-1991)

010080203

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

APAC - GEORGIA
218 ROCKWOOD ROAD
TYRONE, GA 30290

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2001__
          M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__                                    Expiration Date __Until Cancelled__

Issue Date __11/21/2001__ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010080203

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

J & L CONTRACTORS
P O BOX 427
AUBURN, AL 36831

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2001__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured . M & M MATERIALS _____ Expiration Date __Until Cancelled__

Issue Date __11/21/2001__ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010080203

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

INTERNATIONAL PAPER
P O BOX 38
CHAPMAN, AL 36015

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM: 200.00                    RETURN PREMIUM: _____

11/27/2001 - 00/00/00  Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX    0.00 _____    ESCROW  DEPOSIT ____ 0.00 _____
The remaining __monthly__ installments due will change by __0.00____ from __0.00___
to____ 0.00 ____ beginning with the Installment due ____ 00/00/00 _____

Policy Number __373790_____    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/27/2001__
     M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  M & M MATERIALS_____    Expiration Date _Until Cancelled_

Issue Date __12/07/2001_ Authorized Signature _____
                            ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
## Canal Insurance Company
Form ENHANCED    FEB 04 2002    Greenville, South Carolina    (Rev. 12-1991)

010080258

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT NON-OWNED AUTO IS CORRECTED TO READ $315.00.

*[handwritten notes:]*

Talked with Sandra Powell; there is a glitch in the system and will not print out payment info for non owned auto.

Escrow Deposit    32.00

Partial    39.10

The payment ... monthly ... due will change to 16.00 from 19,054.00 to 19,070.00 beginning with 9th installment due 8/01/02

Policy Number  373790          Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date  11/19/2001
          M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  M & M MATERIALS _____          Expiration Date  Until Cancelled

Issue Date   01/18/2002 Authorized Signature _____
                    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

*[handwritten:]* YBH 1-31-08

Form E-1                FEB 04 2002              Greenville, South Carolina              (Rev. 12-1991)
                                                                      010080365

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT THIS ENDORSEMENT IS TO CORRECT THE DATABASE
ONLY

PR 1

| ADDITIONAL PREMIUM: _____ | RETURN PREMIUM: <u>SEE BELOW</u> |

11/19/2001 - 02/01/2002
Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX    -38.00                    ESCROW  DEPOSIT _____ -32.00
The remaining __monthly__ installments due will change by __-16.00__ from__ 19,070.00__
to__ 19,054.00__ _____ beginning with the Installment due ___ 02/01/2002

Policy Number __373790__ _____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2001__
    M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__                                      Expiration Date __Until Cancelled__

Issue Date __01/29/2002__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-1                          Greenville, South Carolina                          (Rev. 12-1991)

010080404

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY AND AGREED FOR THE PREMIUM CHANGE BELOW THE ANNUAL FOR NON-OWNED
COVERAGE IS AMENDED TO READ AS FOLLOWS *315.00*

PR 1 -

ADDITIONAL PREMIUM:  __SEE BELOW__        RETURN PREMIUM: _____

11/19/2001 - 02/01/2002  Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXX  __38.00__        ESCROW  DEPOSIT  ____32.00____
The remaining __monthly__ installments due will change by __16.00__ from __19,054.00__
to __19,070.00__ beginning with the Installment due ____02/01/2002____

Policy Number __373790__      Endorsement Effective Time 12:01 AM _____  Endorsement Effective Date __11/19/2001__
        M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  __M & M MATERIALS__                                    Expiration Date __Until Cancelled__

Issue Date __01/29/2002__ Authorized Signature _____
        ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
# Canal Insurance Company

Form E-1    CHG BY UPL   JAN 3 0 2002    Greenville, South Carolina        (Rev. 12-1991)
        010080404

# ENDORSEMENT

## GENERAL CHANGE

SUBROGATION WAIVER ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED SHALL COVER, IN ADDITION TO THE NAMED INSURED, THE INTEREST OF APAC - ALABAMA INC APAC-COUCH, P O BOX 250410,MONTGOMERY, AL 36125 WHILE THE VEHICLES DESCRIBED IN THE POLICY ARE ABOUT THE BUSINESS OF OR HAULING THE GOODS OF THE ADDITIONAL INSURED. SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES TO PROPERTY OF THE NAMED INSURED CAUSED BY THE ADDITIONAL INSURED.

THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED THIRTY 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2001__
       M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __04/30/2002_ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
# Canal Insurance Company
Greenville, South Carolina

Form E-1
(Rev. 12-1991)
010080741

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

SUBROGATION WAIVER ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED SHALL COVER, IN ADDITION TO THE NAMED INSURED, THE INTEREST OF APAC - ALABAMA INC, P O BOX 8888,DOTHAN, AL 36304 WHILE THE VEHICLES DESCRIBED IN THE POLICY ARE ABOUT THE BUSINESS OF OR HAULING THE GOODS OF THE ADDITIONAL INSURED. SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES TO PROPERTY OF THE NAMED INSURED CAUSED BY THE ADDITIONAL INSURED.

THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED THIRTY 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED.

ADDITIONAL PREMIUM: 200.00 FLAT CHARGE

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: |
|---|---|

03/25/2002 - 00/00/00   Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXXX   0.00                     ESCROW  DEPOSIT ____0.00____
The remaining __monthly__ installments due will change by __0.00__ from__0.00__
to____0.00____ beginning with the Installment due ____00/00/00____

Policy Number ___373790_____ Endorsement Effective Time XXXXXXX 5:53 PM___ Endorsement Effective Date _03/25/2002_
    M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __04/30/2002_ Authorized Signature _____
                              ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
               **ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
 02 CHARGED   MAY 2 0 20 **Canal Insurance Company**

Form E-1                    Greenville, South Carolina              (Rev. 12-1991)

                                                                010080741

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the premium charged, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

REGIONS BANK
P O BOX 3528
AUBURN, AL 36830

WHILE THE FOLLOWING VEHICLE(S):

| VEHICLE YEAR MODEL | VIN |
|---|---|
| 2003 KENWORTH TRACTOR | 1XKDDB9X13J385086 |

is leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

Policy Number __373790__    Endorsement Effective Time ~~XXXXXXX~~ 5:38 PM    Endorsement Effective Date __06/28/2002__
    M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__    Expiration Date __Until Cancelled__

Issue Date __08/02/2002__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Greenville, South Carolina

Form E-1    (Rev. 12-1991)

010085493



# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

IT IS UNDERSTOOD AND AGREED THAT THE ENDORSEMENT EFFECTIVE 4-8-03 AND ISSUED ON 5-2-03 SHOWING STONE BUILDING LISTED AS ADDITIONAL INSURED IS NULL & VOID.

RETURN PREMIUM: -200.00 FLAT CHARGE

PR 1 -

ADDITIONAL PREMIUM: _____    RETURN PREMIUM: -200.00 _____

4/8/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
DOWN PAYMENT    0.00 _____    ESCROW DEPOSIT _____ 0.00 _____
The remaining __ monthly __ installments due will change by __0.00 _____ from __0.00 _____
to___0.00 _____ beginning with the Installment due _____ 00/00/00 _____

Policy Number __373790 _____    Endorsement Effective Time XXXXXXX 11:45 AM    Endorsement Effective Date _04/08/2003_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____    Expiration Date _Until Cancelled_

Issue Date __06/24/2003 Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Form E-1    Greenville, South Carolina    (Rev. 12-1991)

Copy of Image

010087891



## ENDORSEMENT

## GENERAL CHANGE

SUBROGATION WAIVER ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREEDTHAT THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED SHALL COVER, IN ADDITION TO THE NAMED INSURED THE INTEREST OF HYUNDAI MOTOR MANUFACTURING AL LLC, HYUNDAI MOTOR CO, HYUNDAI MOTOR OF AMERICA, RUST CONSTRUCTORS INC, AND DURR INDUSTRIES, ONE METROPLEX DRICE STE 300, BIRMINGHAM, AL 35209.

WHILE THE VEHICLES DESCRIBED IN THE POLICY ARE LEASED TO THE ADDITIONAL INSURED. SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES TO PROPERTY OF THE NAME INSURED CAUSED BY THE ADDITIONAL INSURED.

THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED THIRTY 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY.  ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

Policy Number ___373790_____  Endorsement Effective Time XXXXXXX 2:01 PM___  Endorsement Effective Date _06/02/2003_
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____  Expiration Date _Until Cancelled_

Issue Date ___07/17/2003_ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
## Canal Insurance Company
Greenville, South Carolina

Form E-1                                                                                      (Rev. 12-1991)
010086100



# ENDORSEMENT

## GENERAL CHANGE

SUBROGATION WAIVER ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED SHALL COVER, IN ADDITION TO THE NAMED INSURED THE INTEREST OF HYUNDAI MOTOR MANUFACTURING AL LLC, HYUNDAI MOTOR CO, HYUNDAI MOTOR OF AMERICA, RUST CONSTRUCTORS INC, AND DURR INDUSTRIES, ONE METROPLEX DRIVE STE 300, BIRMINGHAM, AL 35209.

WHILE THE VEHICLES DESCRIBED IN THE POLICY ARE LEASED TO THE ADDITIONAL INSURED. SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES TO PROPERTY OF THE NAME INSURED CAUSED BY THE ADDITIONAL INSURED.

THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED THIRTY 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY.  ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

Policy Number ___373790_____    Endorsement Effective Time X̶X̶X̶X̶X̶X̶ 2:01 PM___    Endorsement Effective Date __06/02/2003_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____    Expiration Date _Until Cancelled_

Issue Date __07/18/2003_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1                                                                     (Rev. 12-1991)

010088119



## ENDORSEMENT

## GENERAL CHANGE

In consideration of the premium charged, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

C.W. MATTHEWS CONTRACTORS CO, INC
P O BOX DRAWER 970
MARIETTA, GA 30061

as ADDITIONAL INSURED, while the vehicles described on this policy are leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__     Endorsement Effective Time XXXXXXX 8:43 AM__     Endorsement Effective Date __08/14/2003__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS__     Expiration Date __Until Cancelled__

Issue Date __08/20/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010088478

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE ADDRESS FOR ADDITIONAL INSURED CITY OF AUBURN
IS AMENDED TO READ AS FOLLOWS:

144 TICHNEOR AVENUE
AUBURN, AL 36831

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __08/14/2003__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS__    Expiration Date __Until Cancelled__

Issue Date __08/20/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Copy of Image

Form E-1    (Rev. 12-1991)

010088478



## ENDORSEMENT

### GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

C.W. MATTHEWS CONTRACTORS CO, INC
P O BOX DRAWER 970
MARIETTA, GA 30061

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: _____ |
|---|---|

8/14/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:

XXXXXPAYMENT   0.00                          ESCROW DEPOSIT _____0.00_____

The remaining __monthly___ installments due will change by __0.00_____ from__0.00_____

to____0.00_____ beginning with the installment due ____00/00/00_____

Policy Number ___373790_____ Endorsement Effective Time XXXXXAX 8:43 AM   Endorsement Effective Date  08/14/2003

M & M TRUCKING COMPANY, INC & JACK MCANALLY DBA

Insured  M & M MATERIALS                                                 Expiration Date  Until Cancelled

Issue Date __08/22/2003 Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Form E-1                          Greenville, South Carolina                          (Rev. 12-1991)

010088501

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN BELOW, IT IS AGREED THAT HIRED AUTO COVERAGE IS HEREBY REMOVED FROM THIS POLICY.

Accepted: _____    Date: _____

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA M & M MATERIALS

PR 1 -

| ADDITIONAL PREMIUM: _____ | RETURN PREMIUM:  SEE BELOW |

11/19/2003 - 1/1/2004 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXX DOWN PAYMENT   -90.00            ESCROW DEPOSIT _____ -128.00 _____
The remaining __ monthly __ installments due will change by __ -64.00 ____ from __ 23,079.00 __
to __ 23,015.00 _____ beginning with the Installment due ____ 1/1/2004 __

Policy Number __ 373790 _____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __ 11/19/2003
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __ M & M MATERIALS _____ Expiration Date __ Until Cancelled

Issue Date __ 12/16/2003 Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                    Greenville, South Carolina                    (Rev. 12-1991)

Copy of Image

010069697

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN BELOW, IT IS AGREED THAT NON OWNED
COVERAGE IS HEREBY REMOVED FROM THIS POLICY.

Accepted: _____     Date: _____

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA M & M MATERIALS

| ADDITIONAL PREMIUM: See Page One | RETURN PREMIUM: See Page One |
|---|---|

Breakdown for policies under installment premium payment plan:

DOWNPAYMENT _____     ESCROW  DEPOSIT _____
The remaining _____ installments due will change by _____ from_____
to_____ beginning with the Installment due _____

Policy Number __373790_____     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date __11/19/2003__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____     Expiration Date __Until Cancelled__

Issue Date __12/16/2003 Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                          Greenville, South Carolina                          (Rev. 12-1991)

Copy of Image

010069397



## ENDORSEMENT

---

### GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

HYDRO OPERATIONS INC
P O BOX 470
WEST POINT, GA 31833

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: _____ |
|---|---|

11/19/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXX ___0.00_____    ESCROW DEPOSIT _____0.00_____
The remaining __monthly__ installments due will change by __0.00_____ from __0.00_____
to ___0.00_____ beginning with the Installment due ____00/00/00____

Policy Number ___373790_____   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date __11/19/2003__
                    M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS_____   Expiration Date __Until Cancelled__

Issue Date __12/17/2003__ Authorized Signature _____
                              ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Form E-1                         Greenville, South Carolina                      (Rev. 12-1991)

010089402



## ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

J & L CONTRACTORS
P O BOX 427
AUBURN, AL 36831

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: | 200.00 | RETURN PREMIUM: | |

11/19/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:

XXXXXX XXXXXX   0.00                  ESCROW DEPOSIT       0.00
The remaining   monthly   installments due will change by   0.00   from   0.00
to   0.00   beginning with the Installment due   00/00/00

Policy Number   373790      Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date   11/19/2003
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured   M & M MATERIALS                                   Expiration Date   Until Cancelled

Issue Date   12/17/2003 Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Form E-1                        Greenville, South Carolina                        (Rev. 12-1991)

010089402

Copy of Image
# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

THOMPSON CARRIERS
1700 OLD COLUMBUS ROAD
OPELIKA, AL 36804

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: _____ |

11/19/2003 - 00/00/00  Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX    0.00                   ESCROW  DEPOSIT          0.00
The remaining   monthly   installments due will change by    0.00    from   0.00
to       0.00                     beginning with the Installment due        00/00/00

Policy Number    373790         Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date   11/19/2003
             M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured   M & M MATERIALS                                           Expiration Date   Until Cancelled

Issue Date    12/17/2003  Authorized Signature _____
                              ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company
Form E-1                      Greenville, South Carolina                  (Rev. 12-1991)

Copy of Image
                                                                          010089402



**ENDORSEMENT**

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

LAFARGE MATERIALS
P O BOX 9399
MARIETTA, GA 30065-2399

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: | 200.00 | | RETURN PREMIUM: | |

11/19/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:

XXXXXXXXXXXX   0.00                    ESCROW DEPOSIT ____0.00____
The remaining __monthly__ installments due will change by __0.00__ from _0.00_
to____0.00____ beginning with the Installment due ____00/00/00____

Policy Number __373790__   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date _11/19/2003_
           M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_                              Expiration Date _Until Cancelled_

Issue Date _12/17/2003_ Authorized Signature _____
                     ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Form E-1                        Greenville, South Carolina                    (Rev. 12-1991)

Copy of Image

010089402



## ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

GATE PRECAST COMPANY
P O BOX 767
MONROEVILLE, AL 36461


as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: |
|---|---|

11/19/2003 - 00/00/00  Breakdown for policies under installment premium payment plan:

XXXXXXXXXXX   0.00                           ESCROW DEPOSIT      0.00
The remaining __monthly__ installments due will change by __0.00__ from __0.00__
to __0.00__ beginning with the Installment due __00/00/00__

Policy Number __373790__   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date __11/19/2003__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__                                              Expiration Date __Until Cancelled__

Issue Date __12/17/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Form E-1                          Greenville, South Carolina                          (Rev. 12-1991)

010069402

ENDORSEMENT

# GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned,
it is hereby understood and agreed that the policy to which this endorsement is
attached shall cover in addition to the named insured, the interest of:

CITY OF AUBURN
144 TICHENOR AVE STE 7
AUBURN, AL 36830

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the
ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not
described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: | 200.00 | RETURN PREMIUM: |
|---|---|---|

11/19/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:

DOWN PAYMENT ___0.00___     ESCROW DEPOSIT ___0.00___

The remaining ___monthly___ installments due will change by ___0.00___ from ___0.00___
to ___0.00___ beginning with the Installment due ___00/00/00___

Policy Number ___373790___    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2003__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS__    Expiration Date __Until Cancelled__

Issue Date __12/17/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                    Greenville, South Carolina                    (Rev. 12-1991)

010069402



## ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

STONE BUILDINGS
3120 8TH AVENUE NORTH
BIRMINGHAM, AL 35233

as ADDITIONAL INSURED, while the vehicles described on this policy are leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| | | |
|---|---|---|
| ADDITIONAL PREMIUM: 200.00 | | RETURN PREMIUM: _____ |

11/19/2003 - 00/00/00    Breakdown for policies under installment premium payment plan:

XXXXXXXXXXXX  0.00                    ESCROW DEPOSIT ____0.00____
The remaining __monthly__ installments due will change by __0.00__ from __0.00__
to___0.00_____ beginning with the Installment due ___00/00/00____

Policy Number ___373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _11/19/2003_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __12/16/2003_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                              Greenville, South Carolina                    (Rev. 12-1991)

010089397

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

GARNEY COMPANIES INC
7525 ASSUNTS COURT STE A
FAIRHOPE, AL 36532

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| | | |
|---|---|---|
| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: | |

11/19/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX    0.00                          ESCROW DEPOSIT    0.00
The remaining  monthly  installments due will change by  0.00  from  0.00
to    0.00                    beginning with the Installment due    00/00/00

Policy Number   373790        Endorsement Effective Time 12:01 AM           Endorsement Effective Date  11/19/2003
         M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  M & M MATERIALS                                              Expiration Date  Until Cancelled

Issue Date   12/16/2003 Authorized Signature _____
                          ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                    Greenville, South Carolina                    (Rev. 12-1991)

Copy of Image

010089397



## ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

AUBURN TRUCK SERVICE
140 TICHNEOR AVENUE
AUBURN, AL 36831

WHILE THE FOLLOWING VEHICLE(S):

| VEHICLE YEAR MODEL | VIN |
|---|---|
| 1985 FREIGHTLINER DUMP TRUCK | 248677 |

is leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: |
|---|---|

11/19/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX   0.00          ESCROW DEPOSIT   0.00
The remaining   monthly   installments due will change by   0.00   from   0.00
to   0.00   beginning with the Installment due   00/00/00

Policy Number   373790        Endorsement Effective Time 12:01 AM          Endorsement Effective Date   11/19/2003
                M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured   M & M MATERIALS                                            Expiration Date   Until Cancelled

Issue Date   12/17/2003 Authorized Signature
                         ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Form E-1                    Greenville, South Carolina                    (Rev. 12-1991)

010089400



**ENDORSEMENT**

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ROYSTER-CLARK INC
717 ROBINSON ROAD SOUTHEAST
WASHINGTON COURT HOUSE, OH 43160-8620

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: |
|---|---|

11/19/2003 - 00/00/00   Breakdown for policies under installment premium payment plan:
~~XXXXXXXXXXXX~~   0.00        ESCROW  DEPOSIT        0.00
The remaining __monthly__   installments due will change by __0.00__ from __0.00__
to __0.00__   beginning with the installment due __00/00/00__

Policy Number __373790__   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date __11/19/2003__
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__   Expiration Date __Until Cancelled__

Issue Date __12/17/2003__ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-1        Greenville, South Carolina        (Rev. 12-1991)

010089400



# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

HANSON AGGREGATES SOUTHEAST INC
100 CRESCENT CENTRE PARKWAY SUITE 1240
TUCKER, GA 30084

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: _____ |
|---|---|

11/19/2003 - 00/00/00  Breakdown for policies under installment premium payment plan:

XXXXXXXXXXX   0.00                    ESCROW DEPOSIT   0.00
The remaining   monthly   installments due will change by   0.00   from   0.00
to   0.00   beginning with the Installment due   00/00/00

Policy Number   373790          Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date   11/19/2003
                M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured   M & M MATERIALS                                          Expiration Date   Until Cancelled

Issue Date   12/17/2003  Authorized Signature _____
                              ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                      Greenville, South Carolina                (Rev. 12-1991)

010089400

Copy of Image

## ENDORSEMENT

# GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

SAIIA CONSTRUCTION LLC
2881 SHANNON OXMORE ROAD
BIRMINGHAM, AL 35211

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: | 200.00 | RETURN PREMIUM: _____ |
|---|---|---|

10/17/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX ___0.00___      ESCROW DEPOSIT ____0.00____
The remaining __monthly__ installments due will change by __0.00__ from _0.00_
to ___0.00___ beginning with the Installment due ___00/00/00___

Policy Number __373790__   Endorsement Effective Time XXXXXXX 11:50 AM   Endorsement Effective Date _10/17/2003_
         M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____   Expiration Date _Until Cancelled_

Issue Date __11/05/2003_ Authorized Signature _____
                    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

Form E-1                     Greenville, South Carolina                (Rev. 12-1991)

Copy of Image

010069098

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE FORM TRN-1 IS ADDED AS PART OF THIS POLICY.

Policy Number __373790__     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date __11/19/2003__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS__                                                    Expiration Date __Until Cancelled__

Issue Date __12/16/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

010069397

# CANAL
### GROUP

## POLICYHOLDER DISCLOSURE
## NOTICE OF TERRORISM
## INSURANCE COVERAGE

Coverage for acts of terrorism is included in your policy. Effective November 26, 2002, any losses caused by certified acts of terrorism would be partially reimbursed by the United States under a formula established by federal law. The term "act of terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States--to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of an air carrier or vessel or the premises of a United States mission; and to have been committed by an individual or individuals acting on behalf of any foreign person or foreign interest, as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion. Under this formula, the United States pays 90% of covered terrorism losses exceeding the statutorily established deductible paid by the insurance company providing the coverage. The portion of your annual premium that is attributable to coverage for acts of terrorism is: **$ waived** .

Form TRN-1                                                                 (Rev. 11-2002)

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT ENDORSEMENT E-70 AL REV. 4-2003 IS ADDED AS PART OF THIS POLICY.

Policy Number ___373790___    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date _11/19/2003_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____    Expiration Date _Until Cancelled_

Issue Date _12/16/2003_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

010089397



**CANAL**
INSURANCE COMPANY

# AMENDATORY ENDORSEMENT - ALABAMA

SECTION C - UNINSURED MOTORISTS INSURANCE in the Basic Automobile Liability Policy is replaced with the following:

### SECTION C - UNINSURED MOTORISTS INSURANCE

**I.   COVERAGE D - UNINSURED MOTORISTS (Damages for Bodily Injury): The company will pay all sums which the insured or the insured's legal representative shall be legally entitled to recover as damages from the owner or operator of an uninsured highway vehicle because of bodily injury sustained by the insured, caused by accident** arising out of the ownership, maintenance, or use of such **uninsured highway vehicle;** provided, for the purposes of this coverage, determination as to whether the **insured** or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the **insured** or such representative and the company or, if they fail to agree, by arbitration if mutually agreed upon by both parties.

No judgment against any person or organization alleged to be legally responsible for the **bodily injury** shall be conclusive, as between the **insured** and the company, of the issues of liability of such person or organization or of the amount of damages to which the **insured** is legally entitled unless such judgement is entered pursuant to an action prosecuted by the **insured** with the written consent of the company and the company has:
(a)  Received reasonable notice of the pendency of the suit resulting in the judgment; and
(b)  Had a reasonable opportunity to protect our interest in the suit.

However, if reasonable notice has not been given to the company, the company has the option to accept the judgment in the suit as binding on the company.

**Exclusions:** This insurance does not apply:
(a)  To bodily injury to an insured with respect to which such insured, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor; however, this Exclusion does not apply to an **underinsured highway vehicle;**
(b)  So as to inure directly or indirectly to the benefit of any workers' compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workers' compensation or disability benefits law or any similar law.
(c)  To any **insured** using a vehicle without a reasonable belief that person is entitled to do so.

**II.  PERSONS INSURED:** If the named **insured** is designated in the Declarations as:
(a)  An individual, then the following are **insureds:**
(i)    The **named insured** and any **family members.**
(ii)   Anyone else **occupying an insured highway vehicle** or a temporary substitute for an **insured highway vehicle.** The **insured highway vehicle** must be out of service because of its breakdown, repair, servicing, loss or destruction.
(iii)  Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured.**

(b)  A partnership, limited liability company, corporation, an **insured** doing business as a commercial enterprise, or any other form of organization, then the following are **insureds:**
(i)    Anyone **occupying an insured highway vehicle** or temporary substitute for an **insured highway vehicle.** The **insured highway vehicle** must be out of service because of its breakdown, repair, servicing, loss or destruction.
(ii)   Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured.**

The insurance applies separately with respect to each **insured,** except with respect to the limits of the company's liability.

**III. LIMITS OF LIABILITY:** Regardless of the number of **insured highway vehicles, insureds,** premiums paid, claims made or vehicles involved in the accident, the limit of insurance is as follows:
(a)  The most the company will pay for all damages resulting from **bodily injury** to any one person caused by any one accident, including all damages claimed by any person or organization for care, loss of services or death resulting from the **bodily injury,** is the limit of uninsured motorists (BI) shown in the Declarations for each person. If there is more than one **insured highway vehicle,** the Company's limit of insurance for any one accident is the sum of the limits applicable to each **insured highway vehicle,** subject to a maximum of **three insured highway vehicles.**
(b)  Subject to the limit for each person, the most the company will pay for all damages resulting from **bodily injury** caused by any one accident, is the limit of uninsured motorists (BI) shown in the Declarations for each accident.
(c)  If coverage for **bodily injury** is provided on a combined single limit basis, the most the company will pay for all damages resulting from any one accident is the uninsured motorists (CSL) shown on the Declarations subject to affording split limits as required by law.
(d)  No one will be entitled to receive duplicate payments for the same elements of loss under this endorsement, any Liability Coverage policy, or any Medical Payments Coverage endorsement.
(e)  The company will not make a duplicate payment for any element of loss for which payment has been made by or for anyone who is legally responsible.
(f)  The company will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any workers' compensation law, disability benefits, or similar law.
(g)  We will reduce the **insured's** total damages by any amount available to that **insured,** under any bodily injury liability bonds or policies applicable to an **underinsured motor vehicle,** that such **insured** did not recover as a result of a settlement between that insured and the insurer of such vehicle. However, any reduction of the **insured's** total damages will not reduce the limit of liability for this coverage. This paragraph shall not apply if the company advances payment to the **insured** in an amount equal to the tentative settlement with the insurer of the **underinsured vehicle.**

**IV.  POLICY PERIOD; TERRITORY:** This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

**V.  ADDITIONAL DEFINITIONS:** When used in reference to this insurance (including endorsements forming a part of the policy):

"**designated insured**" means an individual named in the Schedule under **Designated Person Insured**.

"**family member**" means a person related to an individual named **insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

"**highway vehicle**" means a land motor vehicle or **trailer** other than a:
(a)  Farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,
(b)  Vehicle operated on rails or crawler-treads, or
(c)  Vehicle while located for use as a residence or premises.

"**hit-and-run vehicle**" means a **highway vehicle** which causes **bodily injury** to an **insured** arising out of physical contact of such vehicle with the **insured** or with a vehicle which the **insured** is **occupying** at the time of the accident, provided:
(a)  There cannot be ascertained the identity of either the operator or owner of such **highway vehicle**;
(b)  The **insured** or someone on the **insured's** behalf shall have reported the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles and shall have filed with the company within 30 days thereafter a statement under oath that the **insured** or the **insured's** legal representative has a cause or causes of action arising out of such accident for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof;
(c)  At the company's request, the **insured** or the **insured's** legal representative makes available for inspection the vehicle which the **insured** was **occupying** at the time of the accident; and
(d)  If there is no physical contact with the **hit-and-run vehicle**, the insured must submit substantial evidence to establish a right a recovery.

"**insured highway vehicle**" means a **highway vehicle**:
(a)  Described in the Schedule as an **owned automobile** to which the Bodily Injury Liability Coverage of the policy applies;
(b)  While temporarily used as a substitute for an **insured highway vehicle** as described in subparagraph (a) above, when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction;
(c)  While being operated by the **named** or **designated insured** or by the spouse of either if a resident of the same household;
but the term "**insured highway vehicle**" shall not include:
  (i)  A vehicle while used as a public or livery conveyance, unless such use is specifically declared and described in this policy;
  (ii)  A vehicle while being used without the permission of the owner;
  (iii)  Under subparagraphs (b) and (c) above, a vehicle

owned by the **named insured**, any **designated insured**, or any resident of the same household as the **named** or **designated insured**; or
  (iv)  Under subparagraphs (b) and (c) above, a vehicle furnished for the regular use of the **named insured** or any resident of the same household.

"**occupying**" means in or upon or entering into or alighting from.

"**state**" includes the District of Columbia, a territory or possession of the United States, and a province of Canada.

"**uninsured highway vehicle**" means:
(a)  A **highway vehicle** for which no liability bond or policy at the time of the accident provides at least the amounts specified by the financial responsibility law of Alabama as follows:
  (i)  $20,000 for **bodily injury** to any one person caused by any one accident; and
  (ii)  $40,000 for **bodily injury** to two or more persons caused by any one accident.
(b)  A **hit-and-run vehicle**;
(c)  An **underinsured highway vehicle**; or
(d)  A **highway vehicle** for which the insuring or bonding company denies coverage or is or becomes insolvent.
but the term "**uninsured highway vehicle**" shall not include:
  (i)  An **insured highway vehicle**;
  (ii)  A **highway vehicle** which is owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law;
  (iii)  A **highway vehicle** which is owned by the United States of America, Canada, a **state**, a political subdivision of any such government or an agency of any of the foregoing;
  (iv)  A **highway vehicle** designed for use mainly off public roads while not on public roads.

"**underinsured highway vehicle**" means a **highway vehicle** for which the sum of all liability bonds or policies at the time of the accident provides a limit that is less than the amount an **insured** is legally entitled to recover as damages caused by the accident.

**VI.  ADDITIONAL CONDITIONS**

**A.  Premium:** If during the policy period the number of **insured highway vehicles** owned by the **named insured** or spouse or the number of dealer's license plates issued to the **named insured** changes, the **named insured** shall notify the company during the policy period of any change and the premium shall be adjusted in accordance with the manuals in use by the company.  If the earned premium thus computed exceeds the advance premium paid, the **named insured** shall pay the excess to the company; if less, the company shall return to the **named insured** the unearned portion paid by such **insured**.

**B.  Proof of Claim; Medical Reports:** As soon as practicable, the **insured** or other person making claim shall give the company written proof of claim, under oath if required, including full particulars of the nature and extent of the injuries, treatment, and other details entering into the determination of the amount payable hereunder.  The **insured** and every other person making claim hereunder shall submit to examination under oath by any person named by

the company and subscribe the same, as often as may reasonably be required. Proof of claim shall be made upon forms furnished by the company unless the company shall have failed to furnish such forms within 15 days after receiving notice of claim.

The injured person shall submit to physical examinations by physicians selected by the company when and as often as the company may reasonably require and the **insured**, or in the event of the **insured's** incapacity, the **insured's** legal representative, or in the event of the **insured's** death, the **insured's** legal representative or the person or persons entitled to sue therefor, shall upon each request from the company execute authorization to enable the company to obtain medical reports and copies of records.

C. **Assistance and Cooperation of the Insured:** After notice of claim under this insurance, the company may require the **insured** to take such action as may be necessary or appropriate to preserve the **insured's** right to recover damages from any person or organization alleged to be legally responsible for the **bodily injury**; and in any action against the company, the company may require the **insured** to join such person or organization as a party defendant.

D. **Notice of Legal Action:** If, before the company makes payment of loss hereunder, the **insured** or the **insured's** legal representative shall institute any legal action for **bodily injury** against any person or organization legally responsible for the use of a **highway vehicle** involved in the accident, a copy of the summons and complaint and other process served in connection with such legal action shall be forwarded immediately to the company by the **insured** or the **insured's** legal representative.

E. **Other Insurance:** For any **insured highway vehicle** the **named insured** owns, this Uninsured Motorists Coverage provides primary insurance. For any **insured highway vehicle** the **named insured** does not own, the insurance provided by this Uninsured Motorists Coverage is excess over any other collectible primary uninsured motorists coverage but only to the extent that the limit of insurance under this Uninsured Motorists Coverage exceeds the limit of such other collectible primary uninsured motorists insurance.

If this Uninsured Motorists Coverage and any other coverage form or policy providing similar insurance apply to the same accident, the maximum limit of insurance under all coverage forms or policies shall be the highest applicable limit of insurance under any one coverage form or policy.

When this Uninsured Motorists Coverage and any other coverage form or policy covers on the same basis, either excess or primary, the company will pay only its share. The company's share is the proportion that the Limit of Insurance of its coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

F. **Arbitration:**

(a) IF WE AND AN INSURED DISAGREE WHETHER THE INSURED IS LEGALLY ENTITLED TO RECOVER DAMAGES FROM THE OWNER OR DRIVER OF AN UNINSURED MOTOR VEHICLE OR DO NOT AGREE AS TO THE AMOUNT OF DAMAGES THAT ARE RECOVERABLE BY THAT INSURED, THEN THE MATTER MAY BE ARBITRATED. HOWEVER, DISPUTES CONCERNING COVERAGE UNDER THIS ENDORSEMENT MAY NOT BE ARBITRATED. BOTH PARTIES MUST AGREE TO ARBITRATION. IF SO AGREED, EACH PARTY WILL SELECT AN ARBITRATOR. THE TWO ARBITRATORS WILL SELECT A THIRD. IF THEY CANNOT AGREE WITHIN 30 DAYS, EITHER MAY REQUEST THAT SELECTION BE MADE BY A JUDGE OF A COURT HAVING JURISDICTION. THE ARBITRATION PROCEEDINGS SHALL COMMENCE WITHIN ONE YEAR AFTER THE DATE BOTH PARTIES AGREE TO SETTLE A DISPUTE BY ARBITRATION. ARBITRATION EXPENSES WILL BE DETERMINED BY THE ARBITRATOR ACCORDING TO ALABAMA LAW.

(b) UNLESS BOTH PARTIES AGREE OTHERWISE, ARBITRATION WILL TAKE PLACE IN THE COUNTY IN WHICH THE INSURED LIVES. LOCAL RULES OF LAW AS TO ARBITRATION PROCEDURE AND EVIDENCE WILL APPLY. A DECISION AGREED TO BY TWO OF THE ARBITRATORS WILL BE BINDING.

(c) THIS ARBITRATION PROVISION WILL NOT APPLY IF LEGAL ACTION HAS BEEN COMMENCED BY THE INSURED AGAINST THE OWNER OR OPERATOR OF AN UNINSURED HIGHWAY VEHICLE.

G. **Trust Agreement:** In the event of payment to any person under this insurance:

(a) The company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the **bodily injury** because of which such payment is made;

(b) Such person shall hold in trust for the benefit of the company all rights of recovery which he shall have against such other person or organization because of

the damages which are the subject of claim made under this insurance;

(c) Such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;

(d) If requested in writing by the company, such person shall take, through any representative designated by the company, such action as may be necessary or appropriate to recover such payment as damages from such other person or organization, such action to be taken in the name of such person; in the event of a recovery, the company shall be reimbursed out of such recovery for expenses, costs and attorneys' fees incurred by it in connection therewith;

(e) Such person shall execute and deliver to the company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the company established by this provision;

(f) (a) - (e) of this provision do not apply with respect to an accident with an **underinsured highway vehicle** if the company:

(1) Has been given prompt written notice of a tentative settlement between the **insured** and the insurer of an **underinsured motor vehicle**; and

(2) Fails to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If the company advances payment to the **insured** in an amount equal to the tentative settlement offer within 30 days after receipt of notification:

(1) That payment will be separate from any amount the **insured** is entitled to recover under the provisions of this Uninsured Motorists Coverage; and

(2) The company has the right to recover the advanced payment.

If the company makes any payment the and **insured** recovers from another party, the **insured** shall hold the proceeds in trust for the company and pay the company back the amount the company has paid.

**H.** **Payment of Loss by the Company:** Any amount due hereunder is payable:

(a) To the **insured**, or

(b) If the **insured** is a minor, to the **insured's** parent or guardian, or

(c) If the **insured** is deceased, to the **insured's** surviving spouse, otherwise

(d) To a person authorized by law to receive such payment or to a person legally entitled to recover the damages which the payment represents;

provided, the company may at its option pay any amount due hereunder in accordance with division (d) hereof.

**I.** **Duties in the Event of Accident, Claim, Suit or Loss:**

A person seeking Uninsured Motorists Coverage must promptly notify the company in writing of a tentative settlement between the **insured** and the insurer of an **underinsured highway vehicle** and allow the company 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve the company's rights against the insurer, owner or operator of such **underinsured highway vehicle**.

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE FORM UM-101 AL REV. 9-2002 IS ADDED AS PART OF THIS POLICY.

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2003__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____    Expiration Date __Until Cancelled__

Issue Date __12/16/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

010089397

## IMPORTANT NOTICE REGARDING THE UM COVERAGE
## FOR WHICH YOU HAVE APPLIED

**THIS DOCUMENT AFFECTS YOUR LEGAL RIGHTS. IF THE POLICY FOR WHICH YOU ARE APPLYING IS A LIABILITY POLICY AND YOU HAVE NOT REJECTED UNINSURED MOTORIST COVERAGE, READ THE FOLLOWING INFORMATION CAREFULLY AND SIGN THE ACKNOWLEDGMENT OF ARBITRATION AGREEMENT.**

1. THE POLICY FOR WHICH YOU HAVE APPLIED INCLUDES A BINDING ARBITRATION AGREEMENT.

2. THE ARBITRATION AGREEMENT REQUIRES THAT ANY DISAGREEMENT RELATED TO THE UM COVERAGE MUST BE RESOLVED BY ARBITRATION AND NOT IN A COURT OF LAW.

3. THE RESULTS OF THE ARBITRATION ARE FINAL AND BINDING ON YOU AND THE INSURANCE COMPANY.

4. IN AN ARBITRATION, AN ARBITRATOR, WHO IS AN INDEPENDENT, NEUTRAL PARTY, GIVES A DECISION AFTER HEARING THE POSITIONS OF THE PARTIES.

5. WHEN YOU ACCEPT THIS UM COVERAGE, YOU AGREE TO RESOLVE ANY DIS-AGREEMENT RELATED TO THE UM COVERAGE BY BINDING ARBITRATION IN-STEAD OF A TRIAL IN COURT INCLUDING A TRIAL BY JURY.

6. ARBITRATION TAKES THE PLACE OF RESOLVING DISPUTES BY A JUDGE AND JURY AND THE DECISION OF THE ARBITRATOR CANNOT BE REVIEWED IN COURT BY A JUDGE AND JURY.

### ACKNOWLEDGMENT OF ARBITRATION AGREEMENT

I HAVE READ THIS STATEMENT. I UNDERSTAND THAT I AM VOLUNTARILY SURREN-DERING MY RIGHT TO HAVE ANY DISAGREEMENT BETWEEN THE INSURANCE COM-PANY AND MYSELF REGARDING THE UM COVERAGE RESOLVED IN COURT. THIS MEANS I AM WAIVING MY RIGHT TO A TRIAL BY JURY.

I UNDERSTAND THAT UPON RECEIPT OF THE POLICY I SHOULD READ THE ARBITRA-TION CLAUSE CONTAINED IN THE UM SECTION OF THE POLICY AND THAT I HAVE THE RIGHT TO REJECT THIS POLICY WITHIN THREE (3) DAYS OF THE DATE OF DELIVERY IF I DO NOT WANT TO ACCEPT THE REQUIREMENT FOR ARBITRATION.

I UNDERSTAND THAT THIS SAME TYPE OF INSURANCE MAY BE AVAILABLE THROUGH AN INSURANCE COMPANY THAT DOES NOT REQUIRE THAT POLICY RELATED DIS-AGREEMENTS BE RESOLVED BY BINDING ARBITRATION.

_____ / _____
    Applicant / Insured            Date / Time

_____ / _____
        Agent             Date / Time

Form UM-101 AL                                  (Rev. 9-2002)

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

PERSONS INSURED SECTION A-III IS AMENDED TO INCLUDE AS AN ADDITIONAL INSURED THE PERSON OR ORGANIZATION SHOWN BELOW, BUT ONLY WITH RESPECT TO LIABILITY ARISING OUT OF THE NAMED INSUREDS OPERATIONS PERFORMED FOR THAT ADDITIONAL INSURED. COVERAGE IS EXTENDED TO INCLUDE PROTECTION TO THE ADDITIONAL INSURED ONLY. SUCH OPERATIONS AS ARE PERFORMED BY VEHICLES SCHEDULED AND VEHICLES OWNED, LEASED, HIRED OR NON-OWNED THAT ARE OPERATED BY THE NAMED INSURED IN OPERATIONS FOR THE ADDITIONAL INSURED.

> APAC-SOUTHEAST INC
> P O BOX 8888
> BIRMINGHAM, AL 36304

SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGE TO THE PROPERTY OF THE NAMED INSURED CAUSED BY THE ADDITIONAL INSURED. THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY. ALL OTHER TERMS & CONDITIONS REMAIN UNCHANGED.

IT IS UNDERSTOOD AND AGREED THAT THE POLICY IS A PRIMARY COVERAGE ON ALL VEHICLES DESCRIBED IN THE POLICY OPERATED SOLELY UNDER THE AUTHORITY OF OR LEASED TO APAC OF ALABAMA AND BEING USED SOLELY ABOUT THEIR BUSINESS. NO COVERAGE WILL EXTEND TO ANY SUB-LESSEE OF APAC OF ALABAMA.

ADDITIONAL PREMIUM: 200.00 FLAT CHARGE

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: |
|---|---|

11/19/2003 - 00/00/00  Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX  0.00    ESCROW DEPOSIT  0.00
The remaining  monthly  installments due will change by  0.00  from  0.00
to  0.00  beginning with the Installment due  00/00/00

Policy Number  373790   Endorsement Effective Time 12:01 AM   Endorsement Effective Date  11/19/2003
        M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  M & M MATERIALS   Expiration Date  Until Cancelled

Issue Date  12/18/2003 Authorized Signature
                        ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1        Greenville, South Carolina        (Rev. 12-1991)

Copy of Image

010069412

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

VULCAN CONSTRUCTION MATERIALS
P O BOX 385016
BIRMINGHAM, AL 35328-5016

as ADDITIONAL INSURED, while the vehicles described on this policy are leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM: ___200.00___          RETURN PREMIUM: _____

11/19/2003 - 00/00/00    Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXX    0.00          ESCROW DEPOSIT ___0.00___
The remaining __monthly__ installments due will change by __0.00__ from __0.00__
to ___0.00___ beginning with the installment due ___00/00/00___

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2003__
                 M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__                          Expiration Date __Until Cancelled__

Issue Date __12/18/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Form E-1                  Greenville, South Carolina                  (Rev. 12-1991)

010089412

Copy of Image



Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

FRANKLIN INDUSTRIAL MINERALS
512 TENTH AVENUE NORTH
NASHVILLE, TN 37203

as ADDITIONAL INSURED, while the vehicles described on this policy are leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: |
|---|---|

11/19/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXX    0.00                      ESCROW DEPOSIT    0.00
The remaining  monthly   installments due will change by   0.00           from  0.00
to     0.00                      beginning with the Installment due    00/00/00

Policy Number   373790         Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date  11/19/2003
             M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  M & M MATERIALS                                         Expiration Date  Until Cancelled

Issue Date  12/18/2003 Authorized Signature _____
                          ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

Form E-1                              Greenville, South Carolina                    (Rev. 12-1991)

Copy of Image

010089412



## ENDORSEMENT

# GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

SUBROGATION WAIVER ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED SHALL COVER, IN ADDITION TO THE NAMED INSURED THE INTEREST OF MCINNIS, LLC, P O DRAWER 9423, MONTGOMERY, AL 36108-0423

WHILE THE VEHICLES DESCRIBED IN THE POLICY ARE LEASED TO THE ADDITIONAL INSURED. SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES TO PROPERTY OF THE NAME INSURED CAUSED BY THE ADDITIONAL INSURED.

THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED THIRTY 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY.  ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

ADDITIONAL PREMIUM: 200.00 FLAT CHARGE

PR 1 -

| ADDITIONAL PREMIUM:  200.00 | RETURN PREMIUM: |
|---|---|

11/19/2003 - 00/00/00  Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX  DOWN PAYMENT   0.00          ESCROW  DEPOSIT          0.00
The remaining ___monthly___ installments due will change by ___0.00___ from ___0.00___
to___0.00___ beginning with the Installment due ___00/00/00

Policy Number ___373790___  Endorsement Effective Time 12:01 AM _____  Endorsement Effective Date  11/19/2003
                M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  M & M MATERIALS                                           Expiration Date  Until Cancelled

Issue Date  12/18/2003  Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                     Greenville, South Carolina                     (Rev. 12-1991)

010089409



## ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

SUBROGATION WAIVER ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED SHALL COVER, IN ADDITION TO THE NAMED INSURED THE INTEREST OF HYUNDAI MOTOR MANUFACTURING AL LLC, HYUNDAI MOTOR CO, HYUNDAI MOTOR OF AMERICA, RUST CONSTRUCTORS INC, AND DURR INDUSTRIES, ONE METROPLEX DRIVE STE 300, BIRMINGHAM, AL 35209.

WHILE THE VEHICLES DESCRIBED IN THE POLICY ARE LEASED TO THE ADDITIONAL INSURED. SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES TO PROPERTY OF THE NAME INSURED CAUSED BY THE ADDITIONAL INSURED.

THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED THIRTY 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY. ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

ADDITIONAL PREMIUM: 200.00 FLAT CHARGE

PR 1 -

| ADDITIONAL PREMIUM: | 200.00 | RETURN PREMIUM: |
|---|---|---|

11/19/2003 - 00/00/00  Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXX    0.00                    ESCROW  DEPOSIT _____ 0.00 _____
The remaining __monthly__ installments due will change by  0.00  from 0.00
to_____ 0.00 _____ beginning with the Installment due _____ 00/00/00

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2003__
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__                                        Expiration Date __Until Cancelled__

Issue Date __12/18/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-1                          Greenville, South Carolina                          (Rev. 12-1991)

010069409



## ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

C.W. MATTHEWS CONTRACTORS CO, INC
P O BOX DRAWER 970
MARIETTA, GA 30061

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: |
|---|---|

11/19/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXX    0.00                           ESCROW DEPOSIT    0.00
The remaining  monthly  installments due will change by  0.00        from  0.00
to    0.00        beginning with the Installment due    00/00/00

Policy Number  373790      Endorsement Effective Time 12:01 AM _____  Endorsement Effective Date  11/19/2003

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  M & M MATERIALS                                Expiration Date  Until Cancelled

Issue Date  12/18/2003 Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Form E-1                        Greenville, South Carolina                (Rev. 12-1991)

010089409

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

SAIIA CONSTRUCTION LLC
2881 SHANNON OXMORE ROAD
BIRMINGHAM, AL 35211

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: | 200.00 | RETURN PREMIUM: | |
|---|---|---|---|

11/19/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXX  0.00          ESCROW DEPOSIT ____0.00____
The remaining __monthly__ installments due will change by __0.00_____ from__0.00_____
to__0.00_____ beginning with the Installment due ____00/00/00____

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _11/19/2003_
      M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date _12/18/2003_ Authorized Signature _____
                  ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                      Greenville, South Carolina                      (Rev. 12-1991)

Copy of Image

010069409

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

INTERNATIONAL PAPER
2100 INDUSTRIAL BLVD
OPELIKA, AL 36801

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| | | |
|---|---|---|
| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: | |

12/31/2003 - 00/00/00   Breakdown for policies under installment premium payment plan:

XXXXXPAYMENT     0.00                          ESCROW DEPOSIT     0.00
The remaining   monthly   installments due will change by   0.00          from  0.00
to  0.00                          beginning with the Installment due     00/00/00

Policy Number   373790          Endorsement Effective Time XXXXXXX 1:24 PM     Endorsement Effective Date  12/31/2003
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured   M & M MATERIALS                                                          Expiration Date   Until Cancelled

Issue Date   01/13/2004   Authorized Signature
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                              Greenville, South Carolina                              (Rev. 12-1991)

010089570

Copy of Image



Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THE ADDRESS FOR AUBURN TRUCK SERVICE IS AMENDED TO READ AS FOLLOWS:

AUBURN TRUCK SERVICE
P O BOX 1743
AUBURN, AL 36831-1743

---

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __02/19/2004__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS__    Expiration Date __Until Cancelled__

Issue Date __02/20/2004__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

010089917

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE FOLLOWING ARE DELETED AS ADDITIONAL INSURED:

APAC-ALABAMA, INC
APAC-COUCH
P O BOX 250410
MONTGOMERY, AL 36125

APAC-GEORGIA
218 ROCKWOOD ROAD
TYRONE, GA 30290

INTERNATIONAL PAPER
P O BOX 38
CHAPMAN, AL 36015

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __01/19/2002__
         M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __04/23/2003_ Authorized Signature _____
                    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
## Canal Insurance Company
                    Greenville, South Carolina

Form E-1                                              (Rev. 12-1991)
                                                      010087373

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

STONE BUILDINGS
3120 8TH AVENUE SOUTH
BIRMINGHAM, AL 35233

as ADDITIONAL INSURED, while the vehicles described on this policy are leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM:  __200.00__          RETURN PREMIUM:  _____

04/08/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXX  __0.00__                    ESCROW DEPOSIT  ____0.00____
The remaining  __monthly__  installments due will change by  __0.00__  from __0.00__
to ____0.00____  beginning with the Installment due ____00/00/00____

Policy Number __373790__   Endorsement Effective Time XXXXXXX __11:45 AM__  Endorsement Effective Date __04/08/2003__
        M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  __M & M MATERIALS__                                        Expiration Date __Until Cancelled__

Issue Date __04/28/2003__ Authorized Signature _____
                    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

Form E-1                                   Greenville, South Carolina              (Rev. 12-1991)
02 CHARGED   APR 2 8 2003                                                    010087407

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

FRANKLIN INDUSTRIAL MINERALS
512 TENTH AVENUE NORTH
NASHVILLE, TN 37203

as ADDITIONAL INSURED, while the vehicles described on this policy are leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: _____ |

04/16/2003 - 00/00/00    Breakdown for policies under installment premium payment plan:

XXXXXXXXXXXX    0.00 _____    ESCROW DEPOSIT ____ 0.00 _____

The remaining __monthly__ installments due will change by __0.00_____ from__0.00_____

to ____0.00_____ beginning with the Installment due ____00/00/00_____

Policy Number __373790_____ Endorsement Effective Time XXXXXXXX 10:25 AM__ Endorsement Effective Date _04/16/2003_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled

Issue Date __04/28/2003 Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1

CHARGED    APR 2 8 2003

Greenville, South Carolina

(Rev. 12-1991)

010087407

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

SUBROGATION WAIVER ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREEDTHAT THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED SHALL COVER, IN ADDITION TO THE NAMED INSURED THE INTEREST OF APAC-ALABAMA INC, P O BOX 8888, DOTHAN, AL 36304

WHILE THE VEHICLES DESCRIBED IN THE POLICY ARE LEASED TO THE ADDITIONAL INSURED. SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES TO PROPERTY OF THE NAME INSURED CAUSED BY THE ADDITIONAL INSURED.

THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED THIRTY 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY.  ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

ADDITIONAL PREMIUM: 200.00 FLAT CHARGE

PR 1 -

| ADDITIONAL PREMIUM: __200.00__ | RETURN PREMIUM: _____ |
|---|---|

04/25/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:

XXXXXXXXXXXXXX __0.00__         ESCROW DEPOSIT ____ __0.00_____
The remaining __monthly__  installments due will change by __0.00__  from __0.00__
to____ __0.00_____  beginning with the Installment due ____ __00/00/00__

Policy Number __373790_____  Endorsement Effective Time XXXXXXX __5:53 PM__  Endorsement Effective Date __04/25/2003__
  M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS_____  Expiration Date __Until Cancelled__

Issue Date __04/28/2003__ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
# Canal Insurance Company

Form E-1     02 CHARGED   APR 2 8 2003        Greenville, South Carolina        (Rev. 12-1991)

010087407

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

SUBROGATION WAIVER ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED SHALL COVER, IN ADDITION TO THE NAMED INSURED THE INTEREST OF MCINNIS, LLC, P O DRAWER 9423, MONTGOMERY, AL 36108-0423

WHILE THE VEHICLES DESCRIBED IN THE POLICY ARE LEASED TO THE ADDITIONAL INSURED. SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES TO PROPERTY OF THE NAME INSURED CAUSED BY THE ADDITIONAL INSURED.

THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED THIRTY 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY.  ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

ADDITIONAL PREMIUM: 200.00 FLAT CHARGE

PR 1 -

| ADDITIONAL PREMIUM: | 200.00 | RETURN PREMIUM: | |

04/03/2003 - 00/00/00    Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX    0.00                 ESCROW  DEPOSIT        0.00
The remaining ___monthly___ installments due will change by __0.00_____ from__0.00_____
to_____0.00_____ beginning with the Installment due _____00/00/00_____

Policy Number __373790_____    Endorsement Effective Time XXXXXXX 3:03 PM___    Endorsement Effective Date __04/03/2003_
       M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____    Expiration Date _Until Cancelled_

Issue Date __05/02/2003 Authorized Signature _____
        ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

Form E-1
                    Greenville, South Carolina                    (Rev. 12-1991)

02 CHARGED  MAY 0 6 2003                                        010087458

# ENDORSEMENT

## GENERAL CHANGE

SUBROGATION WAIVER ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREED THAT THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED SHALL COVER, IN ADDITION TO THE NAMED INSURED THE INTEREST OF MCINNIS, LLC, P O DRAWER 9423, MONTGOMERY, AL 36108-0423

WHILE THE VEHICLES DESCRIBED IN THE POLICY ARE LEASED TO THE ADDITIONAL INSURED. SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES TO PROPERTY OF THE NAME INSURED CAUSED BY THE ADDITIONAL INSURED.

THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED THIRTY 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY.  ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED



Policy Number __373790_____  Endorsement Effective Time ~~XXXXXXX~~ 3:03 PM___  Endorsement Effective Date _04/03/2003_
    M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____  Expiration Date _Until Cancelled_

Issue Date __04/25/2003_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010087392

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

STONE BUILDING
3120 8TH AVENUE SOUTH
BIRMINGHAM, AL 35233

as ADDITIONAL INSURED, while the vehicles described on this policy are leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM: __200.00__          RETURN PREMIUM: _____

04/08/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
~~XXXXXXXXXXX~~ __0.00__                    ESCROW  DEPOSIT ____0.00____
The remaining __monthly__ installments due will change by __0.00__ from __0.00__
to____0.00____ beginning with the Installment due ___00/00/00__

Policy Number __373790_____ Endorsement Effective Time ~~XXXXXXX~~ _11:45 AM__ Endorsement Effective Date __04/08/2003_
      M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __05/02/2003_ Authorized Signature _____
            ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
   **ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
# Canal Insurance Company

Form E-1                          Greenville, South Carolina              (Rev. 12-1991)
   ~~02 CHARGED~~  MAY 0 6 2003                                      010087458

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

IT IS UNDERSTOOD AND AGREED THAT ADDITIONAL INSURED APAC-ALABAMA INC, P O BOX 8888, DOTHAN, AL 36304 EFFECTIVE 4/25/2003 AND ISSUED ON 4/30/2003 IS NULL AND VOID.

RETURN PREMIUM: -200.00 FLAT CHARGE

PR 1 -

ADDITIONAL PREMIUM: _____     RETURN PREMIUM:  -200.00_____

04/25/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXXX   0.00_____     ESCROW  DEPOSIT _____0.00_____
The remaining  monthly   installments due will change by  0.00_____ from  0.00_____
to____0.00_____ beginning with the Installment due ____00/00/00_____

Policy Number __373790_____ Endorsement Effective Time XXXXXXX  5:53 PM___ Endorsement Effective Date __04/25/2003___
        M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __05/02/2003_ Authorized Signature _____
            ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1

02 CHARGED  MAY 0 6 2003

Greenville, South Carolina

(Rev. 12-1991)

010087458

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

SUBROGATION WAIVER ADDITIONAL INSURED

IT IS HEREBY UNDERSTOOD AND AGREEDTHAT THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED SHALL COVER, IN ADDITION TO THE NAMED INSURED THE INTEREST OF APAC-ALABAMA INC, P O BOX 8888, DOTHAN, AL 36304

WHILE THE VEHICLES DESCRIBED IN THE POLICY ARE LEASED TO THE ADDITIONAL INSURED. SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES TO PROPERTY OF THE NAME INSURED CAUSED BY THE ADDITIONAL INSURED.

THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED THIRTY 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY.  ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

IT IS UNDERSTOOD AND AGREED THAT THE POLICY IS A PRIMARY COVERAGE ON ALL VEHICLES DESCRIBED IN THE POLICY OPERATED SOLELY UNDER THE AUTHORITY OF OR LEASED TO APAC OF ALABAMA, AND BEING USED SOLELY ABOUT THEIR BUSINESS. NO COVERAGE WILL EXTEND TO ANY SUB-LESSEE OF APAC OF ALABAMA.

ADDITIONAL PREMIUM: 200.00 FLAT CHARGE

PR 1 -

ADDITIONAL PREMIUM: __200.00__          RETURN PREMIUM: _____

05/24/2003 - 00/00/00  Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX ___0.00___          ESCROW  DEPOSIT ____0.00____
The remaining __monthly__ installments due will change by __0.00__ from__0.00__
to___0.00___ beginning with the Installment due ___00/00/00__

Policy Number ___373790___      Endorsement Effective Time XXXXXXX _5:53 PM__  Endorsement Effective Date __05/24/2003_
      M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____  Expiration Date _Until Cancelled_

Issue Date __05/02/2003 Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form PR CHARGED   MAY 06 2003        Greenville, South Carolina          (Rev. 12-1991)

010087458

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

IT IS UNDERSTOOD AND AGREED THAT A 2003 MACK TRACTOR #1M2AG11C53M003550 IS ADDED ON 4/30/03 AT 3:33 PM AND DELETED ON 5/4/03 AT 12:01 AM FOR A FLAT FEE OF $100.00.

ADDITIONAL PREMIUM: 100.00 FLAT CHARGE

PR 1 -

ADDITIONAL PREMIUM:  __100.00__          RETURN PREMIUM:  _____

04/30/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:

XXXXXXXXXXXX  __0.00__          ESCROW DEPOSIT  __0.00__

The remaining __monthly__ installments due will change by __0.00__ from __0.00__ to __0.00__ beginning with the Installment due __00/00/00__

Policy Number __373790__       Endorsement Effective Time XXXXXX __3:33 PM__   Endorsement Effective Date __04/30/2003__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS__                                    Expiration Date __Until Cancelled__

Issue Date __05/09/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-1                          Greenville, South Carolina                        (Rev. 12-1991)

02 CHARGED   MAY 12 2003                                                          010087521

# GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

VULCAN CONSTRUCTION MATERIALS
P O BOX 385016
BIRMINGHAM, AL 35328-5016

as ADDITIONAL INSURED, while the vehicles described on this policy are leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM: __200.00__          RETURN PREMIUM: _____

03/26/2003 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX __0.00__                ESCROW  DEPOSIT ____0.00____
The remaining __monthly__ installments due will change by __0.00__ from __0.00__
to ____0.00____ beginning with the Installment due ____00/00/00____

Policy Number __373790__  Endorsement Effective Time 12:01 AM _____  Endorsement Effective Date __03/26/2003__
        M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS_____  Expiration Date __Until Cancelled__

Issue Date __04/23/2003__ Authorized Signature _____
            ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company
Form E-1            Greenville, South Carolina                    (Rev. 12-1991)

010087373

JAN. 13. 2004  4:29PM    PALC    INSURANCE                          NO. 977    P. 4

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN BELOW, IT IS AGREED THAT HIRED AUTO COVERAGE IS HEREBY REMOVED FROM THIS POLICY.

Accepted: X _Brett McColl_____    Date: _____

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA M & M MATERIALS

PR 1 -

| ADDITIONAL PREMIUM: _____ | RETURN PREMIUM: __SEE BELOW__ |
| --- | --- |

11/19/2003 - 1/1/2004    Breakdown for policies under installment premium payment plan:

~~XXXXXXXXXXXX~~  -90.00 _____    ESCROW  DEPOSIT  ____-128.00____

The remaining __monthly__ installments due will change by __-54.00__  from __23,079.00__ to ____23,015.00_____ beginning with the installment due ____1/1/2004____

Policy Number __373790_____    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2003__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____    Expiration Date __Until Cancelled__

Issue Date __12/16/2003__ Authorized Signature  _Estelle E Small_____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Form E-1                          Greenville, South Carolina                          (Rev. 12-1991)

ATTACH
Initials                          010089397

# ENDORSEMENT

## GENERAL CHANGE

IN CONSIDERATION OF THE RETURN PREMIUM SHOWN BELOW, IT IS AGREED THAT NON OWNED
COVERAGE IS HEREBY REMOVED FROM THIS POLICY.

**ATTACH**
Initials: 7/29/04

Accepted: X _Brett McConally_____    Date: _____

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA M & M MATERIALS

| ADDITIONAL PREMIUM: See Page One | RETURN PREMIUM: See Page One |
|---|---|

Breakdown for policies under installment premium payment plan:

DOWNPAYMENT _____    ESCROW DEPOSIT _____

The remaining _____ installments due will change by _____ from_____

to_____ beginning with the installment due _____

Policy Number __373790_____  Endorsement Effective Time 12:01 AM _____  Endorsement Effective Date _11/19/2003_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____    Expiration Date _Until Cancelled_

Issue Date __12/18/2003_ Authorized Signature ___Estelle E Smith_____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                              Greenville, South Carolina                      (Rev. 12-1991)

010089397

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

GARNEY COMPANIES INC
7525 ASSUNTS COURT STE A
FAIRHOPE, AL 36532

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: _200.00_ | RETURN PREMIUM: _____ |
|---|---|

07/02/2002 - 00/00/00 Breakdown for policies under installment premium payment plan:

XXXXXXXXXXXXX  __0.00__          ESCROW  DEPOSIT  _____0.00_____

The remaining __monthly__ installments due will change by __0.00__ from __0.00__ to __0.00__ beginning with the Installment due ____00/00/00____

Policy Number __373790_____ Endorsement Effective Time XXXXXXXX _11:04 AM__ Endorsement Effective Date _07/02/2002_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __08/19/2002_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

02 CHARGED

AUG 2 7 2002

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010085596

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

HYDRO OPERATIONS INC
P O BOX 470
WEST POINT, GA 31833

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM: __200.00__          RETURN PREMIUM: _____

08/22/2002 - 00/00/00  Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXXX __0.00__          ESCROW DEPOSIT _____0.00_____
The remaining __monthly___ installments due will change by __0.00_____ from__0.00_____
to_____0.00_____ beginning with the Installment due ____00/00/00__

Policy Number __373790_____ Endorsement Effective Time XXXXXXX 2:56 PM___ Endorsement Effective Date _08/22/2002_
          M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____     Expiration Date _Until Cancelled_

Issue Date __08/28/2002_ Authorized Signature _____
          ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
## Canal Insurance Company
          Greenville, South Carolina                    (Rev. 12-1991)

SEP 0 9 2002

          010085673

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

HYDRO OPERATIONS INC
P O BOX 470
WEST POINT, GA 31833

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: |
|---|---|

11/19/02 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX   0.00                           ESCROW  DEPOSIT _____0.00_____
The remaining __monthly__ installments due will change by __0.00__ from__0.00__
to____0.00_____ beginning with the Installment due ____00/00/00_____

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _11/19/2002_
       M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date _11/26/2002_ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                                        Greenville, South Carolina                          (Rev. 12-1991)

02 CHARGED     UEC 1 2 2002                                                                        010086369

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

J & L CONTRACTORS
P O BOX 427
AUBURN, AL 36831

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM:  200.00            RETURN PREMIUM: _____

11/19/02 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXX  0.00            ESCROW DEPOSIT _____0.00_____
The remaining _monthly_ installments due will change by _0.00_ from _0.00_____
to____0.00_____ beginning with the Installment due ____00/00/00____

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _11/19/2002_
         M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __11/27/2002_ Authorized Signature _____
                    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

Form E-1                              Greenville, South Carolina                    (Rev. 12-1991)
  02 CHARGED    DEC 1 2 2002
                                                                              010086369

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

THOMPSON CARRIERS
1700 OLD COLUMBUS ROAD
OPELIKA, AL 36804

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM: __200.00__        RETURN PREMIUM: _____

11/19/02 - 00/00/00 Breakdown for policies under installment premium payment plan:
~~XXXXXXXXXXXX~~    0.00                ESCROW DEPOSIT    0.00
The remaining __monthly__ installments due will change by __0.00__ from __0.00__
to    0.00            beginning with the Installment due    00/00/00

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2002__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____    Expiration Date __Until Cancelled__

Issue Date __11/27/2002__ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                Greenville, South Carolina                (Rev. 12-1991)

02 CHARGED    DEC 1 2 2002                            010086369

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

BLUE CIRCLE MATERIALS
1800 PKWY PLACE STE 1
MARIETTA, GA 30067-8217

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM:    200.00                    RETURN PREMIUM: _____

11/19/02 - 00/00/00  Breakdown for policies under installment premium payment plan:
~~XXXXXXXXXXX~~    0.00                ESCROW  DEPOSIT _____0.00_____
The remaining __monthly__ installments due will change by __0.00_____ from __0.00____
to____0.00_____ beginning with the Installment due ____00/00/00_____

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2002__
      M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS_____ Expiration Date __Until Cancelled__

Issue Date __11/27/2002__ Authorized Signature _____
                              ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                              Greenville, South Carolina              (Rev. 12-1991)
      02 CHARGED    DEC 1 2 2002
                                                                   010086369

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

CITY OF AUBURN
P O BOX 511
AUBURN, AL 36831-0511

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: | 200.00 | RETURN PREMIUM: |
|---|---|---|

| 11/19/02 - 00/00/00 | Breakdown for policies under installment premium payment plan: | | |
|---|---|---|---|
| XXXXXXXXXXXX  0.00 | | ESCROW DEPOSIT | 0.00 |
| The remaining  monthly  installments due will change by  0.00  from  0.00 | | | |
| to  0.00  beginning with the Installment due  00/00/00 | | | |

Policy Number __373790__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2002__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____ Expiration Date __Until Cancelled__

Issue Date __11/27/2002__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                    Greenville, South Carolina                    (Rev. 12-1991)

NOT CHARGED    DEC 12 2002

010086369

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

GATE PRECAST COMPANY
P O BOX 767
MONROEVILLE, AL 36461

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: _____ |
|---|---|

11/19/02 - 00/00/00 Breakdown for policies under installment premium payment plan:

XXXXXXXXXXXXX____0.00_____    ESCROW DEPOSIT _____0.00_____
The remaining __monthly___ installments due will change by __0.00_____ from__0.00_____
to____0.00_____ beginning with the Installment due _____00/00/00_____

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _11/19/2002_
         M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __11/27/2002_ Authorized Signature _____
                                ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-1                                    Greenville, South Carolina                      (Rev. 12-1991)
02 CHARGED   DEC 12 2002
                                                                                            010086369

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the premium charged, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

GARNEY COMPANIES INC
7525 ASSUNTS COURT STE A
FAIRHOPE, AL 36532

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790_____  Endorsement Effective Time 12:01 AM _____  Endorsement Effective Date _11/19/2002_
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____  Expiration Date _Until Cancelled_

Issue Date __11/27/2002_ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form _____ CHARGED  DEC 1 2 2002

(Rev. 12-1991)

010086369

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT ENDORSEMENT E-70 AL REV. 4-2002 IS ADDED AS A
REPLACEMENT FOR E-70 AL REV. 8-96.

Policy Number __373790_____   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date __11/19/2002_

           M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____   Expiration Date _Until Cancelled_

Issue Date __11/26/2002_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010086348


**CANAL**
INSURANCE COMPANY

# AMENDATORY ENDORSEMENT - ALABAMA

**SECTION C - UNINSURED MOTORISTS INSURANCE** in the Basic Automobile Liability Policy is replaced with the following:

### SECTION C - UNINSURED MOTORISTS INSURANCE

I. **COVERAGE D - UNINSURED MOTORISTS (Damages** for Bodily Injury): The company will pay all sums which the **insured** or the **insured's** legal representative shall be legally entitled to recover as damages from the owner or operator of an **uninsured highway vehicle** because of bodily injury sustained by the insured, caused by accident arising out of the ownership, maintenance, or use of such **uninsured highway vehicle**; provided, for the purposes of this coverage, determination as to whether the **insured** or such representative is legally entitled to recover such damages, and if so the amount thereof, shall be made by agreement between the **insured** or such representative and the company or, if they fail to agree, by arbitration if mutually agreed upon by both parties.

No judgment against any person or organization alleged to be legally responsible for the **bodily injury** shall be conclusive, as between the **insured** and the company, of the issues of liability of such person or organization or of the amount of damages to which the **insured** is legally entitled unless such judgement is entered pursuant to an action prosecuted by the **insured** with the written consent of the company and the company has:
(a) Received reasonable notice of the pendency of the suit resulting in the judgment; and
(b) Had a reasonable opportunity to protect our interest in the suit.
However, if reasonable notice has not been given to the company, the company has the option to accept the judgment in the suit as binding on the company.

**Exclusions:** This insurance does not apply:
(a) To bodily injury to an insured with respect to which such insured, his legal representative or any person entitled to payment under this insurance shall, without written consent of the company, make any settlement with any person or organization who may be legally liable therefor; however, this Exclusion does not apply to an **underinsured highway vehicle**;
(b) So as to inure directly or indirectly to the benefit of any workers' compensation or disability benefits carrier or any person or organization qualifying as a self-insurer under any workers' compensation or disability benefits law or any similar law.
(c) To any **insured** using a vehicle without a reasonable belief that person is entitled to do so.

II. **PERSONS INSURED:** If the named insured is designated in the Declarations as:
(a) An individual, then the following are **insureds:**
(i) The **named insured** and any **family members**.
(ii) Anyone else **occupying** an **insured highway vehicle** or a temporary substitute for an **insured highway vehicle**. The **insured highway vehicle** must be out of service because of its breakdown, repair, servicing, loss or destruction.
(iii) Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.

(b) A partnership, limited liability company, corporation, an **insured** doing business as a commercial enterprise, or any other form of organization, then the following are **insureds:**
(i) Anyone **occupying** an **insured highway vehicle** or temporary substitute for an **insured highway vehicle**. The **insured highway vehicle** must be out of service because of its breakdown, repair, servicing, loss or destruction.
(ii) Anyone for damages he or she is entitled to recover because of **bodily injury** sustained by another **insured**.
The insurance applies separately with respect to each **insured**, except with respect to the limits of the company's liability.

III. **LIMITS OF LIABILITY:** Regardless of the number of **insured highway vehicles, insureds**, premiums paid, claims made or vehicles involved in the accident, the limit of insurance is as follows:
(a) The most the company will pay for all damages resulting from **bodily injury** to any one person caused by any one accident, including all damages claimed by any person or organization for care, loss of services or death resulting from the **bodily injury**, is the limit of uninsured motorists (BI) shown in the Declarations for each person. If there is more than one **insured highway vehicle**, the Company's limit of insurance for any one accident is the sum of the limits applicable to each **insured highway vehicle**, subject to a maximum of three **insured highway vehicles**.
(b) Subject to the limit for each person, the most the company will pay for all damages resulting from **bodily injury** caused by any one accident, is the limit of uninsured motorists (BI) shown in the Declarations for each accident.
(c) If coverage for **bodily injury** is provided on a combined single limit basis, the most the company will pay for all damages resulting from any one accident is the uninsured motorists (CSL) shown on the Declarations subject to affording split limits as required by law.
(d) No one will be entitled to receive duplicate payments for the same elements of loss under this endorsement, any Liability Coverage policy, or any Medical Payments Coverage endorsement.
(e) The company will not make a duplicate payment for any element of loss for which payment has been made by or for anyone who is legally responsible.
(f) The company will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any workers' compensation law, disability benefits, or similar law.
(g) We will reduce the **insured's** total damages by any amount available to that **insured**, under any bodily injury liability bonds or policies applicable to an **underinsured motor vehicle**, that such **insured** did not recover as a result of a settlement between that **insured** and the insurer of such vehicle. However, any reduction of the **insured's** total damages will not reduce the limit of liability for this coverage. This paragraph shall not apply if the company advances payment to the **insured** in an amount equal to the tentative settlement with the insurer of the **underinsured vehicle**.

Form E-70 AL                          Page 1 of 4                          (Rev. 4-2002)

IV.  **POLICY PERIOD; TERRITORY:** This insurance applies only to accidents which occur during the policy period and within the United States of America, its territories or possessions, or Canada.

V.  **ADDITIONAL DEFINITIONS:** When used in reference to this insurance (including endorsements forming a part of the policy):

"**designated insured**" means an individual named in the Schedule under **Designated Person Insured**.

"**family member**" means a person related to an individual **named insured** by blood, marriage or adoption who is a resident of such **named insured's** household, including a ward or foster child.

"**highway vehicle**" means a land motor vehicle or **trailer** other than a:
(a)  Farm type tractor or other equipment designed for use principally off public roads, while not upon public roads,
(b)  Vehicle operated on rails or crawler-treads, or
(c)  Vehicle while located for use as a residence or premises.

"**hit-and-run vehicle**" means a **highway vehicle** which causes **bodily injury** to an **insured** arising out of physical contact of such vehicle with the **insured** or with a vehicle which the **insured** is **occupying** at the time of the accident, provided:
(a)  There cannot be ascertained the identity of either the operator or owner of such **highway vehicle**;
(b)  The **insured** or someone on the **insured's** behalf shall have reported the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles and shall have filed with the company within 30 days thereafter a statement under oath that the **insured** or the **insured's** legal representative has a cause or causes of action arising out of such accident for damages against a person or persons whose identity is unascertainable, and setting forth the facts in support thereof;
(c)  At the company's request, the **insured** or the **insured's** legal representative makes available for inspection the vehicle which the **insured** was **occupying** at the time of the accident; and
(d)  If there is no physical contact with the **hit-and-run vehicle**, the facts of the accident must be proven by clear and convincing evidence. The company will only accept corroborating evidence of the claim other than the evidence provided by occupants in the **insured highway vehicle** or in the vehicle an **insured** is **occupying**.

"**insured highway vehicle**" means a **highway vehicle**:
(a)  Described in the Schedule as an **owned automobile** to which the Bodily Injury Liability Coverage of the policy applies;
(b)  While temporarily used as a substitute for an **insured highway vehicle** as described in subparagraph (a) above, when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction;
(c)  While being operated by the **named** or **designated insured** or by the spouse of either if a resident of the same household;
but the term "**insured highway vehicle**" shall not include:
  (i)  A vehicle while used as a public or livery conveyance, unless such use is specifically declared and described in this policy;

  (ii)  A vehicle while being used without the permission of the owner;
  (iii)  Under subparagraphs (b) and (c) above, a vehicle owned by the **named insured**, any **designated insured** or any resident of the same household as the **named** or **designated insured**; or
  (iv)  Under subparagraphs (b) and (c) above, a vehicle furnished for the regular use of the **named insured** or any resident of the same household.

"**occupying**" means in or upon or entering into or alighting from.

"**state**" includes the District of Columbia, a territory or possession of the United States, and a province of Canada.

"**uninsured highway vehicle**" means:
(a)  A **highway vehicle** for which no liability bond or policy at the time of the accident provides at least the amounts specified by the financial responsibility law of Alabama as follows:
  (i)  $20,000 for **bodily injury** to any one person caused by any one accident; and
  (ii)  $40,000 for **bodily injury** to two or more persons caused by any one accident.
(b)  A **hit-and-run vehicle**;
(c)  An **underinsured highway vehicle**; or
(d)  A **highway vehicle** for which the insuring or bonding company denies coverage or is or becomes insolvent.
but the term "**uninsured highway vehicle**" shall not include:
  (i)  An **insured highway vehicle**;
  (ii)  A **highway vehicle** which is owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law;
  (iii)  A **highway vehicle** which is owned by the United States of America, Canada, a **state**, a political subdivision of any such government or an agency of any of the foregoing;
  (iv)  A **highway vehicle** designed for use mainly off public roads while not on public roads.

"**underinsured highway vehicle**" means a **highway vehicle** for which the sum of all liability bonds or policies at the time of the accident provides a limit that is less than the amount an **insured** is legally entitled to recover as damages caused by the accident.

VI.  **ADDITIONAL CONDITIONS**

A.  **Premium:** If during the policy period the number of **insured highway vehicles** owned by the **named insured** or spouse or the number of dealer's license plates issued to the **named insured** changes, the **named insured** shall notify the company during the policy period of any change and the premium shall be adjusted in accordance with the manuals in use by the company. If the earned premium thus computed exceeds the advance premium paid, the **named insured** shall pay the excess to the company; if less, the company shall return to the **named insured** the unearned portion paid by such **insured**.

B.  **Proof of Claim; Medical Reports:** As soon as practicable, the **insured** or other person making claim shall give the company written proof of claim, under oath if required, including full particulars of the nature and extent of the injuries, treatment, and other details entering into the deter-

mination of the amount payable hereunder. The **insured** and every other person making claim hereunder shall submit to examination under oath by any person named by the company and subscribe the same, as often as may reasonably be required. Proof of claim shall be made upon forms furnished by the company unless the company shall have failed to furnish such forms within 15 days after receiving notice of claim.

The injured person shall submit to physical examinations by physicians selected by the company when and as often as the company may reasonably require and the **insured**, or in the event of the **insured's** incapacity, the **insured's** legal representative, or in the event of the **insured's** death, the **insured's** legal representative or the person or persons entitled to sue therefor, shall upon each request from the company execute authorization to enable the company to obtain medical reports and copies of records.

C. **Assistance and Cooperation of the Insured:** After notice of claim under this insurance, the company may require the **insured** to take such action as may be necessary or appropriate to preserve the **insured's** right to recover damages from any person or organization alleged to be legally responsible for the **bodily injury**; and in any action against the company, the company may require the **in-sured** to join such person or organization as a party defendant.

D. **Notice of Legal Action:** If, before the company makes payment of loss hereunder, the **insured** or the **insured's** legal representative shall institute any legal action for **bodily injury** against any person or organization legally responsible for the use of a **highway vehicle** involved in the accident, a copy of the summons and complaint and other process served in connection with such legal action shall be forwarded immediately to the company by the **insured** or the **insured's** legal representative.

E. **Other Insurance:** For any **insured highway vehicle** the **named insured** owns, this Uninsured Motorists Coverage provides primary insurance. For any **insured highway vehicle** the **named insured** does not own, the insurance provided by this Uninsured Motorists Coverage is excess over any other collectible primary uninsured motorists coverage but only to the extent that the limit of insurance under this Uninsured Motorists Coverage exceeds the limit of such other collectible primary uninsured motorists insurance.

If this Uninsured Motorists Coverage and any other coverage form or policy providing similar insurance apply to the same accident, the maximum limit of insurance under all coverage forms or policies shall be the highest applicable limit of insurance under any one coverage form or policy.

When this Uninsured Motorists Coverage and any other coverage form or policy covers on the same basis, either excess or primary, the company will pay only its share. The company's share is the proportion that the Limit of Insurance of its coverage form bears to the total of the limits of all the coverage forms and policies covering on the same basis.

F. **Arbitration:**

(a) IF WE AND AN INSURED DISAGREE WHETHER THE INSURED IS LEGALLY ENTITLED TO RECOVER DAMAGES FROM THE OWNER OR DRIVER OF AN UNINSURED MOTOR VEHICLE OR DO NOT AGREE AS TO THE AMOUNT OF DAMAGES THAT ARE RECOVERABLE BY THAT INSURED, THEN THE MATTER MAY BE ARBITRATED. HOWEVER, DISPUTES CONCERNING COVERAGE UNDER THIS ENDORSEMENT MAY NOT BE ARBI-TRATED. BOTH PARTIES MUST AGREE TO ARBITRATION. IF SO AGREED, EACH PARTY WILL SELECT AN ARBITRATOR. THE TWO ARBITRATORS WILL SELECT A THIRD. IF THEY CANNOT AGREE WITHIN 30 DAYS, EITHER MAY REQUEST THAT SELECTION BE MADE BY A JUDGE OF A COURT HAVING JURISDICTION. THE ARBITRATION PROCEEDINGS SHALL COMMENCE WITHIN ONE YEAR AFTER THE DATE BOTH PARTIES AGREE TO SETTLE A DISPUTE BY ARBITRATION. ARBITRATION EXPENSES WILL BE DE-TERMINED BY THE ARBITRATOR AC-CORDING TO ALABAMA LAW.

(b) UNLESS BOTH PARTIES AGREE OTHER-WISE, ARBITRATION WILL TAKE PLACE IN THE COUNTY IN WHICH THE INSURED LIVES. LOCAL RULES OF LAW AS TO ARBITRATION PROCEDURE AND EVI-DENCE WILL APPLY. A DECISION AGREED TO BY TWO OF THE ARBITRA-TORS WILL BE BINDING.

(c) THIS ARBITRATION PROVISION WILL NOT APPLY IF LEGAL ACTION HAS BEEN COM-MENCED BY THE INSURED AGAINST THE OWNER OR OPERATOR OF AN UNIN-SURED HIGHWAY VEHICLE.

G. **Trust Agreement:** In the event of payment to any person under this insurance:

(a) The company shall be entitled to the extent of such payment to the proceeds of any settlement or judgment that may result from the exercise of any rights of recovery of such person against any person or organization legally responsible for the **bodily injury** because of which such payment is made;

(b) Such person shall hold in trust for the benefit of the company all rights of recovery which he shall have against such other person or organization because of

the damages which are the subject of claim made under this insurance;

(c) Such person shall do whatever is proper to secure and shall do nothing after loss to prejudice such rights;

(d) If requested in writing by the company, such person shall take, through any representative designated by the company, such action as may be necessary or appropriate to recover such payment as damages from such other person or organization, such action to be taken in the name of such person; in the event of a recovery, the company shall be reimbursed out of such recovery for expenses, costs and attorneys' fees incurred by it in connection therewith;

(e) Such person shall execute and deliver to the company such instruments and papers as may be appropriate to secure the rights and obligations of such person and the company established by this provision;

(f) (a) - (e) of this provision do not apply with respect to an accident with an **underinsured highway vehicle** if the company:

(1) Has been given prompt written notice of a tentative settlement between the **insured** and the insurer of an **underinsured motor vehicle**; and

(2) Fails to advance payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

If the company advances payment to the **insured** in an amount equal to the tentative settlement offer within 30 days after receipt of notification:

(1) That payment will be separate from any amount the **insured** is entitled to recover under the provisions of this Uninsured Motorists Coverage; and

(2) The company has the right to recover the advanced payment.

If the company makes any payment the and **insured** recovers from another party, the **insured** shall hold the proceeds in trust for the company and pay the company back the amount the company has paid.

H. **Payment of Loss by the Company:** Any amount due hereunder is payable:

(a) To the **insured**, or

(b) If the **insured** is a minor, to the **insured's** parent or guardian, or

(c) If the **insured** is deceased, to the **insured's** surviving spouse, otherwise

(d) To a person authorized by law to receive such payment or to a person legally entitled to recover the damages which the payment represents;

provided, the company may at its option pay any amount due hereunder in accordance with division (d) hereof.

I. **Duties in the Event of Accident, Claim, Suit or Loss:**
A person seeking Uninsured Motorists Coverage must promptly notify the company in writing of a tentative settlement between the **insured** and the insurer of an **underinsured highway vehicle** and allow the company 30 days to advance payment to that **insured** in an amount equal to the tentative settlement to preserve the company's rights against the insurer, owner or operator of such **underinsured highway vehicle.**

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE FORM UM-101 AL REV. 9-2002 IS ADDED AS PART OF THIS POLICY.

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _11/19/2002_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __11/26/2002 Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010086348

**IMPORTANT NOTICE REGARDING THE UM COVERAGE
FOR WHICH YOU HAVE APPLIED**

**THIS DOCUMENT AFFECTS YOUR LEGAL RIGHTS. IF THE POLICY FOR WHICH YOU
ARE APPLYING IS A LIABILITY POLICY AND YOU HAVE NOT REJECTED UNINSURED
MOTORIST COVERAGE, READ THE FOLLOWING INFORMATION CAREFULLY AND
SIGN THE ACKNOWLEDGMENT OF ARBITRATION AGREEMENT.**

1. **THE POLICY FOR WHICH YOU HAVE APPLIED INCLUDES A BINDING ARBITRATION
   AGREEMENT.**

2. **THE ARBITRATION AGREEMENT REQUIRES THAT ANY DISAGREEMENT RELATED
   TO THE UM COVERAGE MUST BE RESOLVED BY ARBITRATION AND NOT IN A
   COURT OF LAW.**

3. **THE RESULTS OF THE ARBITRATION ARE FINAL AND BINDING ON YOU AND THE
   INSURANCE COMPANY.**

4. **IN AN ARBITRATION, AN ARBITRATOR, WHO IS AN INDEPENDENT, NEUTRAL
   PARTY, GIVES A DECISION AFTER HEARING THE POSITIONS OF THE PARTIES.**

5. **WHEN YOU ACCEPT THIS UM COVERAGE, YOU AGREE TO RESOLVE ANY DIS-
   AGREEMENT RELATED TO THE UM COVERAGE BY BINDING ARBITRATION IN-
   STEAD OF A TRIAL IN COURT INCLUDING A TRIAL BY JURY.**

6. **ARBITRATION TAKES THE PLACE OF RESOLVING DISPUTES BY A JUDGE AND
   JURY AND THE DECISION OF THE ARBITRATOR CANNOT BE REVIEWED IN COURT
   BY A JUDGE AND JURY.**

**ACKNOWLEDGMENT OF ARBITRATION AGREEMENT**

**I HAVE READ THIS STATEMENT. I UNDERSTAND THAT I AM VOLUNTARILY SURREN-
DERING MY RIGHT TO HAVE ANY DISAGREEMENT BETWEEN THE INSURANCE COM-
PANY AND MYSELF REGARDING THE UM COVERAGE RESOLVED IN COURT. THIS
MEANS I AM WAIVING MY RIGHT TO A TRIAL BY JURY.**

**I UNDERSTAND THAT UPON RECEIPT OF THE POLICY I SHOULD READ THE ARBITRA-
TION CLAUSE CONTAINED IN THE UM SECTION OF THE POLICY AND THAT I HAVE THE
RIGHT TO REJECT THIS POLICY WITHIN THREE (3) DAYS OF THE DATE OF DELIVERY IF
I DO NOT WANT TO ACCEPT THE REQUIREMENT FOR ARBITRATION.**

**I UNDERSTAND THAT THIS SAME TYPE OF INSURANCE MAY BE AVAILABLE THROUGH
AN INSURANCE COMPANY THAT DOES NOT REQUIRE THAT POLICY RELATED DIS-
AGREEMENTS BE RESOLVED BY BINDING ARBITRATION.**

_____ / _____
     Applicant / Insured             Date / Time

_____ / _____
        Agent               Date / Time

Form UM-101 AL                                                   (Rev. 9-2002)

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

GARNEY COMPANIES INC
7525 ASSUNTS COURT STE A
FAIRHOPE, AL 36532

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.



PR 1 -

| ADDITIONAL PREMIUM: __200.00__ | RETURN PREMIUM: _____ |
|---|---|

11/19/02 - 00/00/00 Breakdown for policies under installment premium payment plan:
~~XXXXXXXXXXXX~~   0.00 _____   ESCROW DEPOSIT _____0.00_____
The remaining __monthly__ installments due will change by __0.00__ from __0.00__
to____0.00_____ beginning with the Installment due ___00/00/00___

Policy Number __373790_____   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date __11/19/2002__
          M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  _M & M MATERIALS_____   Expiration Date __Until Cancelled__

Issue Date __12/10/2002__ Authorized Signature _____
                ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**
02 CHARGED   DEC 17 2002 **Canal Insurance Company**
Form E-1                 Greenville, South Carolina                    (Rev. 12-1991)

010086446

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

GARNEY COMPANIES INC
7525 ASSUNTS COURT STE A
FAIRHOPE, AL 36532

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: |

11/19/02 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX   0.00                              ESCROW DEPOSIT        0.00
The remaining   monthly   installments due will change by   0.00          from   0.00
to      0.00                      beginning with the Installment due      00/00/00

Policy Number   373790      Endorsement Effective Time 12:01 AM          Endorsement Effective Date   11/19/2002
          M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured   M & M MATERIALS                                              Expiration Date   Until Cancelled

Issue Date   12/09/2002 Authorized Signature
                    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

Form Ek.
02 CHARGED   DEC 1 7 2002        Greenville, South Carolina                    (Rev. 12-1991)

010086418

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ROYSTER-CLARK INC
717 ROBINSON ROAD SOUTHEAST
WASHINGTON COURT HOUSE, OH 43160-8620

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM: _200.00_                RETURN PREMIUM: _____

12/5/02 - 00/00/00   Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX _0.00_                  ESCROW DEPOSIT      _0.00_
The remaining _monthly_ installments due will change by _0.00_ from _0.00_
to _0.00_                beginning with the installment due _00/00/00_

Policy Number _373790_   Endorsement Effective Time XXXXXX _4:06 PM_   Endorsement Effective Date _12/05/2002_
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_                                       Expiration Date _Until Cancelled_

Issue Date _01/02/2003_ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1 CHARGED   JAN 0 8 2003       Greenville, South Carolina                (Rev. 12-1991)

010086525

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

IT IS UNDERSTOOD AND AGREED THAT THE ADDITIONAL INSURED GARNEY COMPANIES INC EFFECTIVE 11-19-2002 AND ISSUED ON 12-10-2002 IS NULL AND VOID.

RETURN PREMIUM: -200.00 FLAT CHARGE

PR 1 -

ADDITIONAL PREMIUM: _____     RETURN PREMIUM: -200.00 _____

11/19/2002 - 00/00/00 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX ____0.00_____     ESCROW DEPOSIT _____0.00_____
The remaining __monthly____ installments due will change by __0.00_____ from__0.00_____
to____0.00_____ beginning with the Installment due ____00/00/00_____

Policy Number ___373790_____    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2002_
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _ M & M MATERIALS_____    Expiration Date _Until Cancelled_

Issue Date __01/10/2003_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

03 CHARGED    JAN 1 5 2003

Form E-1

Greenville, South Carolina

(Rev. 12-1991)

010086598

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE ENDORSEMENT DELETING GARNEY COMPANIES AS ADDITIONAL INSURED EFFECTIVE 11-19-2000 AND ISSUED ON 1-2-2003 IS NULL AND VOID.

Policy Number __373790__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2002__
    M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__ _____ Expiration Date __Until Cancelled__

Issue Date __01/10/2003__ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

Form E-1
Greenville, South Carolina

(Rev. 12-1991)
010086598

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT GARNEY COMPANIES INC, 7525 ASSUNTS COURT STE A, FAIRHOPE, AL 36532 IS DELETED AS ADDITIONAL INSURED.



Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2002__

Insured __M & M MATERIALS__   M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA _____ Expiration Date __Until Cancelled__

Issue Date __01/02/2003__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010086525

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

AUBURN TRUCK SERVICE
980 LEE ROAD #10
AUBURN, AL 36830

WHILE THE FOLLOWING VEHICLE(S):

**VEHICLE YEAR MODEL**                    **VIN**

1985 FREIGHTLINER DUMP TRUCK            248677

is leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

PR 1 -

| ADDITIONAL PREMIUM: 200.00 | RETURN PREMIUM: |
|---|---|

12/20/2002 - 00/00/00    Breakdown for policies under installment premium payment plan:
XXXXXXXXXXX    0.00              ESCROW DEPOSIT    0.00
The remaining __monthly__ installments due will change by __0.00__ from __0.00__
to ___0.00___ beginning with the Installment due ___00/00/00___

Policy Number __373790__    Endorsement Effective Time XXXXXXX __12:08 PM__    Endorsement Effective Date __12/20/2002__
M & M TRUCKING COMPANY, INC & JACK MCANALLY DBA
Insured __M & M MATERIALS__                                              Expiration Date __Until Cancelled__

Issue Date __01/29/2003__ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

Form E-1    ~~CHARGED~~    JAN 30 2003        Greenville, South Carolina        (Rev. 12-1991)

010086736

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE NAME AND ADDRESS FOR THE ADDITIONAL INSURED
BLUE CIRCLE MATERIALS IS AMENDED TO READ:

LAFARGE MATERIALS
P O BOX 9399
MARIETTA, GA 30065-2399

Policy Number ___373790_____ Endorsement Effective Time X̶X̶X̶X̶X̶A̶X̶ 4:41 PM___ Endorsement Effective Date _12/18/2002_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __01/29/2003 Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-1                         Greenville, South Carolina

(Rev. 12-1991)

010086736

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

HANSON AGGREGATES SOUTHEAST INC
100 CRESCENT CENTRE PARKWAY SUITE 1240
TUCKER, GA 30084

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

PR 1 -

ADDITIONAL PREMIUM:  200.00                    RETURN PREMIUM: _____

02/17/2003 - 00/00/00   Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXXX   0.00                      ESCROW  DEPOSIT _____0.00_____
The remaining  monthly  installments due will change by  0.00  from  0.00
to     0.00                    beginning with the Installment due ____00/00/00____

Policy Number __373790_____   Endorsement Effective Time XXXXXXX  11:46 AM__  Endorsement Effective Date _02/17/2003_
        M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS _____  Expiration Date _Until Cancelled_

Issue Date __03/07/2003_ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

03 CHARGED   MAR 1 1 2003
            Greenville, South Carolina                    (Rev. 12-1991)

010087014

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE ADDRESS FOR THE ADDITIONAL INSURED CITY OF
AUBURN IS AMENDED TO READ:

144 TICHENOR AVE
STE 7
AUBURN, AL 36830

Policy Number ___373790_____     Endorsement Effective Time XX:XX:XX  10:22 AM____     Endorsement Effective Date __10/28/2003__
                        M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured  _M & M MATERIALS_____     Expiration Date  _Until Cancelled_

Issue Date __11/05/2003_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1                                Greenville, South Carolina                         (Rev. 12-1991)
                                                                                            010089098

Copy of Image



## ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE ADDRESS FOR LAFARGE MATERIALS IS AMENDED TO READ:

LAFARGE MATERIALS
P O BOX 1048
ALPHARETTA, GA 30009-1048

Policy Number __373790__     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date _01/30/2004_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____     Expiration Date _Until Cancelled_

Issue Date __02/03/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

010069754



## ENDORSEMENT

## GENERAL CHANGE

PERSONS INSURED SECTION A-III IS AMENDED TO INCLUDE AS AN ADDITIONAL INSURED THE
PERSON OR ORGANIZATION SHOWN BELOW, BUT ONLY WITH RESPECT TO LIABILITY ARISING OUT
OF THE NAMED INSUREDS OPERATIONS PERFORMED FOR THAT ADDITIONAL INSURED. COVERAGE IS
EXTENDED TO INCLUDE PROTECTION TO THE ADDITIONAL INSURED ONLY. SUCH OPERATIONS AS
ARE PERFORMED BY VEHICLES SCHEDULED AND VEHICLES OWNED, LEASED, HIRED OR NON-OWNED
THAT ARE OPERATED BY THE NAMED INSURED IN OPERATIONS FOR THE ADDITIONAL INSURED.

APAC-ALABAMA
P O BOX 8888
DOTHAN, AL 36304

SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGE TO
THE PROPERTY OF THE NAMED INSURED CAUSED BY THE ADDITIONAL INSURED. THE COMPANY
AGREES TO GIVE THE ADDITIONAL INSURED 30 DAYS NOTICE OF INTENDED CANCELLATION BY
THE COMPANY. ALL OTHER TERMS & CONDITIONS REMAIN UNCHANGED.

IT IS UNDERSTOOD AND AGREED THAT THE POLICY IS A PRIMARY COVERAGE ON ALL VEHICLES
DESCRIBED IN THE POLICY OPERATED SOLELY UNDER THE AUTHORITY OF OR LEASED TO APAC OF
ALABAMA AND BEING USED SOLELY ABOUT THEIR BUSINESS. NO COVERAGE WILL EXTEND TO ANY
SUB-LESSEE OF APAC OF ALABAMA.

Policy Number ___373790_____  Endorsement Effective Time 12:01 AM _____  Endorsement Effective Date _04/07/2004_
        M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS_____  Expiration Date _Until Cancelled_

Issue Date __04/08/2004_ Authorized Signature _____
        ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
## Canal Insurance Company
        Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)
0100810341



# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE ADDRESS APPLYING TO THE ADDITIONAL INSURED
APAC IS AMENDED AS FOLLOWS:

APAC-SOUTHEAST
700 37TH STREET SOUTH
BIRMINGHAM, AL 35222

Policy Number __373790__    Endorsement Effective Time ✗✗✗✗✗✗ _3:34 PM_    Endorsement Effective Date __04/19/2004__
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__    Expiration Date __Until Cancelled__

Issue Date __04/23/2004__ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Greenville, South Carolina

Form E-1    (Rev. 12-1991)
0100810457



# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT, FOR THE VEHICLE SHOWN ON THE ATTACHED E-69 SCHEDULE OF EQUIPMENT:

 *THE RADIUS OF OPERATION IS AMENDED FOR VEHICLE 115, AS PER THE E-69L, COPY ATTACHED.

Please sign below and initial the attached E-69 schedule of equipment.

Accepted: _____      Date: _____

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA M & M MATERIALS

Policy Number __373790_____   Endorsement Effective Time ~~X XX:XX XM~~ _10:40 AM__   Endorsement Effective Date _09/22/2004_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____   Expiration Date _Until Cancelled_

Issue Date __10/07/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1                                                      (Rev. 12-1991)

0100811679

Copy of Image

# Schedule of Equipment                                                Liability

| Vehicle # | Year/Trade Name/Model/Body Type | Radius (miles) | Garage Location | Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification #(VIN) | | | Monthly Prem. |
| 115 | 2004 VOLVO DUMP TRUCK<br>4V5KC9GH74N361847 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |

Policy Number __373790__    Endorsement Effective Time ~~XXXXXXX~~ _10:40 AM_    Endorsement Effective Date _09/22/2004_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_                                                   Expiration Date _Until Cancelled_

Issue Date _10/07/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-69L                                                                  (Rev. 12-1991)

Copy of Image

0100811879



161066359

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT, FOR THE VEHICLE SHOWN ON THE ATTACHED E-69
SCHEDULE OF EQUIPMENT:

*THE VIN IS AMENDED FOR VEHICLE 11, AS PER E-69L, COPY ATTACHED.

Policy Number __373790_____    Endorsement Effective Time XXXXXXX 10:12 AM__   Endorsement Effective Date __10/14/2004__
      M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS_____    Expiration Date __Until Cancelled__

Issue Date __10/20/2004__ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company
Form E-1                          Greenville, South Carolina                          (Rev. 12-1991)

Copy of Image

0100811976

# Schedule of Equipment

**Liability**

| Vehicle # | Year/Trade Name/Model/Body Type | Radius (miles) | Garage Location | Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification #(VIN) | | | Monthly Prem. |
| 11 | 1999 KENWORTH DUMP TRUCK<br>1NKWLB0X2XJ829911 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |

Policy Number __373790_____ Endorsement Effective Time ~~XXXXXXX~~ _10:12 AM__ Endorsement Effective Date __10/14/2004__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __10/20/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-69L

(Rev. 12-1991)

0100811976

161067982



## ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT, FOR THE VEHICLE SHOWN ON THE ATTACHED E-69 SCHEDULE OF EQUIPMENT:

*THE RADIUS OF OPERATION IS AMENDED FOR VEHICLE 116, AS PER E-69L, COPY ATTACHED.

Policy Number __373790_____  Endorsement Effective Time X̶X̶/̶X̶X̶/̶X̶X̶X̶ 11:27 AM__  Endorsement Effective Date _09/27/2004_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____  Expiration Date _Until Cancelled_

Issue Date __11/11/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Greenville, South Carolina

Form E-1                                                        (Rev. 12-1991)

0100812163

161067982

**Schedule of Equipment**                                          **Liability**

| Vehicle # | Year/Trade Name/Model/Body Type | Radius (miles) | Garage Location | Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification #(VIN) | | | Monthly Prem. |
| 116 | 1994 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>1FUPCXYB6RH463126 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |

Policy Number __373790_____    Endorsement Effective Time X̶X̶/̶X̶X̶/̶X̶X̶ 11:27 AM__    Endorsement Effective Date __09/27/2004_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____    Expiration Date __Until Cancelled__

Issue Date __11/11/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-69L                          Greenville, South Carolina                          (Rev. 12-1991)

0100812163

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT GEORGIA IS ADDED AS A FILED STATE.

---

Policy Number __373790_____    Endorsement Effective Time X̶X̶X̶X̶X̶X̶ 1:44 PM____    Endorsement Effective Date _10/02/2004_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_____

Expiration Date _Until Cancelled_

Issue Date __11/11/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Copy of Image

Form E-1

(Rev. 12-1991)

0100812163

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT INSURED NAME AND / OR ADDRESS IS AMENDED TO READ AS FOLLOWS:

FROM:
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831
COUNTY OF LEE
INSIDE CITY = N/A

TO:
M & M TRUCKING COMPANY, INC DBA M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831
COUNTY OF LEE
INSIDE CITY = N/A

Accepted: _____     Date: _____
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA M & M MATERIALS

Policy Number  373790          Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date  11/17/2004

Insured  M & M TRUCKING COMPANY, INC DBA M & M MATERIALS                  Expiration Date  Until Cancelled

Issue Date  11/29/2004 Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

0100812233

161068636

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT STONE BUILDINGS IS DELETED AS ADDITIONAL INSURED.

Policy Number __373790_____    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2004_

Insured __M & M TRUCKING COMPANY, INC DBA M & M MATERIALS_____    Expiration Date __Until Cancelled_

Issue Date __11/29/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

0100912233

161068637

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT GARNEY COMPANIES INC IS DELETED AS ADDITIONAL INSURED.

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2004__

Insured __M & M TRUCKING COMPANY, INC DBA M & M MATERIALS__    Expiration Date __Until Cancelled__

Issue Date __11/29/2004__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

0100812233



# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE FOLLOWING ADDITIONAL INSURED'S ARE DELETED:

ROYSTER CLARK
GATE PRECAST COMPANY
THOMPSON CARRIERS
J & L CONTRACTORS
HYDRO OPERATIONS INC
SAIIA CONSTRUCTION
C W MATTHEWS CONTRACTORS
HYUNDI MOTOR MANUFACTURING AL LLC
MCINNIS LLC
FRANKLIN INDUSTRIAL MINERIALS
APAC SOUTHEAST
CITY OF AUBURN

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2004__

Insured __M & M TRUCKING COMPANY, INC DBA M & M MATERIALS_____    Expiration Date __Until Cancelled__

Issue Date __11/29/2004__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

0100812242



# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

INTERNATIONAL PAPER
2100 INDUSTRIAL BLVD
OPELIKA, AL 36801

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _11/19/2004_

Insured _M & M TRUCKING COMPANY, INC DBA M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __11/29/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-1                        Greenville, South Carolina                        (Rev. 12-1991)

0100812242

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

VULCAN CONSTRUCTION MATERIALS
P O BOX 385016
BIRMINGHAM, AL 35328-5016

as ADDITIONAL INSURED, while the vehicles described on this policy are leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date __11/19/2004__

Insured __M & M TRUCKING COMPANY, INC DBA M & M MATERIALS__     Expiration Date __Until Cancelled__

Issue Date __11/29/2004__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

Copy of Image

0100812242

Copy of Image

## ENDORSEMENT

### GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

LAFARGE MATERIALS
P O BOX 1048
ALPHARETTA, GA 30009-1048

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790____   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date _11/19/2004_

Insured _M & M TRUCKING COMPANY, INC DBA M & M MATERIALS_____   Expiration Date _Until Cancelled_

Issue Date __11/29/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Form E-1

Greenville, South Carolina

Copy of Image

(Rev. 12-1991)

0100812242

161068714

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

HANSON AGGREGATES SOUTHEAST INC
100 CRESCENT CENTRE PARKWAY SUITE 1240
TUCKER, GA 30084

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2004__

Insured __M & M TRUCKING COMPANY, INC DBA M & M MATERIALS_____    Expiration Date __Until Cancelled__

Issue Date __11/29/2004__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

Copy of Image

0100812242

161068719

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT THE FORM D-101 CL REV.1-2003 IS ADDED AS PART OF THIS POLICY.

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2004__

Insured __M & M TRUCKING COMPANY, INC DBA M & M MATERIALS_____    Expiration Date __Until Cancelled__

Issue Date __11/29/2004__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

Copy of Image

0100812242

189003188

**CANAL** Copy of Image

## CLAIMS REPORTING INFORMATION NOTICE

# 800-452-6911

**Online Claim reporting is also available at www.canal-ins.com**

**To All Canal Insureds:**

Many accidents result in damages which require immediate attention in order to prevent further loss. When a serious bodily injury, a hazardous spill which may impact the environment or damage to perishable cargo has occurred, please call the Canal Claims Reporting number listed above as soon as possible to report the claim.

When reporting a loss, please be prepared to give the following information:

* Insured name, driver and policy number
* Insured Vehicle Information (make, model and VIN)
* Exact location of the occurrence
* Description of the occurrence
* Type of loss and any environment affected
* Other persons or vehicles involved
* A contact number for someone at the scene

Please communicate these procedures to all drivers and claim reporting personnel. We appreciate your business and assistance in providing prompt notice of accidents.

D-101 CL

Copy of Image

(Rev. 1-2003)

100551830

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

AUBURN TRUCK SERVICE
P O BOX 1743
AUBURN, AL 36831-1743

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date __11/19/2004__

Insured __M & M TRUCKING COMPANY, INC DBA M & M MATERIALS_____     Expiration Date __Until Cancelled__

Issue Date __12/14/2004__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

0100812366

161070195

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT INSURED NAME AND / OR ADDRESS IS AMENDED TO READ AS FOLLOWS:

FROM:
M & M TRUCKING COMPANY, INC DBA M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831
COUNTY OF LEE
INSIDE CITY = N/A

TO:
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831
COUNTY OF LEE
INSIDE CITY = N/A

Policy Number ___373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _11/17/2004_

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __12/20/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

0100812430

161070196

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

ROYSTER-CLARK, INC
P O BOX 948
AMERICUS, GA 31709-0948

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790_____   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date _11/19/2004_

Insured _M & M TRUCKING COMPANY, INC & M & M MATERIALS_____   Expiration Date _Until Cancelled_

Issue Date ___12/20/2004_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company
Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

0100812430



# ENDORSEMENT

## GENERAL CHANGE

In consideration of the premium charged, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

REGIONS FINANCIAL CORP
P O BOX 1203
MONTGOMERY, AL 36102


WHILE THE FOLLOWING VEHICLE(S):

| VEHICLE YEAR MODEL | VIN |
| --- | --- |
| 2000 KENWORTH DUMP TRUCK | 1NKDLBOX840923 |

is leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

Policy Number __373790__    Endorsement Effective Time X̶X̶X̶X̶X̶A̶X̶ 3:26 PM    Endorsement Effective Date __02/24/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS__    Expiration Date __Until Cancelled__

Issue Date __03/01/2005__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

0100813047

161075707



# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT INSURED NAME AND / OR ADDRESS IS AMENDED TO READ AS FOLLOWS:

FROM:
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831
COUNTY OF  LEE
INSIDE CITY = N/A

TO:
M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831
COUNTY OF  LEE
INSIDE CITY = N/A

Policy Number __373790__    Endorsement Effective Time ~~XXXXXXX~~ 9:51 AM    Endorsement Effective Date __03/18/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__    Expiration Date __Until Cancelled__

Issue Date __03/18/2005__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company
Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

0100813195

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the premium charged, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES
P O BOX 1203
MONTGOMERY, AL 36102-1203

WHILE THE FOLLOWING VEHICLE(S):

**VEHICLE YEAR MODEL**                  **VIN**

2001 KENWORTH TRUCK                    1NKDLB0XX1J864954

is leased from the ADDITIONAL INSURED, but in no event shall coverage apply to any other vehicle described in this policy.

Policy Number __373790__    Endorsement Effective Time ~~XXXXXXX~~ 9:56 AM    Endorsement Effective Date _04/05/2005_

Insured _AND/OR M & M TRUCKING CO., INC._    M & M TRUCKING COMPANY, INC & M & M MATERIALS

Expiration Date _Until Cancelled_

Issue Date __04/18/2005__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Greenville, South Carolina

Form E-1

Copy of Image

(Rev. 12-1991)

0100813442

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

FLORIDA ROCK INDUSTRIES INC
P O BOX 7627
MACON, GA 31209

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number __373790__     Endorsement Effective Time X̶X̶/̶X̶X̶/̶X̶X̶ __11:15 AM__     Endorsement Effective Date __04/15/2005__

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured __AND/OR M & M TRUCKING CO., INC.__     Expiration Date __Until Cancelled__

Issue Date __04/28/2005__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

## Canal Insurance Company

Greenville, South Carolina

Copy of Image

Form E-1     (Rev. 12-1991)

0100813541

161081403



Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS HEREBY UNDERSTOOD AND AGREED THAT, FOR A FULLY EARNED PREMIUM SHOWN BELOW, THE FOLLOWING BECOMES A PART OF THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED:

PERSONS INSURED SECTION A-III IS AMENDED TO INCLUDE AS AN ADDITIONAL INSURED THE PERSON OR ORGANIZATION SHOWN BELOW, BUT ONLY WITH RESPECT TO LIABILITY ARISING OUT OF THE NAMED INSUREDS OPERATIONS PERFORMED FOR THAT ADDITIONAL INSURED. COVERAGE IS EXTENDED TO INCLUDE PROTECTION TO THE ADDITIONAL INSURED ONLY FOR SUCH OPERATIONS AS ARE PERFORMED BY VEHICLES SCHEDULED AND VEHICLES OWNED, LEASED, HIRED OR NON-OWNED THAT ARE OPERATED BY THE NAMED INSURED IN OPERATIONS FOR THE ADDITIONAL INSURED.

APAC-SOUTHEAST
P O BOX 8888
DOTHAN, AL 36304

SUBROGATION RIGHTS AGAINST THE ADDITIONAL INSURED ARE HEREBY WAIVED FOR DAMAGES, UNLESS THE DAMAGES ARE CAUSED BY THE ADDITIONAL INSUREDS NEGLIGENCE. THE COMPANY AGREES TO GIVE THE ADDITIONAL INSURED 30 DAYS NOTICE OF INTENDED CANCELLATION BY THE COMPANY. ALL OTHER TERMS & CONDITIONS REMAIN UNCHANGED.

IT IS UNDERSTOOD AND AGREED THAT THE POLICY IS A PRIMARY COVERAGE ON ALL VEHICLES DESCRIBED IN THE POLICY OPERATED SOLELY UNDER THE AUTHORITY OF OR LEASED TO APAC-SOUTHEAST  AND BEING USED SOLELY ABOUT THEIR BUSINESS. NO COVERAGE WILL EXTEND TO ANY SUB-LESSEE OF APAC-SOUTHEAST.

Policy Number __373790__     Endorsement Effective Time ~~XXXXXXX~~ 10:17 AM__     Endorsement Effective Date _06/07/2005_
          M & M TRUCKING COMPANY, INC & M & M MATERIALS
Insured _AND/OR M & M TRUCKING CO., INC._          Expiration Date _Until Cancelled_

Issue Date __06/15/2005_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Copy of Image

Form E-1          (Rev. 12-1991)

0100813904

Copy of Image

# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT, FOR THE VEHICLES SHOWN ON THE ATTACHED E-69 SCHEDULE OF EQUIPMENT:

 *THE RADIUS OF OPERATION IS AMENDED FOR VEHICLES 136, 138, 145, 147, AS PER THE E-69L, COPY ATTACHED.

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date _06/14/2005_

Insured _AND/OR M & M TRUCKING CO., INC._
M & M TRUCKING COMPANY, INC & M & M MATERIALS

Expiration Date _Until Cancelled_

Issue Date __06/15/2005_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

## Canal Insurance Company

Greenville, South Carolina

Form E-1

(Rev. 12-1991)

0100813904

Copy of Image

# Schedule of Equipment

Copy of Image

# Liability

| Vehicle # | Year/Trade Name/Model/Body Type | Radius (miles) | Garage Location | Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification #(VIN) | | | Monthly Prem. |
| 136 | 1995 KENWORTH TRACTOR<br>2XKADB9X9SM655840 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 138 | 1996 PETERBILT TRACTOR<br>1XP5DR8XXTD388396 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 145 | 1999 FREIGHTLINER TRACTOR<br>1FUY5WEB1XLA73988 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 147 | 1998 FORD DUMP TRUCK<br>1FDZS96B0WVA40813 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |

Policy Number __373790__     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date __06/14/2005__

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured __AND/OR M & M TRUCKING CO., INC._____     Expiration Date __Until Cancelled__

Issue Date __06/15/2005__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Copy of Image

Form E-69L

(Rev. 12-1991)

0100813904



# ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT, FOR THE VEHICLE SHOWN ON THE ATTACHED E-69 SCHEDULE OF EQUIPMENT:

*THE YEAR, MAKE AND MODEL DESCRIPTION IS AMENDED FOR VEHICLE 97, AS PER E-69L, COPY ATTACHED.

Policy Number __373790__    Endorsement Effective Time ~~XXXXXX~~ 10:53 AM    Endorsement Effective Date __10/03/2005__

Insured __AND/OR M & M TRUCKING CO., INC.__
    M & M TRUCKING COMPANY, INC & M & M MATERIALS
    AND/OR M & M TRUCKING CO., INC.    Expiration Date __Until Cancelled__

Issue Date __10/27/2005__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company
Greenville, South Carolina

Form E-1    (Rev. 12-1991)

0100815017

# Schedule of Equipment                                    Liability

| Vehicle # | Year/Trade Name/Model/Body Type | Radius (miles) | Garage Location | Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification #(VIN) | | | Monthly Prem. |
| 97 | 1987 FORD FUEL TRUCK 35497 | 300 | AUBURN, AL | $3,255.00 $271.00 |

Policy Number __373790__     Endorsement Effective Time X3X0X0X4X 10:53 AM    Endorsement Effective Date __10/03/2005__

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured __AND/OR M & M TRUCKING CO., INC.__                                    Expiration Date __Until Cancelled__

Issue Date __10/27/2005__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-69L                                                                      (Rev. 12-1991)

0100815017

Copy of Image

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 1.0 | 1985 FREIGHTLINER DUMP TRUCK<br>248677 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 1.1 | 1985 FREIGHTLINER DUMP TRUCK * VEH CORRECTION<br>248677 | 300<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 2.0 | 2000 KENWORTH TRACTOR<br>1XKDDB9X94J843402 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 3.0 | 2000 KENWORTH DUMP TRUCK<br>1NKDLBOX840923 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 4.0 | 1999 PETERBILT TRACTOR<br>493205 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 4.1 | 1999 PETERBILT TRACTOR * VEH CORRECTION<br>493205 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 5.0 | 1996 FREIGHTLINER TRACTOR<br>19552 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 5.1 | 1996 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>19552 | UNL<br>AUBURN, AL<br>DELETED 2/4/03 3:58<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 6.0 | 1999 KENWORTH TRACTOR<br>1XKDDB9X4XJ821497 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 6.1 | 1999 KENWORTH TRACTOR * LEASE TERMINATED<br>1XKDDB9X4XJ821497 | UNL<br>AUBURN, AL<br>DELETED 2/18/2004<br>11:11 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 7.0 | 1999 KENWORTH DUMP TRUCK<br>1NDWLBOX4XJ830302 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790___    Filings __YES__    Summary Issue Date __10/12/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

### Greenville, South Carolina

1 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

# Status Summary Sheet                                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type | Radius (miles) | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification # (VIN) | Garage Location | | |
| | | Status | | |
| 8.0 | 1998 PETERBILT TRACTOR<br>1XP5DB9X4WN441615 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 9.0 | 1994 KENWORTH TRACTOR<br>1XKWD69X2RJ640563 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 9.1 | 1994 KENWORTH  TRACTOR * VEHICLE SOLD<br>1XKWD69X2RJ640563 | UNL<br>AUBURN, AL<br>DELETED 6/3/2003 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 10.0 | 1999 KENWORTH DUMP TRUCK<br>1NKWLBOX4XJ824774 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 11.0 | 1999 KENWORTH DUMP TRUCK<br>1NKWLBOX2XJ82991 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 11.1 | 1999 KENWORTH DUMP TRUCK<br>1NKWLBOX2XJ82991 | 300<br>AUBURN, AL<br>MODIFIED 10/14/2004<br>10:12 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 11.2 | 1999 KENWORTH DUMP TRUCK<br>1NKWLBOX2XJ829911 | 300<br>AUBURN, AL<br>MODIFIED 10/14/2004<br>10:12 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 12.0 | 1998 PETERBILT TRACTOR<br>1XPADB9X9WN445724 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 12.1 | 1998 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XPADB9X9WN445724 | UNL<br>AUBURN, AL<br>DELETED 2/1/02 2:22<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 13.0 | 1998 PETERBILT TRACTOR<br>449523 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 13.1 | 1998 PETERBILT  TRACTOR * STOLEN<br>449523 | UNL<br>AUBURN, AL<br>DELETED 1/4/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number    373790            Filings   YES    Summary Issue Date    10/12/2005

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.            Expiration Date   UNTIL CANCELLED

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
Greenville, South Carolina

2 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

# Status Summary Sheet                                    **Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual Premium |
|---|---|---|---|---|
| 14.0 | 1999 INTERNATIONAL TRACTOR<br>2HSFMAMR8XC063595 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 15.0 | 1994 PETERBILT TRACTOR<br>1XP5DR9XORN348555 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 15.1 | 1994 PETERBILT TRACTOR * TOTAL LOSS ACCIDENT ON<br>1XP5DR9XORN348555 | UNL<br>AUBURN, AL<br>DELETED 5/3/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 15.2 | 1994 PETERBILT TRACTOR<br>1XP5DR9XORN348555 | UNL<br>AUBURN, AL<br>ADDED 5/3/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 15.3 | 1994 PETERBILT TRACTOR * TOTAL LOSS ACCIDENT ON 5-2-2002<br>1XP5DR9XORN348555 | UNL<br>AUBURN, AL<br>DELETED 6/17/2002 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 16.0 | 1993 KENWORTH TRACTOR<br>587093 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 16.1 | 1993 KENWORTH TRACTOR * LEASE TERMINATED<br>587093 | UNL<br>AUBURN, AL<br>DELETED 2/21/02<br>11:48 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 17.0 | 2001 KENWORTH DUMP TRUCK<br>870128 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 18.0 | 2001 KENWORTH DUMP TRUCK<br>870126 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 19.0 | 1999 PETERBILT DUMP TRUCK<br>1NPAXBTXXXD467183 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 20.0 | 1987 PETERBILT TRACTOR<br>1XP5DB9X7JD253766 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number ___373790___    Filings __YES__    Summary Issue Date _10/12/2005_

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

3 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

161089274

**Status Summary Sheet**  <span style="color:gray">Copy of Image</span>  **Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 20.1 | 1987 PETERBILT TRACTOR * LEASE TERMINATED<br>1XP5DB9X7JD253766 | UNL<br>AUBURN, AL<br>DELETED 2/11/02<br>12:20 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 21.0 | 2001 KENWORTH DUMP TRUCK<br>870127 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 22.0 | 1997 INTERNATIONAL TRACTOR<br>024920 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 22.1 | 1997 INTERNATIONAL  TRACTOR * LEASE TERMINATED<br>024920 | UNL<br>AUBURN, AL<br>DELETED 8/15/2003<br>4:42 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 23.0 | 1995 MACK DUMP TRUCK<br>1M2AD62C3SW003117 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 23.1 | 1995 MACK DUMP  TRUCK * VEHICLE SOLD<br>1M2AD62C3SW003117 | 300<br>AUBURN, AL<br>DELETED 5/21/02<br>4:08 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 24.0 | 1995 MACK TRACTOR<br>1M2AA18Y4SW056620 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 24.1 | 1995 MACK  TRACTOR * VEHICLE SOLD<br>1M2AA18Y4SW056620 | UNL<br>AUBURN, AL<br>DELETED 8/15/2003<br>4:42 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 25.0 | 2001 KENWORTH TRACTOR<br>870121 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 26.0 | 2001 KENWORTH TRACTOR<br>870122 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 27.0 | 1999 PETERBILT TRACTOR<br>1XPFDB9X2XW467149 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number ___373790_____ Filings __YES__ Summary Issue Date __10/12/2005_____

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC._____ Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
### Greenville, South Carolina

4 of 27

<span style="color:gray">Copy of Image</span>

Form E-69Ls

(Rev. 6-1998)

0100815017

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type — Motor Vehicle Identification # (VIN) | Radius (miles) — Garage Location — Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 28.0 | 1999 KENWORTH DUMP TRUCK<br>1NKWLBOX4XJ832390 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 29.0 | 2001 KENWORTH TRACTOR<br>870407 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 30.0 | 2000 MACK TRACTOR<br>1M18A18YX4W128675 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 30.1 | 2000 MACK TRACTOR * LEASE TERMINATED<br>1M18A18YX4W128675 | UNL<br>AUBURN, AL<br>DELETED 7/16/2003<br>2:18 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 31.0 | 1995 MACK DUMP TRUCK<br>1M2AD62C1SW003116 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 31.1 | 1995 MACK DUMP TRUCK * VEHICLE SOLD<br>1M2AD62C1SW003116 | 300<br>AUBURN, AL<br>DELETED 4/18/02<br>4:06 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 32.0 | 1995 MACK DUMP TRUCK<br>1M2AD62C5SW003118 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 32.1 | 1995 MACK DUMP TRUCK * VEHICLE SOLD<br>1M2AD62C5SW003118 | 300<br>AUBURN, AL<br>DELETED 4/18/02<br>4:06 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 33.0 | 1987 KENWORTH TRACTOR<br>1XKDDA9XH14341698 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 33.1 | 1987 KENWORTH TRACTOR * VEHICLE SOLD<br>1XKDDA9XH14341698 | UNL<br>AUBURN, AL<br>DELETED 8/15/2003<br>4:42 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 34.0 | 1999 PETERBILT TRACTOR<br>1XPFDB9X4XN478699 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number ___373790___ Filings __YES__ Summary Issue Date ___10/12/2005___

Insured M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.

Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

## Canal Insurance Company
### Greenville, South Carolina

5 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

# Status Summary Sheet

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 35.0 | 1994 WHITE GMC TRACTOR 677978 | UNL AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 35.1 | 1994 WHITE GMC TRACTOR * LEASE TERMINATED 677978 | UNL AUBURN, AL DELETED 4/16/2004 3:28 PM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 36.0 | 1997 MACK DUMP TRUCK 1M2AD62C8VW004865 | 300 AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 36.1 | 1997 MACK DUMP TRUCK * LEASE TERMINATED 1M2AD62C8VW004865 | 300 AUBURN, AL DELETED 8/15/2003 4:42 PM | CSL/SPLIT 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 37.0 | 1998 KENWORTH DUMP TRUCK 1NKDLBOX2WR757471 | 300 AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 37.1 | 1998 KENWORTH DUMP TRUCK * VEHICLE SOLD 1NKDLBOX2WR757471 | 300 AUBURN, AL DELETED 10/10/03 3:47 PM | CSL/SPLIT 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 38.0 | 1999 KENWORTH DUMP TRUCK 834217 | 300 AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 38.1 | 1999 KENWORTH DUMP TRUCK * LEASE TERMINATED 834217 | 300 AUBURN, AL DELETED 3/28/03 | CSL/SPLIT 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 39.0 | 1996 FREIGHTLINER TRACTOR 754800 | UNL AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 39.1 | 1996 FREIGHTLINER TRACTOR * LEASE TERMINATED 754800 | UNL AUBURN, AL DELETED 7/16/02 9:41 AM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 39.2 | 1996 FREIGHTLINER TRACTOR 754800 | UNL AUBURN, AL ADDED 7/16/02 9:41 AM | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |

Policy Number ___373790___    Filings __YES__    Summary Issue Date __10/12/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

6 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 39.3 | 1996 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>754800 | UNL<br>AUBURN, AL<br>DELETED 7/16/02<br>9:41 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 40.0 | 1998 KENWORTH DUMP TRUCK<br>1NKWBOX6WR762603 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 40.1 | 1998 KENWORTH DUMP  TRUCK * VEHICLE SOLD<br>1NKWBOX6WR762603 | 300<br>AUBURN, AL<br>DELETED 5/21/02<br>4:08 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 41.0 | 1996 PETERBILT TRACTOR<br>391772 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 41.1 | 1996 PETERBILT  TRACTOR * LEASE TERMINATED<br>391772 | UNL<br>AUBURN, AL<br>DELETED 3/12/02<br>10:23 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 42.0 | 1994 KENWORTH TRACTOR<br>1XKDD69XXRJ640558 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 42.1 | 1994 KENWORTH  TRACTOR * VEHICLE SOLD<br>1XKDD69XXRJ640558 | UNL<br>AUBURN, AL<br>DELETED 6/3/2003 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 43.0 | 2001 KENWORTH TRACTOR<br>865469 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 44.0 | 1997 KENWORTH DUMP TRUCK<br>1NKDLBOX6VJ740119 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 44.1 | 1997 KENWORTH DUMP  TRUCK * VEHICLE TRADED<br>1NKDLBOX6VJ740119 | 300<br>AUBURN, AL<br>DELETED 4/17/02<br>4:59 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 45.0 | 1998 KENWORTH DUMP TRUCK<br>1NKDLBOXWR757472 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790___     Filings __YES__  Summary Issue Date __10/12/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.     Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

7 of 27

Form E-69Ls

(Rev. 6-1998)



0100815017

161089274

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 45.1 | 1998 KENWORTH DUMP TRUCK * LEASE TERMINATED<br>1NKDLBOXWR757472 | 300<br>AUBURN, AL<br>DELETED 3/18/04<br>9:20 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 46.0 | 1996 MACK TRACTOR<br>1M3P114K5T001601 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 46.1 | 1996 MACK TRACTOR * LEASE TERMINATED<br>1M3P114K5T001601 | UNL<br>AUBURN, AL<br>DELETED 6/28/02<br>5:38 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 46.2 | 1996 MACK TRACTOR<br>1M3P114K5T001601 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 46.3 | 1996 MACK TRACTOR * LEASE TERMINATED<br>1M3P114K5T001601 | UNL<br>AUBURN, AL<br>DELETED 6/28/02<br>5:38 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 47.0 | 1998 FREIGHTLINER TRACTOR<br>2FUPCSZB9WA887674 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 47.1 | 1998 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>2FUPCSZB9WA887674 | UNL<br>AUBURN, AL<br>DELETED 1/16/2003<br>11:33 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 48.0 | 1994 PETERBILT TRACTOR<br>353910 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 48.1 | 1994 PETERBILT TRACTOR * VEHICLE SOLD<br>353910 | UNL<br>AUBURN, AL<br>DELETED 6/2/2003<br>2:55 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 49.0 | 1998 PETERBILT TRACTOR<br>446291 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 49.1 | 1998 PETERBILT TRACTOR * LEASE TERMINATED<br>446291 | UNL<br>AUBURN, AL<br>DELETED 2/21/02<br>11:48 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number __373790__    Filings __YES__    Summary Issue Date __10/12/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
Greenville, South Carolina

Copy of Image

Form E-69Ls

8 of 27

(Rev. 6-1998)

0100815017

161089274

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 50.0 | 1999 KENWORTH TRACTOR 25940 | UNL AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 50.1 | 1999 KENWORTH TRACTOR * LEASE TERMINATED 25940 | UNL AUBURN, AL DELETED 2/21/02 11:48 AM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 51.0 | ANY TRAILER WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | AUBURN, AL | | |
| 52.0 | 2002 KENWORTH TRACTOR 888692 | UNL AUBURN, AL ADDED 2/12/02 6:05 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 52.1 | 2002 KENWORTH TRACTOR * VEH CORRECTION 888692 | UNL AUBURN, AL DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 53.0 | 2001 FREIGHTLINER TRACTOR 73606 | UNL AUBURN, AL ADDED 3/12/02 | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 53.1 | 2001 FREIGHTLINER TRACTOR * LEASE TERMINATED 73606 | UNL AUBURN, AL DELETED 2/3/03 4:30 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 54.0 | 1988 PETERBILT TRACTOR 1XT5ZB9X3JN25558 | UNL AUBURN, AL ADDED 4/8/02 4:32 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 54.1 | 1988 PETERBILT TRACTOR * LEASE TERMINATED 1XT5ZB9X3JN25558 | UNL AUBURN, AL DELETED 7/8/02 4:27 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 55.0 | 1997 FREIGHTLINER TRACTOR 1FUYDZYB0VP560089 | UNL AUBURN, AL ADDED 4/11/02 2:21 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 55.1 | 1997 FREIGHTLINER TRACTOR * LEASE TERMINATED 1FUYDZYB0VP560089 | UNL AUBURN, AL DELETED 11/13/02 4:31 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |

Policy Number ___373790___   Filings __YES__   Summary Issue Date __10/12/2005__

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.   Expiration Date __UNTIL CANCELLED__

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

9 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

161089274

## Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 56.0 | 1994 WHITEGMC TRACTOR<br>4V1BDBJE5RN670552 | UNL<br>AUBURN, AL<br>ADDED 4/16/02 4:37 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 57.0 | 2002 KENWORTH TRACTOR<br>1NKDXBTX92J890964 | UNL<br>AUBURN, AL<br>ADDED 4/17/02 4:59 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 57.1 | 2002 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX92J890964 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 58.0 | 1998 KENWORTH TRACTOR<br>1NKDLM0X3WJ771488 | 300<br>AUBURN, AL<br>ADDED 4/18/02 4:01 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 58.1 | 1998 KENWORTH  TRACTOR * LEASE TERMINATED<br>1NKDLM0X3WJ771488 | 300<br>AUBURN, AL<br>DELETED 1/20/2003 5:43 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 59.0 | 1994 PETERBILT TRACTOR<br>1XP5DR9X2RN348556 | UNL<br>AUBURN, AL<br>ADDED 4/29/02 11:36 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 59.1 | 1994 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XP5DR9X2RN348556 | UNL<br>AUBURN, AL<br>DELETED 2/28/03 4:19 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 60.0 | 2000 KENWORTH TRACTOR<br>1NKZLB0X0YJ862382 | UNL<br>AUBURN, AL<br>ADDED 5/6/02 4:42 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 60.1 | 2000 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKZLB0X0YJ862382 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 61.0 | 2000 PETERBILT TRACTOR<br>1NTFX6TX0YN501365 | UNL<br>AUBURN, AL<br>ADDED 5/6/02 4:42 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 61.1 | 2000 PETERBILT  TRACTOR * VEH CORRECTION<br>1NTFX6TX0YN501365 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number ___373790___    Filings __YES__  Summary Issue Date __10/12/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

10 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 62.0 | 1988 FREIGHTLINER TRACTOR<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>ADDED 5/16/02 10:38 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 62.1 | 1988 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>DELETED 7/15/02<br>1:39 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 62.2 | 1988 FREIGHTLINER TRACTOR<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>ADDED 7/15/02 1:39 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 62.3 | 1988 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>DELETED 7/15/02<br>1:39 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 63.0 | 1998 KENWORTH TRACTOR<br>1XKWAB8X1WJ758053 | UNL<br>AUBURN, AL<br>ADDED 5/20/02 4:06 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 64.0 | 2003 KENWORTH TRACTOR<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 64.1 | 2003 KENWORTH TRACTOR * ADDED IN ERROR<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>DELETED 6/28/02<br>5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 64.2 | 2003 KENWORTH TRACTOR<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 64.3 | 2003 KENWORTH TRACTOR * VEH CORRECTION<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 65.0 | 2003 KENWORTH TRACTOR<br>1NKDXB1X23J385088 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 65.1 | 2003 KENWORTH TRACTOR * ADDED IN ERROR<br>1NKDXB1X23J385088 | UNL<br>AUBURN, AL<br>DELETED 6/28/02<br>5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number    373790            Filings   YES    Summary Issue Date    10/12/2005

Insured    M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.                    Expiration Date    UNTIL CANCELLED

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## Canal Insurance Company
### Greenville, South Carolina

11 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 65.2 | 2003 KENWORTH  TRACTOR<br>1NKDXB1X23J385088 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 65.3 | 2003 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXB1X23J385088 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 66.0 | 2003 KENWORTH TRACTOR<br>1NKDXBTX03J385087 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 66.1 | 2003 KENWORTH  TRACTOR * ADDED IN ERROR<br>1NKDXBTX03J385087 | UNL<br>AUBURN, AL<br>DELETED 6/28/02<br>5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 66.2 | 2003 KENWORTH  TRACTOR<br>1NKDXBTX03J385087 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 66.3 | 2003 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX03J385087 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 67.0 | 2003 KENWORTH TRACTOR<br>1XKDDB9X13J385086 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 67.1 | 2003 KENWORTH  TRACTOR * ADDED IN ERROR<br>1XKDDB9X13J385086 | UNL<br>AUBURN, AL<br>DELETED 6/28/02<br>5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 67.2 | 2003 KENWORTH  TRACTOR<br>1XKDDB9X13J385086 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 68.0 | 1996 VOLVO TRACTOR<br>4V4WDBCS8TN714089 | UNL<br>AUBURN, AL<br>ADDED 7/8/02 4:57 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 68.1 | 1996 VOLVO  TRACTOR * ADDED IN ERROR<br>4V4WDBCS8TN714089 | UNL<br>AUBURN, AL<br>DELETED 7/8/02 4:57 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number ___373790___    Filings __YES__    Summary Issue Date __10/12/2005__

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured  AND/OR M & M TRUCKING CO., INC. ___    Expiration Date  __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

12 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

161089274

# Status Summary Sheet                                                          **Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 68.2 | 1996 VOLVO  TRACTOR<br>4V4WDBCS8TN714089 | UNL<br>AUBURN, AL<br>ADDED 7/8/02 4:57 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 69.0 | 1989 FREIGHTLINER TRACTOR<br>1FUYDDYB7KH361050 | UNL<br>AUBURN, AL<br>ADDED 7/26/02 4:48<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 69.1 | 1989 FREIGHTLINER  TRACTOR * VEHICLE TRADED<br>1FUYDDYB7KH361050 | UNL<br>AUBURN, AL<br>DELETED 11/4/03<br>4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 70.0 | 2000 KENWORTH TRACTOR<br>1NKWLV9X9YJ838122 | UNL<br>AUBURN, AL<br>ADDED 8/1/02 4:51 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 70.1 | 2000 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKWLV9X9YJ838122 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 71.0 | 1999 KENWORTH TRACTOR<br>1XKW2B9X6XJ830971 | UNL<br>AUBURN, AL<br>ADDED 8/5/02 2:01 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 71.1 | 1999 KENWORTH  TRACTOR * VEHICLE SOLD<br>1XKW2B9X6XJ830971 | UNL<br>AUBURN, AL<br>DELETED 11/12/04<br>3:54 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 72.0 | 2000 FORD DUMP TRUCK<br>2FZXFWEB7YAB22242 | UNL<br>AUBURN, AL<br>ADDED 10/20/02 | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 73.0 | 2003 KENWORTH TRACTOR<br>1XKDDB9X63J392390 | UNL<br>AUBURN, AL<br>ADDED 12/23/2002<br>2:42 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 73.1 | 2003 KENWORTH  TRACTOR * VEH CORRECTION<br>1XKDDB9X63J392390 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 74.0 | 1999 PETERBILT TRACTOR<br>1XP5DB9X5XN507459 | UNL<br>AUBURN, AL<br>ADDED 2/21/03 2:41<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number   373790        Filings   YES    Summary Issue Date   10/12/2005

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.        Expiration Date   UNTIL CANCELLED

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

13 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

161089274

# Status Summary Sheet                                                      Liability

| Vehicle # | Year / Trade Name / Model / Body Type | Radius (miles) | | Monthly / Annual Premium |
| | Motor Vehicle Identification # (VIN) | Garage Location | Limit of Liability | |
| | | Status | | |
|---|---|---|---|---|
| 74.1 | 1999 PETERBILT TRACTOR * LEASE TERMINATED<br>1XP5DB9X5XN507459 | UNL<br>AUBURN, AL<br>DELETED 7/21/2004<br>2:39 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 75.0 | 1997 PETERBILT TRACTOR<br>1XPADB9X0VN383645 | UNL<br>AUBURN, AL<br>ADDED 2/21/03 2:41<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 75.1 | 1997 PETERBILT TRACTOR * LEASE TERMINATED<br>1XPADB9X0VN383645 | UNL<br>AUBURN, AL<br>DELETED 2/1/05 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 76.0 | 1995 KENWORTH TRACTOR<br>1XKDDB9X8SJ653355 | UNL<br>AUBURN, AL<br>ADDED 2/21/03 2:41<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 76.1 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED<br>1XKDDB9X8SJ653355 | UNL<br>AUBURN, AL<br>DELETED 10/3/03<br>4:15 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 77.0 | 2001 KENWORTH TRACTOR<br>1XKWDB9X91J872641 | UNL<br>AUBURN, AL<br>ADDED 3/17/03 10:12<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 78.0 | 1995 FREIGHTLINER TRACTOR<br>1FUYDSEB7SP663517 | UNL<br>AUBURN, AL<br>ADDED 3/24/03 11:24<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 78.1 | 1995 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>1FUYDSEB7SP663517 | UNL<br>AUBURN, AL<br>DELETED 5/16/03<br>3:57 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 79.0 | 2003 PETERBILT TRACTOR<br>2XP5DB9X13M806859 | 300<br>AUBURN, AL<br>ADDED 3/31/03 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 79.1 | 2003 PETERBILT  TRACTOR * LEASE TERMINATED<br>2XP5DB9X13M806859 | 300<br>AUBURN, AL<br>DELETED 11/15/2004<br>3:33 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 80.0 | 2002 VOLVO TRACTOR<br>4V5KC96H92N317815 | 300<br>AUBURN, AL<br>ADDED 4/2/03 3:24 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number __373790_____     Filings __YES__     Summary Issue Date __10/12/2005_____

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS<br>__AND/OR M & M TRUCKING CO., INC._____     Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## Canal Insurance Company
### Greenville, South Carolina

14 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

161089274

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 80.1 | 2002 VOLVO TRACTOR * LEASE TERMINATED<br>4V5KC96H92N317815 | 300<br>AUBURN, AL<br>DELETED 1/6/04 3:53 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 81.0 | 2001 INTERNATIONAL TRACTOR<br>2HSCNAMRX1C076355 | 300<br>AUBURN, AL<br>ADDED 5/13/03 11:52 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 81.1 | 2001 INTERNATIONAL TRACTOR * LEASE TERMINATED<br>2HSCNAMRX1C076355 | 300<br>AUBURN, AL<br>DELETED 12/14/04 2:28 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 81.2 | 2001 INTERNATIONAL TRACTOR<br>2HSCNAMRX1C076355 | 300<br>AUBURN, AL<br>ADDED 8/19/05 1:37 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 82.0 | 2004 KENWORTH TRACTOR<br>1NKDXBTX34J397722 | UNL<br>AUBURN, AL<br>ADDED 5/29/2003 4:01 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 82.1 | 2004 KENWORTH TRACTOR * VEH CORRECTION<br>1NKDXBTX34J397722 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 83.0 | 1998 FREIGHTLINER TRACTOR<br>1FUYSSEB0WP942500 | UNL<br>AUBURN, AL<br>ADDED 6/17/2003 4:33 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 83.1 | 1998 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>1FUYSSEB0WP942500 | UNL<br>AUBURN, AL<br>DELETED 1/14/04 4:52 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 84.0 | 1996 MACK TRACTOR<br>1M2AD62C9TW004483 | UNL<br>AUBURN, AL<br>ADDED 6/2/2003 2:55 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 84.1 | 1996 MACK TRACTOR * VEHICLE TRADED<br>1M2AD62C9TW004483 | UNL<br>AUBURN, AL<br>DELETED 11/4/03 4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 85.0 | 2001 PETERBILT DUMP TRUCK<br>1NT5LU9X01N566368 | UNL<br>AUBURN, AL<br>ADDED 8/6/2003 12:57 PM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number __373790__    Filings __YES__    Summary Issue Date __10/12/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.    Expiration Date __UNTIL CANCELLED__

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

Copy of Image

15 of 27

(Rev. 6-1998)

0100815017

161089274

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 86.0 | 1994 PETERBILT TRACTOR<br>1XPCDB8X3RD347728 | UNL<br>AUBURN, AL<br>ADDED 8/6/2003 4:26 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 86.1 | 1994 PETERBILT TRACTOR * LEASE TERMINATED<br>1XPCDB8X3RD347728 | UNL<br>AUBURN, AL<br>DELETED 3/18/04<br>9:20 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 87.0 | 1993 MACK TRACTOR<br>1M2AA14Y7PW019607 | UNL<br>AUBURN, AL<br>ADDED 8/8/2003 4:14 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 87.1 | 1993 MACK TRACTOR * LEASE TERMINATED<br>1M2AA14Y7PW019607 | UNL<br>AUBURN, AL<br>DELETED 8/16/04<br>10:24 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 87.2 | 1993 MACK TRACTOR<br>1M2AA14Y7PW019607 | UNL<br>AUBURN, AL<br>ADDED 9/28/04 11:18 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 88.0 | 2004 KENWORTH TRACTOR<br>1XKDDB9XX4J063418 | UNL<br>AUBURN, AL<br>ADDED 10/15/03 5:05 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 89.0 | 2004 KENWORTH TRACTOR<br>1XKDDBXX4J062141 | UNL<br>AUBURN, AL<br>ADDED 10/15/03 5:05 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 90.0 | 1995 MACK TRUCK<br>1M2P264C4SM019528 | UNL<br>AUBURN, AL<br>ADDED 10/22/03 4:31 PM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 90.1 | 1995 MACK TRUCK * LEASE TERMINATED<br>1M2P264C4SM019528 | UNL<br>AUBURN, AL<br>DELETED 12/14/04<br>2:28 PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 91.0 | 1995 KENWORTH TRACTOR<br>653355 | UNL<br>AUBURN, AL<br>ADDED 11/4/03 4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 91.1 | 1995 KENWORTH TRACTOR * LEASE TERMINATED<br>653355 | UNL<br>AUBURN, AL<br>DELETED 11/10/03<br>9:13 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number    373790                     Filings    YES    Summary Issue Date    10/12/2005

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.                          Expiration Date    UNTIL CANCELLED

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

Copy of Image

16 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

161089274

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type | Radius (miles) | | Monthly / Annual Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification # (VIN) | Garage Location | | |
| | | Status | Limit of Liability | |
| 92.0 | 1998 KENWORTH TRACTOR 757471 | UNL AUBURN, AL ADDED 11/4/03 4:27 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 92.1 | 1998 KENWORTH  TRACTOR * VEH CORRECTION 757471 | UNL AUBURN, AL DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 93.0 | 1996 INTERNATIONAL TRACTOR 2HSFHAER6TC057761 | UNL AUBURN, AL ADDED 11/4/03 4:27 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 93.1 | 1996 INTERNATIONAL  TRACTOR * LEASE TERMINATED 2HSFHAER6TC057761 | UNL AUBURN, AL DELETED 11/10/2004 1:44 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 94.0 | 2004 KENWORTH TRACTOR 1NKDXBTX74J064066 | UNL AUBURN, AL ADDED 11/13/03 12:03 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 94.1 | 2004 KENWORTH  TRACTOR * VEH CORRECTION 1NKDXBTX74J064066 | UNL AUBURN, AL DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 95.0 | 1996 WESTERN TRACTOR 2WKPDCJH2TK941978 | UNL AUBURN, AL ADDED 11/17/03 | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 95.1 | 1996 WESTERN  TRACTOR * LEASE TERMINATED 2WKPDCJH2TK941978 | UNL AUBURN, AL DELETED 3/18/04 9:20 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 96.0 | 1995 KENWORTH TRACTOR 1XKWDR9X0SS642037 | UNL AUBURN, AL ADDED 11/17/03 | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 96.1 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED 1XKWDR9X0SS642037 | UNL AUBURN, AL DELETED 3/18/04 9:20 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 97.0 | 1987 GMC DUMP TRUCK 35497 | 300 AUBURN, AL ADDED 12/11/03 9:43 AM | NON OWNED 1,000,000 UM 20/40 | 271.00 / 3,255.00 |

Policy Number __373790__    Filings __YES__  Summary Issue Date __10/12/2005__

Insured  __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__

Expiration Date  __UNTIL CANCELLED__

Issuing Agent  __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

Copy of Image

17 of 27

(Rev. 6-1998)

0100815017

# Status Summary Sheet

*Copy of Image*

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type  Motor Vehicle Identification # (VIN) | Radius (miles)  Garage Location  Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 97.1 | 1987 GMC DUMP TRUCK  35497 | 300  AUBURN, AL  MODIFIED 10/3/2005  10:53 AM | NON OWNED 1,000,000  UM 20/40 | -271.00 /  -3,255.00 |
| 97.2 | 1987 FORD FUEL TRUCK  35497 | 300  AUBURN, AL  MODIFIED 10/3/2005  10:53 AM | NON OWNED 1,000,000  UM 20/40 | 271.00 /  3,255.00 |
| 98.0 | 1980 INTERNATIONAL DUMP TRUCK  20329 | 300  AUBURN, AL  ADDED 12/11/03 9:43  AM | NON OWNED 1,000,000  UM 20/40 | 271.00 /  3,255.00 |
| 99.0 | 2000 PETERBILT TRACTOR  1XP5DB8X5YD508409 | UNL  AUBURN, AL  ADDED 1/26/2004  9:43 AM | NON OWNED 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 99.1 | 2000 PETERBILT TRACTOR * LEASE TERMINATED  1XP5DB8X5YD508409 | UNL  AUBURN, AL  DELETED 11/10/2004  1:44 PM | NON OWNED 1,000,000  UM 20/40 | -447.00 /  -5,367.00 |
| 100.0 | 1998 FREIGHTLINER TRACTOR  942500 | UNL  AUBURN, AL  ADDED 1/28/2004  9:27 AM | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 100.1 | 1998 FREIGHTLINER  TRACTOR * LEASE TERMINATED  942500 | UNL  AUBURN, AL  DELETED 4/14/2004  4:02 PM | CSL/SPLIT 1,000,000  UM 20/40 | -447.00 /  -5,367.00 |
| 101.0 | 2004 KENWORTH TRACTOR  1XKDDB9X44J069098 | UNL  AUBURN, AL  ADDED 1/29/2004  4:50 PM | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 102.0 | 1984 PETERBILT TRACTOR  1XP6D29X6ED168850 | UNL  AUBURN, AL  ADDED 3/4/04 4:43 PM | NON OWNED 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 102.1 | 1984 PETERBILT  TRACTOR * LEASE TERMINATED  1XP6D29X6ED168850 | UNL  AUBURN, AL  DELETED 3/8/04  10:14 AM | NON OWNED 1,000,000  UM 20/40 | -447.00 /  -5,367.00 |
| 103.0 | 1989 PETERBILT TRACTOR  1XP5D59X6KN269602 | UNL  AUBURN, AL  ADDED 3/8/04 10:14  AM | NON OWNED 1,000,000  UM 20/40 | 447.00 /  5,367.00 |

Policy Number ___373790___  Filings __YES__  Summary Issue Date __10/12/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS  AND/OR M & M TRUCKING CO., INC.

Expiration Date  __UNTIL CANCELLED__

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## Canal Insurance Company

Greenville, South Carolina

18 of 27

Form E-69Ls

*Copy of Image*

(Rev. 6-1998)

0100815017

161089274

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 103.1 | 1989 PETERBILT TRACTOR * LEASE TERMINATED<br>1XP5D59X6KN269602 | UNL<br>AUBURN, AL<br>DELETED 8/17/04<br>2:44 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 104.0 | 2000 MACK TRACTOR<br>1M1AA18YSYW128675 | UNL<br>AUBURN, AL<br>ADDED 4/5/04 9:11 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 104.1 | 2000 MACK TRACTOR * LEASE TERMINATED<br>1M1AA18YSYW128675 | UNL<br>AUBURN, AL<br>DELETED 11/10/2004<br>1:44 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 105.0 | 1991 KENWORTH TRACTOR<br>1XKDDE9X7MJ564493 | UNL<br>AUBURN, AL<br>ADDED 4/8/2004 5:00<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 105.1 | 1991 KENWORTH TRACTOR * LEASE TERMINATED<br>1XKDDE9X7MJ564493 | UNL<br>AUBURN, AL<br>DELETED 9/28/04<br>11:18 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 106.0 | 1994 FREIGHTLINER TRACTOR<br>1FUYDXXBHRM457040 | UNL<br>AUBURN, AL<br>ADDED 4/8/2004 5:00<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 106.1 | 1994 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>1FUYDXXBHRM457040 | UNL<br>AUBURN, AL<br>DELETED 5/3/04 3:29<br>PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 107.0 | 1998 FORD TRACTOR<br>1FD2596B9WVA40812 | UNL<br>AUBURN, AL<br>ADDED 5/24/2004<br>9:53 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 107.1 | 1998 FORD TRACTOR * VEH CORRECTION<br>1FD2596B9WVA40812 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 108.0 | 2005 KENWORTH TRACTOR<br>1XKDDB9XX5J081371 | UNL<br>AUBURN, AL<br>ADDED 6/3/04 4:55 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 109.0 | 2004 PETERBILT TRACTOR<br>1XPFDB9X14D835287 | UNL<br>AUBURN, AL<br>ADDED 6/18/04 2:51<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number    373790    Filings    YES    Summary Issue Date    10/12/2005

Insured    M & M TRUCKING COMPANY, INC & M & M MATERIALS<br>AND/OR M & M TRUCKING CO., INC.

Expiration Date    UNTIL CANCELLED

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

19 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

161089274

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 110.0 | 2004 PETERBILT TRACTOR 1XPFDB9X14DB3528 | UNL AUBURN, AL ADDED 6/18/2004 4:58 PM | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 110.1 | 2004 PETERBILT TRACTOR * LEASE TERMINATED 1XPFDB9X14DB3528 | UNL AUBURN, AL DELETED 11/10/2004 1:44 PM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 111.0 | 1998 FREIGHTLINER TRACTOR 1FDYSSEB0WP942500 | UNL AUBURN, AL ADDED 6/18/2004 4:58 PM | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 112.0 | 2005 KENWORTH TRACTOR 1XKDDBPX75J073583 | UNL AUBURN, AL ADDED 6/22/2004 4:14 PM | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 113.0 | 2003 PETERBILT TRACTOR 1XP5DB9X53D803937 | UNL AUBURN, AL ADDED 7/6/2004 9:04 AM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 114.0 | 1995 MACK TRACTOR 1M2P264C45M019528 | UNL AUBURN, AL ADDED 7/9/2004 11:18 AM | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 114.1 | 1995 MACK TRACTOR * LEASE TERMINATED 1M2P264C45M019528 | UNL AUBURN, AL DELETED 11/10/2004 1:44 PM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 115.0 | 2004 VOLVO DUMP TRUCK 4V5KC9GH74N361847 | UNL AUBURN, AL ADDED 9/22/2004 11:40 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 115.1 | 2004 VOLVO DUMP TRUCK 4V5KC9GH74N361847 | UNL AUBURN, AL MODIFIED 9/22/04 10:40 AM | CSL/SPLIT 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 115.2 | 2004 VOLVO DUMP TRUCK 4V5KC9GH74N361847 | 300 AUBURN, AL MODIFIED 9/22/04 10:40 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 116.0 | 1994 FREIGHTLINER TRACTOR 1FUPCXYB6RH463126 | 300 AUBURN, AL ADDED 9/27/04 11:27 AM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |

Policy Number    373790        Filings    YES    Summary Issue Date    10/12/2005

Insured    M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.        Expiration Date    UNTIL CANCELLED

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company

Greenville, South Carolina

20 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type | Radius (miles) | | Monthly / Annual Premium |
|---|---|---|---|---|
| | | Garage Location | | |
| | Motor Vehicle Identification # (VIN) | Status | Limit of Liability | |
| 116.1 | 1994 FREIGHTLINER TRACTOR 1FUPCXYB6RH463126 | 300 AUBURN, AL MODIFIED 9/27/2004 11:27 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 116.2 | 1994 FREIGHTLINER TRACTOR 1FUPCXYB6RH463126 | UNL AUBURN, AL MODIFIED 9/27/2004 11:27 AM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 116.3 | 1994 FREIGHTLINER  TRACTOR * LEASE TERMINATED 1FUPCXYB6RH463126 | UNL AUBURN, AL DELETED 10/29/2004 2:44 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 117.0 | 1998 KENWORTH TRACTOR 1XKAD29X1WR769118 | UNL AUBURN, AL ADDED 10/29/2004 2:44 PM | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 117.1 | 1998 KENWORTH  TRACTOR * LEASE TERMINATED 1XKAD29X1WR769118 | UNL AUBURN, AL DELETED 1/3/05 3:50 PM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 118.0 | 2005 KENWORTH TRACTOR 1XKDDB9X65J099219 | UNL AUBURN, AL ADDED 1/6/05 9:16 AM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 119.0 | 2005 KENWORTH TRACTOR 1NKDXBTX95J097846 | UNL AUBURN, AL ADDED 1/21/05 10:14 AM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 119.1 | 2005 KENWORTH  TRACTOR * VEH CORRECTION 1NKDXBTX95J097846 | UNL AUBURN, AL DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 120.0 | 1985 FL WRECKER TRACTOR 248677 | UNL AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 121.0 | 1999 PB TRI AXLE TRUCK 493205 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 122.0 | 2002 KW DUMP TRUCK 888692 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |

Policy Number ___373790___    Filings __YES__    Summary Issue Date __10/12/2005__

Insured    M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.

Expiration Date __UNTIL CANCELLED__

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

Copy of Image

21 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual Premium |
|---|---|---|---|---|
| 123.0 | 2002 KW TRIAXLE DUMP TRUCK<br>1NKDXBTX92J890964 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 124.0 | 2000 KW TRIAXLE DUMP TRUCK<br>1NKZ1B0X04J862382 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 125.0 | 2000 PB TRIAXLE DUMP TRUCK<br>1NTFX6TX0YN501365 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 126.0 | 2003 KW TRIAXLE DUMP TRUCK<br>1NKDXBTX43J385089 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 127.0 | 2003 KW TRIAXLE DUMP TRUCK<br>1NKDXB1X23J385088 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 128.0 | 2003 KW TRIAXLE DUMP TRUCK<br>1NKDXBTX03J385087 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 129.0 | 2000 KW TANDEM DUMP TRUCK<br>1NKWLV9X9YJ838122 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 130.0 | 2003 KW TRIAXLE DUMP TRUCK<br>1XKDDB9X63J392390 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 131.0 | 2004 KW TRIAXLE DUMP TRUCK<br>1NKDXBTX34J397722 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 132.0 | 1998 KW TRIAXLE DUMP TRUCK<br>757471 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 133.0 | 2004 KW TRIAXLE DUMP TRUCK<br>1NKDXBTX74J064066 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number __373790_____  Filings __YES__  Summary Issue Date __10/12/2005_____

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC._____  Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
### Greenville, South Carolina

22 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 134.0 | 1998 FORD TANDEM DUMP TRUCK<br>1FD2596B9WVA40812 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 135.0 | 2005 KW TANDEM DUMP TRUCK<br>1NKDXBTX95J097846 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 136.0 | 1995 KENWORTH TRACTOR<br>2XKADB9X9SM655840 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 136.1 | 1995 KENWORTH TRACTOR<br>2XKADB9X9SM655840 | 300<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 136.2 | 1995 KENWORTH TRACTOR<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 136.3 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>DELETED 6/17/2005<br>1:43 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 136.4 | 1995 KENWORTH  TRACTOR<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>ADDED 8/19/05 1:37<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 136.5 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>DELETED 9/26/05<br>9:02 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 137.0 | 1990 KENWORTH TRUCK<br>1XKD0B9X9LT549247 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 137.1 | 1990 KENWORTH  TRUCK * LEASE TERMINATED<br>1XKD0B9X9LT549247 | 300<br>AUBURN, AL<br>DELETED 6/9/05 1:06<br>PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 138.0 | 1996 PETERBILT TRACTOR<br>1XP5DR8XXTD388396 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number __373790__    Filings __YES__   Summary Issue Date __10/12/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
Greenville, South Carolina

23 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 138.1 | 1996 PETERBILT TRACTOR<br>1XP5DR8XXTD388396 | 300<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 138.2 | 1996 PETERBILT TRACTOR<br>1XP5DR8XXTD388396 | UNL<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 138.3 | 1996 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XP5DR8XXTD388396 | UNL<br>AUBURN, AL<br>DELETED 7/29/05<br>3:55 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 139.0 | 1994 FREIGHTLINER TRUCK<br>1F0PFCYB2RH689938 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 139.1 | 1994 FREIGHTLINER  TRUCK * VEHICLE SOLD<br>1F0PFCYB2RH689938 | 300<br>AUBURN, AL<br>DELETED 8/19/05<br>1:37 PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 140.0 | 1996 FORD TRUCK<br>1FDZV90T1TVA30833 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 140.1 | 1996 FORD  TRUCK * LEASE TERMINATED<br>1FDZV90T1TVA30833 | 300<br>AUBURN, AL<br>DELETED 5/12/05<br>3:11 PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 141.0 | 1989 MACK TRUCK<br>1M2AY39Y4KM005975 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 141.1 | 1989 MACK  TRUCK * LEASE TERMINATED<br>1M2AY39Y4KM005975 | 300<br>AUBURN, AL<br>DELETED 5/24/2005<br>8:53 AM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 141.2 | 1989 MACK  TRUCK<br>1M2AY39Y4KM005975 | 300<br>AUBURN, AL<br>ADDED 6/7/05 10:58<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 142.0 | 1993 MACK DUMP TRUCK<br>W820715008 | 300<br>AUBURN, AL<br>ADDED 3/11/05 4:54<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790___     Filings __YES__  Summary Issue Date ___10/12/2005___

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.     Expiration Date  UNTIL CANCELLED

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

24 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

161089274

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type Motor Vehicle Identification # (VIN) | Radius (miles) Garage Location Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 142.1 | 1993 MACK DUMP TRUCK * CORRECT VIN W820715008 | 300 AUBURN, AL DELETED 3/30/05 4:55 PM | NON OWNED 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 143.0 | 1993 MACK DUMP TRUCK 1M2AA14Y0PW020162 | 300 AUBURN, AL ADDED 3/30/05 4:55 PM | NON OWNED 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 144.0 | 2001 KENWORTH TRUCK 1NKDLB0XX1J864954 | 300 AUBURN, AL ADDED 4/5/2005 9:56 AM | NON OWNED 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 145.0 | 1999 FREIGHTLINER TRACTOR 1FUY5WEB1XLA73988 | 300 AUBURN, AL ADDED 4/5/2005 2:10 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 145.1 | 1999 FREIGHTLINER TRACTOR 1FUY5WEB1XLA73988 | 300 AUBURN, AL MODIFIED 6/14/05 | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 145.2 | 1999 FREIGHTLINER TRACTOR 1FUY5WEB1XLA73988 | UNL AUBURN, AL MODIFIED 6/14/05 | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 145.3 | 1999 FREIGHTLINER TRACTOR * LEASE TERMINATED 1FUY5WEB1XLA73988 | UNL AUBURN, AL DELETED 9/1/05 3:55 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 146.0 | 2006 KENWORTH TRACTOR 1XKDDU9X56J130618 | UNL AUBURN, AL ADDED 4/12/05 4:31 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 147.0 | 1998 FORD DUMP TRUCK 1FDZS96B0WVA40813 | UNL AUBURN, AL ADDED 4/28/2005 1:50 PM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 147.1 | 1998 FORD DUMP TRUCK 1FDZS96B0WVA40813 | UNL AUBURN, AL MODIFIED 6/14/05 | CSL/SPLIT 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 147.2 | 1998 FORD DUMP TRUCK 1FDZS96B0WVA40813 | 300 AUBURN, AL MODIFIED 6/14/05 | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |

Policy Number ___373790___    Filings __YES__  Summary Issue Date __10/12/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__

Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

Copy of Image

25 of 27

(Rev. 6-1998)

0100816017

# Status Summary Sheet                                          Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 147.3 | 1998 FORD DUMP TRUCK * LEASE TERMINATED<br>1FDZS96B0WVA40813 | 300<br>AUBURN, AL<br>DELETED 9/1/05 3:55 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 148.0 | 1985 MACK DUMP TRUCK<br>1M2AR02Y4FM002375 | UNL<br>AUBURN, AL<br>ADDED 6/23/2005<br>4:31 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 149.0 | 1985 MACK DUMP TRUCK<br>1M2AR09Y5EM001014 | UNL<br>AUBURN, AL<br>ADDED 6/23/2005<br>4:31 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 150.0 | 1995 PETERBILT TRACTOR<br>1XPAXEEX2SN397606 | UNL<br>AUBURN, AL<br>ADDED 7/19/05 11:14 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 150.1 | 1995 PETERBILT TRACTOR * LEASE TERMINATED<br>1XPAXEEX2SN397606 | UNL<br>AUBURN, AL<br>DELETED 9/1/05 3:55 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 151.0 | 2006 KENWORTH TRACTOR<br>1NKDX4TX86J123737 | UNL<br>AUBURN, AL<br>ADDED 8/15/2005<br>4:17 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 152.0 | 2006 KENWORTH TRACTOR<br>1NKDX4TXX6J123738 | UNL<br>AUBURN, AL<br>ADDED 8/15/2005<br>4:17 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 153.0 | 1999 FREIGHTLINER TRACTOR<br>1FUPCSZB1XP988910 | UNL<br>AUBURN, AL<br>ADDED 9/22/05 3:35 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 154.0 | 2002 FREIGHTLINER TRACTOR<br>1FUJBBCG62LJ07633 | 300<br>AUBURN, AL<br>ADDED 10/12/2005<br>4:04 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 9001.0 | HIRED AUTO | 300<br>AUBURN, AL | HIRED AUTO 1,000,000 | 38.00 /<br>455.00 |
| 9001.1 | * NO LONGER OFFERED.<br>HIRED AUTO | 300<br>AUBURN, AL<br>DELETED 11/19/03 | HIRED AUTO 1,000,000 | -38.00 /<br>-455.00 |

Policy Number ___373790_____    Filings __YES___    Summary Issue Date ___10/12/2005_____

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.                              Expiration Date __UNTIL CANCELLED__

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

26 of 27

(Rev. 6-1998)

0100815017

# Status Summary Sheet                                           Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 9002.0 | NON OWNED | 300<br>AUBURN, AL | NON OWNED 1,000,000 | 10.00 /<br>121.00 |
| 9002.1 | NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | -10.00 /<br>-121.00 |
| 9002.2 | NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | 26.00 /<br>315.00 |
| 9002.3 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | -26.00 /<br>-315.00 |
| 9002.4 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | 10.00 /<br>121.00 |
| 9002.5 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | -10.00 /<br>-121.00 |
| 9002.6 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | 26.00 /<br>315.00 |
| 9002.7 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>DELETED 11/19/03 | NON OWNED 1,000,000 | -26.00 /<br>-315.00 |

Policy Number ___373790_____     Filings __YES___     Summary Issue Date __10/12/2005_____

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC._____     Expiration Date __UNTIL CANCELLED

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
Greenville, South Carolina

Form E-69Ls

27 of 27

(Rev. 6-1998)

0100815017

161089275

Copy of Image

# Change of Vehicle Endorsement - Liability

It is agreed that policy to which this endorsement is attached is amended
(1) to EXCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/ Trade Name/Model/ Body Type | Motor Vehicle Identification # | Annual Premium |
|---|---|---|---|
| | | | |

(2) to INCLUDE coverage on the following described vehicle(s).

| Vehicle # | Year/Trade Name/Model/Body Type Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Annual Premium |
|---|---|---|---|---|
| 155 | 2005 VOLVO DUMP TRUCK 4V5KC9GH65N3B7244 | 300 | AUBURN, AL | 3,255.00 |

PR 1 -

ADDITIONAL PREMIUM:   SEE BELOW        RETURN PREMIUM:

10/24/2005 - 11/1/2005 Breakdown for policies under installment premium payment plan:
XXXXXXXXXXXX   70.00            ESCROW DEPOSIT   542.00
The remaining   monthly   installments due will change by   271.00   from   23,071.00
to   23,342.00   beginning with the Installment due   11/1/2005

Policy Number   373790      Endorsement Effective Time XXXXXX  9:33 AM   Endorsement Effective Date   10/24/2005
            M & M TRUCKING COMPANY, INC & M & M MATERIALS
Insured   AND/OR M & M TRUCKING CO., INC.                      Expiration Date   Until Cancelled

Issue Date   10/27/2005 Authorized Signature _____
                  ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company

Form E-3L            Greenville, South Carolina            (Rev. 4-1994)

Copy of Image

0100815017

161089275

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 1.0 | 1985 FREIGHTLINER DUMP TRUCK 248677 | 300 AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 1.1 | 1985 FREIGHTLINER DUMP TRUCK * VEH CORRECTION 248677 | 300 AUBURN, AL DELETED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 2.0 | 2000 KENWORTH TRACTOR 1XKDDB9X94J843402 | UNL AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 3.0 | 2000 KENWORTH DUMP TRUCK 1NKDLBOX840923 | 300 AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 4.0 | 1999 PETERBILT TRACTOR 493205 | UNL AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 4.1 | 1999 PETERBILT TRACTOR * VEH CORRECTION 493205 | UNL AUBURN, AL DELETED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 5.0 | 1996 FREIGHTLINER TRACTOR 19552 | UNL AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 5.1 | 1996 FREIGHTLINER TRACTOR * LEASE TERMINATED 19552 | UNL AUBURN, AL DELETED 2/4/03 3:58 PM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 6.0 | 1999 KENWORTH TRACTOR 1XKDDB9X4XJ821497 | UNL AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 6.1 | 1999 KENWORTH TRACTOR * LEASE TERMINATED 1XKDDB9X4XJ821497 | UNL AUBURN, AL DELETED 2/18/2004 11:11 AM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 7.0 | 1999 KENWORTH DUMP TRUCK 1NDWLBOX4XJ830302 | 300 AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |

Policy Number ___373790___    Filings ___YES___ Summary Issue Date ___10/24/2005___

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.    Expiration Date ___UNTIL CANCELLED___

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
Greenville, South Carolina

1 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 8.0 | 1998 PETERBILT TRACTOR<br>1XP5DB9X4WN441615 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 9.0 | 1994 KENWORTH TRACTOR<br>1XKWD69X2RJ640563 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 9.1 | 1994 KENWORTH TRACTOR * VEHICLE SOLD<br>1XKWD69X2RJ640563 | UNL<br>AUBURN, AL<br>DELETED 6/3/2003 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 10.0 | 1999 KENWORTH DUMP TRUCK<br>1NKWLB0X4XJ824774 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 11.0 | 1999 KENWORTH DUMP TRUCK<br>1NKWLB0X2XJ82991 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 11.1 | 1999 KENWORTH DUMP TRUCK<br>1NKWLB0X2XJ82991 | 300<br>AUBURN, AL<br>MODIFIED 10/14/2004<br>10:12 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 11.2 | 1999 KENWORTH DUMP TRUCK<br>1NKWLB0X2XJ829911 | 300<br>AUBURN, AL<br>MODIFIED 10/14/2004<br>10:12 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 12.0 | 1998 PETERBILT TRACTOR<br>1XPADB9X9WN445724 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 12.1 | 1998 PETERBILT TRACTOR * LEASE TERMINATED<br>1XPADB9X9WN445724 | UNL<br>AUBURN, AL<br>DELETED 2/1/02 2:22<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 13.0 | 1998 PETERBILT TRACTOR<br>449523 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 13.1 | 1998 PETERBILT TRACTOR * STOLEN<br>449523 | UNL<br>AUBURN, AL<br>DELETED 1/4/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number ___373790___     Filings ___YES___ Summary Issue Date ___10/24/2005___

Insured M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.

Expiration Date ___UNTIL CANCELLED___

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

2 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 14.0 | 1999 INTERNATIONAL TRACTOR<br>2HSFMAMR8XC063595 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 15.0 | 1994 PETERBILT TRACTOR<br>1XP5DR9X0RN348555 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 15.1 | 1994 PETERBILT TRACTOR * TOTAL LOSS ACCIDENT<br>ON<br>1XP5DR9X0RN348555 | UNL<br>AUBURN, AL<br>DELETED 5/3/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 15.2 | 1994 PETERBILT TRACTOR<br>1XP5DR9X0RN348555 | UNL<br>AUBURN, AL<br>ADDED 5/3/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 15.3 | 1994 PETERBILT TRACTOR * TOTAL LOSS ACCIDENT<br>ON 5-2-2002<br>1XP5DR9X0RN348555 | UNL<br>AUBURN, AL<br>DELETED 6/17/2002 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 16.0 | 1993 KENWORTH TRACTOR<br>587093 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 16.1 | 1993 KENWORTH TRACTOR * LEASE TERMINATED<br>587093 | UNL<br>AUBURN, AL<br>DELETED 2/21/02<br>11:48 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 17.0 | 2001 KENWORTH DUMP TRUCK<br>870128 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 18.0 | 2001 KENWORTH DUMP TRUCK<br>870126 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 19.0 | 1999 PETERBILT DUMP TRUCK<br>1NPAXBTXXXD467183 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 20.0 | 1987 PETERBILT TRACTOR<br>1XP5DB9X7JD253766 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number ___373790___   Filings __YES__   Summary Issue Date ___10/24/2005___

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.   Expiration Date __UNTIL CANCELLED__

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
Greenville, South Carolina

Copy of Image

Form E-69Ls

3 of 27

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet                                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 20.1 | 1987 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XP5DB9X7JD253766 | UNL<br>AUBURN, AL<br>DELETED 2/11/02<br>12:20 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 21.0 | 2001 KENWORTH DUMP TRUCK<br>870127 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 22.0 | 1997 INTERNATIONAL TRACTOR<br>024920 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 22.1 | 1997 INTERNATIONAL  TRACTOR * LEASE TERMINATED<br>024920 | UNL<br>AUBURN, AL<br>DELETED 8/15/2003<br>4:42 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 23.0 | 1995 MACK DUMP TRUCK<br>1M2AD62C3SW003117 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 23.1 | 1995 MACK DUMP  TRUCK * VEHICLE SOLD<br>1M2AD62C3SW003117 | 300<br>AUBURN, AL<br>DELETED 5/21/02<br>4:08 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 24.0 | 1995 MACK TRACTOR<br>1M2AA18Y4SW056620 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 24.1 | 1995 MACK  TRACTOR * VEHICLE SOLD<br>1M2AA18Y4SW056620 | UNL<br>AUBURN, AL<br>DELETED 8/15/2003<br>4:42 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 25.0 | 2001 KENWORTH TRACTOR<br>870121 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 26.0 | 2001 KENWORTH TRACTOR<br>870122 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 27.0 | 1999 PETERBILT TRACTOR<br>1XPFDB9X2XW467149 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number ___373790___     Filings __YES__   Summary Issue Date ___10/24/2005___

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.     Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

4 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type  Motor Vehicle Identification # (VIN) | Radius (miles)  Garage Location  Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 28.0 | 1999 KENWORTH DUMP TRUCK  1NKWLB0X4XJ832390 | 300  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 271.00 /  3,255.00 |
| 29.0 | 2001 KENWORTH  TRACTOR  870407 | UNL  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 30.0 | 2000 MACK TRACTOR  1M18A18YX4W128675 | UNL  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 30.1 | 2000 MACK TRACTOR * LEASE TERMINATED  1M18A18YX4W128675 | UNL  AUBURN, AL  DELETED 7/16/2003  2:18 PM | CSL/SPLIT 1,000,000  UM 20/40 | -447.00 /  -5,367.00 |
| 31.0 | 1995 MACK DUMP TRUCK  1M2AD62C1SW003116 | 300  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 271.00 /  3,255.00 |
| 31.1 | 1995 MACK DUMP  TRUCK * VEHICLE SOLD  1M2AD62C1SW003116 | 300  AUBURN, AL  DELETED 4/18/02  4:06 PM | CSL/SPLIT 1,000,000  UM 20/40 | -271.00 /  -3,255.00 |
| 32.0 | 1995 MACK DUMP TRUCK  1M2AD62C5SW003118 | 300  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 271.00 /  3,255.00 |
| 32.1 | 1995 MACK DUMP  TRUCK * VEHICLE SOLD  1M2AD62C5SW003118 | 300  AUBURN, AL  DELETED 4/18/02  4:06 PM | CSL/SPLIT 1,000,000  UM 20/40 | -271.00 /  -3,255.00 |
| 33.0 | 1987 KENWORTH TRACTOR  1XKDDA9XH14341698 | UNL  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 33.1 | 1987 KENWORTH  TRACTOR * VEHICLE SOLD  1XKDDA9XH14341698 | UNL  AUBURN, AL  DELETED 8/15/2003  4:42 PM | CSL/SPLIT 1,000,000  UM 20/40 | -447.00 /  -5,367.00 |
| 34.0 | 1999 PETERBILT TRACTOR  1XPFDB9X4XN478699 | UNL  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |

Policy Number    373790                                Filings    YES    Summary Issue Date    10/24/2005

Insured    M & M TRUCKING COMPANY, INC & M & M MATERIALS  AND/OR M & M TRUCKING CO., INC.

Expiration Date    UNTIL CANCELLED

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 35.0 | 1994 WHITE GMC TRACTOR<br>677978 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 35.1 | 1994 WHITE GMC  TRACTOR * LEASE TERMINATED<br>677978 | UNL<br>AUBURN, AL<br>DELETED 4/16/2004<br>3:28 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 36.0 | 1997 MACK DUMP TRUCK<br>1M2AD62C8VW004865 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 36.1 | 1997 MACK DUMP  TRUCK * LEASE TERMINATED<br>1M2AD62C8VW004865 | 300<br>AUBURN, AL<br>DELETED 8/15/2003<br>4:42 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 37.0 | 1998 KENWORTH DUMP TRUCK<br>1NKDLBOX2WR757471 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 37.1 | 1998 KENWORTH DUMP  TRUCK * VEHICLE SOLD<br>1NKDLBOX2WR757471 | 300<br>AUBURN, AL<br>DELETED 10/10/03<br>3:47 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 38.0 | 1999 KENWORTH DUMP TRUCK<br>834217 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 38.1 | 1999 KENWORTH DUMP  TRUCK * LEASE TERMINATED<br>834217 | 300<br>AUBURN, AL<br>DELETED 3/28/03 | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 39.0 | 1996 FREIGHTLINER TRACTOR<br>754800 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 39.1 | 1996 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>754800 | UNL<br>AUBURN, AL<br>DELETED 7/16/02<br>9:41 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 39.2 | 1996 FREIGHTLINER  TRACTOR<br>754800 | UNL<br>AUBURN, AL<br>ADDED 7/16/02 9:41<br>AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number ___373790___          Filings __YES__    Summary Issue Date ___10/24/2005___

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.          Expiration Date ___UNTIL CANCELLED___

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

6 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 39.3 | 1996 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>754800 | UNL<br>AUBURN, AL<br>DELETED 7/16/02<br>9:41 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 40.0 | 1998 KENWORTH DUMP TRUCK<br>1NKWBOX6WR762603 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 40.1 | 1998 KENWORTH  DUMP TRUCK * VEHICLE SOLD<br>1NKWBOX6WR762603 | 300<br>AUBURN, AL<br>DELETED 5/21/02<br>4:08 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 41.0 | 1996 PETERBILT TRACTOR<br>391772 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 41.1 | 1996 PETERBILT  TRACTOR * LEASE TERMINATED<br>391772 | UNL<br>AUBURN, AL<br>DELETED 3/12/02<br>10:23 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 42.0 | 1994 KENWORTH TRACTOR<br>1XKDD69XXRJ640558 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 42.1 | 1994 KENWORTH  TRACTOR * VEHICLE SOLD<br>1XKDD69XXRJ640558 | UNL<br>AUBURN, AL<br>DELETED 6/3/2003 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 43.0 | 2001 KENWORTH TRACTOR<br>865469 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 44.0 | 1997 KENWORTH DUMP TRUCK<br>1NKDLBOX6VJ740119 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 44.1 | 1997 KENWORTH DUMP  TRUCK * VEHICLE TRADED<br>1NKDLBOX6VJ740119 | 300<br>AUBURN, AL<br>DELETED 4/17/02<br>4:59 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 45.0 | 1998 KENWORTH DUMP TRUCK<br>1NKDLBOXWR757472 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790_____ Filings __YES___ Summary Issue Date __10/24/2005_____

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.

Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company

Greenville, South Carolina

7 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 45.1 | 1998 KENWORTH DUMP TRUCK * LEASE TERMINATED<br>1NKDLBOXWR757472 | 300<br>AUBURN, AL<br>DELETED 3/18/04<br>9:20 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 46.0 | 1996 MACK TRACTOR<br>1M3P114K5T001601 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 46.1 | 1996 MACK TRACTOR * LEASE TERMINATED<br>1M3P114K5T001601 | UNL<br>AUBURN, AL<br>DELETED 6/28/02<br>5:38 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 46.2 | 1996 MACK TRACTOR<br>1M3P114K5T001601 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 46.3 | 1996 MACK TRACTOR * LEASE TERMINATED<br>1M3P114K5T001601 | UNL<br>AUBURN, AL<br>DELETED 6/28/02<br>5:38 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 47.0 | 1998 FREIGHTLINER TRACTOR<br>2FUPCSZB9WA887674 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 47.1 | 1998 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>2FUPCSZB9WA887674 | UNL<br>AUBURN, AL<br>DELETED 1/16/2003<br>11:33 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 48.0 | 1994 PETERBILT TRACTOR<br>353910 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 48.1 | 1994 PETERBILT TRACTOR * VEHICLE SOLD<br>353910 | UNL<br>AUBURN, AL<br>DELETED 6/2/2003<br>2:55 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 49.0 | 1998 PETERBILT TRACTOR<br>446291 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 49.1 | 1998 PETERBILT TRACTOR * LEASE TERMINATED<br>446291 | UNL<br>AUBURN, AL<br>DELETED 2/21/02<br>11:48 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number ___373790___ Filings __YES__ Summary Issue Date __10/24/2005__

Insured M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC. _____ Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
Greenville, South Carolina

8 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 50.0 | 1999 KENWORTH TRACTOR<br>25940 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 50.1 | 1999 KENWORTH  TRACTOR * LEASE TERMINATED<br>25940 | UNL<br>AUBURN, AL<br>DELETED 2/21/02<br>11:48 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 51.0 | ANY TRAILER WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | AUBURN, AL | | |
| 52.0 | 2002 KENWORTH TRACTOR<br>888692 | UNL<br>AUBURN, AL<br>ADDED 2/12/02 6:05 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 52.1 | 2002 KENWORTH  TRACTOR * VEH CORRECTION<br>888692 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 53.0 | 2001 FREIGHTLINER TRACTOR<br>73606 | UNL<br>AUBURN, AL<br>ADDED 3/12/02 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 53.1 | 2001 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>73606 | UNL<br>AUBURN, AL<br>DELETED 2/3/03 4:30 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 54.0 | 1988 PETERBILT TRACTOR<br>1XT5ZB9X3JN25558 | UNL<br>AUBURN, AL<br>ADDED 4/8/02 4:32 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 54.1 | 1988 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XT5ZB9X3JN25558 | UNL<br>AUBURN, AL<br>DELETED 7/8/02 4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 55.0 | 1997 FREIGHTLINER TRACTOR<br>1FUYDZYB0VP560089 | UNL<br>AUBURN, AL<br>ADDED 4/11/02 2:21 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 55.1 | 1997 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>1FUYDZYB0VP560089 | UNL<br>AUBURN, AL<br>DELETED 11/13/02<br>4:31 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number   373790                          Filings   YES    Summary Issue Date   10/24/2005

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.                          Expiration Date   UNTIL CANCELLED

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
Greenville, South Carolina

9 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 56.0 | 1994 WHITEGMC TRACTOR<br>4V1BDBJE5RN670552 | UNL<br>AUBURN, AL<br>ADDED 4/16/02 4:37 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 57.0 | 2002 KENWORTH TRACTOR<br>1NKDXBTX92J890964 | UNL<br>AUBURN, AL<br>ADDED 4/17/02 4:59 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 57.1 | 2002 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX92J890964 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 58.0 | 1998 KENWORTH TRACTOR<br>1NKDLM0X3WJ771488 | 300<br>AUBURN, AL<br>ADDED 4/18/02 4:01 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 58.1 | 1998 KENWORTH  TRACTOR * LEASE TERMINATED<br>1NKDLM0X3WJ771488 | 300<br>AUBURN, AL<br>DELETED 1/20/2003 5:43 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 59.0 | 1994 PETERBILT TRACTOR<br>1XP5DR9X2RN348556 | UNL<br>AUBURN, AL<br>ADDED 4/29/02 11:36 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 59.1 | 1994 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XP5DR9X2RN348556 | UNL<br>AUBURN, AL<br>DELETED 2/28/03 4:19 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 60.0 | 2000 KENWORTH TRACTOR<br>1NKZLB0X0YJ862382 | UNL<br>AUBURN, AL<br>ADDED 5/6/02 4:42 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 60.1 | 2000 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKZLB0X0YJ862382 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 61.0 | 2000 PETERBILT TRACTOR<br>1NTFX6TX0YN501365 | UNL<br>AUBURN, AL<br>ADDED 5/6/02 4:42 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 61.1 | 2000 PETERBILT  TRACTOR * VEH CORRECTION<br>1NTFX6TX0YN501365 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number ___373790_____ Filings __YES___ Summary Issue Date ___10/24/2005___

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__

Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

Copy of Image

10 of 27

(Rev. 6-1998)

0100815017

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 62.0 | 1988 FREIGHTLINER TRACTOR<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>ADDED 5/16/02 10:38 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 62.1 | 1988 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>DELETED 7/15/02<br>1:39 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 62.2 | 1988 FREIGHTLINER  TRACTOR<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>ADDED 7/15/02 1:39 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 62.3 | 1988 FREIGHTLINER   TRACTOR * LEASE TERMINATED<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>DELETED 7/15/02<br>1:39 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 63.0 | 1998 KENWORTH TRACTOR<br>1XKWAB8X1WJ758053 | UNL<br>AUBURN, AL<br>ADDED 5/20/02 4:06 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 64.0 | 2003 KENWORTH TRACTOR<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 64.1 | 2003 KENWORTH  TRACTOR * ADDED IN ERROR<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>DELETED 6/28/02<br>5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 64.2 | 2003 KENWORTH  TRACTOR<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 64.3 | 2003 KENWORTH   TRACTOR * VEH CORRECTION<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 65.0 | 2003 KENWORTH TRACTOR<br>1NKDXB1X23J385088 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 65.1 | 2003 KENWORTH  TRACTOR * ADDED IN ERROR<br>1NKDXB1X23J385088 | UNL<br>AUBURN, AL<br>DELETED 6/28/02<br>5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number ___373790_____     Filings __YES___  Summary Issue Date ___10/24/2005_____

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC._____     Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
### Greenville, South Carolina

11 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

**Copy of Image**

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 65.2 | 2003 KENWORTH  TRACTOR<br>1NKDXB1X23J385088 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 65.3 | 2003 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXB1X23J385088 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 66.0 | 2003 KENWORTH TRACTOR<br>1NKDXBTX03J385087 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 66.1 | 2003 KENWORTH  TRACTOR * ADDED IN ERROR<br>1NKDXBTX03J385087 | UNL<br>AUBURN, AL<br>DELETED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 66.2 | 2003 KENWORTH  TRACTOR<br>1NKDXBTX03J385087 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 66.3 | 2003 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX03J385087 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 67.0 | 2003 KENWORTH TRACTOR<br>1XKDDB9X13J385086 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 67.1 | 2003 KENWORTH  TRACTOR * ADDED IN ERROR<br>1XKDDB9X13J385086 | UNL<br>AUBURN, AL<br>DELETED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 67.2 | 2003 KENWORTH  TRACTOR<br>1XKDDB9X13J385086 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 68.0 | 1996 VOLVO TRACTOR<br>4V4WDBCS8TN714089 | UNL<br>AUBURN, AL<br>ADDED 7/8/02 4:57 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 68.1 | 1996 VOLVO  TRACTOR * ADDED IN ERROR<br>4V4WDBCS8TN714089 | UNL<br>AUBURN, AL<br>DELETED 7/8/02 4:57 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number   373790                          Filings   YES   Summary Issue Date   10/24/2005

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.

Expiration Date   UNTIL CANCELLED

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

**Copy of Image**

Form E-69Ls

12 of 27

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type Motor Vehicle Identification # (VIN) | Radius (miles) Garage Location Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 68.2 | 1996 VOLVO TRACTOR 4V4WDBCS8TN714089 | UNL AUBURN, AL ADDED 7/8/02 4:57 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 69.0 | 1989 FREIGHTLINER TRACTOR 1FUYDDYB7KH361050 | UNL AUBURN, AL ADDED 7/26/02 4:48 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 69.1 | 1989 FREIGHTLINER TRACTOR * VEHICLE TRADED 1FUYDDYB7KH361050 | UNL AUBURN, AL DELETED 11/4/03 4:27 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 70.0 | 2000 KENWORTH TRACTOR 1NKWLV9X9YJ838122 | UNL AUBURN, AL ADDED 8/1/02 4:51 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 70.1 | 2000 KENWORTH TRACTOR * VEH CORRECTION 1NKWLV9X9YJ838122 | UNL AUBURN, AL DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 71.0 | 1999 KENWORTH TRACTOR 1XKW2B9X6XJ830971 | UNL AUBURN, AL ADDED 8/5/02 2:01 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 71.1 | 1999 KENWORTH TRACTOR * VEHICLE SOLD 1XKW2B9X6XJ830971 | UNL AUBURN, AL DELETED 11/12/04 3:54 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 72.0 | 2000 FORD DUMP TRUCK 2FZXFWEB7YAB22242 | UNL AUBURN, AL ADDED 10/20/02 | NON OWNED 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 73.0 | 2003 KENWORTH TRACTOR 1XKDDB9X63J392390 | UNL AUBURN, AL ADDED 12/23/2002 2:42 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 73.1 | 2003 KENWORTH TRACTOR * VEH CORRECTION 1XKDDB9X63J392390 | UNL AUBURN, AL DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 74.0 | 1999 PETERBILT TRACTOR 1XP5DB9X5XN507459 | UNL AUBURN, AL ADDED 2/21/03 2:41 PM | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |

Policy Number ___373790___    Filings __YES__  Summary Issue Date __10/24/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC. _____

Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

Copy of Image

13 of 27

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 74.1 | 1999 PETERBILT TRACTOR * LEASE TERMINATED<br>1XP5DB9X5XN507459 | UNL<br>AUBURN, AL<br>DELETED 7/21/2004<br>2:39 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 75.0 | 1997 PETERBILT TRACTOR<br>1XPADB9X0VN383645 | UNL<br>AUBURN, AL<br>ADDED 2/21/03 2:41<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 75.1 | 1997 PETERBILT TRACTOR * LEASE TERMINATED<br>1XPADB9X0VN383645 | UNL<br>AUBURN, AL<br>DELETED 2/1/05 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 76.0 | 1995 KENWORTH TRACTOR<br>1XKDDB9X8SJ653355 | UNL<br>AUBURN, AL<br>ADDED 2/21/03 2:41<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 76.1 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED<br>1XKDDB9X8SJ653355 | UNL<br>AUBURN, AL<br>DELETED 10/3/03<br>4:15 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 77.0 | 2001 KENWORTH TRACTOR<br>1XKWDB9X91J872641 | UNL<br>AUBURN, AL<br>ADDED 3/17/03 10:12<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 78.0 | 1995 FREIGHTLINER TRACTOR<br>1FUYDSEB7SP663517 | UNL<br>AUBURN, AL<br>ADDED 3/24/03 11:24<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 78.1 | 1995 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>1FUYDSEB7SP663517 | UNL<br>AUBURN, AL<br>DELETED 5/16/03<br>3:57 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 79.0 | 2003 PETERBILT TRACTOR<br>2XP5DB9X13M806859 | 300<br>AUBURN, AL<br>ADDED 3/31/03 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 79.1 | 2003 PETERBILT  TRACTOR * LEASE TERMINATED<br>2XP5DB9X13M806859 | 300<br>AUBURN, AL<br>DELETED 11/15/2004<br>3:33 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 80.0 | 2002 VOLVO TRACTOR<br>4V5KC96H92N317815 | 300<br>AUBURN, AL<br>ADDED 4/2/03 3:24 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number __373790_____ Filings __YES__ Summary Issue Date __10/24/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC._____  Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

14 of 27

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

*Copy of Image*

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 80.1 | 2002 VOLVO  TRACTOR * LEASE TERMINATED<br>4V5KC96H92N317815 | 300<br>AUBURN, AL<br>DELETED 1/6/04 3:53<br>PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 81.0 | 2001 INTERNATIONAL TRACTOR<br>2HSCNAMRX1C076355 | 300<br>AUBURN, AL<br>ADDED 5/13/03 11:52<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 81.1 | 2001 INTERNATIONAL  TRACTOR * LEASE TERMINATED<br>2HSCNAMRX1C076355 | 300<br>AUBURN, AL<br>DELETED 12/14/04<br>2:28 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 81.2 | 2001 INTERNATIONAL  TRACTOR<br>2HSCNAMRX1C076355 | 300<br>AUBURN, AL<br>ADDED 8/19/05 1:37<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 82.0 | 2004 KENWORTH TRACTOR<br>1NKDXBTX34J397722 | UNL<br>AUBURN, AL<br>ADDED 5/29/2003<br>4:01 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 82.1 | 2004 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX34J397722 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 83.0 | 1998 FREIGHTLINER TRACTOR<br>1FUYSSEB0WP942500 | UNL<br>AUBURN, AL<br>ADDED 6/17/2003<br>4:33 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 83.1 | 1998 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>1FUYSSEB0WP942500 | UNL<br>AUBURN, AL<br>DELETED 1/14/04<br>4:52 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 84.0 | 1996 MACK TRACTOR<br>1M2AD62C9TW004483 | UNL<br>AUBURN, AL<br>ADDED 6/2/2003 2:55<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 84.1 | 1996 MACK  TRACTOR * VEHICLE TRADED<br>1M2AD62C9TW004483 | UNL<br>AUBURN, AL<br>DELETED 11/4/03<br>4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 85.0 | 2001 PETERBILT DUMP TRUCK<br>1NT5LU9X01N566368 | UNL<br>AUBURN, AL<br>ADDED 8/6/2003<br>12:57 PM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790___    Filings __YES__    Summary Issue Date ___10/24/2005___

Insured M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC. _____    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

15 of 27

Form E-69Ls

*Copy of Image*

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual Premium |
|---|---|---|---|---|
| 86.0 | 1994 PETERBILT TRACTOR<br>1XPCDB8X3RD347728 | UNL<br>AUBURN, AL<br>ADDED 8/6/2003 4:26 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 86.1 | 1994 PETERBILT TRACTOR * LEASE TERMINATED<br>1XPCDB8X3RD347728 | UNL<br>AUBURN, AL<br>DELETED 3/18/04<br>9:20 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 87.0 | 1993 MACK TRACTOR<br>1M2AA14Y7PW019607 | UNL<br>AUBURN, AL<br>ADDED 8/8/2003 4:14 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 87.1 | 1993 MACK TRACTOR * LEASE TERMINATED<br>1M2AA14Y7PW019607 | UNL<br>AUBURN, AL<br>DELETED 8/16/04<br>10:24 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 87.2 | 1993 MACK TRACTOR<br>1M2AA14Y7PW019607 | UNL<br>AUBURN, AL<br>ADDED 9/28/04 11:18 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 88.0 | 2004 KENWORTH TRACTOR<br>1XKDDB9XX4J063418 | UNL<br>AUBURN, AL<br>ADDED 10/15/03 5:05 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 89.0 | 2004 KENWORTH TRACTOR<br>1XKDDBXX4J062141 | UNL<br>AUBURN, AL<br>ADDED 10/15/03 5:05 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 90.0 | 1995 MACK TRUCK<br>1M2P264C4SM019528 | UNL<br>AUBURN, AL<br>ADDED 10/22/03 4:31 PM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 90.1 | 1995 MACK TRUCK * LEASE TERMINATED<br>1M2P264C4SM019528 | UNL<br>AUBURN, AL<br>DELETED 12/14/04<br>2:28 PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 91.0 | 1995 KENWORTH TRACTOR<br>653355 | UNL<br>AUBURN, AL<br>ADDED 11/4/03 4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 91.1 | 1995 KENWORTH TRACTOR * LEASE TERMINATED<br>653355 | UNL<br>AUBURN, AL<br>DELETED 11/10/03<br>9:13 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number ___373790___        Filings __YES__   Summary Issue Date ___10/24/2005___

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.

Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

Copy of Image

16 of 27

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet                                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 92.0 | 1998 KENWORTH TRACTOR<br>757471 | UNL<br>AUBURN, AL<br>ADDED 11/4/03 4:27<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 92.1 | 1998 KENWORTH TRACTOR * VEH CORRECTION<br>757471 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 93.0 | 1996 INTERNATIONAL TRACTOR<br>2HSFHAER6TC057761 | UNL<br>AUBURN, AL<br>ADDED 11/4/03 4:27<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 93.1 | 1996 INTERNATIONAL TRACTOR * LEASE TERMINATED<br>2HSFHAER6TC057761 | UNL<br>AUBURN, AL<br>DELETED 11/10/2004<br>1:44 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 94.0 | 2004 KENWORTH TRACTOR<br>1NKDXBTX74J064066 | UNL<br>AUBURN, AL<br>ADDED 11/13/03<br>12:03 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 94.1 | 2004 KENWORTH TRACTOR * VEH CORRECTION<br>1NKDXBTX74J064066 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 95.0 | 1996 WESTERN TRACTOR<br>2WKPDCJH2TK941978 | UNL<br>AUBURN, AL<br>ADDED 11/17/03 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 95.1 | 1996 WESTERN TRACTOR * LEASE TERMINATED<br>2WKPDCJH2TK941978 | UNL<br>AUBURN, AL<br>DELETED 3/18/04<br>9:20 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 96.0 | 1995 KENWORTH TRACTOR<br>1XKWDR9X0SS642037 | UNL<br>AUBURN, AL<br>ADDED 11/17/03 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 96.1 | 1995 KENWORTH TRACTOR * LEASE TERMINATED<br>1XKWDR9X0SS642037 | UNL<br>AUBURN, AL<br>DELETED 3/18/04<br>9:20 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 97.0 | 1987 GMC DUMP TRUCK<br>35497 | 300<br>AUBURN, AL<br>ADDED 12/11/03 9:43<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790_____ Filings __YES__ Summary Issue Date ___10/24/2005____

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC._____ Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
### Greenville, South Carolina

17 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

Copy of Image

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type <br> Motor Vehicle Identification # (VIN) | Radius (miles) <br> Garage Location <br> Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 97.1 | 1987 GMC DUMP TRUCK <br> 35497 | 300 <br> AUBURN, AL <br> MODIFIED 10/3/2005 <br> 10:53 AM | NON OWNED 1,000,000 <br> UM 20/40 | -271.00 / <br> -3,255.00 |
| 97.2 | 1987 FORD FUEL TRUCK <br> 35497 | 300 <br> AUBURN, AL <br> MODIFIED 10/3/2005 <br> 10:53 AM | NON OWNED 1,000,000 <br> UM 20/40 | 271.00 / <br> 3,255.00 |
| 98.0 | 1980 INTERNATIONAL DUMP TRUCK <br> 20329 | 300 <br> AUBURN, AL <br> ADDED 12/11/03 9:43 <br> AM | NON OWNED 1,000,000 <br> UM 20/40 | 271.00 / <br> 3,255.00 |
| 99.0 | 2000 PETERBILT TRACTOR <br> 1XP5DB8X5YD508409 | UNL <br> AUBURN, AL <br> ADDED 1/26/2004 <br> 9:43 AM | NON OWNED 1,000,000 <br> UM 20/40 | 447.00 / <br> 5,367.00 |
| 99.1 | 2000 PETERBILT TRACTOR * LEASE TERMINATED <br> 1XP5DB8X5YD508409 | UNL <br> AUBURN, AL <br> DELETED 11/10/2004 <br> 1:44 PM | NON OWNED 1,000,000 <br> UM 20/40 | -447.00 / <br> -5,367.00 |
| 100.0 | 1998 FREIGHTLINER TRACTOR <br> 942500 | UNL <br> AUBURN, AL <br> ADDED 1/28/2004 <br> 9:27 AM | CSL/SPLIT 1,000,000 <br> UM 20/40 | 447.00 / <br> 5,367.00 |
| 100.1 | 1998 FREIGHTLINER TRACTOR * LEASE TERMINATED <br> 942500 | UNL <br> AUBURN, AL <br> DELETED 4/14/2004 <br> 4:02 PM | CSL/SPLIT 1,000,000 <br> UM 20/40 | -447.00 / <br> -5,367.00 |
| 101.0 | 2004 KENWORTH TRACTOR <br> 1XKDDB9X44J069098 | UNL <br> AUBURN, AL <br> ADDED 1/29/2004 <br> 4:50 PM | CSL/SPLIT 1,000,000 <br> UM 20/40 | 447.00 / <br> 5,367.00 |
| 102.0 | 1984 PETERBILT TRACTOR <br> 1XP6D29X6ED168850 | UNL <br> AUBURN, AL <br> ADDED 3/4/04 4:43 PM | NON OWNED 1,000,000 <br> UM 20/40 | 447.00 / <br> 5,367.00 |
| 102.1 | 1984 PETERBILT TRACTOR * LEASE TERMINATED <br> 1XP6D29X6ED168850 | UNL <br> AUBURN, AL <br> DELETED 3/8/04 <br> 10:14 AM | NON OWNED 1,000,000 <br> UM 20/40 | -447.00 / <br> -5,367.00 |
| 103.0 | 1989 PETERBILT TRACTOR <br> 1XP5D59X6KN269602 | UNL <br> AUBURN, AL <br> ADDED 3/8/04 10:14 <br> AM | NON OWNED 1,000,000 <br> UM 20/40 | 447.00 / <br> 5,367.00 |

Policy Number ___373790___ Filings __YES__ Summary Issue Date ___10/24/2005___

Insured M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.

Expiration Date ___UNTIL CANCELLED___

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

18 of 27

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 103.1 | 1989 PETERBILT TRACTOR * LEASE TERMINATED 1XP5D59X6KN269602 | UNL AUBURN, AL DELETED 8/17/04 2:44 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 104.0 | 2000 MACK TRACTOR 1M1AA18YSYW128675 | UNL AUBURN, AL ADDED 4/5/04 9:11 AM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 104.1 | 2000 MACK TRACTOR * LEASE TERMINATED 1M1AA18YSYW128675 | UNL AUBURN, AL DELETED 11/10/2004 1:44 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 105.0 | 1991 KENWORTH TRACTOR 1XKDDE9X7MJ564493 | UNL AUBURN, AL ADDED 4/8/2004 5:00 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 105.1 | 1991 KENWORTH TRACTOR * LEASE TERMINATED 1XKDDE9X7MJ564493 | UNL AUBURN, AL DELETED 9/28/04 11:18 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 106.0 | 1994 FREIGHTLINER TRACTOR 1FUYDXXBHRM457040 | UNL AUBURN, AL ADDED 4/8/2004 5:00 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 106.1 | 1994 FREIGHTLINER TRACTOR * LEASE TERMINATED 1FUYDXXBHRM457040 | UNL AUBURN, AL DELETED 5/3/04 3:29 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 107.0 | 1998 FORD TRACTOR 1FD2596B9WVA40812 | UNL AUBURN, AL ADDED 5/24/2004 9:53 AM | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 107.1 | 1998 FORD TRACTOR * VEH CORRECTION 1FD2596B9WVA40812 | UNL AUBURN, AL DELETED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 108.0 | 2005 KENWORTH TRACTOR 1XKDDB9XX5J081371 | UNL AUBURN, AL ADDED 6/3/04 4:55 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 109.0 | 2004 PETERBILT TRACTOR 1XPFDB9X14D635287 | UNL AUBURN, AL ADDED 6/18/04 2:51 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |

Policy Number ___373790___ Filings __YES__ Summary Issue Date __10/24/2005__

Insured M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC. Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type  Motor Vehicle Identification # (VIN) | Radius (miles)  Garage Location  Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 110.0 | 2004 PETERBILT TRACTOR  1XPFDB9X14DB3528 | UNL  AUBURN, AL  ADDED 6/18/2004  4:58 PM | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 110.1 | 2004 PETERBILT  TRACTOR * LEASE TERMINATED  1XPFDB9X14DB3528 | UNL  AUBURN, AL  DELETED 11/10/2004  1:44 PM | CSL/SPLIT 1,000,000  UM 20/40 | -447.00 /  -5,367.00 |
| 111.0 | 1998 FREIGHTLINER TRACTOR  1FDYSSEB0WP942500 | UNL  AUBURN, AL  ADDED 6/18/2004  4:58 PM | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 112.0 | 2005 KENWORTH TRACTOR  1XKDDBPX75J073583 | UNL  AUBURN, AL  ADDED 6/22/2004  4:14 PM | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 113.0 | 2003 PETERBILT TRACTOR  1XP5DB9X53D803937 | UNL  AUBURN, AL  ADDED 7/6/2004 9:04  AM | NON OWNED 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 114.0 | 1995 MACK TRACTOR  1M2P264C45M019528 | UNL  AUBURN, AL  ADDED 7/9/2004  11:18 AM | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 114.1 | 1995 MACK  TRACTOR * LEASE TERMINATED  1M2P264C45M019528 | UNL  AUBURN, AL  DELETED 11/10/2004  1:44 PM | CSL/SPLIT 1,000,000  UM 20/40 | -447.00 /  -5,367.00 |
| 115.0 | 2004 VOLVO DUMP TRUCK  4V5KC9GH74N361847 | UNL  AUBURN, AL  ADDED 9/22/2004  11:40 AM | CSL/SPLIT 1,000,000  UM 20/40 | 271.00 /  3,255.00 |
| 115.1 | 2004 VOLVO DUMP TRUCK  4V5KC9GH74N361847 | UNL  AUBURN, AL  MODIFIED 9/22/04  10:40 AM | CSL/SPLIT 1,000,000  UM 20/40 | -271.00 /  -3,255.00 |
| 115.2 | 2004 VOLVO DUMP TRUCK  4V5KC9GH74N361847 | 300  AUBURN, AL  MODIFIED 9/22/04  10:40 AM | CSL/SPLIT 1,000,000  UM 20/40 | 271.00 /  3,255.00 |
| 116.0 | 1994 FREIGHTLINER TRACTOR  1FUPCXYB6RH463126 | 300  AUBURN, AL  ADDED 9/27/04 11:27  AM | NON OWNED 1,000,000  UM 20/40 | 447.00 /  5,367.00 |

Policy Number ___373790___    Filings __YES__  Summary Issue Date ___10/24/2005___

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS  AND/OR M & M TRUCKING CO., INC.    Expiration Date  __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

Copy of Image

20 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

161089275

# Status Summary Sheet                                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 116.1 | 1994 FREIGHTLINER TRACTOR<br>1FUPCXYB6RH463126 | 300<br>AUBURN, AL<br>MODIFIED 9/27/2004<br>11:27 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 116.2 | 1994 FREIGHTLINER TRACTOR<br>1FUPCXYB6RH463126 | UNL<br>AUBURN, AL<br>MODIFIED 9/27/2004<br>11:27 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 116.3 | 1994 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>1FUPCXYB6RH463126 | UNL<br>AUBURN, AL<br>DELETED 10/29/2004<br>2:44 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 117.0 | 1998 KENWORTH TRACTOR<br>1XKAD29X1WR769118 | UNL<br>AUBURN, AL<br>ADDED 10/29/2004<br>2:44 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 117.1 | 1998 KENWORTH  TRACTOR * LEASE TERMINATED<br>1XKAD29X1WR769118 | UNL<br>AUBURN, AL<br>DELETED 1/3/05 3:50<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 118.0 | 2005 KENWORTH TRACTOR<br>1XKDDB9X65J099219 | UNL<br>AUBURN, AL<br>ADDED 1/6/05 9:16 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 119.0 | 2005 KENWORTH TRACTOR<br>1NKDXBTX95J097846 | UNL<br>AUBURN, AL<br>ADDED 1/21/05 10:14<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 119.1 | 2005 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX95J097846 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 120.0 | 1985 FL WRECKER TRACTOR<br>248677 | UNL<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 121.0 | 1999 PB TRI AXLE TRUCK<br>493205 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 122.0 | 2002 KW DUMP TRUCK<br>888692 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790_____    Filings __YES___    Summary Issue Date ___10/24/2005_____

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS<br>AND/OR M & M TRUCKING CO., INC._____    Expiration Date __UNTIL CANCELLED___

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
Greenville, South Carolina

21 of 27

Form E-69Ls                                                                  (Rev. 6-1998)

0100815017

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 123.0 | 2002 KW TRIAXLE DUMP TRUCK 1NKDXBTX92J890964 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 124.0 | 2000 KW TRIAXLE DUMP TRUCK 1NKZ1B0X04J862382 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 125.0 | 2000 PB TRIAXLE DUMP TRUCK 1NTFX6TX0YN501365 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 126.0 | 2003 KW TRIAXLE DUMP TRUCK 1NKDXBTX43J385089 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 127.0 | 2003 KW TRIAXLE DUMP TRUCK 1NKDXB1X23J385088 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 128.0 | 2003 KW TRIAXLE DUMP TRUCK 1NKDXBTX03J385087 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 129.0 | 2000 KW TANDEM DUMP TRUCK 1NKWLV9X9YJ838122 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 130.0 | 2003 KW TRIAXLE DUMP TRUCK 1XKDDB9X63J392390 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 131.0 | 2004 KW TRIAXLE DUMP TRUCK 1NKDXBTX34J397722 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 132.0 | 1998 KW TRIAXLE DUMP TRUCK 757471 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 133.0 | 2004 KW TRIAXLE DUMP TRUCK 1NKDXBTX74J064066 | 300 AUBURN, AL ADDED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |

Policy Number __373790__    Filings __YES__    Summary Issue Date __10/24/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)

0100815017

## Status Summary Sheet

### Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 134.0 | 1998 FORD TANDEM DUMP TRUCK<br>1FD2596B9WVA40812 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 135.0 | 2005 KW TANDEM DUMP TRUCK<br>1NKDXBTX95J097846 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 136.0 | 1995 KENWORTH TRACTOR<br>2XKADB9X9SM655840 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 136.1 | 1995 KENWORTH TRACTOR<br>2XKADB9X9SM655840 | 300<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 136.2 | 1995 KENWORTH TRACTOR<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 136.3 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>DELETED 6/17/2005<br>1:43 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 136.4 | 1995 KENWORTH  TRACTOR<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>ADDED 8/19/05 1:37<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 136.5 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>DELETED 9/26/05<br>9:02 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 137.0 | 1990 KENWORTH TRUCK<br>1XKD0B9X9LT549247 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 137.1 | 1990 KENWORTH  TRUCK * LEASE TERMINATED<br>1XKD0B9X9LT549247 | 300<br>AUBURN, AL<br>DELETED 6/9/05 1:06<br>PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 138.0 | 1996 PETERBILT TRACTOR<br>1XP5DR8XXTD388396 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number ___373790___  Filings __YES__  Summary Issue Date __10/24/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.

Expiration Date  __UNTIL CANCELLED__

Issuing Agent  __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

## Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)

23 of 27

0100815017

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 138.1 | 1996 PETERBILT TRACTOR<br>1XP5DR8XXTD388396 | 300<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 138.2 | 1996 PETERBILT TRACTOR<br>1XP5DR8XXTD388396 | UNL<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 138.3 | 1996 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XP5DR8XXTD388396 | UNL<br>AUBURN, AL<br>DELETED 7/29/05<br>3:55 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 139.0 | 1994 FREIGHTLINER TRUCK<br>1F0PFCYB2RH689938 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 139.1 | 1994 FREIGHTLINER  TRUCK * VEHICLE SOLD<br>1F0PFCYB2RH689938 | 300<br>AUBURN, AL<br>DELETED 8/19/05<br>1:37 PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 140.0 | 1996 FORD TRUCK<br>1FDZV90T1TVA30833 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 140.1 | 1996 FORD  TRUCK * LEASE TERMINATED<br>1FDZV90T1TVA30833 | 300<br>AUBURN, AL<br>DELETED 5/12/05<br>3:11 PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 141.0 | 1989 MACK TRUCK<br>1M2AY39Y4KM005975 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 141.1 | 1989 MACK  TRUCK * LEASE TERMINATED<br>1M2AY39Y4KM005975 | 300<br>AUBURN, AL<br>DELETED 5/24/2005<br>8:53 AM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 141.2 | 1989 MACK  TRUCK<br>1M2AY39Y4KM005975 | 300<br>AUBURN, AL<br>ADDED 6/7/05 10:58<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 142.0 | 1993 MACK DUMP TRUCK<br>W820715008 | 300<br>AUBURN, AL<br>ADDED 3/11/05 4:54<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790___ Filings __YES__ Summary Issue Date __10/24/2005__

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured __AND/OR M & M TRUCKING CO., INC.__ Expiration Date __UNTIL CANCELLED__

Issuing Agent ____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008____

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

24 of 27

(Rev. 6-1998)

0100815017

# Status Summary Sheet                                                                   Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 142.1 | 1993 MACK DUMP TRUCK * CORRECT VIN<br>W820715008 | 300<br>AUBURN, AL<br>DELETED 3/30/05<br>4:55 PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 143.0 | 1993 MACK DUMP TRUCK<br>1M2AA14Y0PW020162 | 300<br>AUBURN, AL<br>ADDED 3/30/05 4:55<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 144.0 | 2001 KENWORTH TRUCK<br>1NKDLB0XX1J864954 | 300<br>AUBURN, AL<br>ADDED 4/5/2005 9:56<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 145.0 | 1999 FREIGHTLINER TRACTOR<br>1FUY5WEB1XLA73988 | 300<br>AUBURN, AL<br>ADDED 4/5/2005 2:10<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 145.1 | 1999 FREIGHTLINER TRACTOR<br>1FUY5WEB1XLA73988 | 300<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 145.2 | 1999 FREIGHTLINER TRACTOR<br>1FUY5WEB1XLA73988 | UNL<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 145.3 | 1999 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>1FUY5WEB1XLA73988 | UNL<br>AUBURN, AL<br>DELETED 9/1/05 3:55<br>PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 146.0 | 2006 KENWORTH TRACTOR<br>1XKDDU9X56J130618 | UNL<br>AUBURN, AL<br>ADDED 4/12/05 4:31<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 147.0 | 1998 FORD DUMP TRUCK<br>1FDZS96B0WVA40813 | UNL<br>AUBURN, AL<br>ADDED 4/28/2005<br>1:50 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 147.1 | 1998 FORD DUMP TRUCK<br>1FDZS96B0WVA40813 | UNL<br>AUBURN, AL<br>MODIFIED 6/14/05 | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 147.2 | 1998 FORD DUMP TRUCK<br>1FDZS96B0WVA40813 | 300<br>AUBURN, AL<br>MODIFIED 6/14/05 | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number   373790                          Filings   YES    Summary Issue Date   10/24/2005

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS<br>AND/OR M & M TRUCKING CO., INC.                          Expiration Date   UNTIL CANCELLED

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
Greenville, South Carolina

25 of 27

Form E-69Ls                                                                          (Rev. 6-1998)

0100915017

# Status Summary Sheet

# Liability

Copy of Image

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 147.3 | 1998 FORD DUMP TRUCK * LEASE TERMINATED<br>1FDZS96B0WVA40813 | 300<br>AUBURN, AL<br>DELETED 9/1/05 3:55 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 148.0 | 1985 MACK DUMP TRUCK<br>1M2AR02Y4FM002375 | UNL<br>AUBURN, AL<br>ADDED 6/23/2005<br>4:31 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 149.0 | 1985 MACK DUMP TRUCK<br>1M2AR09Y5EM001014 | UNL<br>AUBURN, AL<br>ADDED 6/23/2005<br>4:31 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 150.0 | 1995 PETERBILT TRACTOR<br>1XPAXEEX2SN397606 | UNL<br>AUBURN, AL<br>ADDED 7/19/05 11:14 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 150.1 | 1995 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XPAXEEX2SN397606 | UNL<br>AUBURN, AL<br>DELETED 9/1/05 3:55 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 151.0 | 2006 KENWORTH TRACTOR<br>1NKDX4TX86J123737 | UNL<br>AUBURN, AL<br>ADDED 8/15/2005<br>4:17 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 152.0 | 2006 KENWORTH TRACTOR<br>1NKDX4TXX6J123738 | UNL<br>AUBURN, AL<br>ADDED 8/15/2005<br>4:17 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 153.0 | 1999 FREIGHTLINER TRACTOR<br>1FUPCSZB1XP988910 | UNL<br>AUBURN, AL<br>ADDED 9/22/05 3:35 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 154.0 | 2002 FREIGHTLINER TRACTOR<br>1FUJBBCG62LJ07633 | 300<br>AUBURN, AL<br>ADDED 10/12/2005<br>4:04 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 155.0 | 2005 VOLVO DUMP TRUCK<br>4V5KC9GH65N3B7244 | 300<br>AUBURN, AL<br>ADDED 10/24/2005<br>9:33 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 9001.0 | HIRED AUTO | 300<br>AUBURN, AL | HIRED AUTO 1,000,000 | 38.00 /<br>455.00 |

Policy Number   373790                          Filings   YES     Summary Issue Date   10/24/2005

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured   AND/OR M & M TRUCKING CO., INC.                                      Expiration Date   UNTIL CANCELLED

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company

### Greenville, South Carolina

Copy of Image

26 of 27

Form E-69Ls

(Rev. 6-1998)

0100815017

# Status Summary Sheet                                          Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 9001.1 | * NO LONGER OFFERED.<br>HIRED AUTO | 300<br>AUBURN, AL<br>DELETED 11/19/03 | HIRED AUTO 1,000,000 | -38.00 /<br>-455.00 |
| 9002.0 | NON OWNED | 300<br>AUBURN, AL | NON OWNED 1,000,000 | 10.00 /<br>121.00 |
| 9002.1 | NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | -10.00 /<br>-121.00 |
| 9002.2 | NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | 26.00 /<br>315.00 |
| 9002.3 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | -26.00 /<br>-315.00 |
| 9002.4 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | 10.00 /<br>121.00 |
| 9002.5 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | -10.00 /<br>-121.00 |
| 9002.6 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | 26.00 /<br>315.00 |
| 9002.7 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>DELETED 11/19/03 | NON OWNED 1,000,000 | -26.00 /<br>-315.00 |

Policy Number ___373790_____ Filings __YES___ Summary Issue Date ___10/24/2005_____

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

27 of 27

(Rev. 6-1998)

0100815017

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 1.0 | 1985 FREIGHTLINER DUMP TRUCK<br>248677 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 1.1 | 1985 FREIGHTLINER DUMP TRUCK * VEH CORRECTION<br>248677 | 300<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 2.0 | 2000 KENWORTH TRACTOR<br>1XKDDB9X94J843402 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 3.0 | 2000 KENWORTH DUMP TRUCK<br>1NKDLBOX840923 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 4.0 | 1999 PETERBILT TRACTOR<br>493205 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 4.1 | 1999 PETERBILT TRACTOR * VEH CORRECTION<br>493205 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 5.0 | 1996 FREIGHTLINER TRACTOR<br>19552 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 5.1 | 1996 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>19552 | UNL<br>AUBURN, AL<br>DELETED 2/4/03 3:58<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 6.0 | 1999 KENWORTH TRACTOR<br>1XKDDB9X4XJ821497 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 6.1 | 1999 KENWORTH TRACTOR * LEASE TERMINATED<br>1XKDDB9X4XJ821497 | UNL<br>AUBURN, AL<br>DELETED 2/18/2004<br>11:11 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 7.0 | 1999 KENWORTH DUMP TRUCK<br>1NDWLBOX4XJ830302 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790___    Filings __YES__    Summary Issue Date ___10/24/2005___

Insured    M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC. _____    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)

1 of 27

0100815207

161090456

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type  Motor Vehicle Identification # (VIN) | Radius (miles)  Garage Location  Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 8.0 | 1998 PETERBILT TRACTOR  1XP5DB9X4WN441615 | UNL  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 9.0 | 1994 KENWORTH TRACTOR  1XKWD69X2RJ640563 | UNL  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 9.1 | 1994 KENWORTH  TRACTOR * VEHICLE SOLD  1XKWD69X2RJ640563 | UNL  AUBURN, AL  DELETED 6/3/2003 | CSL/SPLIT 1,000,000  UM 20/40 | -447.00 /  -5,367.00 |
| 10.0 | 1999 KENWORTH DUMP TRUCK  1NKWLBOX4XJ824774 | 300  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 271.00 /  3,255.00 |
| 11.0 | 1999 KENWORTH DUMP TRUCK  1NKWLBOX2XJ82991 | 300  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 271.00 /  3,255.00 |
| 11.1 | 1999 KENWORTH DUMP TRUCK  1NKWLBOX2XJ82991 | 300  AUBURN, AL  MODIFIED 10/14/2004  10:12 AM | CSL/SPLIT 1,000,000  UM 20/40 | -271.00 /  -3,255.00 |
| 11.2 | 1999 KENWORTH DUMP TRUCK  1NKWLBOX2XJ829911 | 300  AUBURN, AL  MODIFIED 10/14/2004  10:12 AM | CSL/SPLIT 1,000,000  UM 20/40 | 271.00 /  3,255.00 |
| 12.0 | 1998 PETERBILT TRACTOR  1XPADB9X9WN445724 | UNL  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 12.1 | 1998 PETERBILT  TRACTOR * LEASE TERMINATED  1XPADB9X9WN445724 | UNL  AUBURN, AL  DELETED 2/1/02 2:22  PM | CSL/SPLIT 1,000,000  UM 20/40 | -447.00 /  -5,367.00 |
| 13.0 | 1998 PETERBILT TRACTOR  449523 | UNL  AUBURN, AL | CSL/SPLIT 1,000,000  UM 20/40 | 447.00 /  5,367.00 |
| 13.1 | 1998 PETERBILT  TRACTOR * STOLEN  449523 | UNL  AUBURN, AL  DELETED 1/4/02 | CSL/SPLIT 1,000,000  UM 20/40 | -447.00 /  -5,367.00 |

Policy Number __373790__ Filings __YES__ Summary Issue Date __10/24/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS  AND/OR M & M TRUCKING CO., INC.__

Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

2 of 27

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet                              Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 14.0 | 1999 INTERNATIONAL TRACTOR<br>2HSFMAMR8XC063595 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 15.0 | 1994 PETERBILT TRACTOR<br>1XP5DR9XORN348555 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 15.1 | 1994 PETERBILT  TRACTOR * TOTAL LOSS ACCIDENT ON<br>1XP5DR9XORN348555 | UNL<br>AUBURN, AL<br>DELETED 5/3/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 15.2 | 1994 PETERBILT  TRACTOR<br>1XP5DR9XORN348555 | UNL<br>AUBURN, AL<br>ADDED 5/3/02 | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 15.3 | 1994 PETERBILT  TRACTOR * TOTAL LOSS ACCIDENT ON 5-2-2002<br>1XP5DR9XORN348555 | UNL<br>AUBURN, AL<br>DELETED 6/17/2002 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 16.0 | 1993 KENWORTH TRACTOR<br>587093 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 16.1 | 1993 KENWORTH  TRACTOR * LEASE TERMINATED<br>587093 | UNL<br>AUBURN, AL<br>DELETED 2/21/02<br>11:48 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 17.0 | 2001 KENWORTH DUMP TRUCK<br>870128 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 18.0 | 2001 KENWORTH DUMP TRUCK<br>870126 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 19.0 | 1999 PETERBILT DUMP TRUCK<br>1NPAXBTXXXD467183 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 20.0 | 1987 PETERBILT TRACTOR<br>1XP5DB9X7JD253766 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number ___373790_____  Filings __YES__  Summary Issue Date ___10/24/2005____

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC._____   Expiration Date __UNTIL CANCELLED_

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
## Greenville, South Carolina

Form E-69Ls

3 of 27

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 20.1 | 1987 PETERBILT TRACTOR * LEASE TERMINATED<br>1XP5DB9X7JD253766 | UNL<br>AUBURN, AL<br>DELETED 2/11/02<br>12:20 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 21.0 | 2001 KENWORTH DUMP TRUCK<br>870127 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 22.0 | 1997 INTERNATIONAL TRACTOR<br>024920 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 22.1 | 1997 INTERNATIONAL  TRACTOR * LEASE TERMINATED<br>024920 | UNL<br>AUBURN, AL<br>DELETED 8/15/2003<br>4:42 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 23.0 | 1995 MACK DUMP TRUCK<br>1M2AD62C3SW003117 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 23.1 | 1995 MACK DUMP  TRUCK * VEHICLE SOLD<br>1M2AD62C3SW003117 | 300<br>AUBURN, AL<br>DELETED 5/21/02<br>4:08 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 24.0 | 1995 MACK TRACTOR<br>1M2AA18Y4SW056620 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 24.1 | 1995 MACK  TRACTOR * VEHICLE SOLD<br>1M2AA18Y4SW056620 | UNL<br>AUBURN, AL<br>DELETED 8/15/2003<br>4:42 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 25.0 | 2001 KENWORTH TRACTOR<br>870121 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 26.0 | 2001 KENWORTH TRACTOR<br>870122 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 27.0 | 1999 PETERBILT TRACTOR<br>1XPFDB9X2XW467149 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number ___373790_____  Filings __YES__  Summary Issue Date __10/24/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.  _____  Expiration Date __UNTIL CANCELLED__

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008 _____

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

4 of 27

(Rev. 6-1998)

0100815207

# Status Summary Sheet                                    Liability

Copy of Image

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 28.0 | 1999 KENWORTH DUMP TRUCK<br>1NKWLBOX4XJ832390 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 29.0 | 2001 KENWORTH  TRACTOR<br>870407 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 30.0 | 2000 MACK TRACTOR<br>1M18A18YX4W128675 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 30.1 | 2000 MACK  TRACTOR * LEASE TERMINATED<br>1M18A18YX4W128675 | UNL<br>AUBURN, AL<br>DELETED 7/16/2003<br>2:18 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 31.0 | 1995 MACK DUMP TRUCK<br>1M2AD62C1SW003116 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 31.1 | 1995 MACK DUMP  TRUCK * VEHICLE SOLD<br>1M2AD62C1SW003116 | 300<br>AUBURN, AL<br>DELETED 4/18/02<br>4:06 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 32.0 | 1995 MACK DUMP TRUCK<br>1M2AD62C5SW003118 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 32.1 | 1995 MACK DUMP  TRUCK * VEHICLE SOLD<br>1M2AD62C5SW003118 | 300<br>AUBURN, AL<br>DELETED 4/18/02<br>4:06 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 33.0 | 1987 KENWORTH TRACTOR<br>1XKDDA9XH14341698 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 33.1 | 1987 KENWORTH  TRACTOR * VEHICLE SOLD<br>1XKDDA9XH14341698 | UNL<br>AUBURN, AL<br>DELETED 8/15/2003<br>4:42 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 34.0 | 1999 PETERBILT TRACTOR<br>1XPFDB9X4XN478699 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number    373790                    Filings   YES    Summary Issue Date    10/24/2005

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured  AND/OR M & M TRUCKING CO., INC.                                Expiration Date    UNTIL CANCELLED

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

Copy of Image

5 of 27

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet

Copy of Image

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type | Radius (miles) | | Monthly / Annual Premium |
|---|---|---|---|---|
| | | Garage Location | | |
| | Motor Vehicle Identification # (VIN) | Status | Limit of Liability | |
| 35.0 | 1994 WHITE GMC TRACTOR 677978 | UNL AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 35.1 | 1994 WHITE GMC TRACTOR * LEASE TERMINATED 677978 | UNL AUBURN, AL DELETED 4/16/2004 3:28 PM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 36.0 | 1997 MACK DUMP TRUCK 1M2AD62C8VW004865 | 300 AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 36.1 | 1997 MACK DUMP TRUCK * LEASE TERMINATED 1M2AD62C8VW004865 | 300 AUBURN, AL DELETED 8/15/2003 4:42 PM | CSL/SPLIT 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 37.0 | 1998 KENWORTH DUMP TRUCK 1NKDLBOX2WR757471 | 300 AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 37.1 | 1998 KENWORTH DUMP TRUCK * VEHICLE SOLD 1NKDLBOX2WR757471 | 300 AUBURN, AL DELETED 10/10/03 3:47 PM | CSL/SPLIT 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 38.0 | 1999 KENWORTH DUMP TRUCK 834217 | 300 AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 38.1 | 1999 KENWORTH DUMP TRUCK * LEASE TERMINATED 834217 | 300 AUBURN, AL DELETED 3/28/03 | CSL/SPLIT 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 39.0 | 1996 FREIGHTLINER TRACTOR 754800 | UNL AUBURN, AL | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 39.1 | 1996 FREIGHTLINER TRACTOR * LEASE TERMINATED 754800 | UNL AUBURN, AL DELETED 7/16/02 9:41 AM | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 39.2 | 1996 FREIGHTLINER TRACTOR 754800 | UNL AUBURN, AL ADDED 7/16/02 9:41 AM | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |

Policy Number ___373790___    Filings __YES__    Summary Issue Date ___10/24/2005___

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

6 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet                                                    **Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual Premium |
|---|---|---|---|---|
| 39.3 | 1996 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>754800 | UNL<br>AUBURN, AL<br>DELETED 7/16/02<br>9:41 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 40.0 | 1998 KENWORTH DUMP TRUCK<br>1NKWBOX6WR762603 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 40.1 | 1998 KENWORTH  DUMP  TRUCK * VEHICLE SOLD<br>1NKWBOX6WR762603 | 300<br>AUBURN, AL<br>DELETED 5/21/02<br>4:08 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 41.0 | 1996 PETERBILT TRACTOR<br>391772 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 41.1 | 1996 PETERBILT  TRACTOR * LEASE TERMINATED<br>391772 | UNL<br>AUBURN, AL<br>DELETED 3/12/02<br>10:23 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 42.0 | 1994 KENWORTH TRACTOR<br>1XKDD69XXRJ640558 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 42.1 | 1994 KENWORTH  TRACTOR * VEHICLE SOLD<br>1XKDD69XXRJ640558 | UNL<br>AUBURN, AL<br>DELETED 6/3/2003 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 43.0 | 2001 KENWORTH TRACTOR<br>865469 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 44.0 | 1997 KENWORTH DUMP TRUCK<br>1NKDLBOX6VJ740119 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 44.1 | 1997 KENWORTH DUMP  TRUCK * VEHICLE TRADED<br>1NKDLBOX6VJ740119 | 300<br>AUBURN, AL<br>DELETED 4/17/02<br>4:59 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 45.0 | 1998 KENWORTH DUMP TRUCK<br>1NKDLBOXWR757472 | 300<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790_____    Filings __YES____  Summary Issue Date ___10/24/2005_____

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC._____    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

7 of 27

(Rev. 6-1998)

0100815207

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type <br> Motor Vehicle Identification # (VIN) | Radius (miles) <br> Garage Location <br> Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 45.1 | 1998 KENWORTH DUMP TRUCK * LEASE TERMINATED <br> 1NKDLBOXWR757472 | 300 <br> AUBURN, AL <br> DELETED 3/18/04 <br> 9:20 AM | CSL/SPLIT 1,000,000 <br> UM 20/40 | -271.00 / <br> -3,255.00 |
| 46.0 | 1996 MACK TRACTOR <br> 1M3P114K5T001601 | UNL <br> AUBURN, AL | CSL/SPLIT 1,000,000 <br> UM 20/40 | 447.00 / <br> 5,367.00 |
| 46.1 | 1996 MACK TRACTOR * LEASE TERMINATED <br> 1M3P114K5T001601 | UNL <br> AUBURN, AL <br> DELETED 6/28/02 <br> 5:38 PM | CSL/SPLIT 1,000,000 <br> UM 20/40 | -447.00 / <br> -5,367.00 |
| 46.2 | 1996 MACK TRACTOR <br> 1M3P114K5T001601 | UNL <br> AUBURN, AL <br> ADDED 6/28/02 5:38 <br> PM | CSL/SPLIT 1,000,000 <br> UM 20/40 | 447.00 / <br> 5,367.00 |
| 46.3 | 1996 MACK TRACTOR * LEASE TERMINATED <br> 1M3P114K5T001601 | UNL <br> AUBURN, AL <br> DELETED 6/28/02 <br> 5:38 PM | CSL/SPLIT 1,000,000 <br> UM 20/40 | -447.00 / <br> -5,367.00 |
| 47.0 | 1998 FREIGHTLINER TRACTOR <br> 2FUPCSZB9WA887674 | UNL <br> AUBURN, AL | CSL/SPLIT 1,000,000 <br> UM 20/40 | 447.00 / <br> 5,367.00 |
| 47.1 | 1998 FREIGHTLINER TRACTOR * LEASE TERMINATED <br> 2FUPCSZB9WA887674 | UNL <br> AUBURN, AL <br> DELETED 1/16/2003 <br> 11:33 AM | CSL/SPLIT 1,000,000 <br> UM 20/40 | -447.00 / <br> -5,367.00 |
| 48.0 | 1994 PETERBILT TRACTOR <br> 353910 | UNL <br> AUBURN, AL | CSL/SPLIT 1,000,000 <br> UM 20/40 | 447.00 / <br> 5,367.00 |
| 48.1 | 1994 PETERBILT TRACTOR * VEHICLE SOLD <br> 353910 | UNL <br> AUBURN, AL <br> DELETED 6/2/2003 <br> 2:55 PM | CSL/SPLIT 1,000,000 <br> UM 20/40 | -447.00 / <br> -5,367.00 |
| 49.0 | 1998 PETERBILT TRACTOR <br> 446291 | UNL <br> AUBURN, AL | CSL/SPLIT 1,000,000 <br> UM 20/40 | 447.00 / <br> 5,367.00 |
| 49.1 | 1998 PETERBILT TRACTOR * LEASE TERMINATED <br> 446291 | UNL <br> AUBURN, AL <br> DELETED 2/21/02 <br> 11:48 AM | CSL/SPLIT 1,000,000 <br> UM 20/40 | -447.00 / <br> -5,367.00 |

Policy Number ___373790___    Filings ___YES___    Summary Issue Date ___10/24/2005___

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.    Expiration Date ___UNTIL CANCELLED___

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

8 of 27

Form E-69Ls

(Rev. 6-1998)

0100815207

# Status Summary Sheet

Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 50.0 | 1999 KENWORTH TRACTOR<br>25940 | UNL<br>AUBURN, AL | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 50.1 | 1999 KENWORTH TRACTOR * LEASE TERMINATED<br>25940 | UNL<br>AUBURN, AL<br>DELETED 2/21/02<br>11:48 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 51.0 | ANY TRAILER WHILE SINGULARLY ATTACHED TO A<br>SCHEDULED TRACTOR | AUBURN, AL | | |
| 52.0 | 2002 KENWORTH TRACTOR<br>888692 | UNL<br>AUBURN, AL<br>ADDED 2/12/02 6:05<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 52.1 | 2002 KENWORTH TRACTOR * VEH CORRECTION<br>888692 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 53.0 | 2001 FREIGHTLINER TRACTOR<br>73606 | UNL<br>AUBURN, AL<br>ADDED 3/12/02 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 53.1 | 2001 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>73606 | UNL<br>AUBURN, AL<br>DELETED 2/3/03 4:30<br>PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 54.0 | 1988 PETERBILT TRACTOR<br>1XT5ZB9X3JN25558 | UNL<br>AUBURN, AL<br>ADDED 4/8/02 4:32 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 54.1 | 1988 PETERBILT TRACTOR * LEASE TERMINATED<br>1XT5ZB9X3JN25558 | UNL<br>AUBURN, AL<br>DELETED 7/8/02 4:27<br>PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 55.0 | 1997 FREIGHTLINER TRACTOR<br>1FUYDZYB0VP560089 | UNL<br>AUBURN, AL<br>ADDED 4/11/02 2:21<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 55.1 | 1997 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>1FUYDZYB0VP560089 | UNL<br>AUBURN, AL<br>DELETED 11/13/02<br>4:31 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number ___373790___  Filings __YES__  Summary Issue Date __10/24/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.   Expiration Date __UNTIL CANCELLED__

Issuing Agent  ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company

Greenville, South Carolina

9 of 27

Form E-69Ls

(Rev. 6-1998)

0100815207

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 56.0 | 1994 WHITEGMC TRACTOR<br>4V1BDBJE5RN670552 | UNL<br>AUBURN, AL<br>ADDED 4/16/02 4:37 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 57.0 | 2002 KENWORTH TRACTOR<br>1NKDXBTX92J890964 | UNL<br>AUBURN, AL<br>ADDED 4/17/02 4:59 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 57.1 | 2002 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX92J890964 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 58.0 | 1998 KENWORTH TRACTOR<br>1NKDLM0X3WJ771488 | 300<br>AUBURN, AL<br>ADDED 4/18/02 4:01 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 58.1 | 1998 KENWORTH  TRACTOR * LEASE TERMINATED<br>1NKDLM0X3WJ771488 | 300<br>AUBURN, AL<br>DELETED 1/20/2003<br>5:43 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 59.0 | 1994 PETERBILT TRACTOR<br>1XP5DR9X2RN348556 | UNL<br>AUBURN, AL<br>ADDED 4/29/02 11:36 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 59.1 | 1994 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XP5DR9X2RN348556 | UNL<br>AUBURN, AL<br>DELETED 2/28/03<br>4:19 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 60.0 | 2000 KENWORTH TRACTOR<br>1NKZLB0X0YJ862382 | UNL<br>AUBURN, AL<br>ADDED 5/6/02 4:42 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 60.1 | 2000 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKZLB0X0YJ862382 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 61.0 | 2000 PETERBILT TRACTOR<br>1NTFX6TX0YN501365 | UNL<br>AUBURN, AL<br>ADDED 5/6/02 4:42 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 61.1 | 2000 PETERBILT  TRACTOR * VEH CORRECTION<br>1NTFX6TX0YN501365 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number __373790__    Filings __YES__  Summary Issue Date __10/24/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__    Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

**10 of 27**

(Rev. 6-1998)

0100815207

Copy of Image

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 62.0 | 1988 FREIGHTLINER TRACTOR<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>ADDED 5/16/02 10:38 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 62.1 | 1988 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>DELETED 7/15/02 1:39 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 62.2 | 1988 FREIGHTLINER  TRACTOR<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>ADDED 7/15/02 1:39 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 62.3 | 1988 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>2FUP2XYC0JV338500 | UNL<br>AUBURN, AL<br>DELETED 7/15/02 1:39 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 63.0 | 1998 KENWORTH TRACTOR<br>1XKWAB8X1WJ758053 | UNL<br>AUBURN, AL<br>ADDED 5/20/02 4:06 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 64.0 | 2003 KENWORTH TRACTOR<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 64.1 | 2003 KENWORTH  TRACTOR * ADDED IN ERROR<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>DELETED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 64.2 | 2003 KENWORTH  TRACTOR<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 64.3 | 2003 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX43J385089 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 65.0 | 2003 KENWORTH TRACTOR<br>1NKDXB1X23J385088 | UNL<br>AUBURN, AL<br>ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 65.1 | 2003 KENWORTH  TRACTOR * ADDED IN ERROR<br>1NKDXB1X23J385088 | UNL<br>AUBURN, AL<br>DELETED 6/28/02 5:38 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number ___373790___   Filings __YES__  Summary Issue Date __10/24/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.   Expiration Date __UNTIL CANCELLED__

Issuing Agent  __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company

Greenville, South Carolina

11 of 27

Form E-69Ls

Copy of Image

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 65.2 | 2003 KENWORTH TRACTOR 1NKDXB1X23J385088 | UNL AUBURN, AL ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 65.3 | 2003 KENWORTH TRACTOR * VEH CORRECTION 1NKDXB1X23J385088 | UNL AUBURN, AL DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 66.0 | 2003 KENWORTH TRACTOR 1NKDXBTX03J385087 | UNL AUBURN, AL ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 66.1 | 2003 KENWORTH TRACTOR * ADDED IN ERROR 1NKDXBTX03J385087 | UNL AUBURN, AL DELETED 6/28/02 5:38 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 66.2 | 2003 KENWORTH TRACTOR 1NKDXBTX03J385087 | UNL AUBURN, AL ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 66.3 | 2003 KENWORTH TRACTOR * VEH CORRECTION 1NKDXBTX03J385087 | UNL AUBURN, AL DELETED 3/1/2005 11:00 AM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 67.0 | 2003 KENWORTH TRACTOR 1XKDDB9X13J385086 | UNL AUBURN, AL ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 67.1 | 2003 KENWORTH TRACTOR * ADDED IN ERROR 1XKDDB9X13J385086 | UNL AUBURN, AL DELETED 6/28/02 5:38 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 67.2 | 2003 KENWORTH TRACTOR 1XKDDB9X13J385086 | UNL AUBURN, AL ADDED 6/28/02 5:38 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 68.0 | 1996 VOLVO TRACTOR 4V4WDBCS8TN714089 | UNL AUBURN, AL ADDED 7/8/02 4:57 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 68.1 | 1996 VOLVO TRACTOR * ADDED IN ERROR 4V4WDBCS8TN714089 | UNL AUBURN, AL DELETED 7/8/02 4:57 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |

Policy Number ___373790___    Filings __YES__    Summary Issue Date __10/24/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.    Expiration Date __UNTIL CANCELLED__

Issuing Agent  __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

12 of 27

(Rev. 6-1998)

0100615207

# Status Summary Sheet                                   Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 68.2 | 1996 VOLVO  TRACTOR<br>4V4WDBCS8TN714089 | UNL<br>AUBURN, AL<br>ADDED 7/8/02 4:57 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 69.0 | 1989 FREIGHTLINER TRACTOR<br>1FUYDDYB7KH361050 | UNL<br>AUBURN, AL<br>ADDED 7/26/02 4:48 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 69.1 | 1989 FREIGHTLINER  TRACTOR * VEHICLE TRADED<br>1FUYDDYB7KH361050 | UNL<br>AUBURN, AL<br>DELETED 11/4/03<br>4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 70.0 | 2000 KENWORTH TRACTOR<br>1NKWLV9X9YJ838122 | UNL<br>AUBURN, AL<br>ADDED 8/1/02 4:51 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 70.1 | 2000 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKWLV9X9YJ838122 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 71.0 | 1999 KENWORTH TRACTOR<br>1XKW2B9X6XJ830971 | UNL<br>AUBURN, AL<br>ADDED 8/5/02 2:01 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 71.1 | 1999 KENWORTH  TRACTOR * VEHICLE SOLD<br>1XKW2B9X6XJ830971 | UNL<br>AUBURN, AL<br>DELETED 11/12/04<br>3:54 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 72.0 | 2000 FORD DUMP TRUCK<br>2FZXFWEB7YAB22242 | UNL<br>AUBURN, AL<br>ADDED 10/20/02 | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 73.0 | 2003 KENWORTH TRACTOR<br>1XKDDB9X63J392390 | UNL<br>AUBURN, AL<br>ADDED 12/23/2002<br>2:42 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 73.1 | 2003 KENWORTH  TRACTOR * VEH CORRECTION<br>1XKDDB9X63J392390 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 74.0 | 1999 PETERBILT TRACTOR<br>1XP5DB9X5XN507459 | UNL<br>AUBURN, AL<br>ADDED 2/21/03 2:41 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number   373790                    Filings   YES    Summary Issue Date   10/24/2005

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.                    Expiration Date   UNTIL CANCELLED

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

13 of 27

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 74.1 | 1999 PETERBILT TRACTOR * LEASE TERMINATED<br>1XP5DB9X5XN507459 | UNL<br>AUBURN, AL<br>DELETED 7/21/2004<br>2:39 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 75.0 | 1997 PETERBILT TRACTOR<br>1XPADB9X0VN383645 | UNL<br>AUBURN, AL<br>ADDED 2/21/03 2:41<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 75.1 | 1997 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XPADB9X0VN383645 | UNL<br>AUBURN, AL<br>DELETED 2/1/05 | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 76.0 | 1995 KENWORTH TRACTOR<br>1XKDDB9X8SJ653355 | UNL<br>AUBURN, AL<br>ADDED 2/21/03 2:41<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 76.1 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED<br>1XKDDB9X8SJ653355 | UNL<br>AUBURN, AL<br>DELETED 10/3/03<br>4:15 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 77.0 | 2001 KENWORTH TRACTOR<br>1XKWDB9X91J872641 | UNL<br>AUBURN, AL<br>ADDED 3/17/03 10:12<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 78.0 | 1995 FREIGHTLINER TRACTOR<br>1FUYDSEB7SP663517 | UNL<br>AUBURN, AL<br>ADDED 3/24/03 11:24<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 78.1 | 1995 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>1FUYDSEB7SP663517 | UNL<br>AUBURN, AL<br>DELETED 5/16/03<br>3:57 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 79.0 | 2003 PETERBILT TRACTOR<br>2XP5DB9X13M806859 | 300<br>AUBURN, AL<br>ADDED 3/31/03 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 79.1 | 2003 PETERBILT  TRACTOR * LEASE TERMINATED<br>2XP5DB9X13M806859 | 300<br>AUBURN, AL<br>DELETED 11/15/2004<br>3:33 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 80.0 | 2002 VOLVO TRACTOR<br>4V5KC96H92N317815 | 300<br>AUBURN, AL<br>ADDED 4/2/03 3:24 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number  __373790__                   Filings __YES__  Summary Issue Date  __10/24/2005__

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured  AND/OR M & M TRUCKING CO., INC.                        Expiration Date  __UNTIL CANCELLED__

Issuing Agent  __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company

Greenville, South Carolina

14 of 27

Form E-69Ls

(Rev. 6-1998)

0100815207

161090456

## Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 80.1 | 2002 VOLVO  TRACTOR * LEASE TERMINATED<br>4V5KC96H92N317815 | 300<br>AUBURN, AL<br>DELETED 1/6/04 3:53 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 81.0 | 2001 INTERNATIONAL TRACTOR<br>2HSCNAMRX1C076355 | 300<br>AUBURN, AL<br>ADDED 5/13/03 11:52 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 81.1 | 2001 INTERNATIONAL  TRACTOR * LEASE TERMINATED<br>2HSCNAMRX1C076355 | 300<br>AUBURN, AL<br>DELETED 12/14/04 2:28 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 81.2 | 2001 INTERNATIONAL  TRACTOR<br>2HSCNAMRX1C076355 | 300<br>AUBURN, AL<br>ADDED 8/19/05 1:37 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 82.0 | 2004 KENWORTH TRACTOR<br>1NKDXBTX34J397722 | UNL<br>AUBURN, AL<br>ADDED 5/29/2003 4:01 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 82.1 | 2004 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX34J397722 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005 11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 83.0 | 1998 FREIGHTLINER TRACTOR<br>1FUYSSEB0WP942500 | UNL<br>AUBURN, AL<br>ADDED 6/17/2003 4:33 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 83.1 | 1998 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>1FUYSSEB0WP942500 | UNL<br>AUBURN, AL<br>DELETED 1/14/04 4:52 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 84.0 | 1996 MACK TRACTOR<br>1M2AD62C9TW004483 | UNL<br>AUBURN, AL<br>ADDED 6/2/2003 2:55 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 84.1 | 1996 MACK  TRACTOR * VEHICLE TRADED<br>1M2AD62C9TW004483 | UNL<br>AUBURN, AL<br>DELETED 11/4/03 4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 85.0 | 2001 PETERBILT DUMP TRUCK<br>1NT5LU9X01N566368 | UNL<br>AUBURN, AL<br>ADDED 8/6/2003 12:57 PM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790_____ Filings __YES__ Summary Issue Date ___10/24/2005_____

Insured M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC._____ Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
### Greenville, South Carolina

Copy of Image

Form E-69Ls

15 of 27

(Rev. 6-1998)

0100815207

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 86.0 | 1994 PETERBILT TRACTOR<br>1XPCDB8X3RD347728 | UNL<br>AUBURN, AL<br>ADDED 8/6/2003 4:26 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 86.1 | 1994 PETERBILT TRACTOR * LEASE TERMINATED<br>1XPCDB8X3RD347728 | UNL<br>AUBURN, AL<br>DELETED 3/18/04 9:20 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 87.0 | 1993 MACK TRACTOR<br>1M2AA14Y7PW019607 | UNL<br>AUBURN, AL<br>ADDED 8/8/2003 4:14 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 87.1 | 1993 MACK TRACTOR * LEASE TERMINATED<br>1M2AA14Y7PW019607 | UNL<br>AUBURN, AL<br>DELETED 8/16/04 10:24 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 87.2 | 1993 MACK TRACTOR<br>1M2AA14Y7PW019607 | UNL<br>AUBURN, AL<br>ADDED 9/28/04 11:18 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 88.0 | 2004 KENWORTH TRACTOR<br>1XKDDB9XX4J063418 | UNL<br>AUBURN, AL<br>ADDED 10/15/03 5:05 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 89.0 | 2004 KENWORTH TRACTOR<br>1XKDDBXX4J062141 | UNL<br>AUBURN, AL<br>ADDED 10/15/03 5:05 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 90.0 | 1995 MACK TRUCK<br>1M2P264C4SM019528 | UNL<br>AUBURN, AL<br>ADDED 10/22/03 4:31 PM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 90.1 | 1995 MACK TRUCK * LEASE TERMINATED<br>1M2P264C4SM019528 | UNL<br>AUBURN, AL<br>DELETED 12/14/04 2:28 PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 91.0 | 1995 KENWORTH TRACTOR<br>653355 | UNL<br>AUBURN, AL<br>ADDED 11/4/03 4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 91.1 | 1995 KENWORTH TRACTOR * LEASE TERMINATED<br>653355 | UNL<br>AUBURN, AL<br>DELETED 11/10/03 9:13 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |

Policy Number ___373790___  Filings __YES__  Summary Issue Date __10/24/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.

Expiration Date  __UNTIL CANCELLED__

Issuing Agent  __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

16 of 27

(Rev. 6-1998)

0100815207

161090456

## Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 92.0 | 1998 KENWORTH TRACTOR<br>757471 | UNL<br>AUBURN, AL<br>ADDED 11/4/03 4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 92.1 | 1998 KENWORTH  TRACTOR * VEH CORRECTION<br>757471 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 93.0 | 1996 INTERNATIONAL TRACTOR<br>2HSFHAER6TC057761 | UNL<br>AUBURN, AL<br>ADDED 11/4/03 4:27 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 93.1 | 1996 INTERNATIONAL  TRACTOR * LEASE TERMINATED<br>2HSFHAER6TC057761 | UNL<br>AUBURN, AL<br>DELETED 11/10/2004<br>1:44 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 94.0 | 2004 KENWORTH TRACTOR<br>1NKDXBTX74J064066 | UNL<br>AUBURN, AL<br>ADDED 11/13/03<br>12:03 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 94.1 | 2004 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX74J064066 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 95.0 | 1996 WESTERN TRACTOR<br>2WKPDCJH2TK941978 | UNL<br>AUBURN, AL<br>ADDED 11/17/03 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 95.1 | 1996 WESTERN  TRACTOR * LEASE TERMINATED<br>2WKPDCJH2TK941978 | UNL<br>AUBURN, AL<br>DELETED 3/18/04<br>9:20 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 96.0 | 1995 KENWORTH TRACTOR<br>1XKWDR9X0SS642037 | UNL<br>AUBURN, AL<br>ADDED 11/17/03 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 96.1 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED<br>1XKWDR9X0SS642037 | UNL<br>AUBURN, AL<br>DELETED 3/18/04<br>9:20 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 97.0 | 1987 GMC DUMP TRUCK<br>35497 | 300<br>AUBURN, AL<br>ADDED 12/11/03 9:43 AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790___    Filings __YES__  Summary Issue Date ___10/24/2005___

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC. ___    Expiration Date __UNTIL CANCELLED__

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

17 of 27

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet

*Copy of Image*

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type | Radius (miles) | | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|---|
| | | Garage Location | | | |
| | Motor Vehicle Identification # (VIN) | Status | | | |
| 97.1 | 1987 GMC DUMP TRUCK 35497 | 300 AUBURN, AL MODIFIED 10/3/2005 10:53 AM | | NON OWNED 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 97.2 | 1987 FORD FUEL TRUCK 35497 | 300 AUBURN, AL MODIFIED 10/3/2005 10:53 AM | | NON OWNED 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 98.0 | 1980 INTERNATIONAL DUMP TRUCK 20329 | 300 AUBURN, AL ADDED 12/11/03 9:43 AM | | NON OWNED 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 99.0 | 2000 PETERBILT TRACTOR 1XP5DB8X5YD508409 | UNL AUBURN, AL ADDED 1/26/2004 9:43 AM | | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 99.1 | 2000 PETERBILT TRACTOR * LEASE TERMINATED 1XP5DB8X5YD508409 | UNL AUBURN, AL DELETED 11/10/2004 1:44 PM | | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 100.0 | 1998 FREIGHTLINER TRACTOR 942500 | UNL AUBURN, AL ADDED 1/28/2004 9:27 AM | | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 100.1 | 1998 FREIGHTLINER TRACTOR * LEASE TERMINATED 942500 | UNL AUBURN, AL DELETED 4/14/2004 4:02 PM | | CSL/SPLIT 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 101.0 | 2004 KENWORTH TRACTOR 1XKDDB9X44J069098 | UNL AUBURN, AL ADDED 1/29/2004 4:50 PM | | CSL/SPLIT 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 102.0 | 1984 PETERBILT TRACTOR 1XP6D29X6ED168850 | UNL AUBURN, AL ADDED 3/4/04 4:43 PM | | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 102.1 | 1984 PETERBILT TRACTOR * LEASE TERMINATED 1XP6D29X6ED168850 | UNL AUBURN, AL DELETED 3/8/04 10:14 AM | | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 103.0 | 1989 PETERBILT TRACTOR 1XP5D59X6KN269602 | UNL AUBURN, AL ADDED 3/8/04 10:14 AM | | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |

Policy Number ___373790___ Filings __YES__ Summary Issue Date __10/24/2005__

Insured M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC. Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
Greenville, South Carolina

*Copy of Image*

Form E-69Ls

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet

# Liability

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 103.1 | 1989 PETERBILT TRACTOR * LEASE TERMINATED<br>1XP5D59X6KN269602 | UNL<br>AUBURN, AL<br>DELETED 8/17/04<br>2:44 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 104.0 | 2000 MACK TRACTOR<br>1M1AA18YSYW128675 | UNL<br>AUBURN, AL<br>ADDED 4/5/04 9:11 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 104.1 | 2000 MACK TRACTOR * LEASE TERMINATED<br>1M1AA18YSYW128675 | UNL<br>AUBURN, AL<br>DELETED 11/10/2004<br>1:44 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 105.0 | 1991 KENWORTH TRACTOR<br>1XKDDE9X7MJ564493 | UNL<br>AUBURN, AL<br>ADDED 4/8/2004 5:00 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 105.1 | 1991 KENWORTH TRACTOR * LEASE TERMINATED<br>1XKDDE9X7MJ564493 | UNL<br>AUBURN, AL<br>DELETED 9/28/04<br>11:18 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 106.0 | 1994 FREIGHTLINER TRACTOR<br>1FUYDXXBHRM457040 | UNL<br>AUBURN, AL<br>ADDED 4/8/2004 5:00 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 106.1 | 1994 FREIGHTLINER TRACTOR * LEASE TERMINATED<br>1FUYDXXBHRM457040 | UNL<br>AUBURN, AL<br>DELETED 5/3/04 3:29 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 107.0 | 1998 FORD TRACTOR<br>1FD2596B9WVA40812 | UNL<br>AUBURN, AL<br>ADDED 5/24/2004<br>9:53 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 107.1 | 1998 FORD TRACTOR * VEH CORRECTION<br>1FD2596B9WVA40812 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 108.0 | 2005 KENWORTH TRACTOR<br>1XKDDB9XX5J081371 | UNL<br>AUBURN, AL<br>ADDED 6/3/04 4:55 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 109.0 | 2004 PETERBILT TRACTOR<br>1XPFDB9X14D835287 | UNL<br>AUBURN, AL<br>ADDED 6/18/04 2:51 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number __373790__  Filings __YES__  Summary Issue Date __10/24/2005__

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.

Expiration Date __UNTIL CANCELLED__

Issuing Agent  __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company

Greenville, South Carolina

Form E-69Ls

19 of 27

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 110.0 | 2004 PETERBILT TRACTOR<br>1XPFDB9X14DB3528 | UNL<br>AUBURN, AL<br>ADDED 6/18/2004<br>4:58 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 110.1 | 2004 PETERBILT TRACTOR * LEASE TERMINATED<br>1XPFDB9X14DB3528 | UNL<br>AUBURN, AL<br>DELETED 11/10/2004<br>1:44 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 111.0 | 1998 FREIGHTLINER TRACTOR<br>1FDYSSEB0WP942500 | UNL<br>AUBURN, AL<br>ADDED 6/18/2004<br>4:58 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 112.0 | 2005 KENWORTH TRACTOR<br>1XKDDBPX75J073583 | UNL<br>AUBURN, AL<br>ADDED 6/22/2004<br>4:14 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 113.0 | 2003 PETERBILT TRACTOR<br>1XP5DB9X53D803937 | UNL<br>AUBURN, AL<br>ADDED 7/6/2004 9:04<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 114.0 | 1995 MACK TRACTOR<br>1M2P264C45M019528 | UNL<br>AUBURN, AL<br>ADDED 7/9/2004<br>11:18 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 114.1 | 1995 MACK TRACTOR * LEASE TERMINATED<br>1M2P264C45M019528 | UNL<br>AUBURN, AL<br>DELETED 11/10/2004<br>1:44 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 115.0 | 2004 VOLVO DUMP TRUCK<br>4V5KC9GH74N361847 | UNL<br>AUBURN, AL<br>ADDED 9/22/2004<br>11:40 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 115.1 | 2004 VOLVO DUMP TRUCK<br>4V5KC9GH74N361847 | UNL<br>AUBURN, AL<br>MODIFIED 9/22/04<br>10:40 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 115.2 | 2004 VOLVO DUMP TRUCK<br>4V5KC9GH74N361847 | 300<br>AUBURN, AL<br>MODIFIED 9/22/04<br>10:40 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 116.0 | 1994 FREIGHTLINER TRACTOR<br>1FUPCXYB6RH463126 | 300<br>AUBURN, AL<br>ADDED 9/27/04 11:27<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number __373790__     Filings __YES__   Summary Issue Date __10/24/2005__

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.

Expiration Date __UNTIL CANCELLED__

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

Copy of Image

Form E-69Ls

20 of 27

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 116.1 | 1994 FREIGHTLINER TRACTOR<br>1FUPCXYB6RH463126 | 300<br>AUBURN, AL<br>MODIFIED 9/27/2004<br>11:27 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 116.2 | 1994 FREIGHTLINER TRACTOR<br>1FUPCXYB6RH463126 | UNL<br>AUBURN, AL<br>MODIFIED 9/27/2004<br>11:27 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 116.3 | 1994 FREIGHTLINER  TRACTOR * LEASE TERMINATED<br>1FUPCXYB6RH463126 | UNL<br>AUBURN, AL<br>DELETED 10/29/2004<br>2:44 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 117.0 | 1998 KENWORTH TRACTOR<br>1XKAD29X1WR769118 | UNL<br>AUBURN, AL<br>ADDED 10/29/2004<br>2:44 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 117.1 | 1998 KENWORTH  TRACTOR * LEASE TERMINATED<br>1XKAD29X1WR769118 | UNL<br>AUBURN, AL<br>DELETED 1/3/05 3:50<br>PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 118.0 | 2005 KENWORTH TRACTOR<br>1XKDDB9X65J099219 | UNL<br>AUBURN, AL<br>ADDED 1/6/05 9:16 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 119.0 | 2005 KENWORTH TRACTOR<br>1NKDXBTX95J097846 | UNL<br>AUBURN, AL<br>ADDED 1/21/05 10:14<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 119.1 | 2005 KENWORTH  TRACTOR * VEH CORRECTION<br>1NKDXBTX95J097846 | UNL<br>AUBURN, AL<br>DELETED 3/1/2005<br>11:00 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 120.0 | 1985 FL WRECKER TRACTOR<br>248677 | UNL<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 121.0 | 1999 PB TRIAXLE TRUCK<br>493205 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 122.0 | 2002 KW DUMP TRUCK<br>888692 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790_____    Filings __YES__  Summary Issue Date ___10/24/2005___

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured  AND/OR M & M TRUCKING CO., INC._____    Expiration Date __UNTIL CANCELLED_

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company

### Greenville, South Carolina

21 of 27

Form E-69Ls

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet

Copy of Image

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 123.0 | 2002 KW TRIAXLE DUMP TRUCK<br>1NKDXBTX92J890964 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 124.0 | 2000 KW TRIAXLE DUMP TRUCK<br>1NKZ1B0X04J862382 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 125.0 | 2000 PB TRIAXLE DUMP TRUCK<br>1NTFX6TX0YN501365 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 126.0 | 2003 KW TRIAXLE DUMP TRUCK<br>1NKDXBTX43J385089 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 127.0 | 2003 KW TRIAXLE DUMP TRUCK<br>1NKDXB1X23J385088 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 128.0 | 2003 KW TRIAXLE DUMP TRUCK<br>1NKDXBTX03J385087 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 129.0 | 2000 KW TANDEM DUMP TRUCK<br>1NKWLV9X9YJ838122 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 130.0 | 2003 KW TRIAXLE DUMP TRUCK<br>1XKDDB9X63J392390 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 131.0 | 2004 KW TRIAXLE DUMP TRUCK<br>1NKDXBTX34J397722 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 132.0 | 1998 KW TRIAXLE DUMP TRUCK<br>757471 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 133.0 | 2004 KW TRIAXLE DUMP TRUCK<br>1NKDXBTX74J064066 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number    373790                    Filings    YES    Summary Issue Date    10/24/2005

Insured    M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.                    Expiration Date    UNTIL CANCELLED

Issuing Agent    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

Copy of Image

22 of 27

(Rev. 6-1998)

0100815207

161090456

## Status Summary Sheet                                   Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 134.0 | 1998 FORD TANDEM DUMP TRUCK<br>1FD2596B9WVA40812 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 135.0 | 2005 KW TANDEM DUMP TRUCK<br>1NKDXBTX95J097846 | 300<br>AUBURN, AL<br>ADDED 3/1/2005<br>11:00 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 136.0 | 1995 KENWORTH TRACTOR<br>2XKADB9X9SM655840 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 136.1 | 1995 KENWORTH TRACTOR<br>2XKADB9X9SM655840 | 300<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 136.2 | 1995 KENWORTH TRACTOR<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 136.3 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>DELETED 6/17/2005<br>1:43 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 136.4 | 1995 KENWORTH  TRACTOR<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>ADDED 8/19/05 1:37<br>PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 136.5 | 1995 KENWORTH  TRACTOR * LEASE TERMINATED<br>2XKADB9X9SM655840 | UNL<br>AUBURN, AL<br>DELETED 9/26/05<br>9:02 AM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 137.0 | 1990 KENWORTH TRUCK<br>1XKD0B9X9LT549247 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 137.1 | 1990 KENWORTH  TRUCK * LEASE TERMINATED<br>1XKD0B9X9LT549247 | 300<br>AUBURN, AL<br>DELETED 6/9/05 1:06<br>PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 138.0 | 1996 PETERBILT TRACTOR<br>1XP5DR8XXTD388396 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20<br>AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |

Policy Number   373790                          Filings   YES   Summary Issue Date   10/24/2005

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.                          Expiration Date   UNTIL CANCELLED

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet                                                    Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 138.1 | 1996 PETERBILT TRACTOR<br>1XP5DR8XXTD388396 | 300<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 138.2 | 1996 PETERBILT TRACTOR<br>1XP5DR8XXTD388396 | UNL<br>AUBURN, AL<br>MODIFIED 6/14/05 | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 138.3 | 1996 PETERBILT TRACTOR * LEASE TERMINATED<br>1XP5DR8XXTD388396 | UNL<br>AUBURN, AL<br>DELETED 7/29/05<br>3:55 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 139.0 | 1994 FREIGHTLINER TRUCK<br>1F0PFCYB2RH689938 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20 AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 139.1 | 1994 FREIGHTLINER TRUCK * VEHICLE SOLD<br>1F0PFCYB2RH689938 | 300<br>AUBURN, AL<br>DELETED 8/19/05<br>1:37 PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 140.0 | 1996 FORD TRUCK<br>1FDZV90T1TVA30833 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20 AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 140.1 | 1996 FORD TRUCK * LEASE TERMINATED<br>1FDZV90T1TVA30833 | 300<br>AUBURN, AL<br>DELETED 5/12/05<br>3:11 PM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 141.0 | 1989 MACK TRUCK<br>1M2AY39Y4KM005975 | 300<br>AUBURN, AL<br>ADDED 3/11/05 10:20 AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 141.1 | 1989 MACK TRUCK * LEASE TERMINATED<br>1M2AY39Y4KM005975 | 300<br>AUBURN, AL<br>DELETED 5/24/2005<br>8:53 AM | NON OWNED 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 141.2 | 1989 MACK TRUCK<br>1M2AY39Y4KM005975 | 300<br>AUBURN, AL<br>ADDED 6/7/05 10:58 AM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 142.0 | 1993 MACK DUMP TRUCK<br>W820715008 | 300<br>AUBURN, AL<br>ADDED 3/11/05 4:54 PM | NON OWNED 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |

Policy Number ___373790___ Filings __YES__ Summary Issue Date __10/24/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.__

Expiration Date __UNTIL CANCELLED__

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008__

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

24 of 27

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet

**Liability**

| Vehicle # | Year / Trade Name / Model / Body Type / Motor Vehicle Identification # (VIN) | Radius (miles) / Garage Location / Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 142.1 | 1993 MACK DUMP TRUCK * CORRECT VIN W820715008 | 300 AUBURN, AL DELETED 3/30/05 4:55 PM | NON OWNED 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 143.0 | 1993 MACK DUMP TRUCK 1M2AA14Y0PW020162 | 300 AUBURN, AL ADDED 3/30/05 4:55 PM | NON OWNED 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 144.0 | 2001 KENWORTH TRUCK 1NKDLB0XX1J864954 | 300 AUBURN, AL ADDED 4/5/2005 9:56 AM | NON OWNED 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 145.0 | 1999 FREIGHTLINER TRACTOR 1FUY5WEB1XLA73988 | 300 AUBURN, AL ADDED 4/5/2005 2:10 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 145.1 | 1999 FREIGHTLINER TRACTOR 1FUY5WEB1XLA73988 | 300 AUBURN, AL MODIFIED 6/14/05 | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 145.2 | 1999 FREIGHTLINER TRACTOR 1FUY5WEB1XLA73988 | UNL AUBURN, AL MODIFIED 6/14/05 | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 145.3 | 1999 FREIGHTLINER TRACTOR * LEASE TERMINATED 1FUY5WEB1XLA73988 | UNL AUBURN, AL DELETED 9/1/05 3:55 PM | NON OWNED 1,000,000 UM 20/40 | -447.00 / -5,367.00 |
| 146.0 | 2006 KENWORTH TRACTOR 1XKDDU9X56J130618 | UNL AUBURN, AL ADDED 4/12/05 4:31 PM | NON OWNED 1,000,000 UM 20/40 | 447.00 / 5,367.00 |
| 147.0 | 1998 FORD DUMP TRUCK 1FDZS96B0WVA40813 | UNL AUBURN, AL ADDED 4/28/2005 1:50 PM | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |
| 147.1 | 1998 FORD DUMP TRUCK 1FDZS96B0WVA40813 | UNL AUBURN, AL MODIFIED 6/14/05 | CSL/SPLIT 1,000,000 UM 20/40 | -271.00 / -3,255.00 |
| 147.2 | 1998 FORD DUMP TRUCK 1FDZS96B0WVA40813 | 300 AUBURN, AL MODIFIED 6/14/05 | CSL/SPLIT 1,000,000 UM 20/40 | 271.00 / 3,255.00 |

Policy Number ___373790___     Filings __YES__     Summary Issue Date ___10/24/2005___

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured AND/OR M & M TRUCKING CO., INC. _____     Expiration Date ___UNTIL CANCELLED___

Issuing Agent ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

# Canal Insurance Company

Greenville, South Carolina

25 of 27

Copy of Image

# Status Summary Sheet                                                  Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly /<br>Annual<br>Premium |
|---|---|---|---|---|
| 147.3 | 1998 FORD DUMP TRUCK * LEASE TERMINATED<br>1FDZS96B0WVA40813 | 300<br>AUBURN, AL<br>DELETED 9/1/05 3:55 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |
| 148.0 | 1985 MACK DUMP TRUCK<br>1M2AR02Y4FM002375 | UNL<br>AUBURN, AL<br>ADDED 6/23/2005<br>4:31 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 149.0 | 1985 MACK DUMP TRUCK<br>1M2AR09Y5EM001014 | UNL<br>AUBURN, AL<br>ADDED 6/23/2005<br>4:31 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 150.0 | 1995 PETERBILT TRACTOR<br>1XPAXEEX2SN397606 | UNL<br>AUBURN, AL<br>ADDED 7/19/05 11:14 AM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 150.1 | 1995 PETERBILT  TRACTOR * LEASE TERMINATED<br>1XPAXEEX2SN397606 | UNL<br>AUBURN, AL<br>DELETED 9/1/05 3:55 PM | NON OWNED 1,000,000<br>UM 20/40 | -447.00 /<br>-5,367.00 |
| 151.0 | 2006 KENWORTH TRACTOR<br>1NKDX4TX86J123737 | UNL<br>AUBURN, AL<br>ADDED 8/15/2005<br>4:17 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 152.0 | 2006 KENWORTH TRACTOR<br>1NKDX4TXX6J123738 | UNL<br>AUBURN, AL<br>ADDED 8/15/2005<br>4:17 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 153.0 | 1999 FREIGHTLINER TRACTOR<br>1FUPCSZB1XP988910 | UNL<br>AUBURN, AL<br>ADDED 9/22/05 3:35 PM | NON OWNED 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 154.0 | 2002 FREIGHTLINER TRACTOR<br>1FUJBBCG62LJ07633 | 300<br>AUBURN, AL<br>ADDED 10/12/2005<br>4:04 PM | CSL/SPLIT 1,000,000<br>UM 20/40 | 447.00 /<br>5,367.00 |
| 155.0 | 2005 VOLVO DUMP TRUCK<br>4V5KC9GH65N3B7244 | 300<br>AUBURN, AL<br>ADDED 10/24/2005<br>9:33 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 155.1 | 2005 VOLVO DUMP TRUCK<br>4V5KC9GH65N3B7244 | 300<br>AUBURN, AL<br>MODIFIED 10/24/05<br>9:33 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | -271.00 /<br>-3,255.00 |

Policy Number __373790_____    Filings __YES___  Summary Issue Date __10/24/2005_____

Insured  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC._____    Expiration Date __UNTIL CANCELLED

Issuing Agent __ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

Copy of Image

26 of 27

(Rev. 6-1998)

0100815207

161090456

# Status Summary Sheet

## Liability

| Vehicle # | Year / Trade Name / Model / Body Type<br>Motor Vehicle Identification # (VIN) | Radius (miles)<br>Garage Location<br>Status | Limit of Liability | Monthly / Annual Premium |
|---|---|---|---|---|
| 155.2 | 2005 VOLVO DUMP TRUCK<br>4V5KC9GH65N387244 | 300<br>AUBURN, AL<br>MODIFIED 10/24/05<br>9:33 AM | CSL/SPLIT 1,000,000<br>UM 20/40 | 271.00 /<br>3,255.00 |
| 9001.0 | HIRED AUTO | 300<br>AUBURN, AL | HIRED AUTO 1,000,000 | 38.00 /<br>455.00 |
| 9001.1 | * NO LONGER OFFERED.<br>HIRED AUTO | 300<br>AUBURN, AL<br>DELETED 11/19/03 | HIRED AUTO 1,000,000 | -38.00 /<br>-455.00 |
| 9002.0 | NON OWNED | 300<br>AUBURN, AL | NON OWNED 1,000,000 | 10.00 /<br>121.00 |
| 9002.1 | NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | -10.00 /<br>-121.00 |
| 9002.2 | NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | 26.00 /<br>315.00 |
| 9002.3 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | -26.00 /<br>-315.00 |
| 9002.4 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | 10.00 /<br>121.00 |
| 9002.5 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | -10.00 /<br>-121.00 |
| 9002.6 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>MODIFIED 11/19/01 | NON OWNED 1,000,000 | 26.00 /<br>315.00 |
| 9002.7 | * NO LONGER OFFERED<br>NON OWNED | 300<br>AUBURN, AL<br>DELETED 11/19/03 | NON OWNED 1,000,000 | -26.00 /<br>-315.00 |

Policy Number __373790__     Filings __YES__   Summary Issue Date __10/24/2005__

Insured   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.     Expiration Date __UNTIL CANCELLED__

Issuing Agent   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company
### Greenville, South Carolina

Form E-69Ls

27 of 27

(Rev. 6-1998)

0100815207

161089276



# ENDORSEMENT

## GENERAL CHANGE

In consideration of the additional annual premium charged of $200.00 fully earned, it is hereby understood and agreed that the policy to which this endorsement is attached shall cover in addition to the named insured, the interest of:

JIM PARKER BUILDING CO INC
3365 SKYWAY DRIVE
AUBURN, AL 36830

as ADDITIONAL INSURED, while the vehicles described on this policy are leased to the ADDITIONAL INSURED, but in no event shall coverage apply to any vehicle not described in this policy.

Policy Number ___373790_____    Endorsement Effective Time ~~XXXXXXX~~ 8:29 AM___    Endorsement Effective Date _10/04/2005_

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured _AND/OR M & M TRUCKING CO., INC._____    Expiration Date _Until Cancelled_

Issue Date __10/27/2005_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Form E-1

Greenville, South Carolina

(Rev. 12-1991)

Copy of Image

0100815017

161090456

Copy of Image
ENDORSEMENT

## GENERAL CHANGE

IT IS UNDERSTOOD AND AGREED THAT, FOR THE VEHICLE SHOWN ON THE ATTACHED E-69
SCHEDULE OF EQUIPMENT:

*THE VIN IS AMENDED FOR VEHICLE 155, AS PER THE E-69L, COPY ATTACHED.

Policy Number ___373790_____    Endorsement Effective Time XXXXXXX 9:33 AM___   Endorsement Effective Date _10/24/2005_
         M & M TRUCKING COMPANY, INC & M & M MATERIALS
Insured __AND/OR M & M TRUCKING CO., INC._____    Expiration Date _Until Cancelled_

Issue Date __11/16/2005_ Authorized Signature _____
                    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
          ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
              **Canal Insurance Company**

Form E-1                    Greenville, South Carolina                    (Rev. 12-1991)

Copy of Image

0100815207

Copy of Image

# Schedule of Equipment                                   **Liability**

| Vehicle # | Year/Trade Name/Model/Body Type | Radius (miles) | Garage Location | Premium |
|---|---|---|---|---|
|  | Motor Vehicle Identification #(VIN) |  |  | Monthly Prem. |
| 155 | 2005 VOLVO DUMP TRUCK<br>4V5KC9GH85N387244 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |

Policy Number ___373790___   Endorsement Effective Time X̶X̶/̶X̶X̶/̶X̶X̶ 9:33 AM___   Endorsement Effective Date __10/24/2005_

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured _AND/OR M & M TRUCKING CO., INC._____   Expiration Date _Until Cancelled_

Issue Date __11/16/2005_ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# **Canal Insurance Company**

Form E-69L                      Greenville, South Carolina                  (Rev. 12-1991)

Copy of Image

0100815207

# Schedule of Equipment

# Liability

| Vehicle # | Year/Trade Name/Model/Body Type<br>Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Premium<br>Monthly Prem. |
|---|---|---|---|---|
| 1 | 1985 FREIGHTLINER DUMP TRUCK<br>248677 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |
| 2 | 2000 KENWORTH TRACTOR<br>1XKDDB9X94J843402 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 3 | 2000 KENWORTH DUMP TRUCK<br>1NKDLB0X840923 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |
| 4 | 1999 PETERBILT TRACTOR<br>493205 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 5 | 1996 FREIGHTLINER TRACTOR<br>19552 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 6 | 1999 KENWORTH TRACTOR<br>1XKDDB9X4XJ821497 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 7 | 1999 KENWORTH DUMP TRUCK<br>1NDWLB0X4XJ830302 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |
| 8 | 1998 PETERBILT TRACTOR<br>1XP5DB9X4WN441615 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 9 | 1994 KENWORTH TRACTOR<br>1XKWD69X2RJ640563 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 10 | 1999 KENWORTH DUMP TRUCK<br>1NKWLB0X4XJ824774 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |
| 11 | 1999 KENWORTH DUMP TRUCK<br>1NKWLB0X2XJ82991 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |
| 12 | 1998 PETERBILT TRACTOR<br>1XPADB9X9WN445724 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 13 | 1998 PETERBILT TRACTOR<br>449523 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |

*(handwritten notes across rows 12–13: "off 5/1/02", "off 1/4/05", "Stolen")*

Policy Number ___373790___ Endorsement Effective Time 12:01 AM ___ Endorsement Effective Date __11/19/2001__

     M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __11/21/2001_ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

1 of 5

Form E-69L

(Rev. 12-1991)

010080203

# Schedule of Equipment

## Liability

| Vehicle # | Year/Trade Name, Model/Body Type / Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Premium / Monthly Prem. |
|---|---|---|---|---|
| 14 | 1999 INTERNATIONAL TRACTOR / 2HSFMAMR8XC063595 | UNLIMITED | AUBURN, AL | $5,367.00 / $447.00 |
| 15 | 1994 PETERBILT TRACTOR  5/3/02 / 1XP5DR9XORN348555 | UNLIMITED | AUBURN, AL | $5,367.00 / $447.00 |
| 16 | 1993 KENWORTH TRACTOR  off 2/21/02 / 587093 | UNLIMITED | AUBURN, AL | $5,367.00 / $447.00 |
| 17 | 2001 KENWORTH DUMP TRUCK / 870128 | 300 | AUBURN, AL | $3,255.00 / $271.00 |
| 18 | 2001 KENWORTH DUMP TRUCK / 870126 | 300 | AUBURN, AL | $3,255.00 / $271.00 |
| 19 | 1999 PETERBILT DUMP TRUCK / 1NPAXBTXXXD467183 | 300 | AUBURN, AL | $3,255.00 / $271.00 |
| 20 | 1987 PETERBILT TRACTOR  off 2/11/02 / 1XP5DB9X7JD253766 | UNLIMITED | AUBURN, AL | $5,367.00 / $447.00 |
| 21 | 2001 KENWORTH DUMP TRUCK / 870127 | 300 | AUBURN, AL | $3,255.00 / $271.00 |
| 22 | 1997 INTERNATIONAL TRACTOR / 024920 | UNLIMITED | AUBURN, AL | $5,367.00 / $447.00 |
| 23 | 1995 MACK DUMP TRUCK  off 5-21-02 / 1M2AD62C3SW003117 | 300 | AUBURN, AL | $3,255.00 / $271.00 |
| 24 | 1995 MACK TRACTOR / 1M2AA18Y4SW056620 | UNLIMITED | AUBURN, AL | $5,367.00 / $447.00 |
| 25 | 2001 KENWORTH TRACTOR / 870121 | UNLIMITED | AUBURN, AL | $5,367.00 / $447.00 |
| 26 | 2001 KENWORTH TRACTOR / 870122 | UNLIMITED | AUBURN, AL | $5,367.00 / $447.00 |

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __11/19/2001__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____    Expiration Date __Until Cancelled__

Issue Date __11/21/2001__ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

2 of 5

Form E-69L

(Rev. 12-1991)

010080203

# Schedule of Equipment                                    Liability

| Vehicle # | Year/Trade Name, Model/Body Type<br>Motor Vehicle Identification #(VIN) | Radius (miles) | Garage Location | Premium<br>Monthly Prem. |
|---|---|---|---|---|
| 27 | 1999 PETERBILT TRACTOR<br>1XPFDB9X2XW467149 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 28 | 1999 KENWORTH DUMP TRUCK<br>1NKWLBOX4XJ832390 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |
| 29 | 2001 KENWORTH  TRACTOR<br>870407 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 30 | 2000 MACK TRACTOR<br>1M18A18YX4W128675 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 31 | ~~1995 MACK DUMP TRUCK~~   oFF  4|18|02<br>1M2AD62C1SW003116 | ~~300~~ | ~~AUBURN, AL~~ | ~~$3,255.00~~<br>$271.00 |
| 32 | ~~1995 MACK DUMP TRUCK~~   oFF  4|18|02<br>1M2AD62C5SW003118 | ~~300~~ | ~~AUBURN, AL~~ | ~~$3,255.00~~<br>$271.00 |
| 33 | 1987 KENWORTH TRACTOR<br>1XKDDA9XH14341698 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 34 | 1999 PETERBILT TRACTOR<br>1XPFDB9X4XN478699 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 35 | 1994 WHITE GMC TRACTOR<br>677978 | UNLIMITED | AUBURN, AL | $5,367.00<br>$447.00 |
| 36 | 1997 MACK DUMP TRUCK<br>1M2AD62C8VW004865 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |
| 37 | 1998 KENWORTH DUMP TRUCK<br>1NKDLBOX2WR757471 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |
| 38 | 1999 KENWORTH DUMP TRUCK<br>834217 | 300 | AUBURN, AL | $3,255.00<br>$271.00 |
| 39 | ~~1996 FREIGHTLINER TRACTOR~~   7-16-02<br>754800 | UNLIMITED | AUBURN, AL | ~~$5,367.00~~<br>$447.00 |

Policy Number ___373790___   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date  11/19/2001

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____   Expiration Date  Until Cancelled

Issue Date __11/21/2001_ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

3 of 5

Form E-69L

(Rev. 12-1991)

010080203

# Schedule of Equipment

# Liability

| Vehicle # | Year/Trade Name, Model/Body Type | Radius (miles) | Garage Location | Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification #(VIN) | | | Monthly Prem. |
| 40 | 1998 KENWORTH DUMP TRUCK ✓ Off 5-21-02 | 300 | AUBURN, AL | $3,255.00 |
| | 1NKWBOX6WR762603 | | | $271.00 |
| 41 | 1996 PETERBILT TRACTOR Off 3/10/02 | UNLIMITED | AUBURN, AL | $5,367.00 |
| | 391772 | | | $447.00 |
| 42 | 1994 KENWORTH TRACTOR ✓ | UNLIMITED | AUBURN, AL | $5,367.00 |
| | 1XKDD69XXRJ640558 | | | $447.00 |
| 43 | 2001 KENWORTH TRACTOR | UNLIMITED | AUBURN, AL | $5,367.00 |
| | 865469 | | | $447.00 |
| 44 | 1997 KENWORTH DUMP TRUCK off 4/17/02 | 300 | AUBURN, AL | $3,255.00 |
| | 1NKDLBOX6VJ740119 | | | $271.00 |
| 45 | 1998 KENWORTH DUMP TRUCK ✓ | 300 | AUBURN, AL | $3,255.00 |
| | 1NKDLBOXWR757472 | | | $271.00 |
| 46 | 1996 MACK TRACTOR 6/28/02 | UNLIMITED | AUBURN, AL | $5,367.00 |
| | 1M3P114K5T001601 | | | $447.00 |
| 47 | 1998 FREIGHTLINER TRACTOR | UNLIMITED | AUBURN, AL | $5,367.00 |
| | 2FUPCSZB9WA887674 | | | $447.00 |
| 48 | 1994 PETERBILT TRACTOR | UNLIMITED | AUBURN, AL | $5,367.00 |
| | 353910 | | | $447.00 |
| 49 | 1998 PETERBILT TRACTOR Off 2/21/02 | UNLIMITED | AUBURN, AL | $5,367.00 |
| | 446291 | | | $447.00 |
| 50 | 1999 KENWORTH TRACTOR Off 2/21/02 | UNLIMITED | AUBURN, AL | $5,367.00 |
| | 25940 | | | $447.00 |
| 51 | ANY TRAILER WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | | | INCLUDED |
| 9001 | HIRED AUTO | 300 | AUBURN, AL | $455.00 |
| | | | | $38.00 |

Policy Number __373790__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2001__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS__ Expiration Date __Until Cancelled__

Issue Date __11/21/2001__ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

4 of 5

(Rev. 12-1991)

Form E-69L

010080203

# Schedule of Equipment                                                    Liability

| Vehicle # | Year/Trade Name, Model/Body Type | Radius (miles) | Garage Location | Premium |
|---|---|---|---|---|
| | Motor Vehicle Identification #(VIN) | | | Monthly Prem. |
| 9002 | NON OWNED | 300 | AUBURN, AL | $121.00 $10.00 |

Policy Number ___373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2001__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____ Expiration Date __Until Cancelled__

Issue Date __11/21/2001_ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company

Greenville, South Carolina

5 of 5

Form E-69L

(Rev. 12-1991)

010080203

# ENDORSEMENT

## MONTHLY PREMIUM ENDORSEMENT

It is agreed that this insurance shall take effect as of the date and time shown in Item 2 of the Declarations and continue in full force and effect as long as the monthly premium shown below is paid on or before each monthly due date.

$ __228,798.00__ - Annual Premium Rate

$ __19,054.00__ - Monthly Premium

__12/01/2001__ - Due date of first monthly premium; subsequent payments due on the

__1st__ of each month.

$ __38,108.00__ - Deposit

$ __7,622.00__ - Partial Month Premium from inception to first installment
         $1,400.00 - Additional Insured Annual Premium Fully Earned

To guarantee the payment of earned premium under this policy, the named Insured hereby agrees to deposit with the Company the above deposit amount, which the Company agrees to hold in a special escrow account until this policy is terminated as provided herein or in the policy conditions. Upon termination of this policy, the Company will refund to the named Insured the entire amount of such escrow deposit, less only such part thereof as may be necessary to complete the payment of any previously unpaid earned premium under the policy. No part of this escrow deposit shall be considered as policy premium except such part as may actually be applied by the Company to the payment of earned premium as herein before specified and provided.

In event this policy is cancelled short rate as provided in the Cancellation condition of the policy, the basis used for the calculation of the short rate earned premium shall be the full annual premium from which the monthly premium for this policy has been determined.

And it is further agreed that the conditions of this policy are hereby amended to provide that failure on the part of the assured to make any monthly payment on or before due dates above set forth will constitute request on his part for cancellation and cancellation will be effected on the customary short rate basis by the mailing of cancellation notice. In the event cancellation notice is mailed for non-payment of premium, such notice, at the option of the Company, may be rescinded if past due premium plus $3.00 rescinder fee is received at Home Office of Company on or before effective date of cancellation.

Policy Number __373790__   Endorsement Effective Time 12:01 AM _____   Endorsement Effective Date __11/19/2001__
      M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__                                Expiration Date __Until Cancelled__

Issue Date __11/21/2001__ Authorized Signature      ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

### ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
## Canal Insurance Company

Greenville, South Carolina

Form E-96

(Rev. 7-1991)
010080203

# ENDORSEMENT

## OCCUPANT HAZARD EXCLUDED

It is agreed that such insurance as is afforded by the policy for Bodily Injury Liability does not apply to Bodily Injury including death at any time resulting therefrom, sustained by any person while in or upon, entering or alighting from the automobile.

It is further agreed that, in the event the company shall, because of provision of the Federal or State statutes become obligated to pay any sum or sums of money because of such bodily injury or death resulting therefrom, the insured agrees to reimburse the company for any and all loss, costs and expenses paid or incurred by the company.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-4                                                                                                    (Rev. 12-91)

# ENDORSEMEN

Page 1 of 3

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 1 - FREIGHTLINER DUMP TRUCK | AUBURN, AL | 300 |
| 2 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 3 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 4 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 5 - FREIGHTLINER TRACTOR | AUBURN, AL | UNLIMITED |
| 6 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 7 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 8 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 9 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 10 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 11 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 12 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 13 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 14 - INTERNATIONAL TRACTOR | AUBURN, AL | UNLIMITED |
| 15 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 16 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 17 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 18 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 19 - PETERBILT DUMP TRUCK | AUBURN, AL | 300 |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number ___373790___ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2001__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured _M & M MATERIALS_ Expiration Date _Until Cancelled_

Issue Date __11/21/2001__ Authorized Signature ___ALABAMA PUBLIC AUTO INS AGCY LIC#A043008___

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-5

(Rev. 12-1991)

010080203

# ENDORSEMEN `

Page 2 of 3

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 20 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 21 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 22 - INTERNATIONAL TRACTOR | AUBURN, AL | UNLIMITED |
| 23 - MACK DUMP TRUCK | AUBURN, AL | 300 |
| 24 - MACK TRACTOR | AUBURN, AL | UNLIMITED |
| 25 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 26 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 27 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 28 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 29 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 30 - MACK TRACTOR | AUBURN, AL | UNLIMITED |
| 31 - MACK DUMP TRUCK | AUBURN, AL | 300 |
| 32 - MACK DUMP TRUCK | AUBURN, AL | 300 |
| 33 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 34 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 35 - WHITE GMC TRACTOR | AUBURN, AL | UNLIMITED |
| 36 - MACK DUMP TRUCK | AUBURN, AL | 300 |
| 37 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 38 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2001_
     M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __11/21/2001_ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_____

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company
Greenville, South Carolina

Form E-5

(Rev. 12-1991)

010080203

# ENDORSEMEN`
Page 3 of 3

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 39 - FREIGHTLINER TRACTOR | AUBURN, AL | UNLIMITED |
| 40 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 41 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 42 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 43 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 44 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 45 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 46 - MACK TRACTOR | AUBURN, AL | UNLIMITED |
| 47 - FREIGHTLINER TRACTOR | AUBURN, AL | UNLIMITED |
| 48 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 49 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 50 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 51 - ANY TRAILER WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | | |
| | | 300 |
| | | 300 |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number __373790_____ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __11/19/2001__
     M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured _M & M MATERIALS_____ Expiration Date _Until Cancelled_

Issue Date __11/21/2001_ Authorized Signature _____ALABAMA PUBLIC AUTO INS AGCY LIC#A043008_

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED
# Canal Insurance Company
Greenville, South Carolina

Form E-5

(Rev. 12-1991)
010080203

161065604



# ENDORSEMENT
Page 1 of 4

---

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 1 - FREIGHTLINER DUMP TRUCK | AUBURN, AL | 300 |
| 2 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 3 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 4 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 7 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 8 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 10 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 11 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 14 - INTERNATIONAL TRACTOR | AUBURN, AL | UNLIMITED |
| 17 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 18 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 19 - PETERBILT DUMP TRUCK | AUBURN, AL | 300 |
| 21 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 25 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 26 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 27 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 28 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 29 - KENWORTH  TRACTOR | AUBURN, AL | UNLIMITED |
| 34 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise.  It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

---

Policy Number __373790__         Endorsement Effective Time X2XXXMX  10:40 AM__  Endorsement Effective Date __09/22/2004__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS__                                                    Expiration Date __Until Cancelled__

Issue Date __10/07/2004__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-5

(Rev. 12-1991)

0100811879



# ENDORSEMENT
Page 2 of 4

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 43 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 51 - ANY TRAILER WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | | |
| 52 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 56 - WHITEGMC TRACTOR | AUBURN, AL | UNLIMITED |
| 57 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 60 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 61 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 63 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 64 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 65 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 66 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 67 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 68 - VOLVO TRACTOR | AUBURN, AL | UNLIMITED |
| 70 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 71 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 72 - FORD DUMP TRUCK | AUBURN, AL | UNLIMITED |
| 73 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 75 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 77 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number __373790__ Endorsement Effective Time ~~XXXXXXX~~ 10:40 AM Endorsement Effective Date __09/22/2004__
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
Insured __M & M MATERIALS__ Expiration Date __Until Cancelled__

Issue Date __10/07/2004__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company
Greenville, South Carolina

Form E-5 (Rev. 12-1991)

0100811879



# ENDORSEMENT
Page 3 of 4

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 79 - PETERBILT TRACTOR | AUBURN, AL | 300 |
| 81 - INTERNATIONAL TRACTOR | AUBURN, AL | 300 |
| 82 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 85 - PETERBILT DUMP TRUCK | AUBURN, AL | UNLIMITED |
| 87 - MACK TRACTOR | AUBURN, AL | UNLIMITED |
| 88 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 89 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 90 - MACK TRUCK | AUBURN, AL | UNLIMITED |
| 92 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 93 - INTERNATIONAL TRACTOR | AUBURN, AL | UNLIMITED |
| 94 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 97 - GMC DUMP TRUCK | AUBURN, AL | 300 |
| 98 - INTERNATIONAL DUMP TRUCK | AUBURN, AL | 300 |
| 99 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 101 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 104 - MACK TRACTOR | AUBURN, AL | UNLIMITED |
| 107 - FORD TRACTOR | AUBURN, AL | UNLIMITED |
| 108 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 109 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number __373790__    Endorsement Effective Time ~~XXXXXX~~ __10:40 AM__    Endorsement Effective Date __09/22/2004__

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS__    Expiration Date __Until Cancelled__

Issue Date __10/07/2004__ Authorized Signature ____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Form E-5    (Rev. 12-1991)

0100811879

161065604



# ENDORSEMENT
Page 4 of 4

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 110 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 111 - FREIGHTLINER TRACTOR | AUBURN, AL | UNLIMITED |
| 112 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 113 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 114 - MACK TRACTOR | AUBURN, AL | UNLIMITED |
| 115 - VOLVO DUMP TRUCK | AUBURN, AL | 300 |
| 116 - | | |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number __373790__    Endorsement Effective Time ~~XXXXXXX~~ _10:40 AM__    Endorsement Effective Date _09/22/2004_

M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA

Insured __M & M MATERIALS_____    Expiration Date _Until Cancelled_

Issue Date __10/07/2004__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company
Greenville, South Carolina

Form E-5                                                                                          (Rev. 12-1991)

0100811879



Copy of Image

# ENDORSEMENT
Page 1 of 4

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 2 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 3 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 7 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 8 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 10 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 11 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 14 - INTERNATIONAL TRACTOR | AUBURN, AL | UNLIMITED |
| 17 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 18 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 19 - PETERBILT DUMP TRUCK | AUBURN, AL | 300 |
| 21 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 25 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 26 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 27 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 28 - KENWORTH DUMP TRUCK | AUBURN, AL | 300 |
| 29 - KENWORTH  TRACTOR | AUBURN, AL | UNLIMITED |
| 34 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 43 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 51 - ANY TRAILER WHILE SINGULARLY ATTACHED TO A SCHEDULED TRACTOR | | |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise.  It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number __373790__    Endorsement Effective Time 12:01 AM _____    Endorsement Effective Date __06/14/2005__

M & M TRUCKING COMPANY, INC & M & M MATERIALS

Insured __AND/OR M & M TRUCKING CO., INC.__    Expiration Date __Until Cancelled__

Issue Date __06/15/2005__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company

Greenville, South Carolina

Copy of Image

Form E-5    (Rev. 12-1991)

0100813904

161081407



# ENDORSEMENT
Page 2 of 4

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 56 - WHITEGMC TRACTOR | AUBURN, AL | UNLIMITED |
| 63 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 67 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 68 - VOLVO TRACTOR | AUBURN, AL | UNLIMITED |
| 72 - FORD DUMP TRUCK | AUBURN, AL | UNLIMITED |
| 77 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 85 - PETERBILT DUMP TRUCK | AUBURN, AL | UNLIMITED |
| 87 - MACK TRACTOR | AUBURN, AL | UNLIMITED |
| 88 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 89 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 97 - GMC DUMP TRUCK | AUBURN, AL | 300 |
| 98 - INTERNATIONAL DUMP TRUCK | AUBURN, AL | 300 |
| 101 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 108 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 109 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 111 - FREIGHTLINER TRACTOR | AUBURN, AL | UNLIMITED |
| 112 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 113 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |
| 115 - VOLVO DUMP TRUCK | AUBURN, AL | 300 |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number __373790__     Endorsement Effective Time 12:01 AM _____     Endorsement Effective Date __06/14/2005__

Insured __M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC._____     Expiration Date __Until Cancelled__

Issue Date __06/15/2005__ Authorized Signature _____
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company
Greenville, South Carolina

Form E-5     (Rev. 12-1991)

0100813904

Copy of Image

# ENDORSEMENT
Page 3 of 4

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 118 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 120 - FL WRECKER TRACTOR | AUBURN, AL | UNLIMITED |
| 121 - PB TRIAXLE TRUCK | AUBURN, AL | 300 |
| 122 - KW DUMP TRUCK | AUBURN, AL | 300 |
| 123 - KW TRIAXLE DUMP TRUCK | AUBURN, AL | 300 |
| 124 - KW TRIAXLE DUMP TRUCK | AUBURN, AL | 300 |
| 125 - PB TRIAXLE DUMP TRUCK | AUBURN, AL | 300 |
| 126 - KW TRIAXLE DUMP TRUCK | AUBURN, AL | 300 |
| 127 - KW TRIAXLE DUMP TRUCK | AUBURN, AL | 300 |
| 128 - KW TRIAXLE DUMP TRUCK | AUBURN, AL | 300 |
| 129 - KW TANDEM DUMP TRUCK | AUBURN, AL | 300 |
| 130 - KW TRIAXLE DUMP TRUCK | AUBURN, AL | 300 |
| 131 - KW TRIAXLE DUMP TRUCK | AUBURN, AL | 300 |
| 132 - KW TRIAXLE DUMP TRUCK | AUBURN, AL | 300 |
| 133 - KW TRIAXLE DUMP TRUCK | AUBURN, AL | 300 |
| 134 - FORD TANDEM DUMP TRUCK | AUBURN, AL | 300 |
| 135 - KW TANDEM DUMP TRUCK | AUBURN, AL | 300 |
| 136 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 138 - PETERBILT TRACTOR | AUBURN, AL | UNLIMITED |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number __373790__ Endorsement Effective Time 12:01 AM _____ Endorsement Effective Date __06/14/2005__

M & M TRUCKING COMPANY, INC & M & M MATERIALS
Insured __AND/OR M & M TRUCKING CO., INC._____ Expiration Date __Until Cancelled__

Issue Date __06/15/2005__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

## ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED

# Canal Insurance Company
Greenville, South Carolina

Copy of Image

Form E-5                                                                    (Rev. 12-1991)

0100813904

161081407



# ENDORSEMENT
Page 4 of 4

## LIMITATION OF USE

In consideration of the premium charged for policy to which this endorsement is attached, it is understood and agreed that insurance applies only while the respective vehicles are operated within the radius indicated for each vehicle.

| Vehicle Number | Garage Location | Radius in Miles |
|---|---|---|
| 139 - FREIGHTLINER TRUCK | AUBURN, AL | 300 |
| 141 - MACK TRUCK | AUBURN, AL | 300 |
| 143 - MACK DUMP TRUCK | AUBURN, AL | 300 |
| 144 - KENWORTH TRUCK | AUBURN, AL | 300 |
| 145 - FREIGHTLINER TRACTOR | AUBURN, AL | UNLIMITED |
| 146 - KENWORTH TRACTOR | AUBURN, AL | UNLIMITED |
| 147 - FORD DUMP TRUCK | AUBURN, AL | 300 |

It is further agreed that the radius is measured from the garage location indicated on this endorsement for each vehicle and that no vehicle is covered if operated beyond its radius, whether as a substitute vehicle for another vehicle described in this policy or otherwise. It is expressly understood and agreed that occasional trips beyond the radius specified are not permitted.

Policy Number __373790__  Endorsement Effective Time 12:01 AM _____  Endorsement Effective Date __06/14/2005__

Insured __AND/OR M & M TRUCKING CO., INC.__ M & M TRUCKING COMPANY, INC & M & M MATERIALS

Expiration Date __Until Cancelled__

Issue Date __06/15/2005__ Authorized Signature _____

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED**

# Canal Insurance Company
Greenville, South Carolina

Form E-5

(Rev. 12-1991)

0100813904

# ENDORSEMENT

## ERRONEOUS DELIVERY OF LIQUID PRODUCTS

It is agreed that the insurance with respect to any **automobile** does not apply to **bodily injury** or **property damage** arising out of the delivery of any liquid product into a wrong receptacle or to a wrong address or the erroneous delivery of one liquid product for another, if the **bodily injury** or **property damage** occurs after such operations have been completed or abandoned at the site of such delivery. Operations which may require further service or maintenance work, or correction, repair or replacement because of performance at the wrong address or because of any error, defect or deficiency, but which are otherwise complete, shall be deemed completed.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-18

(Rev. 1-1994)

157227686

# ENDORSEMENT

## TRUCKMAN'S ENDORSEMENT

In consideration of the premium charged for the policy to which this endorsement is attached, it is understood and agreed that no coverage is extended to any person, firm or organization using the described automobile pursuant to any lease, contract of hire, bailment, rental agreement, or any similar contract or agreement either written or oral, expressed or implied, the terms and provisions of the Insuring Agreement III of Section A, entitled "Persons Insured" notwithstanding.

In the event the automobile described in this policy is being used or maintained pursuant to any lease, contract of hire, bailment, rental agreement or any similar contract or agreement, either written or oral, expressed or implied, the insurance afforded the named insured shall be excess insurance over any other insurance.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-45

(Rev. 12-1991)

2231071788

# ENDORSEMENT

## UNINSURED MOTORISTS INSURANCE

## AMENDATORY ENDORSEMENT - ALABAMA

### SECTION C  UNINSURED MOTORISTS INSURANCE

**PART I**

The second paragraph is replaced by the following:

If this insurance provides a limit in excess of the amounts required by the applicable law where a covered **auto** is principally garaged, the company will pay under this coverage only if **a.** or **b.** below applies:

(a) The limits of any applicable liability bonds or policies have been exhausted by judgments or payments, or

(b) A tentative settlement has been made between an **insured** and the insurer of a vehicle described in paragraph **c.** of the definition of **uninsured highway vehicle** and the company:

    (1) Has been given prompt written notice of such tentative settlement, and

    (2) Advances payment to the **insured** in an amount equal to the tentative settlement within 30 days after receipt of notification.

No judgment for damages arising out of a suit brought against the owner or operator of an **uninsured highway vehicle** is binding on the company unless the company:

(a) Has received reasonable notice of the pendency of the suit resulting in the judgment, and

(b) Has had a reasonable opportunity to protect the company's interest in the suit.

However, if reasonable notice has not been given to the company, the company has the option to accept the judgment in the suit as binding on the company.

**Exclusions:** The following is added to (a): ...However, this Exclusion does not apply to vehicles described in paragraph **c.** of the definition of **uninsured highway vehicle.**

Exclusion (b) is deleted.

The following is added:

(d) to punitive or exemplary damages, however, this exclusion does not apply to punitive or exemplary damages which are awarded in a wrongful death action.

**PART III**

**LIMITS OF LIABILITY:** This section is replaced with the following:

(a) Regardless of the number of covered **autos, insureds,** premiums paid, claims made or vehicles involved in the **occurrence,** the most the company will pay for all damages resulting from any one **occurrence** is the limit of UNINSURED MOTORISTS INSURANCE shown in the declarations. If there is more than one covered **auto,** the company's limit of insurance for any one **occurrence** is the sum of the limits applicable to each covered **auto,** subject to a maximum of three covered **autos.**

(b) No one will be entitled to receive duplicate payments for the same elements of loss under this Coverage and any Liability Coverage or Medical Payments Coverage endorsement attached to this policy.

(c) The company will not make a duplicate payment under this Coverage for any element of loss for which payment has been made by or for anyone who is legally responsible.

(d) The company will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any workers' compensation, disability benefits or similar law.

(e) The limit of liability stated in the declarations as applicable to "each occurrence" is subject to the "each person" limit stated in the declarations.

Form E-70 AL

(Rev. 8-96)

**PART V**　　**ADDITIONAL DEFINITIONS:** "hit-and-run vehicle" is changed as follows: "hit-and-run vehicle" means a **highway vehicle** in which:
　　(a) neither the driver nor owner can be identified. The vehicle must either:
　　　　(1) Hit an **insured**, a covered **auto** or a vehicle an **insured** is **occupying,** or
　　　　(2) Cause **bodily injury** to an **insured** without hitting an **insured**, a covered **auto** or a vehicle an **insured** is **occupying**, provided the facts of the **occurrence** can be corroborated by competent evidence other than the testimony of any person making a claim under this or any other similar insurance as the result of such **occurrence,** provided:
　　(b) and (c) remain unchanged.

"**uninsured highway vehicle**" - The following is added: (c) an underinsured highway vehicle which is a **highway vehicle** or **trailer** for which the sum of all liability bonds or policies at the time of an **occurrence** provides a limit that is less than the amount an **insured** is legally entitled to recover as damages caused by the **occurrence.**

Under the definition of **uninsured highway vehicle** and after the phrase "but the term "**uninsured highway vehicle**" shall not include":, (iii) is deleted.

**PART VI**　　**F. Arbitration:** The following is added:　This **Arbitration** provision will not apply if legal action has been commenced by the **insured** against the owner or operator of an **uninsured highway vehicle.**

　　**G. Trust Agreement:** The following is added to (a): ...however, the company shall be entitled to recover only after the insured has been fully compensated for damages.

Page 2 of 2

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

# Canal Insurance Company

Greenville, South Carolina

Form E-70 AL

(Rev. 8-96)

# ENDORSEMENT

## SINGLE LIMIT OF LIABILITY

| COVERAGES |
|---|
| Bodily Injury Liability and Property Damage Liability<br>Uninsured and Underinsured Motorist Coverage |

It is agreed that the provisions of the policy captioned "LIMITS OF LIABILITY" relating to **Bodily Injury** Liability and **Property Damage** Liability are amended to read as follows:

**LIMITS OF LIABILITY**

Regardless of the number of (1) **insureds** under this policy, (2) persons or organizations who sustain **bodily injury** or **property damage**, (3) claims made or suits brought on account of **bodily injury** or **property damage** or (4) **automobiles** to which this policy applies, the company's liability is limited as follows:

**Bodily Injury Liability and Property Damage Liability:**

The limit of liability stated in the schedule of the policy as applicable to "each **occurrence**" is the total limit of the company's liability for all damages because of **bodily injury**, including damages for care and loss of services, or **property damage** as a result of any one **occurrence**, provided that with respect to any one **occurrence** for which notice of this policy is given in lieu of security or when this policy is certified as proof of financial responsibility under the provisions of the Motor Vehicle Financial Responsibility Law of any state or province such limit of liability shall be applied to provide the separate limits required by such law for **bodily injury** liability and for **property damage** liability to the extent of the coverage required by such law, but the separate application of such limit shall not increase the total limit of the company's liability.

**Uninsured and Underinsured Motorist Coverage:**

Whenever Uninsured and/or Underinsured Motorist Coverage has been purchased, Combined Single Limits will be amended to afford Split Limits as required by law.

---

EXCESS POLICY

IT IS FURTHER UNDERSTOOD AND AGREED THAT WHEN THE POLICY TO WHICH THIS ENDORSEMENT IS ATTACHED IS AN EXCESS POLICY, THE COMPANY'S LIMIT OF LIABILITY SHALL NOT EXCEED 100% OF THE DIFFERENCE BETWEEN THE PRIMARY OR UNDERLYING LIMITS OF LIABILITY AS STATED IN THE POLICY AND TOTAL LIMITS OF PRIMARY AND EXCESS.

---

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-102

(Rev. 11-1993)

100553521

Form MCS-90
(7/96)

# ENDORSEMENT

OMB NO. 2125-0074

### ENDORSEMENT FOR
### MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
### UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

### DEFINITIONS AS USED IN THIS ENDORSEMENT

**ACCIDENT** includes continuous or repeated exposure to conditions which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

**MOTOR VEHICLE** means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

**BODILY INJURY** includes injury to the body, sickness, or disease to any person, including death resulting from any of these.

**ENVIRONMENTAL RESTORATION** means restitution for the loss, damage or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish and wildlife.

**PROPERTY DAMAGE** includes damage to or loss of use of tangible property.

**PUBLIC LIABILITY** means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Highway Administration (FHWA) and the Interstate Commerce Commission (ICC).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded for public liability does not apply to injury to or death of the insuredís employees while engaged in the course of their employment, or property transported by the insured, designated as cargo.

It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the companyís liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "X", for the limits shown:

[X] This insurance is primary and the company shall not be liable for amounts in excess of $ __1,000,000 CSL__ for each accident.

[ ] This insurance is excess and the company shall not be liable for amounts in excess of $_____ for each accident in excess of the underlying limit of $_____ for each accident.

Whenever required by the FHWA or the ICC the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date. The telephone number to call is 864-242-5365.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty five (35) days notice in writing to the other party (said 35 days to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the ICCís jurisdiction, by providing thirty (30) days notice to the ICC (said 30 days notice to commence from the date notice is received by the ICC at its office in Washington, D.C.).

Issued to __M & M TRUCKING COMPANY, INC & JACK__   of __P O BOX 1743 AUBURN, AL__

__MCANNALLY DBA M & M MATERIALS__
Dated at __BIRMINGHAM, AL__   this __21st__   day of __November__ , 20 __01__

Amending Policy No. __373790__

Effective Date __11/19/2001__   Countersigned by _____

Authorized Company Representative
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

# Canal Insurance Company

Form E-103   Greenville, South Carolina

Page 1 of 2
(Rev. 7-96)

010080203

The Motor Carrier Act of 1980 requires limits of financial responsibility according to type of carriage and commodity transported by the motor carrier.

It is the MOTOR CARRIER'S obligation to obtain the required limits of financial responsibility.

THE SCHEDULE OF LIMITS SHOWN BELOW DOES NOT PROVIDE COVERAGE.

The limits shown in this schedule are for information purposes only.

## SCHEDULE OF LIMITS
Public Liability

| Type of Carriage [1] | Commodity Transported | Combined Single Limit (CSL) |
|---|---|---|
| (1) For-hire (in interstate or foreign commerce) | Property (Non-hazardous)............................................................................ | $750,000 |
| (2) For-hire and Private (in interstate, foreign or intrastate commerce) | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Divisions 1.1, 1.2, and 1.3 materials, Division 2.3, Hazard Zone A, or Division 6.1 Packing Group I, Hazard Zone A material; in bulk Division 2.1 or 2.2; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | $5,000,000 |
| (3) For-hire and Private (in interstate or foreign commerce; in any quantity); or (in intrastate commerce; in bulk only) | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below | $1,000,000 |
| (4) For-hire and Private (in interstate or foreign commerce) | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | $5,000,000 |

[1] Note - The type of carriage listed under numbers (1), (2), and (3) applies to vehicles with a gross vehicle weight rating of 10,000 pounds or more. The type of carriage listed under number (4) applies to all vehicles with a gross vehicle weight rating of less than 10,000 pounds.

Form MCS-90
(7/96)

# ENDORSEMENT

OMB NO. 2125-0074

### ENDORSEMENT FOR
### MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
### UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

---

### DEFINITIONS AS USED IN THIS ENDORSEMENT

---

**ACCIDENT** includes continuous or repeated exposure to conditions which results In bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

**MOTOR VEHICLE** means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

**BODILY INJURY** includes injury to the body, sickness, or disease to any person, including death resulting from any of these.

**ENVIRONMENTAL RESTORATION** means restitution for the loss, damage or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish and wildlife.

**PROPERTY DAMAGE** includes damage to or loss of use of tangible property.

**PUBLIC LIABILITY** means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Highway Administration (FHWA) and the Interstate Commerce Commission (ICC).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded for public liability does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo.

It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "X", for the limits shown:

☑ This insurance is primary and the company shall not be liable for amounts in excess of $ _____ 1,000,000 _____ for each accident.

☐ This insurance is excess and the company shall not be liable for amounts in excess of $ _____ for each accident in excess of the underlying limit of $ _____ for each accident.

Whenever required by the FHWA or the ICC the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date. The telephone number to call is 864-242-5365.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty five (35) days notice in writing to the other party (said 35 days to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty (30) days notice to the ICC (said 30 days notice to commence from the date notice is received by the ICC at its office in Washington, D.C.).

---

Issued to  M & M TRUCKING COMPANY, INC. _____ of  980 LEE RD. 10
AUBURN AL 36830

Dated at  P.O. BOX 7, GREENVILLE. SC 29602 _____ this  21st _____ day of  November _____ , 2001

Amending Policy No. _____ 373790

Effective Date  11/19/01 _____

Countersigned by _____ *Tammy H. Traynham*
Tammy H. Traynham        Authorized Company Representative

# Canal Insurance Company
### Greenville, South Carolina

Form E-103

Page 1 of 2
Rev. (7-96)

Form MCS-90
(7/96)

# ENDORSEMENT

OMB NO. 2125-0074

### ENDORSEMENT FOR
### MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
### UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

---

## DEFINITIONS AS USED IN THIS ENDORSEMENT

---

**ACCIDENT** includes continuous or repeated exposure to conditions which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

**MOTOR VEHICLE** means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

**BODILY INJURY** includes injury to the body, sickness, or disease to any person, including death resulting from any of these.

**ENVIRONMENTAL RESTORATION** means restitution for the loss, damage or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish and wildlife.

**PROPERTY DAMAGE** includes damage to or loss of use of tangible property.

**PUBLIC LIABILITY** means liability for bodily injury, property damage, and environmental restoration.

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Highway Administration (FHWA) and the Interstate Commerce Commission (ICC).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded for public liability does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo.

It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liability herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "X", for the limits shown:

☑ This insurance is primary and the company shall not be liable for amounts in excess of $ ___1,000,000___ for each accident.

☐ This insurance is excess and the company shall not be liable for amounts in excess of $ _____ for each accident in excess of the underlying limit of $ _____ for each accident.

Whenever required by the FHWA or the ICC the company agrees to furnish the FHWA or the ICC a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FHWA or the ICC, to verify that the policy is in force as of a particular date. The telephone number to call is 864-242-5365.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty five (35) days notice in writing to the other party (said 35 days to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the ICC's jurisdiction, by providing thirty (30) days notice to the ICC (said 30 days notice to commence from the date notice is received by the ICC at its office in Washington, D.C.).

Issued to  M & M TRUCKING COMPANY, INC.  of  980 LEE RD. 10 AUBURN AL 36830

Dated at  P.O. BOX 7, GREENVILLE, SC 29602  this  5th  day of  August , 2003

Amending Policy No.  373790

Effective Date  09/03/03

Countersigned by _Tammy H. Traynham_  *Authorized Company Representative*

Tammy H. Traynham

# Canal Insurance Company
Greenville, South Carolina

Form E-103

Page 1 of 2
Rev. (7-96)

161079206



**U.S Department
of Transportation**

Federal Motor Carrier
Safety Administration

Form Approved:
OMB NO: 2126-0008

### ENDORSEMENT FOR
## MOTOR CARRIER POLICIES OF INSURANCE FOR PUBLIC LIABILITY
## UNDER SECTIONS 29 AND 30 OF THE MOTOR CARRIER ACT OF 1980

Issued to M & M TRUCKING COMPANY, INC & M & M MATERIALS AND FORM C2902 R043 AUBURN, AL 36831

Dated at BIRMINGHAM, AL _____ this _____ 10TH _____ day of _ MAY _____ , 20 _05_

Amending Policy No. __373790_____     Effective Date ____ APRIL 25, 2005 _____

Name of Insurance Company   CANAL INSURANCE COMPANY

Countersigned by
ALABAMA PUBLIC AUTO INSURANCE
LIC#A043008                                 _Estelle E. Smith_
                                            Authorized Company Representative

The policy to which this endorsement is attached provides primary or excess insurance, as indicated by "[X]", for the limits shown:

[X] This insurance is primary and the company shall not be liable for amounts in excess of $_750,000 CSL____ for each accident.

[ ] This insurance is excess and the company shall not be liable for amounts in excess of $_____ for each accident in excess of the underlying limit of $_____ for each accident.

Whenever required by the Federal Motor Carrier Safety Administration (FMCSA), the company agrees to furnish the FMCSA a duplicate of said policy and all its endorsements. The company also agrees, upon telephone request by an authorized representative of the FMCSA, to verify that the policy is in force as of a particular date. The telephone number to call is (864) 242-5365 _____.

Cancellation of this endorsement may be effected by the company or the insured by giving (1) thirty-five (35) days notice in writing to the other party (said 35 days to commence from the date the notice is mailed, proof of mailing shall be sufficient proof of notice), and (2) if the insured is subject to the FMCSA's registration requirements under 49 U.S.C. 13901, by providing thirty (30) days notice to the FMCSA (said 30 days notice to commence from the date notice is received by the FMCSA at its office in Washington, D.C.).

---

### DEFINITIONS AS USED IN THIS ENDORSEMENT

*Accident* includes continuous or repeated exposure to conditions or which results in bodily injury, property damage, or environmental damage which the insured neither expected nor intended.

*Motor Vehicle* means a land vehicle, machine, truck, tractor, trailer, or semitrailer propelled or drawn by mechanical power and used on a highway for transporting property, or any combination thereof.

*Bodily Injury* means injury to the body, sickness, or disease to any person, including death resulting from any of these.

*Property Damage* means damage to or loss of use of tangible property.

*Environmental Restoration* means restitution for the loss, damage or destruction of natural resources arising out of the accidental discharge, dispersal, release or escape into or upon the land, atmosphere, watercourse, or body of water, of any commodity transported by a motor carrier. This shall include the cost of removal and the cost of necessary measures taken to minimize or mitigate damage to human health, the natural environment, fish, shellfish and wildlife.

*Public Liability* means liability for bodily injury, property damage, and environmental restoration.

---

The insurance policy to which this endorsement is attached provides automobile liability insurance and is amended to assure compliance by the insured, within the limits stated herein, as a motor carrier of property, with Sections 29 and 30 of the Motor Carrier Act of 1980 and the rules and regulations of the Federal Motor Carrier Safety Administration (FMCSA).

In consideration of the premium stated in the policy to which this endorsement is attached, the insurer (the company) agrees to pay, within the limits of liability described herein, any final judgment recovered against the insured for public liability resulting from negligence in the operation, maintenance or use of motor vehicles subject to the financial responsibility requirements of Sections 29 and 30 of the Motor Carrier Act of 1980 regardless of whether or not each motor vehicle is specifically described in the policy and whether or not such negligence occurs on any route or in any territory authorized to be served by the insured or elsewhere. Such insurance as is afforded for public liability, does not apply to injury to or death of the insured's employees while engaged in the course of their employment, or property transported by the insured, designated as cargo. It is understood and agreed that no condition, provision, stipulation, or limitation contained in the policy, this endorsement, or any other endorsement thereon, or violation thereof, shall relieve the company from liability or from the payment of any final judgment, within the limits of liabil-

ity herein described, irrespective of the financial condition, insolvency or bankruptcy of the insured. However, all terms, conditions, and limitations in the policy to which the endorsement is attached shall remain in full force and effect as binding between the insured and the company. The insured agrees to reimburse the company for any payment made by the company on account of any accident, claim, or suit involving a breach of the terms of the policy, and for any payment that the company would not have been obligated to make under the provisions of the policy except for the agreement contained in this endorsement.

It is further understood and agreed that, upon failure of the company to pay any final judgment recovered against the insured as provided herein, the judgment creditor may maintain an action in any court of competent jurisdiction against the company to compel such payment.

The limits of the company's liability for the amounts prescribed in this endorsement apply separately to each accident and any payment under the policy because of any one accident shall not operate to reduce the liability of the company for the payment of final judgments resulting from any other accident.

---

THE SCHEDULE OF LIMITS SHOWN ON THE REVERSE SIDE DOES NOT PROVIDE COVERAGE. The limits shown in the schedule are for information purposes only.
**Form MCS-90 (4/2000)**



0100813632

161079206

Copy of Image

## SCHEDULE OF LIMITS - *PUBLIC LIABILITY*

| Type of carriage | Commodity transported | Jan. 1, 1985 |
|---|---|---|
| (1) For-hire (In interstate or foreign commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Property (non-hazardous)............................................................................... | $750,000 |
| (2) For-hire and Private (In interstate, foreign, or intrastate commerce, with a gross vehicle weight rating of 10,000 or more pounds). | Hazardous substances, as defined in 49 CFR 171.8, transported in cargo tanks, portable tanks, or hopper-type vehicles with capacities in excess of 3,500 water gallons; or in bulk Division 1.1, 1.2, and 1.3 materials, Division 2..3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; in bulk Division 2.1 or 2.2; or highway route controlled quantities of a Class 7 material, as defined in 49 CFR 173.403. | $5,000,000 |
| (3) For-hire and Private (In interstate or foreign commerce, in any quantity; or in intrastate commerce, in bulk only; with a gross vehicle weight rating of 10,000 or more pounds). | Oil listed in 49 CFR 172.101; hazardous waste, hazardous materials and hazardous substances defined in 49 CFR 171.8 and listed in 49 CFR 172.101, but not mentioned in (2) above or (4) below | $1,000,000 |
| (4) For-hire and Private (In interstate or foreign commerce, with a gross vehicle weight rating of less than 10,000 pounds). | Any quantity of Division 1.1, 1.2, or 1.3 material; any quantity of a Division 2.3, Hazard Zone A, or Division 6.1, Packing Group I, Hazard Zone A material; or highway route controlled quantities of a Class 7 material as defined in 49 CFR 173.403. | $5,000,000 |
|  |  |  |

Copy of Image

0100813632

# ENDORSEMENT

## GENERAL CHANGE

### DUMP SITE POLLUTION EXCLUSION

In consideration of the premium charged it is hereby understood and agreed no coverage is afforded for an insured's liabilities or responsibilities for damages, cleanup, restoration, expenses or liabilities of any kind arising out of the insured's actual or alleged pollution of any dump site or the actual or threatened pollution of the property of others resulting from such dumping operations.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED -** This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company
Greenville, South Carolina

Form E-115

(Rev. 3-1997)

0100813181

**EMPLOYERS' NON-OWNERSHIP LIABILITY**

> This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
> **BASIC AUTOMOBILE LIABILITY INSURANCE**
>
> 373790    M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA M & M MATERIALS

**SCHEDULE**

The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premium charge or charges.

| Premium Basis - Total Number of Employees and Volunteers | | |
|---|---|---|
| **Advance Premiums** | | **Estimated Total Number of Employees and volunteers** |
| **Bodily Injury Liability** | **Property Damage Liability** | |
| $  121.00  *315.00* | $    INCL | |
| $  121.00 | $    INCL | **Total Advance Premiums**    Audit Period:  Annual, unless otherwise stated: |

It is agreed that the insurance with respect to **owned automobiles** applies with respect to **non-owned automobiles**, subject to the following provisions:

1. **Application of Insurance**.  The insurance afforded by this endorsement applies only to the use, including loading or unloading, of any non-owned automobile in the business of the named insured by any person other than the named insured.

2. **Additional Definition**

   The additional definitions applicable to Automobile Liability Insurance also apply to the insurance afforded by this endorsement; and when used in reference to this insurance (including this and other endorsements forming a part of the policy):

   "**non-owned automobile**" means an **automobile** not owned by, registered by or used under contract in behalf of), or loaned to, the **named insured**; provided that, if the **named insured** is a partnership, such **automobile** is not owned by or registered in the name of a partner thereof.

3. **Exclusions**.  The insurance afforded by this endorsement:

   (a)  does not apply to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any **non-owned automobile** used in the conduct of any partnership or joint venture of which the **insured** is a partner or member and which is not designated in the policy as a **named insured**;

   (b)  is not subject to exclusion (f).

4. **Persons Insured**.  The "Persons Insured" provision applies to the insurance afforded by this endorsement, except that

   (a)  in paragraph (b) thereof the words "a temporary substitute automobile" are amended to read "**a temporary substitute automobile or a non-owned automobile**";

   (b)  paragraph (c), and the reference thereto in paragraph (d), of such provision do not apply with respect to a **non-owned automobile**;

   (c)  the sentence in such provision beginning "None of the following is an **insured**:" is amended so as additionally to provide that, with respect to a **non-owned automobile**, none of the following is an **insured**:

   (i)  the owner of such **automobile** nor any agent or employee of such owner,

   (ii)  an executive officer of the **named insured** with respect to any **automobile** owned by him or by a member of his household.

5. **Excess Insurance**

   The insurance afforded by this endorsement shall be excess insurance over any other valid and collectible insurance available to the **insured**.

6. **Declarations**

   The **named insured** declares that the number of employees and volunteers stated in the Schedule of this endorsement is the total number of all such persons as of the effective date of this endorsement.

   This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Includes Copyrighted Material of ISO With It's Permission

Form E-117

(Rev. 3-1997)

010080203

# ENDORSEMENT

## AMENDATORY ENDORSEMENT

### SECTION A - BASIC AUTOMOBILE LIABILITY INSURANCE

**PART I**     COVERAGE A - BODILY INJURY LIABILITY - - COVERAGE B - PROPERTY DAMAGE LIABILITY

**EXCLUSIONS:** The following are added:

(h)  to **bodily injury** or **property damage** resulting from the movement of property by mechanical device (other than a hand truck) unless the device is attached to an **owned automobile** or **temporary substitute automobile**;

(i)  to **bodily injury** or **property damage** arising out of the **named insured's** work after that work has been completed or abandoned. In this exclusion, the **named insured's** work means:

(1)  work or operations performed by the **named insured** or on behalf of the **named insured**; and
(2)  materials, parts or equipment furnished in connection with such work or operations.

The **named insured's** work includes warranties or representations made at any time with respect to the fitness, quality, durability or performance of any of the items included in paragraphs **1**. or **2**. above.

The **named insured's** work will be deemed completed at the earliest of the following times:

(1)  when all of the work called for in the **named insured's** contract has been completed.
(2)  when all of the work to be done at the site has been completed if the **named insured's** contract calls for work at more than one site.
(3)  when that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed;

(j)  to **bodily injury** or **property damage** arising out of the operation of the following:

(1)  cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and
(2)  air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting or well servicing equipment.

**ALL OTHER TERMS AND CONDITIONS REMAIN UNCHANGED** - This endorsement is effective the same date and hour as shown in Item 2 of the Policy Declarations and forms a part of the policy to which it is attached.

## Canal Insurance Company

Greenville, South Carolina

Form E-125

(Rev. 4-1999)



**CANAL**
INSURANCE COMPANY

'IRED AUTOMOBILE - COST OF HIRE '  3IS

CA  09  09  (Ed. 10-75)

This endorsement modifies such insurance as is afforded by the provisions of the policy relating to the following:
**BASIC AUTOMOBILE LIABILITY INSURANCE**

373790        M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA M & M MATERIALS

**SCHEDULE**

The insurance afforded is only with respect to such of the following Coverages as are indicated by specific premuim charge or charges:

| Premium Basis - Total Cost of Hire | | | | |
|---|---|---|---|---|
| Advance Premiums | | RATES | | |
| | | Per $100 Cost of Hire | | |
| Bodily Injury Liability | Property Damage Liability | Bodily Injury Liability | Property Damage Liability | Estimated Cost of Hire |
| | | | | IF ANY |
| $ 455.00 | $ INCL | Total Advance Premiums | | |

| Minimum Premiums | | Audit Period:  Annual, unless otherwise stated: |
|---|---|---|
| $ 455.00 | Bodily Injury Liability | |
| $ INCL | Property Damage Liability | |

When used as a premium basis:
"cost of hire" is the total amount incurred for the hire of **automobiles** not including charges for services performed by motor carriers of property or passengers which are subject to the compulsory insurance requirements of any motor carrier law or regulation.

It is agreed that the insurance with respect to **owned automobiles** applies to the maintenance or use, including loading and unloading, for the purposes stated as applicable thereto in the Schedule of this endorsement, of **hired automobiles,** subject to the following provisions:
1. **Additional Definition**
   The additional definitions applicable to Automobile Liability Insurance also apply to the insurance afforded by this endorsement; and when used in reference to this insurance (including this and other endorsements forming a part of the policy):
   "**hired automobile**" means an automobile not owned by the **named insured** which is used under contract in behalf of, or loaned to, the **named insured**, provided such automobile is not owned by or registered in the name of (a) a partner or executive officer of the **named insured** or (b) an employee or agent of the named insured who is granted allowance of any sort for the use of such **automobile**.
2. **Liability Insurance**
   The provisions relating to the insurance afforded under the Coverages for **bodily injury** liability and **property damage** liability are amended as follows:
   A.  **Additional Exclusion**
      The insurance afforded by this endorsement does not apply to **bodily injury** or **property damage** arising out of the ownership, maintenance, operation, use, loading or unloading of any **hired automobile** while being used as a public or livery conveyance, unless such use is specifically declared and described in the Schedule of this endorsement.
   B.  **Persons Insured.**  The "Persons Insured" provision applies to the insurance afforded by this endorsement, except that
      (1)  in paragraph (c) thereof the words "an **owned automobile**, or a **temporary substitute automobile**" are amended to read "an **owned automobile**, a **temporary substitute automobile** or a **hired automobile**"; and
      (2)  neither the owner nor the lessee (of whom the **named insured** is a sub-lessee) of a **hired automobile**, nor any agent or employee of any such owner or lessee, is an **insured**.
3. **Excess Insurance.**
   The insurance afforded by this endorsement shall be excess insurance over any other valid and collectible insurance available to the **insured**.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Form CA0909

Copyright, Insurance Services Office, 1975

(Rev. 10-1975)

010080203

# FORM F

## UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY INSURANCE ENDORSEMENT

It is agreed that:

1.  The certification of the policy, as proof of financial responsibility under the provisions of any State motor carrier law or regulations promulgated by any State Commission having jurisdiction with respect thereto, amends the policy to provide insurance for automobile bodily injury and property damage liability in accordance with the provisions of such law or regulations to the extent of the coverage and limits of liability required thereby; provided only that the insured agrees to reimburse the company for any payment made by the company which it would not have been obligated to make under the terms of this policy except by reason of the obligation assumed in making such certification.

2.  The Uniform Motor Carrier Bodily Injury and Property Damage Liability Certificate of Insurance has been filed with the State Commissions indicated below hereof.

3.  This endorsement may not be canceled without cancellation of the policy to which it is attached. Such cancellation may be effected by the company or the insured giving thirty (30) days' notice in writing to the State Commission with which such certificate has been filed, such thirty (30) days' notice to commence to run from the date the notice is actually received in the office of such Commission.

Attached to and forming part of Policy No.     373790

issued by    Canal Insurance Company                , herein called

Company, of    Greenville, South Carolina

to    M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA M & M MATERIALS

of    P O BOX 1743 AUBURN, AL 36831

Dated at    BIRMINGHAM, AL 35232        this   19th   day of   November      20 01

Countersigned by   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008

Authorized Representative

| X - - INDICATES STATE COMMISSIONS WITH WHOM UNIFORM MOTOR CARRIER BODILY INJURY AND PROPERTY DAMAGE LIABILITY CERTIFICATE OF INSURANCE HAS BEEN FILED. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ALABAMA | X | HAWAII | | MICHIGAN | | NORTH CAROLINA | | UTAH | |
| ALASKA | | IDAHO | | MINNESOTA | | NORTH DAKOTA | | VERMONT | |
| ARIZONA | | ILLINOIS | | MISSISSIPPI | X | OHIO | X | VIRGINIA | |
| ARKANSAS | | INDIANA | | MISSOURI | | OKLAHOMA | | WASHINGTON | |
| CALIFORNIA | | IOWA | | MONTANA | | OREGON | | WEST VIRGINIA | |
| COLORADO | | KANSAS | | NEBRASKA | | PENNSYLVANIA | | WISCONSIN | |
| CONNECTICUT | | KENTUCKY | X | NEVADA | | RHODE ISLAND | | WYOMING | |
| DELAWARE | | LOUISIANA | X | NEW HAMPSHIRE | | SOUTH CAROLINA | | ICC - MC139787 | |
| DISTRICT OF COLUMBIA | | MAINE | | NEW JERSEY | | SOUTH DAKOTA | | E-103 | |
| FLORIDA | X | MARYLAND | | NEW MEXICO | | TENNESSEE | X | | |
| GEORGIA | X | MASSACHUSETTS | | NEW YORK | | TEXAS | | | |

MC1632 (Ed. 6-71)

# CANAL
**INSURANCE COMPANY**

APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE
LIABILITY and PHYSICAL DAMAGE

**ALABAMA**
Submit in Duplicate

| 1. Applicant | | Area/Phone Number | 2. This Application is for |
|---|---|---|---|
| M & M Trucking Company, Inc. & Jack McAnnally dba M & M Materials | | 334-887-3976 | ☒ Liability ☐ Physical Damage |

| 3. Business Address   Street | City | County | State | Zip Code |
|---|---|---|---|---|
| P O Box 1743 | Auburn | | AL | 36831 |

| 4. Applicant is | 5. Legal Owner of Business | 6. Tax ID or Social Security Number |
|---|---|---|
| ☐ Individual ☐ Partnership ☒ Corporation | Jack McAnnally | |

**7. Business is** ☐ Taxi ☐ Private Bus ☐ Public Bus ☐ Private Trucking ☐ Contract Trucking ☒ Trucking for Hire ☐ Other

| 8. If Trucking Business, type of cargo hauled. If Bus, number of round trips per day. (be specific) | Approx. Value per Load | Is vehicle used to haul explosives? ☐ Yes ☒ No |
|---|---|---|
| Fill/Brick sand-35%,Gravel 55%,Ag Lime 10%-Alabama | | Is vehicle used to transport employees? ☐ Yes ☒ No |

**9. Total number of vehicles owned and / or operated by Applicant.**

_____ Taxis  31 Tractors   18 Other Trixaxle
_____ Buses  _____ Semitrailers
_1_ Trucks (wreck) Pleasure Cars (include off road equipment)

**10. Is Equipment lent, leased or rented to / or from others?** ☐ Yes ☒ No
If YES, give unit numbers and details.

**11. Does Applicant have other Commercial Liability Insurance in force?** ☐ Yes ☒ No   If YES, give Company, number of units covered, limits and details

| 12. Liability Coverage Limits Desired | A. Bodily Injury | B. Property Damage | - OR - | Combined Single Limits |
|---|---|---|---|---|
| | / | | | $1,000,000 |

## 13. LIABILITY INFORMATION FOR FILINGS

| Filings Required | Docket or Permit No. | Applicant's Name and Address exactly as it appears on each Permit |
|---|---|---|
| ICC, Form E's | MC139787 | SAME AS ABOVE |

RECEIVED
DEC 21 2001

## THE FOLLOWING INFORMATION NECESSARY IF APPLICANT TO BE ACCEPTED

**14. Who was your insurance carrier last year?** Gainesco
**15. Who were your insurance carriers for 2 years before that?** Gainescoy

**16. Have you ever had insurance for this type of operation cancelled, declined or renewal refused?** ☒ Yes ☐ No   If YES, give name of Insurance
Companies, dates and reason for cancellation or refusal.

**17. Have you ever had insurance with Canal?** ☐ Yes ☒ No   If YES, give Policy Number

## 18. LIABILITY

| Show Policy Periods For Past Three Years | | Number Of Accidents | TOTAL AMOUNT CLAIMS PAID | | TOTAL AMOUNT UNSETTLED CLAIMS | |
|---|---|---|---|---|---|---|
| From | To | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| 11/19/00 | 11/19/01 | 16 | $ incl | $ 102,810 | $ incl | $ 45,000 |
| 11/19/99 | 11/19/00 | 10 | $ incl | $ 23,045 | $ incl | $ 17,800 |
| 11/19/98 | 11/19/99 | 30 | $ incl | $ 140,722 | $ incl | $ 37,791 |

## 19. PHYSICAL DAMAGE

| Show Policy Periods For Past Three Years | | Number Of Accidents | TOTAL AMOUNT CLAIMS PAID | | TOTAL AMOUNT UNSETTLED CLAIMS | |
|---|---|---|---|---|---|---|
| From | To | | Collision | Fire & Theft | Collision | Fire & Theft |
| | | | $ | $ | $ | $ |
| | | | $ | $ | $ | $ |
| | | | $ | $ | $ | $ |

| 20. Desired Effective Date of Policy | 21. Expiration Date | 22. Total Premium | 23. Terms of Payment: |
|---|---|---|---|
| 11/19/2001 Hour 12:01 ☒ am ☐ pm | 11/19/2002 MC | | ☐ Full Payment or |

☐ Installments of $ _____ and downpayment of $ _____ or
☐ Until Cancelled monthly billing. Amount Enclosed $

### REJECTION OF UNINSURED MOTORISTS (FAMILY PROTECTION) COVERAGE - ALABAMA

In accordance with the provisions of 32-7-23 (a) of the Alabama Laws which permit the insured named in the policy to reject the Uninsured Motorists (Family Protection) Coverage, the undersigned insured (and each of them) does hereby reject such insurance, being the insurance provided for protection of persons insured under this policy who would legally be entitled to recover damages from the owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death resulting therefrom.

Form E-64                                                                 Signature of Insured    X

I hereby certify that the information above is true and agree that a misrepresentation of any of the facts by me will constitute basis for the company to void or cancel any policy issued on the basis of this application, and will hold the Company harmless for the action taken. I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included on the application and signed by me, shall become part of the policy.

| Date Application completed | Signature of Agent of Applicant |
|---|---|
| Signature of Applicant | X Address of Agent |

Form A-101 AL                          **THIS IS NOT A BINDER**                          (Rev. 4-1999)

## SCHEDULE OF EQUIPMENT AND RATING INFORMATION

| Item or Unit Number | Year Model | Trade Name and Kind of Vehicle (1) | Motor/Serial Number | Terminal Location | Capacity Tons, Gallons Passengers | Radius Max. Miles | Date Purchase | If Used, Purchase Price | Desired Amt of Insurance (2) | Deductible All Perils | Computed Premiums Liability | Phys Dmg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEE ATTACHED | | SEE ATTACHED | | Any Truck While Singularly Attached | 300+ UNL | | | | | | | |

**NOTES:** (1) Specify whether straight truck, tractor, semitrailer, trailer, bus, taxi, etc. Describe each semitrailer directly under the tractor with which it is used. (2) Coverage written on actual cash value basis only, not to exceed this stated amount. Comprehensive coverage not written on commercial vehicles.

Total Premium

## LIST ALL DRIVERS OF INSURED VEHICLES

| Item or Unit Number of Applicable Vehicles | Driver's Name | Social Security Number | Date of Birth Mo. Day Year | State | Drivers Licenses Number | No. of Violations and Accidents Past 3 Years | (A) SR-22 Required? (B) State | Reason for SR-22 Filing |
|---|---|---|---|---|---|---|---|---|

## LOSS PAYEES

| Item or Unit Number of Applicable Vehicles | Name of Loss Payee | Complete Address |
|---|---|---|

PALOMAR INS TRANS    PAGE 03

| | | | | | | Premium |
|---|---|---|---|---|---|---|
| 6 | M271 DEXTER GAMBLE | 1996 | FREIGHTLINER | | 19552 | 5367 unn |
| 7 | M228 | 1999 | KENWORTH | MELVIN HOLT | 1XKDDB9X4XJ821497 | 5367 unn |
| 8 | M134 | 1999 | KENWORTH | | 1NDWLBOX4XJ830302 | 3255 300 |
| 9 | M307 | 1998 | PETERBILT | BRETT MCANNALLY | 1XP5DB9X4WN441615 | 5367 unn |
| 10 | M303 | 1994 | KENWORTH | BRETT MCANALLY | 1XKWD69X2RJ640563 | 5367 unn |
| 11 | M212 | 1999 | KENWORTH | BERNARD LATHAM | 1NKWLBOX4XJ824774 | 3255 300 |
| 12 | M308 | 1999 | KENWORTH | BRETT MCANALLY | 1NKWLBOX2XJ829911 | 3255 300 |

Handwritten notations (left): Tractor, Tractor, Trixle, Tractor, Tractor, Trixle, Trixle

PALOMAR INS TRANS                                    PAGE   84

| 13 | M225 | WAYNE SYKE | Tractor | 1998 | PETERBILT | 1XPADB9X9WN445724 | 5367 Unl |
| 14 | M85 | | Tractor | 1998 | PETERBILT | 449523 | 5367 Unl |
| 15 | M91 | M-M-TRUCKING | Tractor | 1999 | INTERNATIONAL | 2HSFMAMR8XC063595 | 5367 Unl |
| 16 | M264 | MANN'S BUILDING & TRUCKING | Tractor | 1994 | PETERBILT | 1XP5DR9X0RN348555 | 5367 Unl |
| 17 | M262 | CHARLES KING | Tractor | 1993 | KENWORTH | 587093 | 5367 Unl |
| 18 | M309 | BRETT MCANALLY | Tractor | 2001 | KENWORTH | 870128 | 3255 300 |
| 19 | M138 | | | 2001 | KENWORTH | 870126 | 3255 300 |

PALOMAR INS TRANS 1    PAGE 85

| No. | M# | | Year | Make | VIN | Handwritten |
|---|---|---|---|---|---|---|
| 20 | M133 | | 1999 | PETERBILT | 1NPAXBTXXXD467183 | Triaxle — 3255,300 |
| 21 | M269 | DAVID GLENN ADDISON | 1987 | PETERBILT | 1XP5DB9X7JD253766 | Tractor — 5367 unk |
| 22 | M137 | | 2001 | KENWORTH | 870127 | Triaxle — 3255,300 |
| 23 | M256 | | 1997 | INTERNATIONAL | 024920 | Tractor — 5367 unk |
| 24 | M126 | M & M TRUCKING | 1995 | MACK | 1M2AD62C3SW003117 | Triaxle — 3255,300 |
| 25 | M77 | | 1995 | MACK | 1M2AA18Y4SW056620 | Tractor — 5367 unk |
| 26 | M90 | | 2001 | KENWORTH | 870121 | Tractor — 5367 unk |

MANNS BUILDING INC. &

| No. | ID | Year | Make | Owner/Company | VIN | Type | Notes |
|---|---|---|---|---|---|---|---|
| 27 | M89 | 2001 | KENWORTH | | 870122 | Tractor | 5367 UNL |
| 28 | M86 | 1999 | PETERBILT | | 1XPFDB9X2XW467149 | Tractor | 5367 UNL |
| 29 | M135 | 1999 | KENWORTH | M & M TRUCKING | 1NKWLBOX4XJ832390 | Triaxle | 3255 300 |
| 30 | | | | | | Triaxle | |
| 31 | M310 | 2001 | KENWORTH | BRETT MCANALLY | 870407 | Tractor | 5367 UNL |
| 32 | M263 | 2000 | MACK | CHRISTOPHER MANN | 1M1AA18YX4W128675 | Tractor | 5367 UNL |
| 33 | M128 | 1995 | MACK | | 1M2AD62C1SW003316 | Triaxle | 3255 300 |

PALOMAR INS TRANS    PAGE 07

| No. | Code | | Year | Make | Name | VIN | Amount |
|---|---|---|---|---|---|---|---|
| 34 | M127 | Triaxle | 1995 | MACK | | 1M2AD62C5SW003118 | 3255.300 |
| 35 | M81 | Tractor | 1987 | KENWORTH | | 1XKDDA9XH14341698 | 5367.UNL |
| 36 | M87 | Tractor | 1999 | PETERBILT | | 1XPFDB9X4XN478699 | 5367.UNL |
| 37 | M257 | Tractor | 1994 | WHITE GMC | HENRY MANN | 677978 | 5367.UNL |
| 38 | M107 | Tractor | 1997 | MACK | BILL DRUMMOND | 1M2AD62C8VW004865 | 3255.300 |
| 39 | M306 | Triaxle | 1998 | KENWORTH TRIAXLE | BRETT MCANNALLY | 1NKDLB0X2WR757471 | 3255.300 |
| 40 | M270 | Triaxle | 1999 | KENWORTH | | 834217 | 3255.300 |

| | | | | | |
|---|---|---|---|---|---|
| 41 | M258 | 1996 | FREIGHTLINER | 754800 | 5367 UNL |
| 42 | M136 | 1998 | KENWORTH | | *Triaxle* |
| | | | | | 1NKWBOX6WR762603 |
| | | | | | 3255. 300 |
| 43 | M255 | 1996 | PETERBILT | 391772 | *Tractor* |
| | | | | MICHAEL ROBINSON O/O | UNL |
| | | | | | 5369 |
| 44 | M73 | 1994 | KENWORTH | 1XKDD69XXRJ640558 | *Tractor* |
| | | | | | 5367 UNL |
| 45 | M92 | 2001 | KENWORTH | 865469 | *Tractor* |
| | | | | | 5367 UNL |
| 46 | M5 | 1997 | KENWORTH TRIAXLE | 1NKDLBOX6VJ740119 | *Triaxle* |
| | | | PAUL E MARY IV | | 3255. 300 |
| 47 | M132 | 1998 | KENWORTH TRIAXLE | 1NKDLBOXWR757472 | *Triaxle* |
| | | | | | 3255. 300 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 48 | M82 | 1996 | MACK TRACTOR | JAMES HARRIS | 1M3P114K5T001601 | 5367 WNL |
| 49 | M219 | 1998 | FREIGHTLINER | NELSON GADDY | 2FUPCSZB9WA887674 | 5367 WNL |
| 50 | M80 | 1994 | PETERBILT TRACTOR | | 353910 | 5367 WNL |
| 51 | M268 | 1998 | PETERBILT | LORI & JUNE BAKER | 446291 | 5367 WNL |
| 52 | M254 | 1999 | KENWORTH | TIM THOMPSON | 25940 | 5367 WNL |

Tractor
Tractor
Tractor
Tractor

## SCHEDULE OF DRIVERS

| NAME | BIRTH DATE | STATE | LICENSE NO. / SOCIAL SECURITY NO. |
|---|---|---|---|
| JAMES STEWART JR. | 11/16/70 | AL | 5495088 |
| JAMES STEWART JR. | 03/2?/52 | | ?804208 |
| WILLIAM J LEWIS | 12/2?/66 | | 516?625 |

11/26/2001  10:15    954-323-1321    PALOMAR INS TRANS    PAGE  02

**M & M TRUCKING CO., INC.**
Canal Insurance Company

373790    11/19/01    11/19/02

SCHEDULE OF VEHICLES
--------------------

TRUCKERS PHYSICAL DAMAGE SCHEDULE
==================================

| NO. | UNIT NO. | YEAR, MAKE/MODEL ADDITIONAL INSURED AND/OR LOSS PAYEE NAME AND ADDRESS | SERIAL NUMBER | VALUE | DEDUCTIBLES COMP | COLL |
|-----|----------|---------------------------------------------------------------------|---------------|-------|------------------|------|
| 1 *Wrecker* | | 1985 FREIGHTLINER WRECKER *Try* | 248677 | *3255* *Premium* | *300* | |
| 2 | | ANY TRL WHILE ATTACHED | | *incl* | | |
| 3 *Tractor* | M88 | 2000 KENWORTH T800 | 1XKDDB9X943843402 | *5367* | *UNL* | |
| 4 | M109 | 2000 KENWORTH *Trk* WILLIAM DRUMMOND O/O | 1NKDLB0X840923 | *3255* | *300* | |
| 5 *Tractor* | M272 MICHAEL S. HOLDER | 1999 PETERBILT | 493205 | *5367.* | *UNL* | |

# CANAL
**INSURANCE COMPANY**

APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE
LIABILITY and PHYSICAL DAMAGE

*37374*

**ALABAMA**
Submit in Duplicate

| | | |
|---|---|---|
| **1. Applicant** M & M Trucking Company, Inc. & Jack McAnnally dba M & M Materials | **Area/Phone Number** 334-887-3976 | **2. This Application is for** ☒ Liability  ☐ Physical Damage |

| **3. Business Address** Street P O Box 1743 | City Auburn | County | State AL | Zip Code 36831 |
|---|---|---|---|---|

| **4. Applicant is** ☐ Individual  ☐ Partnership  ☒ Corporation | **5. Legal Owner of Business** Jack McAnnally | **6. Tax ID or Social Security Number** |
|---|---|---|

**7. Business is** ☐ Taxi  ☐ Private Bus  ☐ Public Bus  ☐ Private Trucking  ☐ Contract Trucking  ☒ Trucking for Hire  ☐ Other

| **8. If Trucking Business, type of cargo hauled. If Bus, number of round trips per day. (be specific)** Fill/Brick sand-35%,Gravel 55%,Ag Lime 10%-Alabama | **Approx. Value per Load** | Is vehicle used to haul explosives?  ☐ Yes  ☒ No |
|---|---|---|
| | | Is vehicle used to transport employees?  ☐ Yes  ☒ No |

**9. Total number of vehicles owned and / or operated by Applicant.**

_____ Taxis   31 Tractors   18 Other Trixaxle
_____ Buses   _____ Semitrailers
1 Trucks (wrecks) Pleasure Cars (include off road equipment)

**10. Is Equipment lent, leased or rented to / or from others?** ☐ Yes  ☒ No
If YES, give unit numbers and details.

**11. Does Applicant have other Commercial Liability Insurance in force?** ☐ Yes  ☒ No    If YES, give Company, number of units covered, limits and details

| **12. Liability Coverage** Limits Desired | **A. Bodily Injury** / | **B. Property Damage** | - OR - | **Combined Single Limits** $1,000,000 |
|---|---|---|---|---|

## LIABILITY INFORMATION FOR FILINGS

**13.**

| **Filings Required** | **Docket or Permit No.** | **Applicant's Name and Address exactly as it appears on each Permit** |
|---|---|---|
| ICC, Form E's | MC139787 | SAME AS ABOVE |

RECEIVED
DEC 21 2001

## THE FOLLOWING INFORMATION NECESSARY IF APPLICANT TO BE ACCEPTED

**14. Who was your insurance carrier last year?** Gainesco

**15. Who were your insurance carriers for 2 years before that?** Gainescoy

**16. Have you ever had insurance for this type of operation cancelled, declined or renewal refused?** ☒ Yes  ☐ No    If YES, give name of Insurance Companies, dates and reason for cancellation or refusal.

**17. Have you ever had insurance with Canal?** ☐ Yes  ☒ No    If YES, give Policy Number

**18.**

| | | | LIABILITY | | | |
|---|---|---|---|---|---|---|
| **Show Policy Periods For Past Three Years** | | **Number Of Accidents** | **TOTAL AMOUNT CLAIMS PAID** | | **TOTAL AMOUNT UNSETTLED CLAIMS** | |
| **From** | **To** | | **Bodily Injury** | **Property Damage** | **Bodily Injury** | **Property Damage** |
| 11/19/00 | 11/19/01 | 16 | $ incl | $ 102,810 | $ incl | $ 45,000 |
| 11/19/99 | 11/19/00 | 10 | $ incl | $ 23,045 | $ incl | $ 17,800 |
| 11/19/98 | 11/19/99 | 30 | $ incl | $ 140,722 | $ incl | $ 37,791 |

**19.**

| | | | PHYSICAL DAMAGE | | | |
|---|---|---|---|---|---|---|
| **Show Policy Periods For Past Three Years** | | **Number Of Accidents** | **TOTAL AMOUNT CLAIMS PAID** | | **TOTAL AMOUNT UNSETTLED CLAIMS** | |
| **From** | **To** | | **Collision** | **Fire & Theft** | **Collision** | **Fire & Theft** |
| | | | $ | $ | $ | $ |
| | | | $ | $ | $ | $ |
| | | | $ | $ | $ | $ |

| **20. Desired Effective Date of Policy** ☒ am ☐ pm 11/19/2001  Hour 12:01 | **21. Expiration Date** 11/19/2002 UC | **22. Total Premium** $ | **23. Terms of Payment:** ☐ Full Payment or ☐ Installments of $ _____ and downpayment of $ _____ or ☐ Until Cancelled monthly billing.  Amount Enclosed $ |
|---|---|---|---|

## REJECTION OF UNINSURED MOTORISTS (FAMILY PROTECTION) COVERAGE - ALABAMA

In accordance with the provisions of 32-7-23 (a) of the Alabama Laws which permit the insured named in the policy to reject the Uninsured Motorists (Family Protection) Coverage, the undersigned insured (and each of them) does hereby reject such insurance, being the insurance provided for protection of persons insured under this policy who would legally be entitled to recover damages from the owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death resulting therefrom.

**Form E-64**

X _____
Signature of Insured

I hereby certify that the information above is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the Company harmless for the action taken.  I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included on the application and signed by me, shall become part of the policy.

| **Date Application completed** | **Signature of Agent of Applicant** |
|---|---|
| **Signature of Applicant** _____ | X  **Address of Agent** _____ |

**Form A-101 AL**    THIS IS NOT A BINDER    (Rev. 4-1999)

11/20/2001  15:13    334-323-1321              PALOMAR INS T&S                    PAGE  02

373790

M & M TRUCKING CO., INC.
Canal Insurance Company

373790           11/19/01     11/19/02

SCHEDULE OF VEHICLES

TRUCKERS PHYSICAL DAMAGE SCHEDULE
===================================

| NO. | UNIT NO. | YEAR, MAKE/MODEL ADDITIONAL INSURED AND/OR LOSS PAYEE NAME AND ADDRESS | SERIAL NUMBER | VALUE | DEDUCTIBLES COMP COLL |
|---|---|---|---|---|---|
| 1 | Wrecker | 1985 FREIGHTLINER WRECKER Trk | 248677 | Premium 3255 | 300 |
| 2 | | ANY TRL WHILE ATTACHED | | incl | |
| 3 | M88 | 2000 KENWORTH T800 | 1XKDDB9X9J843402 | 5367 | unl |
| 4 | M109 | 2000 KENWORTH Trk Triakle | WILLIAM DRUMMOND O/O 1NKDLB0X840923 | 3255 | 300 |
| 5 | M272 MICHAEL S. HOLDER | 1999 PETERBILT Tractor | 493205 | 5367. | unl |

11/20/2001  15:13    334-323-1321    PALOMAR INS T  S    PAGE 03

3 2 3 2 9 0

| | | | | | | Premium |
|---|---|---|---|---|---|---|
| 6 | M271 | 1996 | FREIGHTLINER | | | |
| 7 | M228 | 1999 | KENWORTH | MELVIN HOLT | 19552 | 5367 Unl |
| 8 | M134 | 1999 | KENWORTH | | 1XKDDB9X4XJ821497 | 5367 Unl |
| 9 | M307 | 1999 | KENWORTH | | 1NDWLBOX4XJ830302 | 3255 300 |
| 10 | M303 | 1998 | PETERBILT | BRETT MCANNALLY | 1XP5DB9X4WN441615 | 5367 Unl |
| 11 | M212 | 1994 | KENWORTH | BRETT MCANALLY | 1XKWD69X2RJ640563 | 5367 Unl |
| 12 | M308 | 1999 | KENWORTH | BERNARD LATHAM | 1NKWLBOX4XJ824774 | 3255 300 |
| | | 1999 | KENWORTH | BRETT MCANALLY | 1NKWLBOX2XJ829911 | 3255 300 |

DEXTER GAMBLE

Tractor (handwritten, repeated for rows 6–12)
Trialle (handwritten, rows 8, 11, 12)

373790

| 13 | M225 | WAYNE SYKE | 1998 | PETERBILT | | 1XPADB9X9WN445724 | 5367 Unl | Tractor |
| 14 | M85 | | 1998 | PETERBILT | | 449523 | 5367 Unl | Tractor |
| 15 | M91 | M-C-M TRUCKING | 1999 | INTERNATIONAL | | 2HSFMAWR8XC063595 | 5367 Unl | Tractor |
| 16 | M264 | MANN'S BUILDING & TRUCKING | 1994 | PETERBILT | | 1XP5DR9X0RN348555 | 5367 Unl | Tractor |
| 17 | M262 | CHARLES KING | 1993 | KENWORTH | | 587093 | 5367 Unl | Tractor |
| 18 | M309 | | 2001 | KENWORTH | BRETT MCANALLY | 870128 | 3255 300 | Trickle |
| 19 | M138 | | 2001 | KENWORTH | | 870126 | 3255 300 | Trickle |

11/20/2001  15:13    334-323-1321    PALOMAR INS ?  NS    PAGE  05

373790

| # | | Year | Make | | |
|---|---|---|---|---|---|
| 20 | M133 | 1999 | PETERBILT | | 1NPAXBTXXXD467183 | 3255, 36 |
| 21 | M269 DAVID GLENN ADDISON | 1987 | PETERBILT | | 1XP5DB9X7JD253766 | 5367 Unl |
| 22 | M137 | 2001 | KENWORTH | | 870127 | 3255, 30c |
| 23 | M256 | 1997 | INTERNATIONAL | MANNS BUILDING INC. & | 024920 | 5367 Unl |
| 24 | M126 M & M TRUCKING | 1995 | MACK | | 1M2AD62C3SW003117 | 3255, 30c |
| 25 | M77 | 1995 | MACK | | 1M2AA18Y4SW056620 | 5367 Unl |
| 26 | M90 | 2001 | KENWORTH | | 870121 | 5367 Unl |

(Handwritten annotations: 20 "Triaxle", 21 "Tractor", 22 "Tractor", 23 "Tractor", 24 "Triaxle", 25 "Tractor", 26 "Tractor")

373790

| # | | Year | Make | Name | VIN | | |
|---|---|------|------|------|-----|---|---|
| 27 | M89 | 2001 | KENWORTH | | 870122 | Tractor | 5367 UNL |
| 28 | M86 | 1999 | PETERBILT | M & M TRUCKING | 1XPFDB9X2XW467149 | Tractor | 5367 UNL |
| 29 | M135 | 1999 | KENWORTH | | 1NKWLBOX4XJ832390 | Triaxle | 3255 300 |
| 30 | | | | | | | |
| 31 | M310 | 2001 | KENWORTH | BRETT MCANALLY | 870407 | Tractor | 5367 UNL |
| 32 | M263 | 2000 | MACK | CHRISTOPHER MANN | 1M1AA18YX4WI28675 | Tractor | 5367 UNL |
| 33 | M128 | 1995 | MACK | | 1M2AD62C1SN003116 | Triaxle | 3255 300 |

11/20/2001  15:13    334-323-1321    PALOMAR INS ... NS    PAGE  07

373790

| # | | Year | Make | Name | VIN | | |
|---|------|------|------|------|-----|---|---|
| 34 | M127 | 1995 | MACK | | 1M2AD62C5SW003118 | 3255. 30( | Triaxle |
| 35 | M81 | 1987 | KENWORTH | | 1XKDDA9XH14341698 | 5367 UNL | Tractor |
| 36 | M87 | 1999 | PETERBILT | | 1XPFDB9X4XN478699 | 5367 UNL | Tractor |
| 37 | M257 | 1994 | WHITE GMC | HENRY MANN | 677978 | 5367 UNL | Tractor |
| 38 | M107 | 1997 | MACK | BILL DRUMMOND | 1M2AD62C8VW004865 | 3255, 300 | Tractor |
| 39 | M306 | 1998 | KENWORTH TRIAXLE | BRETT MCANNALLY | 1NKDLB0X2WR757471 | 3255 300 | Triaxle |
| 40 | M270 | 1999 | KENWORTH | | 834217 | 3255 300 | Triaxle |

11/20/2001  15:13    334-323-1321    PALOMAR INS T  NS    PAGE  08

3737.90

| # | | Year | Make | | Number | |
|---|---|---|---|---|---|---|
| 41 | M258 | 1996 | FREIGHLINER | JOHN DOUGLAS DEAS O/O | 754800 | 5369 UNL |
| 42 | M136 | 1998 | KENWORTH | | 1NKWBOX6WR762603 | 3255.30a |
| 43 | M255 | 1996 | PETERBILT | MICHAEL ROBINSON O/O | 391772 | UNL |
| 44 | M73 | 1994 | KENWORTH | | 1XKDD69XXRJ640558 | 5369 UNL |
| 45 | M92 | 2001 | KENWORTH | | 865469 | 5369 UNL |
| 46 | M5 | 1997 | KENWORTH TRIAXLE | PAUL E MARY IV | 1NKDLB0X6VJ740119 | 3255.300 |
| 47 | M132 | 1998 | KENWORTH TRIAXLE | | 1NKDLB0XWR757472 | 3255.300 |

(handwritten annotations on left: Tractor (41), Triaxle (42), Triaxle (43), Tractor (44), Tractor (45), Tractor (46), Triaxle (47))

11/20/2001  15:13    334-323-1321    PALOMAR INS ...NS    PAGE  09

373290



| | | | | SCHEDULE OF DRIVERS | | |
|---|---|---|---|---|---|---|
| 48 | M82 | 1996 | MACK TRACTOR | JAMES HARRIS | | 1M3P114KST001601    5367 unl |
| | | | | | | _Tractor_ |
| 49 | M219 | 1998 | FREIGHTLINER | NELSON GADDY | | 2FUPCSZB9WA887674    5367 unl |
| | | | | | | _Tractor_ |
| 50 | M80 | 1994 | PETERBILT TRACTOR | | | 353910    unl |
| | | | | | | _Tractor_ |
| 51 | M268 | 1998 | PETERBILT | LORI & JUNE BAKER | | 446291    5367 unl |
| | | | | | | _Tractor_ |
| 52 | M254 | 1999 | KENWORTH | TIM THOMPSON | 25940 | 5367 unl |
| | | | | | | _Tractor_ |

| NAME | BIRTH DATE | STATE | LICENSE NO. / SOCIAL SECURITY NO. |
|---|---|---|---|
| WILLIAM J LEWIS | 12/2/66 | AL | 5161625 |
| JAMES STEWART SR. | 03/2 52 | AL | 4804208 |
| JAMES STEWART JR. | 11/16/70 | AL | 5495088 |

# CANAL ◆
**INSURANCE COMPANY**

APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE
LIABILITY and PHYSICAL DAMAGE

◆ **ALABAMA**
Submit in Duplicate

| 1 Applicant | Area/Phone Number | 2 This Application is for |
|---|---|---|
| M & M Trucking Company, Inc. & Jack McAnnally dba M & M Materials | 334-887-3976 | ☒ Liability  ☐ Physical Damage |

| 3 Business Address    Street | City | County | State | Zip Code |
|---|---|---|---|---|
| P O Box 1743 | Auburn | | AL | 36831 |

| 4 Applicant is | 5. Legal Owner of Business | 6. Tax ID or Social Security Number |
|---|---|---|
| ☐ Individual  ☐ Partnership  ☒ Corporation | Jack McAnnally | |

**7 Business is** ☐ Taxi ☐ Private Bus ☐ Public Bus ☐ Private Trucking ☐ Contract Trucking ☒ Trucking for Hire ☐ Other

| 8. If Trucking Business, type of cargo hauled. If Bus, number of round trips per day (be specific) | Approx. Value per Load | Is vehicle used to haul explosives? | ☐ Yes ☒ No |
|---|---|---|---|
| Sand, Gravel, Lime, Fertilizer, Powder Cement, Walmart FAK Shipments | | Is vehicle used to transport employees? | ☐ Yes ☒ No |

**9. Total number of vehicles owned and / or operated by Applicant.**

- ___ Taxis — **31** Tractors — **1** Wrecker / **Other**
- ___ Buses — **46** Semitrailers (43 dumps, 1 flatbed, 2 cement tankers)
- Add: **18** Trucks — Pleasure Cars (include off road equipment)

**10** Is Equipment lent, leased or rented to / or from others? ☐ Yes ☒ No
If YES, give unit numbers and details

**11** Does Applicant have other Commercial Liability Insurance in force? ☐ Yes ☒ No    If YES, give Company, number of units covered, limits and details

| 12 Liability Coverage Limits Desired | A. Bodily Injury | B. Property Damage | - OR - | Combined Single Limits |
|---|---|---|---|---|
| | / | | | $1,000,000. |

## LIABILITY INFORMATION FOR FILINGS

| Filings Required | Docket or Permit No. | Applicant's Name and Address exactly as it appears on each Permit |
|---|---|---|
| ICC, AL, FL, GA, KY, LA, MS, OH, TN, | MC139787 | SAME AS ABOVE |

### THE FOLLOWING INFORMATION NECESSARY IF APPLICANT TO BE ACCEPTED

| 14. Who was your insurance carrier last year? | 15. Who were your insurance carriers for 2 years before that? |
|---|---|
| Gainesco | Gainesco |

**16.** Have you ever had insurance for this type of operation cancelled, declined or renewal refused? ☒ Yes ☐ No    If YES, give name of Insurance Companies, dates and reason for cancellation or refusal

**17** Have you ever had insurance with Canal? ☐ Yes ☒ No    If YES, give Policy Number

### 18 LIABILITY

| Show Policy Periods For Past Three Years | | Number Of Accidents | TOTAL AMOUNT CLAIMS PAID | | TOTAL AMOUNT UNSETTLED CLAIMS | |
|---|---|---|---|---|---|---|
| From | To | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| 11/19/00 | 11/19/01 | 16 | $ incl | $ 102,810 | $ incl | $ 45,000 |
| 11/19/99 | 11/19/00 | 10 | $ incl | $ 23,045 | $ incl | $ 17,800 |
| 11/19/98 | 11/19/99 | 30 | $ incl | $ 140,722 | $ incl | $ 37,791 |

### 19 PHYSICAL DAMAGE

| Show Policy Periods For Past Three Years | | Number Of Accidents | TOTAL AMOUNT CLAIMS PAID | | TOTAL AMOUNT UNSETTLED CLAIMS | |
|---|---|---|---|---|---|---|
| From | To | | Collision | Fire & Theft | Collision | Fire & Theft |
| | | | $ | $ | $ | $ |
| | | | $ | $ | $ | $ |
| | | | $ | $ | $ | $ |

| 20 Desired Effective Date of Policy | 21 Expiration Date | 22 Total Premium | 23 Terms of Payment: ☐ Full Payment or |
|---|---|---|---|
| 11/19/2001  Hour 12:01  ☒ am ☐ pm | 11/19/2002 | $ | ☐ Installments of $ _____ and downpayment of $ _____ or |
| | | | ☒ Until Cancelled monthly billing  Amount Enclosed $ |

### REJECTION OF UNINSURED MOTORISTS (FAMILY PROTECTION) COVERAGE - ALABAMA

In accordance with the provisions of 32-7-23 (a) of the Alabama Laws which permit the insured named in the policy to reject the Uninsured Motorists (Family Protection) Coverage, the undersigned insured (and each of them) does hereby reject such insurance, being the insurance provided for protection of persons insured under this policy who would legally be entitled to recover damages from the owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death resulting therefrom.

Form E-64                                          Signature of Insured _____ X

I hereby certify that the information above is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the Company harmless for the action taken  I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included on the application and signed by me, shall become part of the policy

| Date Application completed _____ | Signature of Agent of Applicant _____ |
|---|---|
| Signature of Applicant _[signature]_ | X Address of Agent _____ |

Form A-101 AL                    THIS IS NOT A BINDER                    (Rev 4-1999)

373796

# CANAL
INSURANCE COMPANY

### APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE
### LIABILITY and PHYSICAL DAMAGE

**ALABAMA**

Submit in Duplicate

| | |
|---|---|
| **1. Applicant** M & M Trucking Company, Inc. & Jack McAnnally dba M & M Materials | **Area/Phone Number** 334-887-3976 | **2. This Application is for** ☒ Liability ☐ Physical Damage |

**3. Business Address** Street — P O Box 1743 — City Auburn — County — State AL — Zip Code 36831

**4. Applicant is** ☐ Individual ☐ Partnership ☒ Corporation

**5. Legal Owner of Business** Jack McAnnally

**6. Tax ID or Social Security Number**

**7. Business is** ☐ Taxi ☐ Private Bus ☐ Public Bus ☐ Private Trucking ☐ Contract Trucking ☒ Trucking for Hire ☐ Other

**8. If Trucking Business, type of cargo hauled. If Bus, number of round trips per day. (be specific)**

Fill/Brick sand-35%, Gravel 55%, Ag Lime 10%-Alabama

| Approx. Value per Load | Is vehicle used to haul explosives? | ☐ Yes ☒ No |
| | Is vehicle used to transport employees? | ☐ Yes ☒ No |

**9. Total number of vehicles owned and / or operated by Applicant.**
Taxis — Tractors **31** — Other TriAxle **18**
Buses — Semitrailers
Trucks (Wrecks) **1** Pleasure Cars (include off road equipment)

**10. Is Equipment lent, leased or rented to / or from others?** ☐ Yes ☒ No
If YES, give unit numbers and details.

**11. Does Applicant have other Commercial Liability Insurance in force?** ☐ Yes ☒ No   If YES, give Company, number of units covered, limits and details

**12. Liability Coverage Limits Desired**   A. Bodily Injury   /   B. Property Damage   - OR -   **Combined Single Limits** $1,000,000

### 13. LIABILITY INFORMATION FOR FILINGS

| Filings Required | Docket or Permit No. | Applicant's Name and Address exactly as it appears on each Permit |
|---|---|---|
| ICC, Form E's | MC139787 | SAME AS ABOVE |

RECEIVED
DEC 21 2001

### THE FOLLOWING INFORMATION NECESSARY IF APPLICANT TO BE ACCEPTED

**14. Who was your insurance carrier last year?** Gainesco

**15. Who were your insurance carriers for 2 years before that?** Gainescoy

**16. Have you ever had insurance for this type of operation cancelled, declined or renewal refused?** ☒ Yes ☐ No   If YES, give name of Insurance Companies, dates and reason for cancellation or refusal.

**17. Have you ever had insurance with Canal?** ☐ Yes ☒ No   If YES, give Policy Number

### 18. LIABILITY

| Show Policy Periods For Past Three Years From | To | Number Of Accidents | TOTAL AMOUNT CLAIMS PAID Bodily Injury | Property Damage | TOTAL AMOUNT UNSETTLED CLAIMS Bodily Injury | Property Damage |
|---|---|---|---|---|---|---|
| 11/19/00 | 11/19/01 | 16 | $ incl | $ 102,810 | $ incl | $ 45,000 |
| 11/19/99 | 11/19/00 | 10 | $ incl | $ 23,045 | $ incl | $ 17,800 |
| 11/19/98 | 11/19/99 | 30 | $ incl | $ 140,722 | $ incl | $ 37,791 |

### 19. PHYSICAL DAMAGE

| Show Policy Periods For Past Three Years From | To | Number Of Accidents | TOTAL AMOUNT CLAIMS PAID Collision | Fire & Theft | TOTAL AMOUNT UNSETTLED CLAIMS Collision | Fire & Theft |
|---|---|---|---|---|---|---|
| | | | $ | $ | $ | $ |
| | | | $ | $ | $ | $ |
| | | | $ | $ | $ | $ |

**20. Desired Effective Date of Policy** 11/19/2001 Hour 12:01 ☒ am ☐ pm

**21. Expiration Date** 11/19/2002

**22. Total Premium** $ I/C

**23. Terms of Payment:** ☐ Full Payment or
☐ Installments of $ and downpayment of $ or
☐ Until Cancelled monthly billing. Amount Enclosed $

### REJECTION OF UNINSURED MOTORISTS (FAMILY PROTECTION) COVERAGE - ALABAMA

In accordance with the provisions of 32-7-23 (a) of the Alabama Laws which permit the insured named in the policy to reject the Uninsured Motorists (Family Protection) Coverage, the undersigned insured (and each of them) does hereby reject such insurance, being the insurance provided for protection of persons insured within this policy who would legally be entitled to recover damages from the owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death resulting therefrom.

Form E-64   Signature of Insured   X

I hereby certify that the information above is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the Company harmless for the action taken. I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included on the application and signed by me, shall become part of the policy.

Date Application completed

Signature of Applicant _Brett McAnnally_

Signature of Agent of Applicant _Brett McAnnally_

X Address of Agent _Hank Strother_

Form A-101 AL   THIS IS NOT A BINDER   (Rev. 4-1999)

373,790

**M & M TRUCKING CO., INC.**
Canal Insurance Company

373790     11/19/01     11/19/02

## TRUCKERS PHYSICAL DAMAGE SCHEDULE

### SCHEDULE OF VEHICLES

| NO. | UNIT NO. | YEAR, MAKE/MODEL ADDITIONAL INSURED AND/OR LOSS PAYEE NAME AND ADDRESS | SERIAL NUMBER | VALUE | DEDUCTIBLES COMP | COLL |
|---|---|---|---|---|---|---|
| 1 | | /1985 FREIGHTLINER WRECKER-Tr √ wrecker | 248677 | Premium 372 | | |
| 2 | | ANY TRL WHILE ATTACHED | | inc/ | | |
| 3 | M88 | 2000 KENWORTH T800 √ Tractor | 1XKDDB9X94J843402 | 5367 | | |
| 4 | M109 | 2000 KENWORTH Tr √ WILLIAM DRUMMOND O/O Triaxle | 1NKDLBOX840923 | 3255 | | |
| 5 | M272 | 1999 PETERBILT √ MICHAEL S. HOLDER Tractor | 493205 | 5367 | | |

Premium 30,390.

| | | | | | |
|---|---|---|---|---|---|
| 6 | M271 DEXTER GAMBLE | 1996 FREIGHTLINER Tractor | 19552 | | |
| 7 | M228 | 1999 KENWORTH Tractor | 1XKDDB9X4XJ821497 | MELVIN HOLT | 5367 |
| 8 | M134 | 1999 KENWORTH Triaxle | 1NDWLBOX4XJ830302 | | 3755 |
| 9 | M307 | 1998 PETERBILT Tractor | 1XP5DB9X4WN441615 | BRETT MCANALLY | 5367 |
| 10 | M303 | 1994 KENWORTH Tractor | 1XKWD69X2RJ640563 | BRETT MCANALLY | 5367 |
| 11 | M212 | 1999 KENWORTH Triaxle | 1NKWLBOX4XJ824774 | BERNARD LATHAM | 3755 |
| 12 | M308 | 1999 KENWORTH Triaxle | 1NKWLBOX2XJ829911 | BRETT MCANALLY | 3755 |

375,290

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | M225 WAYNE SYKE | 1998 | PETERBILT | 1XPALB9X9WN445724 | Tractor | 5367 |
| 14 | M85 | 1998 | PETERBILT | 449523 | Tractor | 5367 |
| 15 | M91 M & M TRUCKING | 1999 | INTERNATIONAL | 2HSFMAMR8XC063595 | Tractor | 5367 |
| 16 | M264 MANN'S BUILDING & TRUCKING | 1994 | PETERBILT | 1XP5DR9X0RN348555 | Tractor | 5367 |
| 17 | M262 CHARLES KING | 1993 | KENWORTH | 587093 | Tractor | 5367 |
| 18 | M309 | 2001 | KENWORTH | 870128 | BRETT MCANALLY | Trickle | 3255 |
| 19 | M138 | 2001 | KENWORTH | 870126 | Trickle | 3255 |

375.990

20   M133      1999   PETERBILT        1NPAXBTXXXD467183
Triaxle                                                          3755.

21   M269      1987   PETERBILT        1XP5DB9X7JD253766
DAVID GLENN ADDISON                                              5369
Tractor

22   M137      2001   KENWORTH         870127
Triaxle                                                          3255

23   M256      1997   INTERNATIONAL    024920
Tractor           MANNS BUILDING INC. &                          5369

24   M126      1995   MACK             1M2AD62C3SW003117
M & M TRUCKING                                                   3755.
Triaxle

25   M77       1995   MACK             1M2AA18Y4SW056620
Tractor                                                          5369

26   M90       2001   KENWORTH         870121
Tractor                                                          5369

| # | Unit | Year | Make | VIN | Name | Type | Handwritten |
|---|------|------|------|-----|------|------|-------------|
| 27 | M89 | 2001 | KENWORTH | 870122 | | Tractor | 373290 / 5367 |
| 28 | M86 | 1999 | PETERBILT | 1XPFDB9X2XW467149 | M & M TRUCKING | Tractor | 5367 |
| 29 | M135 | 1999 | KENWORTH | 1NKWLBOX4XJ832390 | | Triaxle | 3255 |
| 30 | | | | | | | |
| 31 | M310 | 2001 | KENWORTH | 870407 | BRETT MCANALLY | Tractor | 5367 |
| 32 | M263 | 2000 | MACK | 1M1AA18YX4W128675 | CHRISTOPHER MANN | Tractor | 5367 |
| 33 | M128 | 1995 | MACK | 1M2AD62C1SW003116 | | Triaxle | 3255 |

| # | Unit | Year | Make | Type | VIN | Name | Value |
|---|------|------|------|------|-----|------|-------|
| 34 | M127 | 1995 | MACK | Triaxle | 1M2AD62C5SW003118 | | 3255. |
| 35 | M81 | 1987 | KENWORTH | Tractor | 1XKDDA9XH14341698 | | 5369. |
| 36 | M87 | 1999 | PETERBILT | Tractor | 1XPFDB9X4XN478699 | | 5369. |
| 37 | M257 | 1994 | WHITE GMC | Tractor | 677978 | HENRY MANN | 5369. |
| 38 | M107 | 1997 | MACK | Triaxle | 1M2AD62C8VW004865 | | 3255. |
| 39 | M306 | 1998 | KENWORTH TRIAXLE | Triaxle | 1NKDLB0X2WR757471 | BILL DRUMMOND | 3255 |
| 40 | M270 | 1999 | KENWORTH | Triaxle | 834217 | BRETT MCANNALLY | 3255 |

375090

373790

5369

3255

5369

5369

5369

3255

3255

41  M258    1996  FREIGHLINER ✓    754800
Tractor
JOHN DOUGLAS DEAS O/O

42  M136    1998  KENWORTH ✓    1NKWBOX6WR762603
Triaxle

43  M255    1996  PETERBILT ✓    391772
Tractor
MICHAEL ROBINSON O/O

44  M73    1994  KENWORTH ✓    1XKDD69XXRJ640558
Tractor

45  M92    2001  KENWORTH ✓    865469
Tractor

46  M5    1997  KENWORTH TRIAXLE ✓    1NKDLBOX6VJ740119
Triaxle
PAUL E MARY IV

47  M132    1998  KENWORTH TRIAXLE ✓    1NKDLBOXWR757472
Triaxle

393990

| 48 | M82 | Tractor | 1996 MACK TRACTOR | JAMES HARRIS | 1M3P114K5T001601 | 5367 |
| 49 | M219 | Tractor | 1998 FREIGHTLINER | NELSON GADDY | 2FUPCSZB9WA887674 | 5367 |
| 50 | M80 | Tractor | 1994 PETERBILT TRACTOR | | 353910 | 5367 |
| 51 | M268 | Tractor | 1998 PETERBILT | LORI & JUNE BAKER | 446291 | 5367 |
| 52 | M254 | Tractor | 1999 KENWORTH | TIM THOMPSON | 25940 | 5367 |

## SCHEDULE OF DRIVERS

| NAME | HIRE DATE | STATE | LICENSE NO. / SOCIAL SECURITY NO |
|---|---|---|---|
| WILLIAM J LEWIS | 12/24/66 | AL | 51?625 |
| JAMES STEWART JR. | 03/2? 52 | AL | 4804208 |
| JAMES STEWART JR. | 11/16/70 | AL | 5495088 |

04/23/2004 08:49 IFAX     ☑ 001/017

APR. 22. 2004 10:34AM   PALOMAR INSURANCE    *Attn: Stephanic*    NO. 304   P. 2
APR. 8. 2004 10:35AM   PALOMAR INSURANCE            NO. 839   P. 2/18

# CANAL
INSURANCE COMPANY

**APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE**
**LIABILITY and PHYSICAL DAMAGE**

**ALABAMA**

Submit in Duplicate

1. Applicant: M & M Trucking Company, Inc. & Jack McAnnally dba M & M Materials    Telephone Number: 334-821-8976   This Application is for ☑ Liability ☑ Physical Damage

2. Business Address: P.O. Box 1743   City: Auburn   County: Lee   State: AL   Zip Code: 36831

4. Applicant is: ☐ Individual ☐ Partnership ☐ Corporation    5. Legal Owner of Business: Brett McAnnally    6. Tax ID or Social Security Number: 63-0455855

7. Business is: ☐ Taxi ☐ Private Bus ☐ Public Bus ☐ Private Trucking ☑ Contract Trucking ☐ Trucking for Hire ☐ Other

8. If Trucking Business, type of cargo hauled. If Bus, number of round trips per day. (be specific)   See attached list of commodities    Approx. Value per Load: _____    Is vehicle used to haul explosives? ☐ Yes ☑ No    Is vehicle used to transport passengers? ☐ Yes ☑ No

9. Total number of vehicles owned and/or operated by Applicant.   ___ Taxis   27 Tractors   ___ Buses   ___ Semitrailers   25 Trucks   ___ Pickups ___ (include off road equipment)    10. Is Equipment lent, leased or rented to / or from others? If YES, give unit numbers and details. ☑ Yes ☐ No    Other (Wrecker)   30 Owner Operators

11. Does Applicant have other Commercial Liability Insurance in force? ☐ Yes ☑ No   If YES, give Company, number of units covered, limits and details.

12. Liability Coverage Limits Desired    A. Bodily Injury    B. Property Damage    - OR -    Combined Single Limits $1,000,000

| Filings Required | Docket or Permit No. | Applicant's Name and Address exactly as it appears on each Permit |
|---|---|---|
| ICC, AL, FL, GA | 139757 | Same |
| | | |
| | | |

14. _____ Canal    _____ Canal

15. _____ ☐ Yes ☑ No   If YES, give name of insurance Companies, and the reason for cancellation or refusal.

17. Have you ever had insurance with Canal? ☑ Yes ☐ No   If YES, give Policy Number 373750

| From | To | No. of Accidents | TOTAL AMOUNT CLAIMS PAID | | TOTAL AMOUNT UNSETTLED CLAIMS | |
|---|---|---|---|---|---|---|
| | | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| 11/19/02 | 11/19/02 | | $ Fixed | $ 5,530 | $ | $ 21,033 |
| 11/19/01 | 11/19/02 | 17 | $ (nec) | $ 29,539 | $ 0 | $ 0 |
| 11/19/00 | 11/19/01 | 15 | $ (nec) | $ 51,518 | $ 0 | $ 0 |

| From | To | No. of Accidents | TOTAL AMOUNT CLAIMS PAID | | TOTAL AMOUNT UNSETTLED CLAIMS | |
|---|---|---|---|---|---|---|
| | | | Collision | Fire & Theft | Collision | Fire/Theft |
| | | | $ | | $ | |
| | | | $ | | $ | |
| | | | $ | | $ | |

20. Desired Effective Date of Policy: 11/19/2003   Hour 12:01 ☑ A.M. ☐ P.M.    21. Expiration Date: _____    22. Total Premium $ _____    23. Terms of Payment: ☐ Full Payment of $ _____    ☐ Installments of $ _____ and down payment of $ _____    ☑ Until Canceled monthly billing.   Amount Enclosed $ _____

**REJECTION OF UNINSURED MOTORISTS (FAMILY PROTECTION) COVERAGE - ALABAMA**

In accordance with the provisions of §32-7-23 (b) of the Alabama Laws which permit the insured named in the policy to reject the Uninsured Motorists (Family Protection) Coverage, the undersigned insured (and each of them) hereby rejects such insurance, recognizes insurance provided for protection of persons insured under this policy who would legally be entitled to recover damages from the owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death resulting therefrom.

Form E-64                                  X _____

I hereby certify that the information above is true and agree that a misrepresentation of any of the facts by me will constitute grounds for the company to void or cancel any policy issued on this basis of this application, and will hold the Company harmless for such action taken. I also agree that if a policy is issued pursuant to this application, the application and any alterations or rejections which are included on the application and signed by me, shall become part of the policy.

Date Application completed: 4-19-04

Signature of Applicant: *Brett McAnnally*    X    Signature of Agent of Applicant: _____

X Address of Agent: *PALOMAR INS GRP*

Form A-101 AL                 **THIS IS NOT A BINDER**               (Rev. A-1998)

04/23/2004 08:49 IFAX                                                    ☒ 002/017

APR. 22. 2004 10:35AM    PALOMAR INSURANCE                    NO. 304    P. 3
APR.  6. 2004 10:36AM    PALOMAR INSURANCE                    NO. 839    P. 3/18

SEE ATTACHED LIST

SEE ATTACHED LIST

SEE ATTACHED LIST OF ADDITIONAL INSUREDS

04/23/2004 08:49 IFAX                                                    ☑003/017

APR. 22. 2004 10:36AM    PALOMAR INSURANCE              NO. 304    P. 4
АΡΓ. Ь. 2004 10:36AM    PALOMAR INSURANCE              NO. 839    P. 4/18

## COMMENTS PAGE FOR ALL SECTIONS OF CANAL'S APPLICATION

### SUBMITTED BY:

## PALOMAR INSURANCE CORPORATION

Applicant Name: _____ M & M Trucking Company, Inc. & Jack McAnnally dba M & M Materials

**ADDITIONAL INSUREDS**

Melania, LLC
P.O. Drawer 5423
Montgomery, AL 36103-0423
w/waiver of subrogation

Franklin Industrial Materials
512 Tenth Avenue North
Nashville, TN 37203

Stone Building
3120 6th Avenue South
Birmingham, AL 35233

Vulcan Construction Materials
P.O. Box 385018
Birmingham, AL 35238-5018

APAC Southeast
P.O. Box 5363
Dothan, AL 36304
w/waiver of subrogation

Harbert Aggregates
100 Crescent Center Parkway, Suite 1240
Tucker, GA 30084

Auburn Truck Service
(1986 Freightliner 85877 wrecker only)

Royster-Clark, Inc.
717 Robinson Road Southeast
Washington Court House, OH 43160-8620

Getz Precast Company
P.O. Box 787
Monroeville, AL 36451

Hyundai Motor Manufacturing AL, LLC
w/waiver of subrogation
One Metroplex Drive, Suite 300
Birmingham, AL 35209

Seitz Construction, LLC
2651 Shannon Oaks Rd
Birmingham, AL 35211

C W Matthews Contractors Co., Inc.
P.O. Drawer 970
Marietta, GA 30061

Garney Companies, Inc.
7925 Azzalea Centre, Ste A
Fairhope, AL 36532

Hydro Operations, Inc.
P.O. Box 579
West Point, GA 31833

J & L Contractors
P.. Box 427
Auburn, AL 36831

Thompson Carriers
1700 Old Columbus Road
Opelika, AL 36804

City of Auburn
P.O. Box 511
Auburn, AL 36831-0511

Lafarge Materials
P.O. Box 93399
Marietta, GA 30066-2399

☑004/017

APR. 22. 2004 10:36AM    PALOMAR INSURANCE    NO. 304    P. 5
APR. D. 2004 10:37AM    PALOMAR INSURANCE    NO. 839    P. 5/18

8/6/03

## M & M TRUCKING CO., INC.

### Equipment/Commodity/Revenue %/Radius

| Trish | Tractor | % Revenue | Maximum Radius |
|---|---|---|---|
| Sand/Gravel Aggregate | Sand/Gravel Aggregate | 70% | 150 Miles |
| Lime | Lime | 4% | 250 Miles |
| | Liquid Asphalt | 2% | 300 Miles |
| | Ammonia Nitrate, Sulfate | 4% | 350 Miles |
| | Bulk Mulch, Wood Chips | 1% | 300 Miles |
| | Walmart FAK Shipments | 2% | 500 Miles |
| | Trees, Nursery Stock | 2% | 1000 Miles |
| | Powder Cement | 12% | 300 Miles |
| | Pre-Cooked Food Products | 2% | 350 Miles |

M & M TRUCKING CO., INC.                    373790          11/19/03    11/19/04
Canal Insurance Company

## TRUCKERS PHYSICAL DAMAGE SCHEDULE

### SCHEDULE OF VEHICLES



| NO. | UNIT NO. | YEAR, MAKE/MODEL ADDITIONAL INSURED AND/OR LOSS PAYEE NAME AND ADDRESS | SERIAL NUMBER | VALUE | DEDUCTIBLES COMP | DEDUCTIBLES COLL |
|-----|----------|----------------------------------------------------------------------|---------------|-------|------------------|------------------|
| 1 | M620 | 1989 PETERBILT | 1XP5D59X6KM269602 | | | |
| 2 | | 2004 KENWORTH | 1XKDB9X44J069098 | | | |
| 3 | | 1998 FREIGHTLINER | 942500 | | | |
| 4 | | 2000 PETERBILT | 1XP5DB8X5YD508409 | | | |
| 5 | | 1987 GMC FLAT BED DUMP TRUCK | 35497 | | | |

04/23/2004 08:49 IFAX

APR. 22. 2004 10:36AM    PALOMAR INSURANCE                    NO. 304    P. 7
APR. 6. 2004 10:37AM     PALOMAR INSURANCE                   NO. 839    P. 7/18

| # | Unit | Year | Description | VIN / Notes |
|---|------|------|-------------|-------------|
| 6 |  | 1980 | INTERNATIONAL SINGLE AXLE | 20329 |
| 7 | N88 | 2000 | KENWORTH T800 TRACTOR | 1XKDD9X29J824402 |
| 8 | M109 | 2000 | KENWORTH TRIAXLE DUMP TRK | 1NKDLB0X840923 — WILLIAM DRUMMOND O/O |
| 9 | M272 | 1999 | PETERBILT TRIAXLE | 493205 — MICHAEL S. HOLDER |
| 10 | M134 | 1999 | KENWORTH TRIAXLE COMP TRK | 1NDWEBOX4XJ830302 |
| 11 | M307 | 1998 | PETERBILT TRACTOR | 1XP5DB9X4WN441615 — BRETT MCANNALLY |
| 12 | E212 | 1999 | KENWORTH TRIAXLE DUMP TRK | 1NKWLB0X4XJ824774 — BERNARD LATHAM |

04/23/2004 08:49 IFAX

APR. 22. 2004 10:36AM  PALOMAR INSURANCE                  NO. 304   P. 8
APR. 6. 2004 10:37AM   PALOMAR INSURANCE                  NO. 839   P. 8/18

☑ 007/017

| 13 | M308 | 1999 | KENWORTH TRIAXLE DUMP TRK | 1NKWLB0X2XJ829911 | BRETT MCANALLY |
| 14 | M603 | 2003 | PETERBILT | 2XP5TB9X13MB065859 | |
| 15 | M604 | 2004 | KENWORTH | 1NKDXBTX74J064066 | |
| 16 | M281 | 2000 | FORD TRIAXLE | 2FZXFWEBYYAB22242 | MARY SPEARS |
| 17 | M280 | 1998 | KENWORTH | 757471 | |
| 18 | M289 | 1993 | MACK | 1M2AA14Y7PW019607 | REGINALD SLAUGHTER |
| 19 | M145 | 2000 | KENWORTH TANDEM TRIAXLE | 1NKWLV9X9YJ838122 | |

04/23/2004 08:49 IFAX .

APR. 22. 2004 10:37AM    PALOMAR INSURANCE
APR. 22 2004 10:37AM    PALOMAR INSURANCE

NO. 304    P. 9
NO. 839    P. 9/18



BRETT MCANALLY

| 20 | M309 | 2001 | KENWORTH TRIAXLE DUMP TRK | 870128 |
| 21 | M138 | 2001 | KENWORTH TRIAXLE DUMP TRK | 870126 |
| 22 | M133 | 1999 | PETERBILT TRIAXLE DUMP TR | 1NPAXBTX9XD467183 |
| 23 | M96 | 1999 | KENWORTH TRACTOR | 1XKWD2BSX6XJ830971 |
| 24 | M137 | 2001 | KENWORTH TRIAXLE DUMP TRK | 870127 |

ROLLEN ROCK INC

| 25 | M131 | 2001 | KENWORTH | 1XKWDB9X91J872641 |
| 26 | M94 | 1998 | KENWORTH TRACTOR | 1XKWAB8X1W375B053 |

04/23/2004 08:49 IFAX

APR. 22. 2004 10:37AM    PALOMAR INSURANCE                        NO. 304    P. 10
APR. 8. 2004 10:38AM    PALOMAR INSURANCE                        NO. 839    P. 10/18
                                                                        009/017

| 27 |         | 2004 | KENWORTH              | 1NKDDB9XX4J063418  |             |
| 28 | M90     | 2001 | KENWORTH TRACTOR      | 870121             |             |
| 29 | M89     | 2001 | KENWORTH TRACTOR      | 870122             |             |
| 30 | M146    | 2001 | PETERBILT TANDEM      | 1NP5LU9X01N566368  |             |
| 31 | M279 BOBBY HAGA | 2000 | KENWORTH TRIAXLE | 1NKZLB0X0YJ862382 |          |
| 32 | M86     | 1999 | PETERBILT TRACTOR     | 1XP7DB9X2XN467149  | M & M TRUCKING |
| 33 | M135    | 1999 | KENWORTH TRIAXLE DUMP TRK | 1NKWLB0XAXJ832390 |       |

04/23/2004 08:49 IFAX

APR. 22. 2004 10:37AM    PALOMAR INSURANCE    NO. 304    P. 11
APR. 0. 2004 10:38AM    PALOMAR INSURANCE    NO. 839    P. 11/18

☑ 010/017

BRETT MCANALLY

| # | ID | Year | Description | VIN/Number |
|---|-----|------|-------------|------------|
| 34 | M310 | 2001 | KENWORTH TRACTOR | 870407 |
| 35 | M140 | 2000 | PETERBILT TRIAXLE | 1WTPX6TX0YN501365 |
| 36 | M139 | 2002 | KENWORTH TRIAXLE | 88B692 |
| | REGIONS BANK | | | |
| 37 | M87 | 1999 | PETERBILT TRACTOR | 1XPFDB9X4XD478699 |
| 38 | M-91 | 1999 | INTERNATIONAL TRACTOR | C063595 |
| 39 | M71 | 1994 | WHITE GMC TRIAXLE | 4V1BDBJ85RN670552 |
| 40 | M144 | 2003 | KENWORTH T800B TRIAXLE | 1NKDXBTX43J385089 |

04/23/2004 08:49 IFAX

APR. 22. 2004 10:37AM   PALOMAR INSURANCE
APR. 22. 2004 10:38AM   PALOMAR INSURANCE

011/017

NO. 304   P. 12
NO. 839   P. 12/18

| 41 | M143 | | 2003 | KENWORTH T800B TRIAXLE | 1NKDXB1X23J385088 |
|----|------|--|------|------------------------|-------------------|
| 42 | M602 | CMK, LLC | 1999 | PETERBILT 379 | 1XP5DB9X5XN507459 |
| 43 | M257 | | 1994 | WHITE GMC TRACTOR | 677978 HENRY MANN |
| 44 | M142 | | 2003 | KENWORTH T800B TRIAXLE | 1NKDHBTX03J385087 |
| 45 | M601 | CMK, LLC | 1997 | PETERBILT 359 | 1XPADB9XOVD383645 |
| 46 | | | 2004 | KENWORTH | 1XKDDB9XX4J062141 |
| 47 | | | 1985 | FREIGHTLINER WRECKER | 248677 |

04/23/2004 08:49 IFAX·                                           ☑012/017
APR. 22. 2004 10:37AM   PALOMAR INSURANCE                NO. 304   P. 13
APR. 22. 2004 10:38AM   PALOMAR INSURANCE                NO. 839   P. 13/18



| | | | | |
|---|---|---|---|---|
| 48 | | ANY TRL WHILE ATTACHED | | |
| 49 | M92 | 2001 KENWORTH TRACTOR | 865469 |
| 50 | N5 PAUL E MARY IV | 2002 KENWORTH TRIAXLE | 1NKDLBTX92J890964 |
| 51 | M95 | 2003 KENWORTH TRACTOR | 1XKDB9X131385086 |
| 52 | WILLIAM DRUMMOND | 2004 KENWORTH | 1NKDX9TX343397722 |
| 53 | M288 | 1996 INTERNATIONAL | 2HSFHAER6TC057761 |
| 54 | | 2003 KENWORTH | 1XKDB9X63J392390 |

04/23/2004 08:50 IFAX
☑013/017

APR. 22. 2004 10:37AM     PALOMAR INSURANCE
APR. 8. 2004 10:38AM     PALOMAR INSURANCE

NO. 304     P. 14
NO. 839     P. 14/18

| 55 | #285 | 2001 | INTERNATIONAL | 2HSCNAMRK1C076355 |
| 56 | #278 | 1996 | VOLVO TRACTOR | 4V4WDBCF58TN714089 |
| 57 | | 1995 | MACK TANDUM DUMP | 1M2P264C4SM019528 |

SCHEDULE OF DRIVERS

| NAME | BIRTHDATE | STATE | LICENSE NO. / SOCIAL SECURITY NO |
| --- | --- | --- | --- |
| CHRISTOPHER WHITMAN | 04/09/65 | GA | 419085228 / |
| JAMES COUNTS | 05/21/57 | AL | 6077878 / |
| TIMOTHY THACKER | 11/10/60 | AL | 4649949 / |
| KENNETH RAY WALDEN | 02/27/57 | AL | 3714222 / |
| JOEL RAY GRAY | 02/18/60 | AL | 3658804 / |
| KENNETH DUNN | 12/24/40 | AL | 2787081 / |
| MIKE BRENEFIELD | 02/10/72 | AL | 5415532 / |

04/23/2004 08:50 IFAX                                                                ☒014/017

APR. 22. 2004 10:37AM    PALOMAR INSURANCE                    NO. 304   P. 15
APR. 8. 2004 10:38AM    PALOMAR INSURANCE                    NO. 839   P. 15/18

| Name | DOB | State | ID |
|---|---|---|---|
| DAVID PRUITT | 12/03/64 | AL | 9080813 |
| LEON SULLEN | 06/29/53 | AL | 3083545 |
| JOSEPH HODGES | 01/29/63 | AL | 4679820 |
| JOEL BLACK | 01/08/54 | AL | 4024787 |
| JAMES HOWARD | 08/13/64 | AL | 4994224 |
| CHARLES E CAMPBELL II | 05/28/19 | AL | 5536133 |
| CLARENCE COBB | 02/17/52 | AL | 3140322 |
| MICHAEL WALKER | 12/04/61 | AL | 5606483 |
| BRENT MCANALLY | 02/18/67 | AL | 4927002 |
| GENE EDWARD YATES | 09/13/50 | AL | 5189639 |
| LARRY HUEY PINKARD | 08/16/46 | AL | 2295049 |
| DONALD SCOTT SPEARS | 11/01/79 | AL | 6590053 |
| WILLIAM DRUMMOND | 06/08/53 | AL | 6302576 |
| EDMUND LOWE GARCIA | 11/01/68 | AL | 6283542 |

04/23/2004 08:50 IFAX      ☒015/017

APR. 22. 2004 10:38AM   PALOMAR INSURANCE     NO. 304   P. 16
APR. b. 2004 10:38AM   PALOMAR INSURANCE     NO. 839   P. 16/18

| Name | DOB | State | Number |
|---|---|---|---|
| AMOS CLEO BROWN | 02/23/38 | AL | 1826998 |
| JEWELL SCHOENING | 11/19/49 | KY | S01501880 |
| BERNARD E LATHEM | 06/18/61 | AL | 4712352 |
| WALLACE MOSS | 12/07/53 | AL | 3192732 |
| DONALD LANCE WALLACE | 04/29/67 | AL | 5699131 |
| JEROME COBB | 01/15/51 | AL | 3409954 |
| ELIEUSR MONTRAGUDO | 03/04/61 | FL | M53120061L0840 |
| TERRANCE JOHNSON-EXCLUDED LIAB | | | |
| GRANT BAKER JR. | 03/20/53 | AL | 3062787 |
| WILLIAM FRANK ECHOLS | 03/03/56 | AL | 3394082 |
| EDDIE LEE WEBB SR. | 06/26/44 | AL | 2107019 |
| ARNOLD KENNETH FRANKLIN | 08/31/51 | AL | 5928875 |
| JOHN HOWARD GRAY | 07/04/62 | GA | 252276730 |
| WILLIAM KEVIN JOHNS | 12/14/65 | AL | 6313993 |

04/23/2004 08:50 IFAX                                                          ☒016/017

APR. 22. 2004 10:38AM    PALOMAR INSURANCE                    NO. 304    P. 17
APR. 22.2004 10:39AM    PALOMAR INSURANCE                    NO. 839    P. 17/18

| Name | DOB | State | Number |
|---|---|---|---|
| REGINALD SLAUGHTER | 05/06/72 | AL | 5697772 |
| ELLIE HARRIS | 11/25/35 | AL | 17802350 |
| BRUCE E HART | 12/27/46 | AL | 6024233 |
| MICHAEL VINES | 09/23/52 | GA | 256948618 |
| JAMES DALE DUNAWAY | 01/21/69 | AL | 5300387 |
| ROBERT BROWN | 08/12/56 | TN | 85027671 |
| LARRY ROBINSON | 09/23/50 | AL | 2969245 |
| MICHAEL ECHOLS | 10/23/57 | AL | 3615809 |
| PAUL E. MARY, IV | 01/14/58 | AL | 3643880 |
| RICKY FULLER | 09/04/54 | AL | 2743951 |
| JAMES LEE VINES (BO) | 03/27/50 | AL | 50975449 |
| BOBBY LEE HAGA JR. | 08/23/55 | AL | 5583374 |
| DAVID HOWE | 07/25/64 | TX | 10650589 |
| SAMUEL S BARNHART | 02/08/70 | AL | 5221254 |

| Name | Date | State | Number |
|---|---|---|---|
| JOHN TERRELL | 01/08/35 | AL | 1674420 |
| LONELL SLAUGHTER | 08/20/50 | AL | 5336755 |
| CARL DURHAN | 01/14/53 | GA | 252924953 |
| DONALD WEBSTER | 07/26/63 | AL | 4628730 |
| LARRY KELLEY | 05/25/66 | AL | 5043471 |
| MATTHEW CAUGHN JACOB | 08/23/53 | AL | 6503713 |
| HOWARD BERRY | 10/18/66 | AL | 4516592 |
| MICHAEL SHANE HOLDER | 01/31/71 | AL | 5301345 |
| ROBERT ROWELL | 02/01/53 | AL | 5429561 |
| JAMES LEROY SHIZLING | 08/04/40 | FL | 564542402840 |
| CHRISTOPHER MANN | 05/15/74 | AL | 6705061 |

373790

DEC. 7. 2004  4:39PM  PALOMAR INSURANCE                    NO. 957   P. 4

# CANAL •

INSURANCE COMPANY

APPLICATION FOR COMMERCIAL MOTOR VEHICLE INSURANCE
LIABILITY and PHYSICAL DAMAGE

ALABAMA
Submit in Duplicate

| 1. Applicant | | Area/Phone Number 334-887-3976 | 2. This Application is for ☒ Liability ☐ Physical Damage |
|---|---|---|---|
| M & M Trucking Company, Inc. &\M & M Materials | | | |

| 3. Business Address  Street | City | County | State | Zip Code |
|---|---|---|---|---|
| P.O. Box 1743 | Auburn | Lee | AL | 36831 |

| 4. Applicant is ☐ Individual ☐ Partnership ☒ Corporation | 5. Legal Owner of Business Brett McAnnally | 6. Tax ID or Social Security Number 63-0433505 |
|---|---|---|

**7. Business is** ☐ Taxi ☐ Private Bus ☐ Public Bus ☐ Private Trucking ☒ Contract Trucking ☒ Trucking for Hire ☐ Other

**8. If Trucking Business, type of cargo hauled. If Bus, number of round trips per day. (be specific)**

Sand, Gravel, Lime, Liquid Asphalt, Ammonia Nitrate, Sulfate, etc. (see listing)

| | Approx. Value per Load | Is vehicle used to haul explosives? ☐ Yes ☒ No |
|---|---|---|
| | | Is vehicle used to transport employees? ☐ Yes ☒ No |

**9. Total number of vehicles owned and / or operated by Applicant.**

| Tools | 50 | Tractors | | Other | |
|---|---|---|---|---|---|
| 25 | Leased | Semitrailers | | | |
| | Trucks | Pleasure Cars (include off road equipment) | | 24 Owner Operators | |

**10. Is Equipment lent, leased or rented to / or from others?** ☒ Yes ☐ No
If YES, give kind and numbers and details.

**11. Does Applicant have other Commercial Liability insurance in force?** ☐ Yes ☒ No  If YES, give Company, number of units covered, limits and details

| 12. Liability Coverage Limits Desired | A. Bodily Injury | B. Property Damage | -OR- | Combined Single Limits $1,000,000 |
|---|---|---|---|---|

| Filings Required | Docket # Permit No. | Applicant's Name and Address exactly as it appears on each Permit |
|---|---|---|
| ICC, AL, FL, GA | 139787 | same |
| | | |
| | | |

**14. Who was your insurance carrier last year?**  Canal

**15. Who were your insurance carriers for 3 years before that?**  Canal

**16. Have you ever had insurance on this type of operation cancelled, declined or renewal refused?** ☐ Yes ☒ No   If YES, give names of Insurance Companies, dates and reason for cancellation or refusal.

**17. Have you ever had insurance with Canal?** ☒ Yes ☐ No      If YES, give Policy Number  973790

| Loss Policy Record For Past Three Years | | Number of Accidents | TOTAL AMOUNT CLAIMS PAID | | TOTAL AMOUNT UNSETTLED CLAIMS | |
|---|---|---|---|---|---|---|
| From | To | | Bodily Injury | Property Damage | Bodily Injury | Property Damage |
| 11/19/03 | 11/19/04 | 7 | $ incl | $ 31,393 | $ 0 | $ 0 |
| 11/19/02 | 11/19/03 | 13 | $ incl | $ 34,348 | $ incl | $ 69,874 |
| 11/19/01 | 11/19/02 | 17 | $ incl | $ 28,659 | $ | $ |

| Shop Policy Record For Past Three Years | | Number of Accidents | TOTAL AMOUNT CLAIMS PAID | | TOTAL AMOUNT UNSETTLED CLAIMS | |
|---|---|---|---|---|---|---|
| From | To | | Collision | Fire & Theft | Collision | Fire & Theft |
| | | | $ | $ | $ | $ |
| | | | $ | $ | $ | $ |

| 20. Desired Effective Date of Policy 11/19/2004  Hour 12:01 ☒ am ☐ pm | 21. Expiration Date ☒ am ☐ pm | 22. Total Premium $ | 23. Terms of Payment ☐ Full Payment or ☐ Installments of $ _____ and down payment of $ _____ $ _____ ☒ Until Cancelled monthly billing. Amount Enclosed $ _____ |
|---|---|---|---|

## REJECTION OF UNINSURED MOTORISTS (FAMILY PROTECTION) COVERAGE - ALABAMA

In accordance with the provisions of 35-7-23 under the Alabama Laws which permit the insured named in the policy to reject the Uninsured Motorists (Family Protection) Coverage, the undersigned insured (and each of them) does hereby reject such insurance, being the insurance provided for protection of persons insured under this policy who would legally be entitled to recover damages from the owners or operators of uninsured motor vehicles because of bodily injury, sickness or disease, including death resulting therefrom.

Form B-84                                                                                       X

I hereby certify that the information above is true and agree that a misrepresentation of any of the facts by me will constitute reason for the company to void or cancel any policy issued on the basis of this application, and will hold the Company harmless for the entire term. I also agree that if a policy is issued pursuant to this application, the application and any elections or rejections, which are included on this application and signed by me, shall become part of the policy.

| Date Application completed | Signature of Agent of Applicant  Mark Grother |
|---|---|
| Signature of Applicant  X Burt McNally | X Address of Agent |

Form A 404 A                                          THIS IS NOT A BINDER                                Rev. 4 1993

**12/27/2004 04:15 PM**

313790

DEC. 7. 2004 4:40PM                    PALOMAR INSURANCE

PAGE 4

## SCHEDULE OF EQUIPMENT AND RATING INFORMATION

| Item or Unit Order | Year Model | Trade Name and Kind of Vehicle (1) | Identification Number | Territorial Location | Capacity Tons, Gallons Passengers | Radius Max. Miles | Date Purchase | If Used, Purchase Price | Original Cost of Insurance (2) | Deductible All Perils | Comprehensive Purchase Liability Phys. Dmg. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | SEE ATTACHED LIST | | | | | | | | | |

OVER: (1) Specify whether straight truck, tractor, semitrailer, trailer, bus, taxi, etc. Describe each mechanism clearly under the below with which it is used.
(2) Damage or fire on actual cost values basis only, not to exceed this stated amount. Comprehensive coverage not written on commercial vehicles.

Total Premium

## LIST ALL DRIVERS OF INSURED VEHICLES

| Driver's Name | Social Security Number | Date of Birth Mo. Day Year | State Drivers License Number | No. of Violations and Accidents Past 3 Years | (A) SR-22 Required? (B) State | Reason for SR-22 Filing |
|---|---|---|---|---|---|---|
| SEE ATTACHED LIST | | | | | | |

## LOSS PAYEES

| Item or Unit Number of Applicable Vehicles | Name of Loss Payees | Complete Address |
|---|---|---|
| | | SEE ATTACHED LIST OR ADDITIONAL INSUREDS |

12/27/2004 04:15 PM

FAX:

FROM:

DEC-4-2004 TUE 09:08 AM

NO. 957    P. 5

373790

DEC. 7. 2004  4:40PM     PALOMAR INSURANCE                    NO. 957   P. 6

# COMMENTS PAGE FOR ALL SECTIONS OF CANAL'S APPLICATION

## SUBMITTED BY:

# PALOMAR INSURANCE CORPORATION

Applicant Name: _____ M & M Trucking Company, Inc. & M & M Materials _____

ADDITIONAL INSUREDS

Vulcan Construction Materials
P.O. Box 385018
Birmingham, AL 35238-5018

Hanson Aggregates
100 Crescent Centre Parkway, Suite 1240
Tucker, GA 30084

Auburn Truck Service
(1985 Freightliner #8877 wrecker only)

Lafarge Materials
P.O. Box 83569
Marietta, GA 30065-2999

International Paper
2100 Industrial Blvd
Opelika, AL 36801

## 12/27/2004 04:15 PM

373790

DEC. 7. 2004  4:41PM    PALOMAR INSURANCE                      NO. 957   P. 7

8/6/03

## M & M TRUCKING CO., INC.

### Equipment/Commodity/Revenue %/Radius

| Trixie | Tractor | % Revenue | Maximum Radius |
|--------|---------|-----------|----------------|
| Sand, Gravel Aggregate | Sand, Gravel Aggregate | 70% | 150 Miles |
| Lime | Lime | 4% | 200 Miles |
| | Liquid Asphalt | 2% | 300 Miles |
| | Ammonia Nitrate, Sulfate | 4% | 300 Miles |
| | Bulk Mulch, Wood Chips | 1% | 300 Miles |
| | Walmart FAK Shipments | 2% | 500 Miles |
| | Trees, Nursery Stock | 2% | 1000 Miles |
| | Powder Cement | 12% | 300 Miles |
| | Pre-Cooked Food Products | 2% | 300 Miles |

**Schedule of Commercial Vehicles** *373790*    Print Date: 11/17/04

| Client Name and Address | Company | Agency Name and Address |
|---|---|---|
| M & M Trucking Co, Inc &<br>M & M Materials<br>P. O. Box 1743<br>Auburn, AL  36831-1743 | Canal Insurance Company | Commercial Transportation<br>Palomar Insurance Corporation<br>4525 Executive Park Drive<br>Montgomery, AL  36116 |

| | | **Policy Number** | | |
| | | 373790 | | |
| | | **Effective Date** 11/19/04 | **Expiration Date** 11/19/05 | |

| Veh. # | Clt. # | Vehicle Description<br>Garage Location | Body Type | GVW / GCW<br>Cost New | Comp Ded | Vehicle I. D. Number<br>Coll Ded | ST | Date On<br>Class Code | Date Off<br>Premium |
|---|---|---|---|---|---|---|---|---|---|
| 1 | M503 | 2004 Volvo Dump Truck | DMPTK | | | 4V5KC9GH74N361847 | AL | 11/19/04 | |
| 2 | M504 | 1998 Kenworth Tractor | TKTR | | | 1XKAD29X1WR769118 | AL | 11/19/04 | |
| 3 | M289 | 1993 Mack Tractor | TKTR | | | 1M2AA14Y7PW019607 | AL | 11/19/04 | |
| 4 | M292 | 1995 MACK TANDUM DUMP | O | | | 1M2P264C4SM019528 | AL | 11/19/04 | |
| 5 | M278 | 1996 VOLVO TRACTOR | O | | | 4V4WDBCS8TN714089 | AL | 11/19/04 | |
| 6 | M288 | 2001 INTERNATIONA | O | | | 2HSCNAMRX1C076355 | AL | 11/19/04 | |
| 7 | M97 | 2003 KENWORTH | O | | | 1XKDDB9X63J392390 | AL | 11/19/04 | |
| 8 | M108 | 2004 KENWORTH | O | | | 1NKDXBTX34J397722 | AL | 11/19/04 | |
| 9 | M95 | 2003 KENWORTH TRACTOR | O | | | 1XKDDB9X131385086 | AL | 11/19/04 | |
| 10 | M5 | 2002 KENWORTH TRIAXLE | O | | | 1NKDXBTX92J890964 | AL | 11/19/04 | |
| 11 | M92 | 2001 KENWORTH TRACTOR | O | | | 865469 | AL | 11/19/04 | |
| 12 | | ANY TRL WHILE A | O | | | | AL | 11/19/04 | |
| 13 | | 1985 FREIGHTLINER WRECKER | O | | | 248677 | AL | 11/19/04 | |
| 14 | M99 | 2004 KENWORTH | O | | | 1XKDDB9XX4J062141 | AL | 11/19/04 | |
| 15 | M601 | 1997 PETERBILT 359 | O | | | 1XPADB9XOVN383645 | AL | 11/19/04 | |
| 16 | M142 | 2003 KENWORTH T800B TRIAX | O | | | 1NKDXBTX03J385087 | AL | 11/19/04 | |
| 17 | M143 | 2003 KENWORTH T800B TRIAX | O | | | 1NKDXB1X23J385088 | AL | 11/19/04 | |

CISGEM C108 (8/88)  Page:1

12/27/2004 04:15 PM

## Schedule of Commercial Vehicles  *373790*

| Veh.# | Cit # | Vehicle Description / Garage Location | Body Type | GVW / GCW Cost New | Comp Ded | Vehicle I.D. Number / Coll Ded | ST | Date On Class Code | Date Off Premium |
|---|---|---|---|---|---|---|---|---|---|
| √18 | M144 | 2003 KENWORTH T800B TRIAX | O | | | 1NKDXBTX43J385089 | AL | 11/19/04 | |
| √19 | M32 | 1994 WHITE GMC TRIAXLE | O | | | 4V1BDBJE5RN670552 | AL | 11/19/04 | |
| √20 | M91 | 1999 INTERNATIONA TRACTOR | O | | | C063595 | AL | 11/19/04 | |
| √21 | M87 | 1999 PETERBILT TRACTOR | O | | | 1XPFDB9X4XN478699 | AL | 11/19/04 | |
| √22 | M139 | 2002 KENWORTH TRIAXLE | O | | | 888692 | AL | 11/19/04 | |
| √23 | M140 | 2000 PETERBILT TRIAXLE | O | | | 1NTFX6TXOYN501365 | AL | 11/19/04 | |
| √24 | M310 | 2001 KENWORTH TRACTOR | O | | | 870407 | AL | 11/19/04 | |
| √25 | M285 | 1999 KENWORTH TRIAXLE DUM | O | | | 1NKWLBOX4XJ832390 | AL | 11/19/04 | |
| √26 | M86 | 1999 PETERBILT TRACTOR | O | | | 1XPFDB9X2XW467149 | AL | 11/19/04 | |
| √27 | M279 | 2000 KENWORTH TRIAXLE | O | | | 1NKZLBOXOYJ862382 | AL | 11/19/04 | |
| √28 | M146 | 2001 PETERBILT TANDEUM | O | | | 1NT5LU9X01N566368 | AL | 11/19/04 | |
| √29 | M89 | 2001 KENWORTH TRACTOR | O | | | 870122 | AL | 11/19/04 | |
| √30 | M90 | 2001 KENWORTH TRACTOR | O | | | 870121 | AL | 11/19/04 | |
| √31 | M98 | 2004 KENWORTH | O | | | 1XKDDB9XX4J063418 | AL | 11/19/04 | |
| √32 | M94 | 1998 KENWORTH TRACTOR | O | | | 1XKWAB8X1WJ758053 | AL | 11/19/04 | |
| √33 | M311 | 2001 KENWORTH | O | | | 1XKWDB9X91J872641 | AL | 11/19/04 | |
| √34 | M137 | 2001 KENWORTH TRIAXLE DUM | O | | | 870127 | AL | 11/19/04 | |
| √35 | M133 | 1999 PETERBILT TRIAXLE DU SAS, | O | | | 1NPAXBTXXXD467183 | AL | 11/19/04 | |
| √36 | M138 | 2001 KENWORTH TRIAXLE DUM | O | | | 870126 | AL | 11/19/04 | |
| √37 | M309 | 2001 KENWORTH TRIAXLE DUM | O | | | 870128 | AL | 11/19/04 | |
| √38 | M145 | 2000 KENWORTH TANDEM TRIA | O | | | 1NKWLV9X9YJ838122 | AL | 11/19/04 | |

CISGEM C108.2 (8/88) Page 2

12/27/2004 04:15 PM

## Schedule of Commercial Vehicles 373790

| Veh. # | Clt # | Vehicle Description Garage Location | Body Type | GVW / GCW Cost New | Comp Ded | Vehicle I. D. Number Coll Ded | ST | Date On Class Code | Date Off Premium |
|--------|-------|-----------------------------------|-----------|--------------------|----------|-------------------------------|-----|--------------------|------------------|
| 39 | M280 | 1998 KENWORTH | O | | | 757471 | AL | 11/19/04 | |
| 40 | M281 | 2000 FORD TRIAXLE | O | | | 2FZXFWEB7YAB22242 | AL | 11/19/04 | |
| 41 | M312 | 2004 KENWORTH | O | | | 1NKDXBTX74J064066 | AL | 11/19/04 | |
| 42 | M308 | 1999 KENWORTH TRIAXLE DUM | O | | | 1NKWLBOX2XJ829911 | AL | 11/19/04 | |
| 43 | M212 | 1999 KENWORTH TRIAXLE DUM | O | | | 1NKWLBOX4XJ824774 | AL | 11/19/04 | |
| 44 | M293 | 1998 PETERBILT TRACTOR | O | | | 1XP5DB9X4WN441615 | AL | 11/19/04 | |
| 45 | M501 | 1999 KENWORTH TRIAXLE CUM | O | | | 1NDWLBOX4XJ830302 | AL | 11/19/04 | |
| 46 | M272 | 1999 PETERBILT TRIAXLE | O | | | 493205 | AL | 11/19/04 | |
| 47 | M502 | 2000 KENWORTH TRIAXLE DUM | O | | | 1NKDLBOX840923 | AL | 11/19/04 | |
| 48 | M88 | 2000 KENWORTH T800 TRACTO | O | | | 1XKDDB9X94J843402 | AL | 11/19/04 | |
| 49 | | 1980 INTERNATIONA SINGLE | O | | | 20329 | AL | 11/19/04 | |
| 50 | | 1987 GMC FLAT BED DU | O | | | 35497 | AL | 11/19/04 | |
| 51 | M313 | 2004 KENWORTH | O | | | 1XKDDB9X44J069098 | AL | 11/19/04 | |
| 52 | M500 | 1998 FORD | O | | | 1FD2596B9WVA40812 | AL | 11/19/04 | |
| 53 | M400 | 2005 KENWORTH | O | | | 1XKDDB9XX5J081371 | AL | 11/19/04 | |
| 54 | M401 | 2004 PETERBILT | O | | | 1XPFDB9X14D835287 | AL | 11/19/04 | |
| 55 | M402 | 1998 FREIGHTLINER | O | | | 1FDYSSEB0WP942500 | AL | 11/19/04 | |
| 56 | M404 | 2005 KENWORTH | O | | | 1XKDDB9X75J073583 | AL | 11/19/04 | |
| 57 | M403 | 2003 PETERBILT | O | | | 1XP5DB9X53D803937 | AL | 11/19/04 | |

CISGEM C108.2 (8/88) Page 3

12/27/2004 04:15 PM

# CANAL INSURANCE COMPANY
## Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

POLICY NUMBER          EFFECTIVE DATE          EXPIRATION DATE

YEAR          MAKE/MODEL          VEHICLE IDENTIFICATION NUMBER

NAME OF INSURED

AGENT

— — — — — FOLD HERE — — — — — —

## IN CASE OF ACCIDENT

1. **Obtain identity of persons involved and names and addresses of any witnesses.**

2. **Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.**

3. **Notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) at once. If there are injuries, call (800) 452-6911, weekdays between 8:30 AM and 5:00 PM (Eastern Time).**

4. **Weekends, holidays and after 5:00 PM weekdays, call (800) 241-2541.**

**This card must be carried in the vehicle at all times.**

Form ID-1

(Rev. 5-2000)

161065039

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 09/22/2004 | 11/19/2004 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2004 VOLVO DUMP TRUCK | | 4V5KC9GH74N361847 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
M & M MATERIALS
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — FOLD HERE — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — FOLD HERE — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — FOLD HERE — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — FOLD HERE — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

0100811808

161065605

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 09/27/2004 | 11/19/2004 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1994 FREIGHTLINER TRACTOR 1FUPCXYB6RH463126 | | |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
M & M MATERIALS
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims @canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims @canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims @canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims @canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

Copy of Image

0100811979

161065606

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 09/28/2004 | 11/19/2004 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1993 MACK TRACTOR | | 1M2AA14Y7PW019607 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
M & M MATERIALS
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100811879

161066359

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 10/14/2004 | 11/19/2004 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1999 KENWORTH DUMP TRUCK | 1NKWLBOX2XJ829911 | |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
M & M MATERIALS
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100811976

161067984

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 10/29/2004 | 11/19/2004 |
| YEAR    MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER | |

1998 KENWORTH TRACTOR 1XKAD29X1WR769118

NAME OF INSURED
M & M TRUCKING COMPANY, INC & JACK MCANNALLY DBA
M & M MATERIALS
P O BOX 1743

AGENT

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— FOLD HERE —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |
| YEAR    MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— FOLD HERE —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |
| YEAR    MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— FOLD HERE —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |
| YEAR    MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— FOLD HERE —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100812163

161071615

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 01/06/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2005 KENWORTH TRACTOR | | 1XKDDB9X6SJ099219 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

———— FOLD HERE ————

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

———— FOLD HERE ————

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

———— FOLD HERE ————

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

———— FOLD HERE ————

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

Copy of Image

0100812654

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 01/21/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

2005 KENWORTH TRACTOR 1NKDXBTX95J097846

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

### IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

### IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

### IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

### IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

Copy of Image

0100812755

161074848

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**

IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1985 FL WRECKER TRACTOR | | 248677 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                      (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**

IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1999 PB TRIAXLE TRUCK | | 493205 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                      (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**

IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2002 KW DUMP TRUCK | | 888692 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                      (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**

IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2002 KW TRIAXLE DUMP TRUCK | | 1NKDXBTX92J890964 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                      (Rev. 9-2003)

Copy of Image

0100813065

161074852

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD  State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2000 KW TRIAXLE DUMP TRUCK | | 1NKZ1B0X04J862382 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — —FOLD HERE— — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD  State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2000 PB TRIAXLE DUMP TRUCK | | 1NTFX6TX0YN501365 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — —FOLD HERE— — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD  State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2003 KW TRIAXLE DUMP TRUCK | | 1NKDXBTX43J385089 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — —FOLD HERE— — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD  State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2003 KW TRIAXLE DUMP TRUCK | | 1NKDXB1X23J385088 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — —FOLD HERE— — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100813065

161074855

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2003 KW TRIAXLE DUMP TRUCK | | 1NKDXBTX03J385087 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2000 KW TANDEM DUMP TRUCK | | 1NKWLV9X9YJ838122 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2003 KW TRIAXLE DUMP TRUCK | | 1XKDDB9X63J392390 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2004 KW TRIAXLE DUMP TRUCK | | 1NKDXBTX34J397722 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100813065

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD  State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1998 KW TRIAXLE DUMP TRUCK | | 757471 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD  State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2004 KW TRIAXLE DUMP TRUCK | | 1NKDXBTX74J064066 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD  State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1998 FORD TANDEM DUMP TRUCK | | 1FD2596B9WVA40812 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD  State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/01/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2005 KW TANDEM DUMP TRUCK | | 1NKDXBTX95J097846 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
P O BOX 1743
AUBURN, AL 36831

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100813065

161076415

CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/11/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1995 KENWORTH TRACTOR | | 2XKADB9K9SM655840 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/11/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1990 KENWORTH TRUCK | | 1XKDDB9X9LT549247 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/11/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1996 PETERBILT TRACTOR | | 1XP5DR8XXTD388396 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/11/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1994 FREIGHTLINER TRUCK | | 1F0PFCYB2RH689936 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100813278

161076415

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/11/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1996 FORD TRUCK | | 1FDZV90T1TVA30833 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/11/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1989 MACK TRUCK | | 1M2AY39Y4KM005975 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100813278

161076416

## CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 03/11/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1993 MACK DUMP TRUCK | W820715008 | |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — — FOLD HERE — — — — — — —

### IN CASE OF ACCIDENT

1. **Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.**

2. **Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.**

3. **Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:**
   - **calling (800) 452-6911;**
   - **e-mailing claims@canal-ins.com;**
   - **faxing (864) 679-2518; or**
   - **notifying your agent.**

   **This card must be carried in the vehicle at all times.**

Form ID-1                                    (Rev. 9-2003)

---

## CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — — FOLD HERE — — — — — — —

### IN CASE OF ACCIDENT

1. **Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.**

2. **Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.**

3. **Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:**
   - **calling (800) 452-6911;**
   - **e-mailing claims@canal-ins.com;**
   - **faxing (864) 679-2518; or**
   - **notifying your agent.**

   **This card must be carried in the vehicle at all times.**

Form ID-1                                    (Rev. 9-2003)

---

## CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — — FOLD HERE — — — — — — —

### IN CASE OF ACCIDENT

1. **Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.**

2. **Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.**

3. **Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:**
   - **calling (800) 452-6911;**
   - **e-mailing claims@canal-ins.com;**
   - **faxing (864) 679-2518; or**
   - **notifying your agent.**

   **This card must be carried in the vehicle at all times.**

Form ID-1                                    (Rev. 9-2003)

---

## CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — — FOLD HERE — — — — — — —

### IN CASE OF ACCIDENT

1. **Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.**

2. **Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.**

3. **Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:**
   - **calling (800) 452-6911;**
   - **e-mailing claims@canal-ins.com;**
   - **faxing (864) 679-2518; or**
   - **notifying your agent.**

   **This card must be carried in the vehicle at all times.**

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100813278

161077589

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 04/05/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2001 KENWORTH TRUCK | 1NKDLB0XX1J864954 | |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100813442

161077591

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 04/05/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1999 FREIGHTLINER TRACTOR | | 1FUY5WEB1XLA73988 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

Copy of Image

0100813442

161078444

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 04/12/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2006 KENWORTH TRACTOR | | 1XKDDU9X56J130618 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100813541

## CANAL INSURANCE COMPANY - NAIC 10464
### Bodily Injury and Property Damage Liability
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 04/28/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1998 FORD DUMP TRUCK | | 1FDZS96B0WVA40813 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

### IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

---

## CANAL INSURANCE COMPANY - NAIC 10464
### Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

### IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

---

## CANAL INSURANCE COMPANY - NAIC 10464
### Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

### IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

---

## CANAL INSURANCE COMPANY - NAIC 10464
### Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

### IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                              (Rev. 9-2003)

Copy of Image

0100813642

161081405

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 06/07/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1989 MACK  TRUCK | 1M2AY39Y4KM005975 | |

NAME OF INSURED
M & M TRUCKING COMPANY , INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                    (Rev. 9-2003)

Copy of Image

0100813904

161082188

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 06/23/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1985 MACK DUMP TRUCK | | 1M2AR02Y4FM002375 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                               (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 06/23/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1985 MACK DUMP TRUCK | | 1M2AR09Y5EM001014 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                               (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                               (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                               (Rev. 9-2003)

Copy of Image

0100814014

161084285

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 07/19/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1995 PETERBILT TRACTOR | | 1XPAXEEX2SN397606 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                        (Rev. 9-2003)

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                        (Rev. 9-2003)

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                        (Rev. 9-2003)

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                        (Rev. 9-2003)

Copy of Image

0100814344

161085001

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 08/15/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
2006 KENWORTH TRACTOR 1NKDX4TX86J123737

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD    State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 08/15/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
2006 KENWORTH TRACTOR 1NKDX4TXX6J123738

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100814437

161065691

Copy of Image

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 08/19/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2001 INTERNATIONAL TRACTOR | | 2HSCNAMRX1C076355 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 08/19/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1995 KENWORTH TRACTOR | | 2XKADB9X9SM655840 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

Copy of Image

0100814533

161087696

**CANAL INSURANCE COMPANY - NAIC 10464**
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD     State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 09/22/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1999 FREIGHTLINER TRACTOR 1FUPCSZB1XP988910 | | |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — — FOLD HERE — — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                          (Rev. 9-2003)

Copy of Image

0100814797

161089273

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 10/03/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 1987 FORD FUEL TRUCK | 35497 | |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100815017

161089274

Copy of Image

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 10/12/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2002 FREIGHTLINER TRACTOR | | 1FUJBBCG62LJ07633 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
Bodily Injury and Property Damage Liability
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

IN CASE OF ACCIDENT

1. Obtain names, addresses, and phone numbers of persons
   involved and witnesses, a police report number, and any
   insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the
   police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7,
   Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

Copy of Image

0100815017

161089275

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD  State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 10/24/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2005 VOLVO DUMP TRUCK | | 4V5KC9GH65N3B7244 |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1         (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1         (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1         (Rev. 9-2003)

---

**CANAL INSURANCE COMPANY - NAIC 10464**
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| | | |

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — FOLD HERE — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.
   This card must be carried in the vehicle at all times.

Form ID-1         (Rev. 9-2003)

Copy of Image

0100815017

161090456

CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD   State of AL

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| 373790 | 10/24/2005 | 11/19/2005 |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|
| 2005 VOLVO DUMP TRUCK | 4V5KC9GH65N387244 | |

NAME OF INSURED
M & M TRUCKING COMPANY, INC & M & M MATERIALS
AND/OR M & M TRUCKING CO., INC.
P O BOX 1743

AGENT
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
BIRMINGHAM, AL 35232

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

---

CANAL INSURANCE COMPANY - NAIC 10464
**Bodily Injury and Property Damage Liability**
IDENTIFICATION CARD

| POLICY NUMBER | EFFECTIVE DATE | EXPIRATION DATE |
|---|---|---|
| VOID | | |

| YEAR | MAKE/MODEL | VEHICLE IDENTIFICATION NUMBER |
|---|---|---|

NAME OF INSURED
THIS IS NOT A VALID ID CARD

AGENT

— — — — — FOLD HERE — — — — —

**IN CASE OF ACCIDENT**

1. Obtain names, addresses, and phone numbers of persons involved and witnesses, a police report number, and any insurance information on the other vehicles.

2. Make no statement about the accident to anyone except the police or a representative of Canal Insurance Company.

3. Promptly notify CANAL INSURANCE COMPANY, P.O. Box 7, Greenville, SC (29602) by:
   • calling (800) 452-6911;
   • e-mailing claims@canal-ins.com;
   • faxing (864) 679-2518; or
   • notifying your agent.

   This card must be carried in the vehicle at all times.

Form ID-1                                    (Rev. 9-2003)

0100815207

*M&M Trucking*
*373790*

## IMPORTANT NOTICE REGARDING THE UM COVERAGE
### FOR WHICH YOU HAVE APPLIED

**THIS DOCUMENT AFFECTS YOUR LEGAL RIGHTS. IF THE POLICY FOR WHICH YOU ARE APPLYING IS A LIABILITY POLICY AND YOU HAVE NOT REJECTED UNINSURED MOTORIST COVERAGE, READ THE FOLLOWING INFORMATION CAREFULLY AND SIGN THE ACKNOWLEDGMENT OF ARBITRATION AGREEMENT.**

1. THE POLICY FOR WHICH YOU HAVE APPLIED INCLUDES A BINDING ARBITRATION AGREEMENT.

2. THE ARBITRATION AGREEMENT REQUIRES THAT ANY DISAGREEMENT RELATED TO THE UM COVERAGE MUST BE RESOLVED BY ARBITRATION AND NOT IN A COURT OF LAW.

3. THE RESULTS OF THE ARBITRATION ARE FINAL AND BINDING ON YOU AND THE INSURANCE COMPANY.

4. IN AN ARBITRATION, AN ARBITRATOR, WHO IS AN INDEPENDENT, NEUTRAL PARTY, GIVES A DECISION AFTER HEARING THE POSITIONS OF THE PARTIES.

5. WHEN YOU ACCEPT THIS UM COVERAGE, YOU AGREE TO RESOLVE ANY DISAGREEMENT RELATED TO THE UM COVERAGE BY BINDING ARBITRATION INSTEAD OF A TRIAL IN COURT INCLUDING A TRIAL BY JURY.

6. ARBITRATION TAKES THE PLACE OF RESOLVING DISPUTES BY A JUDGE AND JURY AND THE DECISION OF THE ARBITRATOR CANNOT BE REVIEWED IN COURT BY A JUDGE AND JURY.

### ACKNOWLEDGMENT OF ARBITRATION AGREEMENT

I HAVE READ THIS STATEMENT. I UNDERSTAND THAT I AM VOLUNTARILY SURRENDERING MY RIGHT TO HAVE ANY DISAGREEMENT BETWEEN THE INSURANCE COMPANY AND MYSELF REGARDING THE UM COVERAGE RESOLVED IN COURT. THIS MEANS I AM WAIVING MY RIGHT TO A TRIAL BY JURY.

I UNDERSTAND THAT UPON RECEIPT OF THE POLICY I SHOULD READ THE ARBITRATION CLAUSE CONTAINED IN THE UM SECTION OF THE POLICY AND THAT I HAVE THE RIGHT TO REJECT THIS POLICY WITHIN THREE (3) DAYS OF THE DATE OF DELIVERY IF I DO NOT WANT TO ACCEPT THE REQUIREMENT FOR ARBITRATION.

I UNDERSTAND THAT THIS SAME TYPE OF INSURANCE MAY BE AVAILABLE THROUGH AN INSURANCE COMPANY THAT DOES NOT REQUIRE THAT POLICY RELATED DISAGREEMENTS BE RESOLVED BY BINDING ARBITRATION.

_____ / 3-503
Applicant / Insured          Date / Time

_____ / 3-18-03
Agent                         Date / Time

MAR 18 2003
**RECEIVED**
MAR 14 2003
BY UNDERWRITING DEPT.

From UM-101 AL                                    (Rev. 9-2002)

FEB. 19. 2004  2:59PM    PALOMAR INSURANCE                          NO. 215    P. 2
  Feb.19. 2004  1:22PM   Palomar Insurance                   No. 8640    P. 4
FEB-18-2004  2:26PM  PALMAR INSURANCE

# IMPORTANT NOTICE REGARDING THE UM COVERAGE
## FOR WHICH YOU HAVE APPLIED

THIS DOCUMENT AFFECTS YOUR LEGAL RIGHTS. *IF* THE POLICY FOR WHICH YOU ARE APPLYING IS A LIABILITY POLICY AND *YOU HAVE NOT REJECTED UNINSURED MOTORIST COVERAGE, READ* THE FOLLOWING INFORMATION CAREFULLY *AND SIGN* THE ACKNOWLEDGMENT OF ARBITRATION AGREEMENT.

1.  THE POLICY FOR WHICH YOU HAVE APPLIED INCLUDES A BINDING ARBITRATION AGREEMENT.

2.  THE ARBITRATION AGREEMENT REQUIRES THAT ANY DISAGREEMENT RELATED TO THE UM COVERAGE MUST BE RESOLVED BY ARBITRATION AND NOT IN A COURT OF LAW.

3.  THE RESULTS OF THE ARBITRATION ARE FINAL AND BINDING ON YOU AND THE INSURANCE COMPANY.

4.  IN AN ARBITRATION, AN ARBITRATOR, WHO IS AN INDEPENDENT, NEUTRAL PARTY, GIVES A DECISION AFTER HEARING THE POSITIONS OF THE PARTIES.

5.  WHEN YOU ACCEPT THIS UM COVERAGE, YOU AGREE TO RESOLVE ANY DIS-AGREEMENT RELATED TO THE UM COVERAGE BY BINDING ARBITRATION IN-STEAD OF A TRIAL IN COURT INCLUDING A TRIAL BY JURY.

6.  ARBITRATION TAKES THE PLACE OF RESOLVING DISPUTES BY A JUDGE AND JURY AND THE DECISION OF THE ARBITRATOR CANNOT BE REVIEWED IN COURT BY A JUDGE AND JURY.

## ACKNOWLEDGMENT OF ARBITRATION AGREEMENT

I HAVE READ THIS STATEMENT. I UNDERSTAND THAT I AM VOLUNTARILY SURREN-DERING MY RIGHT TO HAVE ANY DISAGREEMENT BETWEEN THE INSURANCE COM-PANY AND MYSELF REGARDING THE UM COVERAGE RESOLVED IN COURT. THIS MEANS I AM WAIVING MY RIGHT TO A TRIAL BY JURY.

I UNDERSTAND THAT UPON RECEIPT OF THE POLICY I SHOULD READ THE ARBITRA-TION CLAUSE CONTAINED IN THE UM SECTION OF THE POLICY AND THAT I HAVE THE RIGHT TO REJECT THIS POLICY WITHIN THREE (3) DAYS OF THE DATE OF DELIVERY IF I DO NOT WANT TO ACCEPT THE REQUIREMENT FOR ARBITRATION.

I UNDERSTAND THAT THIS SAME TYPE OF INSURANCE MAY BE AVAILABLE THROUGH AN INSURANCE COMPANY THAT DOES NOT REQUIRE THAT POLICY RELATED DIS-AGREEMENTS BE RESOLVED BY BINDING ARBITRATION.

_____ / _2-18-04_
Applicant / Insured                Date / Time

_____ / _2-18-04_
Agent

# Copy of Image
# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| HANSON AGGREGATES SOUTHEAST INC<br>100 CRESCENT CENTRE PARKWAY SUITE 1240<br>TUCKER, GA 30084 | M & M TRUCKING COMPANY, INC DBA M<br>& M MATERIALS<br>P O BOX 1743<br>AUBURN, AL 36831 |

LOCATION OF OPERATIONS: **AUBURN, AL**       RADIUS: **PER POLICY SCHEDULE**

PER POLICY SCHEDULE

| POLICY NUMBER: 373790 | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 12:01 AM    11/19/2004 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008       Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Form K-16

# Copy of Image

(Rev. 5-1991)

0100812242

161068714

Copy of Image
# Certificate of insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| INTERNATIONAL PAPER<br>2100 INDUSTRIAL BLVD<br>OPELIKA, AL 36801 | M & M TRUCKING COMPANY, INC DBA M<br>& M MATERIALS<br>P O BOX 1743<br>AUBURN, AL 36831 |

LOCATION OF OPERATIONS: AUBURN, AL                RADIUS: PER POLICY SCHEDULE

PER POLICY SCHEDULE

| POLICY NUMBER: 373790 | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 12:01 AM    11/19/2004 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008            Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Form K-16

Copy of Image

(Rev. 5-1991)

0100812242

161068714

Copy of Image
## Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| VULCAN CONSTRUCTION MATERIALS<br>P O BOX 385016<br>BIRMINGHAM, AL 35328-5016 | M & M TRUCKING COMPANY, INC DBA M<br>& M MATERIALS<br>P O BOX 1743<br>AUBURN, AL 36831 |

LOCATION OF OPERATIONS: AUBURN, AL          RADIUS: PER POLICY SCHEDULE

PER POLICY SCHEDULE

| POLICY NUMBER: 373790 | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 12:01 AM    11/19/2004 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008          Authorized Representative

## Canal Insurance Company

Greenville, South Carolina

Form K-16          Copy of Image          (Rev. 5-1991)

0100812242

161068714

Copy of Image

# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| LAFARGE MATERIALS<br>P O BOX 1048<br>ALPHARETTA, GA 30009-1048 | M & M TRUCKING COMPANY, INC DBA M & M MATERIALS<br>P O BOX 1743<br>AUBURN, AL 36831 |

LOCATION OF OPERATIONS: AUBURN, AL          RADIUS: PER POLICY SCHEDULE

PER POLICY SCHEDULE

| POLICY NUMBER: 373790 | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 12:01 AM   11/19/2004 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008          Authorized Representative

## Canal Insurance Company

Greenville, South Carolina

Copy of Image

0100812242

# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| ALABAMA DEPARTMENT OF TRANSPORTATION VEHICLE PERMIT SECTION P O BOX 303050 MONTGOMERY, AL 36130-3050 | M & M TRUCKING COMPANY, INC DBA M & M MATERIALS P O BOX 1743 AUBURN, AL 36831 |

LOCATION OF OPERATIONS: **AUBURN, AL**          RADIUS: **PER POLICY SCHEDULE**

PER POLICY SCHEDULE

| POLICY NUMBER: **373790** | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: **AUTO LIABILITY** | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: **12:01 AM     12/3/2004 TO UNTIL CANCELLED**

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008          Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Copy of Image

# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| ALABAMA DEPARTMENT OF TRANSPORTATION<br>P O BOX 303050<br>MONTGOMERY, AL 36130-3050 | M & M TRUCKING COMPANY, INC DBA M<br>& M MATERIALS<br>P O BOX 1743<br>AUBURN, AL 36831 |

LOCATION OF OPERATIONS: AUBURN, AL                RADIUS: PER POLICY SCHEDULE

PER POLICY SCHEDULE

| POLICY NUMBER: 373790 | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 12:01 AM    12/3/2004 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008          Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Form K-16                                              (Rev. 5-1991)

Copy of Image

0100812329

Copy of Image

# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| AUBURN TRUCK SERVICE<br>P O BOX 1743<br>AUBURN, AL 36831-1743 | M & M TRUCKING COMPANY, INC DBA M<br>& M MATERIALS<br>P O BOX 1743<br>AUBURN, AL 36831 |

LOCATION OF OPERATIONS: AUBURN, AL                    RADIUS: PER POLICY SCHEDULE

PER POLICY SCHEDULE

| POLICY NUMBER: 373790 | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 12:01 AM    11/19/2004 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle G Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008        Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Form K-16                                                          (Rev. 5-1991)

Copy of Image

0100812368

Copy of Image
# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| ROYSTER-CLARK, INC<br>P O BOX 948<br>AMERICUS, GA 31709-0948 | M & M TRUCKING COMPANY, INC & M &<br>M MATERIALS<br>P O BOX 1743<br>AUBURN, AL 36831 |

| LOCATION OF OPERATIONS: AUBURN, AL | RADIUS: PER POLICY SCHEDULE |
|---|---|

PER POLICY SCHEDULE

| POLICY NUMBER: 373790 | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 12:01 AM   11/19/2004 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle G. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008        Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Copy of Image

# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| REGIONS FINANCIAL CORP<br>P O BOX 1203<br>MONTGOMERY, AL 36102 | M & M TRUCKING COMPANY, INC & M &<br>M MATERIALS<br>P O BOX 1743<br>AUBURN, AL 36831 |

| LOCATION OF OPERATIONS: AUBURN, AL | RADIUS: PER POLICY SCHEDULE |
|---|---|

MOTOR VEHICLES COVERED:

| VEHICLE YEAR MODEL | VIN |
|---|---|
| 2000 KENWORTH DUMP TRUCK | 1NKDLBOX840923 |

| POLICY NUMBER:  373790 | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

| EFFECTIVE DATE OF CERTIFICATE: 3:26 PM    2/24/2005 TO UNTIL CANCELLED |
|---|

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008          Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Copy of Image

161077590

# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES P O BOX 1203 MONTGOMERY, AL 36102-1203 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC. P O BOX 1743 AUBURN, AL 36831 |

LOCATION OF OPERATIONS: AUBURN, AL                RADIUS: PER POLICY SCHEDULE

PER POLICY SCHEDULE

POLICY NUMBER: 373790                LIMITS OF LIABILITY:

$1,000,000 CSL

KIND OF INSURANCE: AUTO LIABILITY

EFFECTIVE DATE OF CERTIFICATE: 9:56 AM    4/5/2005 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008         Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Form K-16                                                                (Rev. 5-1991)

0100813442

161078448

Copy of Image

# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
| --- | --- |
| FLORIDA ROCK INDUSTRIES INC<br>P O BOX 7627<br>MACON, GA 31209 | M & M TRUCKING COMPANY, INC & M &<br>M MATERIALS AND/OR M & M TRUCKING<br>CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

| LOCATION OF OPERATIONS: AUBURN, AL | RADIUS: PER POLICY SCHEDULE |
| --- | --- |

PER POLICY SCHEDULE

| POLICY NUMBER: 373790 | LIMITS OF LIABILITY: |
| --- | --- |
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 11:15 AM    4/15/2005 TO 5/28/2005

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008          Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Form K-16

Copy of Image

(Rev. 5-1991)

0100813541

161081403

# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
|---|---|
| APAC-SOUTHEAST<br>P O BOX 8888<br>DOTHAN, AL 36304 | M & M TRUCKING COMPANY, INC & M &<br>M MATERIALS AND/OR M & M TRUCKING<br>CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

LOCATION OF OPERATIONS: AUBURN, AL                    RADIUS: PER POLICY SCHEDULE

PER POLICY SCHEDULE

| POLICY NUMBER: 373790 | LIMITS OF LIABILITY: |
|---|---|
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 10:17 AM    6/7/2005 TO UNTIL CANCELLED

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008        Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

(Rev. 5-1991)

0100813904

161089658

Copy of Image

# Certificate of Insurance

This is to certify that the **Canal Insurance Company** has issued to the named insured herein a policy of insurance which provides, subject to its provisions and during the effective period, coverage as hereinafter described. The coverage and limits of liability indicated on this certificate apply only to the operation of motor vehicles described herein.

| CERTIFICATE ISSUED TO: | INSURED: |
| --- | --- |
| ALABAMA DEPARTMENT OF TRANSPORTATION VEHICLE PERMIT SECTION P O BOX 303050 MONTGOMERY, AL 36130-3050 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC. P O BOX 1743 AUBURN, AL 36831 |

LOCATION OF OPERATIONS: AUBURN, AL          RADIUS: PER POLICY SCHEDULE

PER POLICY SCHEDULE

| POLICY NUMBER: 373790 | LIMITS OF LIABILITY: |
| --- | --- |
| KIND OF INSURANCE: AUTO LIABILITY | $1,000,000 CSL |

EFFECTIVE DATE OF CERTIFICATE: 12:01 AM    1/1/2005 TO 11/30/2005

This certificate is issued as a mere courtesy to the named insured and the party at whose request the certificate is issued. This certificate does not make the party requesting it an additional insured or give that party any rights under the policy. This certificate is not a part of the insurance policy and is not intended to affirmatively or negatively alter, extend or rescind any of the existing terms, conditions or coverage of the above mentioned policy.

In the event of cancellation of such policy, the Company will attempt to notify the party at whose request certificate is issued, but the Company shall not be liable in any way for failure to give such notice.

*Estelle E. Smith*

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008          Authorized Representative

# Canal Insurance Company

Greenville, South Carolina

Copy of Image

Form K-16          (Rev. 5-1991)

0100815073

161078057

Copy of Image

## ~ NOTICE OF CANCELLATION ~

| | | |
|---|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 | |

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No. | 373790    Effective: 11/19/2001 |
| Cancellation will take effect at:<br>5/28/2005            12:01 A.M.<br>(Date)      (Hour-Standard Time at Insured's Address) | |
| Date of Mailing:  4/22/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION |

Name and
Address
of Insured
373790

M & M TRUCKING COMPANY, INC & M & M
MATERIALS AND/OR M & M TRUCKING CO.,
INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  NON-PAYMENT TO GENERAL AGENT

Agent
of
Insured

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  CL/ 4/22/2005

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

General
Agent

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM,AL 35232

Authorized Representative

Form D-58-p

Copy of Image

(Rev. 2-1999)

0100813492

161078057

Policy Number: 373799

Insured Name:   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of
Mailing above at 12:16 PM , the original notice of cancellation reproduced on page 1 and at said time received
from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be
mailed Third Party Notices to those shown below.

Signed:  _Linda J. Hogan_____

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

   *M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC., P O BOX 1743, AUBUR
    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
    PALOMAR INSURANCE CORPORATION, P O DRAWER 11128, MONTGOMERY AL 36111
   *ADD. INSURED  -  J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
   *ADD. INSURED  -  INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
   *ADD. INSURED  -  VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
   *ADD. INSURED  -  LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
   *ADD. INSURED  -  HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
   *ADD. INSURED  -  AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
   *ADD. INSURED  -  ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
   *ADD. INSURED  -  REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
   *ADD. INSURED  -  REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203

Copy of Image

Form D-58

(Rev. 2-1999)

0100813492

161078057

Copy of Image

~NOTICE OF CANCELLATION~

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No.    373790 | | Effective: 11/19/2001 |
| Cancellation will take effect at: | | |
| 5/28/2005 (Date) | 12:01 A.M. (Hour-Standard Time at Insured's Address) | |
| Date of Mailing:   4/22/2005 | | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured:    PALOMAR INSURANCE CORPORATION | | |

**Insurance Company**

CANAL INSURANCE COMPANY
PO BOX 7
GREENVILLE, S.C. 29602

**Name and Address of Insured**
373790

M & M TRUCKING COMPANY, INC & M & M
MATERIALS AND/OR M & M TRUCKING CO.,
INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION: INSURED'S REQUEST: NON-PAYMENT TO GENERAL AGENT

**Agent of Insured**

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  CU  4/22/2005

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

Authorized Representative

Form D-58-p

Copy of Image

Insured Copy

(Rev. 2-1999)

0100813492

161078057

Copy of Image

~ NOTICE OF CANCELLATION ~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No. | 373790        Effective: 11/19/2001 |
| Cancellation will take effect at:<br>5/28/2005            12:01 A.M.<br>(Date)        (Hour-Standard Time at Insured's Address) | |
| Date of Mailing:    4/22/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION |

**Name and Address of Insured**
373790

M & M TRUCKING COMPANY, INC & M & M
MATERIALS AND/OR M & M TRUCKING CO.,
INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST: NON-PAYMENT TO GENERAL AGENT

**General Agent**

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM AL 35232

_Linda J. Hogan_
Authorized Representative
Linda J. Hogan  CLI  4/22/2005

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

**Agent of Insured**

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

Authorized Representative

Form D-58-p

Copy of Image

Producing Agent Copy

(Rev. 2-1999)

0100813492

161078057

Policy Number: 373799
Insured Name:  M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of Mailing above at 12:16 PM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be mailed Third Party Notices to those shown below.

Signed: _Linda J. Hogan_____

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

   *M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC., P O BOX 1743, AUBUR
     ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
     PALOMAR INSURANCE CORPORATION, P O DRAWER 11128, MONTGOMERY AL 36111
   *ADD. INSURED  -  J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
   *ADD. INSURED  -  INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
   *ADD. INSURED  -  VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
   *ADD. INSURED  -  LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
   *ADD. INSURED  -  HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
   *ADD. INSURED  -  AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
   *ADD. INSURED  -  ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
   *ADD. INSURED  -  REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
   *ADD. INSURED  -  REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203

Copy of Image

Form D-58

(Rev. 2-1999)

0100813492

~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No. | 373790        Effective: 11/19/2001 |

Cancellation will take effect at:
    **5/28/2005**          12:01 A.M.
    (Date)      (Hour-Standard Time at Insured's Address)

Date of Mailing:    **4/22/2005**

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:    PALOMAR INSURANCE CORPORATION

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
J & L CONTRACTORS
P O BOX 427
AUBURN, AL 36831

*Linda J. Hogan*
_____
Authorized Representative

Form D-58-p

(Rev. 2-1999)

0100813492

161078057

Copy of Image

~~NOTICE OF CANCELLATION~~

Insurance
Company

CANAL INSURANCE COMPANY
PO BOX 7
GREENVILLE, S.C. 29602

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 373790 | Effective: 11/19/2001 |

Cancellation will take effect at:
    5/28/2005          12:01 A.M.
    (Date)    (Hour-Standard Time at Insured's Address)

Date of Mailing:    4/22/2005

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:    PALOMAR INSURANCE CORPORATION

Name and
Address
of Insured
373790

M & M TRUCKING COMPANY, INC & M & M
MATERIALS AND/OR M & M TRUCKING CO.,
INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

Agent
of
Insured

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
INTERNATIONAL PAPER
2100 INDUSTRIAL BLVD
OPELIKA, AL 36801

*Linda J. Hogan*
Authorized Representative

Copy of Image

3d Party Copy

Form D-58-p

(Rev. 2-1999)

0100813492

161078057

Copy of Image

~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | | |
|---|---|---|
| Kind of Policy: | LIABILITY | |
| Policy No. | 373790 | Effective: 11/19/2001 |

Cancellation will take effect at:
5/28/2005                    12:01 A.M.
(Date)         (Hour-Standard Time at Insured's Address)

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M<br>MATERIALS AND/OR M & M TRUCKING CO.,<br>INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

| | |
|---|---|
| Date of Mailing: | 4/22/2005 |

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:  PALOMAR INSURANCE CORPORATION

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
VULCAN CONSTRUCTION MATERIALS
P O BOX 385016
BIRMINGHAM, AL 35328-5016

*Linda J. Hogan*
_____
Authorized Representative

Form D-5B-p

Copy of Image

3d Party Cop

(Rev. 2-1999)

0100813492

Copy of Image

## ~ NOTICE OF CANCELLATION ~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | **LIABILITY** |
| Policy No. | 373790    Effective: 11/19/2001 |
| Cancellation will take effect at:<br>5/28/2005    12:01 A.M.<br>(Date)    (Hour-Standard Time at Insured's Address) | |
| Date of Mailing: | **4/22/2005** |
| Issued through Agency or Office at: BIRMINGHAM, AL | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION |

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M<br>MATERIALS AND/OR M & M TRUCKING CO.,<br>INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
LAFARGE MATERIALS
P O BOX 1048
ALPHARETTA, GA 30009-1048

*Linda G. Hagan*
Authorized Representative

Form D-58-p

Copy of Image

3d Party Copy

(Rev. 2-1999)

0100813492

161078057

Copy of Image

~ NOTICE OF CANCELLATION ~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No. | 373790    Effective: 11/19/2001 |
| Cancellation will take effect at:<br>5/28/2005                    12:01 A.M.<br>(Date)    (Hour-Standard Time at Insured's Address) | |
| Date of Mailing: | 4/22/2005 |
| Issued through Agency or Office at: BIRMINGHAM, AL | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION |

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M<br>MATERIALS AND/OR M & M TRUCKING CO.,<br>INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
HANSON AGGREGATES SOUTHEAST INC
100 CRESCENT CENTRE PARKWAY SUITE 1240
TUCKER, GA 30084

*Linda J. Hogan*
_____
Authorized Representative

(Rev. 2-1999)

Form D-58-p

Copy of Image

3rd Party Copy

0100813492

Copy of Image

## ~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | | |
|---|---|---|
| **Kind of Policy:** | **LIABILITY** | |
| Policy No. | 373790 | Effective: 11/19/2001 |
| Cancellation will take effect at:<br>5/28/2005<br>(Date) | | 12:01 A.M.<br>(Hour-Standard Time at Insured's Address) |
| Date of Mailing: | 4/22/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION | |

Name and
Address
of Insured
373790

M & M TRUCKING COMPANY, INC & M & M
MATERIALS AND/OR M & M TRUCKING CO.,
INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

Agent
of
Insured

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
AUBURN TRUCK SERVICE
P O BOX 1743
AUBURN, AL 36831-1743

*Linda J. Hogan*
Authorized Representative

(Rev. 2-1999)

Form D-58-p

Copy of Image

3rd Party Copy

0100813492

Copy of Image

~ NOTICE OF CANCELLATION ~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No. | 373790          Effective: 11/19/2001 |
| Cancellation will take effect at:<br>5/28/2005          12:01 A.M.<br>(Date)          (Hour-Standard Time at Insured's Address) | |
| Date of Mailing: | 4/22/2005 |
| Issued through Agency or Office at: BIRMINGHAM, AL | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION |

Name and
Address
of Insured
373790

M & M TRUCKING COMPANY, INC & M & M
MATERIALS AND/OR M M TRUCKING CO.,
INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

Agent
of
Insured

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
ROYSTER-CLARK, INC
P O BOX 948
AMERICUS, GA 31709-0948

_Linda G. Hogan_
_____
Authorized Representative

Form D-58-p

Copy of Image
3rd Party Cop

(Rev. 2-1999)

0100613492

161078057

Copy of Image

~~ NOTICE OF CANCELLATION ~~

| | |
|---|---|
| Kind of Policy: | LIABILITY |

Insurance
Company

CANAL INSURANCE COMPANY
PO BOX 7
GREENVILLE, S.C. 29602

| | | |
|---|---|---|
| Policy No. | 373790 | Effective: 11/19/2001 |

Cancellation will take effect at:
  5/28/2005                    12:01 A.M.
  (Date)        (Hour-Standard Time at Insured's Address)

Name and
Address
of Insured
373790

M & M TRUCKING COMPANY, INC & M & M
MATERIALS AND/OR M & M TRUCKING CO.,
INC.
P O BOX 1743
AUBURN, AL 36831

| | |
|---|---|
| Date of Mailing: | 4/22/2005 |

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of
Insured:    PALOMAR INSURANCE CORPORATION

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.  The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased.  This cancellation can be rescinded only by written notice to you signed by a company representative.

Agent
of
insured

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
REGIONS FINANCIAL CORP
P O BOX 1203
MONTGOMERY, AL 36102

*Linda J. Hogan*
_____
Authorized Representative

Copy of Image

Form D-58-p                              3d Party Cop                              (Rev. 2-1999)

0100813492

~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 373790 | Effective: 11/19/2001 |
| Cancellation will take effect at:<br>5/28/2005<br>(Date) | | 12:01 A.M.<br>(Hour-Standard Time at Insured's Address) |
| Date of Mailing: | 4/22/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION | |

Name and Address of Insured
373790

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.  The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased.  This cancellation can be rescinded only by written notice to you signed by a company representative.

Agent of Insured

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES
P O BOX 1203
MONTGOMERY, AL 36102-1203

*Linda J. Hogan*
_____
Authorized Representative

Form D-58-p

(Rev. 2-1999)

0100813492

Copy of Image

~ NOTICE OF CANCELLATION ~

| | | |
|---|---|---|
| Kind of Policy: | **LIABILITY** | |
| Policy No. | 373790 | Effective: 11/19/2001 |

**Insurance Company**

CANAL INSURANCE COMPANY
PO BOX 7
GREENVILLE, S.C. 29602

Cancellation will take effect at:
5/28/2005                    12:01 A.M.
(Date)          (Hour-Standard Time at Insured's Address)

Date of Mailing: 4/22/2005

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:  PALOMAR INSURANCE CORPORATION

**Name and Address of Insured**
373790

M & M TRUCKING COMPANY, INC & M & M
MATERIALS AND/OR M & M TRUCKING CO.,
INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  NON-PAYMENT TO GENERAL AGENT

**Agent of Insured**

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  CU  4/22/2005

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

**General Agent**

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM,AL 35232

_____
Authorized Representative

Copy of Image

Form D-58-p                    General Agent Copy                    (Rev. 2-1999)

0100813492

Policy Number:  373799
Insured Name:   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of Mailing above at 12:16 PM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be mailed Third Party Notices to those shown below.

Signed:  _Linda J. Hogan_____

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

    *M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC., P O BOX 1743, AUBUR
    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
    PALOMAR INSURANCE CORPORATION, P O DRAWER 11128, MONTGOMERY AL 36111
    *ADD. INSURED  -  J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
    *ADD. INSURED  -  INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
    *ADD. INSURED  -  VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
    *ADD. INSURED  -  LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
    *ADD. INSURED  -  HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
    *ADD. INSURED  -  AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
    *ADD. INSURED  -  ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
    *ADD. INSURED  -  REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
    *ADD. INSURED  -  REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203

Copy of Image

## ~NOTICE OF CANCELLATION~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 373790 | Effective: 11/19/2001 |

Cancellation will take effect at:
<table>
<tr><td>6/28/2005</td><td>12:01 A.M.</td></tr>
<tr><td>(Date)</td><td>(Hour-Standard Time at Insured's Address)</td></tr>
</table>

| Date of Mailing: | 5/23/2005 |
|---|---|

Issued through Agency or Office at: BIRMINGHAM, AL

| Agent of Insured: | PALOMAR INSURANCE CORPORATION |
|---|---|

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M<br>MATERIALS AND/OR M & M TRUCKING CO.,<br>INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  NON-PAYMENT TO GENERAL AGENT

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  SP/ 5/23/2005

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

| | |
|---|---|
| General Agent | ALABAMA PUBLIC AUTO INS AGCY LIC#A043008<br>PO BOX 321215<br>BIRMINGHAM,AL 35232 |

Authorized Representative

Form D-58-p

Copy of Image

HDC Set   F LINGS

(Rev. 2-1999)

0100013727

161079928

Policy Number:  373790
Insured Name:   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of Mailing above at 2:33 PM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be mailed Third Party Notices to those shown below.

Signed: _Linda J. Hogan_____

Notices sent to: (* denotes Certificate of Mailing;  ** denotes Certified Mail)

   *M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC., P O BOX 1743, AUBUR
    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
    PALOMAR INSURANCE CORPORATION, P O DRAWER 11128, MONTGOMERY AL 36111
  *ADD. INSURED  -  J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
  *ADD. INSURED  -  INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
  *ADD. INSURED  -  VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
  *ADD. INSURED  -  LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
  *ADD. INSURED  -  HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
  *ADD. INSURED  -  AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
  *ADD. INSURED  -  ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
  *ADD. INSURED  -  REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
  *ADD. INSURED  -  REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203
  *ADD. INSURED  -  FLORIDA ROCK INDUSTRIES INC - P O BOX 7627 - MACON, GA 31209

Copy of Image

Form D-5B

(Rev. 2-1999)

0100813727

161079928

Copy of Image

~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| **Insurance Company** | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | | |
|---|---|---|
| Kind of Policy: | LIABILITY | |
| Policy No. | 373790 | Effective: 11/19/2001 |

Cancellation will take effect at:
6/28/2005                     12:01 A.M.
(Date)        (Hour-Standard Time at Insured's Address)

| | |
|---|---|
| **Name and Address of Insured**<br>373790 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

| |
|---|
| Date of Mailing: 5/23/2005 |
| Issued through Agency or Office at: BIRMINGHAM, AL |
| Agent of Insured: PALOMAR INSURANCE CORPORATION |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.  The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased.  This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  NON-PAYMENT TO GENERAL AGENT

| | |
|---|---|
| **Agent of Insured** | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  SP/ 5/23/2005

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

Authorized Representative

Copy of Image

Form D-58-p                     Insured Copy                     (Rev. 2-1999)

0100813727

161079928

~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 373790 | Effective: 11/19/2001 |
| Cancellation will take effect at:<br>6/28/2005<br>(Date) | | 12:01 A.M.<br>(Hour-Standard Time at Insured's Address) |
| Date of Mailing: | 5/23/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION | |

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  NON-PAYMENT TO GENERAL AGENT

| | |
|---|---|
| General Agent | ALABAMA PUBLIC AUTO INS AGCY LIC#A043008<br>PO BOX 321215<br>BIRMINGHAM AL 35232 |

*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  SP/ 5/23/2005

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

Authorized Representative

Form D-58-p

Producing Agent Copy

(Rev. 2-1999)

0100813727

161079928

Policy Number:  373799
Insured Name:   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of Mailing above at 2:34 PM , the original notice of cancellation reproduced on page 1 and at said time received from the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be mailed Third Party Notices to those shown below.

Signed:  _Linda J. Hogan_

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

    *M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC., P O BOX 1743, AUBUR
    ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
    PALOMAR INSURANCE CORPORATION, P O DRAWER 11128, MONTGOMERY AL 36111
    *ADD. INSURED  -  J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
    *ADD. INSURED  -  INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
    *ADD. INSURED  -  VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
    *ADD. INSURED  -  LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
    *ADD. INSURED  -  HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
    *ADD. INSURED  -  AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
    *ADD. INSURED  -  ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
    *ADD. INSURED  -  REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
    *ADD. INSURED  -  REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203
    *ADD. INSURED  -  FLORIDA ROCK INDUSTRIES INC - P O BOX 7627 - MACON, GA 31209

Copy of Image

(Rev. 2-1999)

0100813727

NOTICE OF CANCELLATION

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 373790 | Effective: 11/19/2001 |

Cancellation will take effect at:
6/28/2005                    12:01 A.M.
(Date)            (Hour-Standard Time at Insured's Address)

Date of Mailing:    5/23/2005

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:    PALOMAR INSURANCE CORPORATION

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
J & L CONTRACTORS
P O BOX 427
AUBURN, AL 36831

*Linda J. Hogan*
_____
Authorized Representative

Form D-58-p

3rd Party Copy

(Rev. 2-1999)

0100813727

Copy of Image

## ~NOTICE OF CANCELLATION~

| | | |
|---|---|---|
| Insurance Company | CANAL INSURANCE COMPANY PO BOX 7 GREENVILLE, S.C. 29602 | **Kind of Policy:** LIABILITY |

| | |
|---|---|
| **Policy No.** 373790 | **Effective:** 11/19/2001 |

Cancellation will take effect at:
    6/28/2005           12:01 A.M.
    (Date)      (Hour-Standard Time at Insured's Address)

| **Date of Mailing:** 5/23/2005 |

| Name and Address of Insured 373790 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC. P O BOX 1743 AUBURN, AL 36831 |

**Issued through Agency or Office at:** BIRMINGHAM, AL

**Agent of Insured:** PALOMAR INSURANCE CORPORATION

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| Agent of insured | PALOMAR INSURANCE CORPORATION P O DRAWER 11128 MONTGOMERY AL 36111 | _____ Authorized Representative |
|---|---|---|

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
INTERNATIONAL PAPER
2100 INDUSTRIAL BLVD
OPELIKA, AL 36801

*Linda J. Hogan*
Authorized Representative

Copy of Image

3d Party Cop

Form D-58-p

(Rev. 2-1999)

0100813727

Copy of Image

## ~ NOTICE OF CANCELLATION ~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | | |
|---|---|---|
| Kind of Policy: | LIABILITY | |
| Policy No. | 373790 | Effective: 11/19/2001 |
| Cancellation will take effect at: | 6/28/2005 (Date) | 12:01 A.M.<br>(Hour-Standard Time at Insured's Address) |
| Date of Mailing: | 5/23/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION | |

Name and
Address
of Insured
373790

M & M TRUCKING COMPANY, INC & M & M
MATERIALS AND/OR M & M TRUCKING CO.,
INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.  The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased.  This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
VULCAN CONSTRUCTION MATERIALS
P O BOX 385016
BIRMINGHAM, AL 35328-5016

_Linda J. Hogan_
Authorized Representative

Copy of Image
3rd Party Copy

Form D-58-p

(Rev. 2-1999)

0100813727

Copy of Image

## NOTICE OF CANCELLATION

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No. | 373790 | Effective: 11/19/2001 |

Cancellation will take effect at:
6/28/2005                    12:01 A.M.
(Date)          (Hour-Standard Time at Insured's Address)

Date of Mailing:    5/23/2005

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:   PALOMAR INSURANCE CORPORATION

Name and Address of Insured
373790

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

Agent of Insured

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
LAFARGE MATERIALS
P O BOX 1048
ALPHARETTA, GA 30009-1048

*Linda J. Hogan*
Authorized Representative

Form D-58-p

Copy of Image

3d Party Copy

(Rev. 2-1999)

0100813727

161079928

NOTICE OF CANCELLATION

| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 | | |
|---|---|---|---|

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 373790 | Effective: 11/19/2001 |
| Cancellation will take effect at:<br>6/28/2005<br>(Date) | | 12:01 A.M.<br>(Hour-Standard Time at Insured's Address) |
| Date of Mailing: | 5/23/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION | |

Name and Address of Insured
373790

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.  The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased.  This cancellation can be rescinded only by written notice to you signed by a company representative.

Agent of Insured

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
HANSON AGGREGATES SOUTHEAST INC
100 CRESCENT CENTRE PARKWAY SUITE 1240
TUCKER, GA 30084

*Linda J. Hogan*
Authorized Representative

Form D-58-p

(Rev. 2-1999)

0100813727

~NOTICE OF CANCELLATION~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | | |
|---|---|---|
| Kind of Policy: | LIABILITY | |
| Policy No. | 373790 | Effective: 11/19/2001 |
| Cancellation will take effect at:<br>6/28/2005      12:01 A.M.<br>(Date)     (Hour-Standard Time at Insured's Address) | | |
| Date of Mailing: | 5/23/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION | |

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
AUBURN TRUCK SERVICE
P O BOX 1743
AUBURN, AL 36831-1743

_Linda J. Hogan_
Authorized Representative

Form D-58-p

(Rev. 2-1999)

0100813727

161079928

Copy of Image

~ NOTICE OF CANCELLATION ~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | | |
|---|---|---|
| Kind of Policy: | LIABILITY | |
| Policy No. | 373790 | Effective: 11/19/2001 |
| Cancellation will take effect at:<br>6/28/2005 (Date) | 12:01 A.M.<br>(Hour-Standard Time at Insured's Address) | |
| Date of Mailing: | 5/23/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION | |

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M<br>MATERIALS AND/OR M & M TRUCKING CO.,<br>INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
ROYSTER-CLARK, INC
P O BOX 948
AMERICUS, GA 31709-0948

*Linda J. Hogan*
Authorized Representative

Form D-58-p

Copy of Image

3 d Party Cop

(Rev. 2-1999)

0100813727

161079928

~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | LIABILITY |
| Policy No. | 373790    Effective: 11/19/2001 |

Cancellation will take effect at:
6/28/2005                    12:01 A.M.
(Date)          (Hour-Standard Time at Insured's Address)

| Date of Mailing: | 5/23/2005 |
|---|---|

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:    PALOMAR INSURANCE CORPORATION

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
REGIONS FINANCIAL CORP
P O BOX 1203
MONTGOMERY, AL 36102

_Linda J. Hogan_
Authorized Representative

Form D-5B-p

(Rev. 2-1999)

0100813727

161079928

Copy of Image

~~NOTICE OF CANCELLATION~~

| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |
|---|---|

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 373790 | Effective: 11/19/2001 |
| Cancellation will take effect at:<br>6/28/2005<br>(Date) | 12:01 A.M.<br>(Hour-Standard Time at Insured's Address) | |
| Date of Mailing: | 5/23/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION | |

| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |
|---|---|

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 | _____<br>Authorized Representative |
|---|---|---|

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES
P O BOX 1203
MONTGOMERY, AL 36102-1203

*Linda J. Hogan*
Authorized Representative

Form D-58-p

Copy of Image

3rd Party Copy

(Rev. 2-1999)

0100813727

161079928

Copy of Image

~~NOTICE OF CANCELLATION~~

| | |
|---|---|
| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |

| | |
|---|---|
| Kind of Policy: | **LIABILITY** |
| Policy No. | **373790**   Effective: **11/19/2001** |

Cancellation will take effect at:
**6/28/2005**          12:01 A.M.
(Date)          (Hour-Standard Time at Insured's Address)

| | |
|---|---|
| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |

Date of Mailing:  **5/23/2005**

Issued through Agency or Office at: BIRMINGHAM, AL

Agent of Insured:  PALOMAR INSURANCE CORPORATION

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above.  The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased.  This cancellation can be rescinded only by written notice to you signed by a company representative.

| | |
|---|---|
| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |

_____
Authorized Representative

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

ADDITIONAL INSURED
FLORIDA ROCK INDUSTRIES INC
P O BOX 7627
MACON, GA 31209

_Linda J. Hogan_
Authorized Representative

Form D-58-p

Copy of Image
3d Party Cop

(Rev. 2-1999)

0100813727

161079928

~ NOTICE OF CANCELLATION ~

| Insurance Company | CANAL INSURANCE COMPANY<br>PO BOX 7<br>GREENVILLE, S.C. 29602 |
|---|---|

| Kind of Policy: | LIABILITY | |
|---|---|---|
| Policy No. | 373790 | Effective: 11/19/2001 |
| Cancellation will take effect at:<br>6/28/2005      12:01 A.M.<br>(Date)    (Hour-Standard Time at Insured's Address) | | |
| Date of Mailing: | 5/23/2005 | |
| Issued through Agency or Office at: BIRMINGHAM, AL | | |
| Agent of Insured: | PALOMAR INSURANCE CORPORATION | |

| Name and Address of Insured<br>373790 | M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.<br>P O BOX 1743<br>AUBURN, AL 36831 |
|---|---|

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with law, that your insurance will cease at and from the hour and date mentioned above. The return premium, if any, will be refunded as soon as practicable by the agent from whom the policy was purchased. This cancellation can be rescinded only by written notice to you signed by a company representative.

REASON FOR CANCELLATION:  INSURED'S REQUEST:  NON-PAYMENT TO GENERAL AGENT

| Agent of Insured | PALOMAR INSURANCE CORPORATION<br>P O DRAWER 11128<br>MONTGOMERY AL 36111 |
|---|---|



*Linda J. Hogan*
Authorized Representative
Linda J. Hogan  SP/ 5/23/2005

TO LIENHOLDER, MORTGAGEE, CITY LICENSE AUTHORITY OR ASSIGNED RISK PLAN, OR OTHER THIRD PARTY:
You are hereby notified that the agreement under the Loss Payable Clause payable to you as Lienholder or the agreement to provide notice, which is a part of the above policy, issued to the above insured, is hereby cancelled in accordance with the conditions of the policy, said cancellation to be effective on and after the hour and date mentioned above.

| General Agent | ALABAMA PUBLIC AUTO INS AGCY LIC#A043008<br>PO BOX 321215<br>BIRMINGHAM,AL 35232 |
|---|---|

Authorized Representative

Form D-58-p

General Agent Copy

(Rev. 2-1999)

0100813727

161079928

Policy Number:  373799
Insured Name:   M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO

I hereby certify that I personally caused to be mailed in the U.S. Post Office at BIRMINGHAM, AL on the Date of
Mailing above at 2:34 PM , the original notice of cancellation reproduced on page 1 and at said time received from
the U.S. Post Office a Postal Receipt maintained as business records of the Company.  I also caused to be mailed
Third Party Notices to those shown below.

Signed: _____

Notices sent to: (* denotes Certificate of Mailing;   ** denotes Certified Mail)

*M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC., P O BOX 1743, AUBUR
   ALABAMA PUBLIC AUTO INS AGCY LIC#A043008, PO BOX 321215, BIRMINGHAM AL 35232
   PALOMAR INSURANCE CORPORATION, P O DRAWER 11128, MONTGOMERY AL 36111
*ADD. INSURED -  J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
*ADD. INSURED -  INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
*ADD. INSURED -  VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
*ADD. INSURED -  LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
*ADD. INSURED -  HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
*ADD. INSURED -  AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
*ADD. INSURED -  ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
*ADD. INSURED -  REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
*ADD. INSURED -  REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203
*ADD. INSURED -  FLORIDA ROCK INDUSTRIES INC - P O BOX 7627 - MACON, GA 31209

(Rev. 2-1999)

0100813727

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA   29602

Home Office Copy

*ADD. INSURED - J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
*ADD. INSURED - INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
*ADD. INSURED - VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
*ADD. INSURED - LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
*ADD. INSURED - HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
*ADD. INSURED - AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
*ADD. INSURED - ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
*ADD. INSURED - REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
*ADD. INSURED - REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203
*ADD. INSURED - FLORIDA ROCK INDUSTRIES INC - P O BOX 7627 - MACON, GA 31209
E1 FULLY EARNED PREM - - -,
E1 FULLY EARNED PREM - - -,
E1 FULLY EARNED PREM - - -,
E1 FULLY EARNED PREM - - -,
E1 FULLY EARNED PREM - - -,
E1 FULLY EARNED PREM - - -,
E1 FULLY EARNED PREM - - -,
E1 FULLY EARNED PREM - - -,

City License Authority or Loss Payee:

Form D-8

Copy of Image

(Rev. 3-2002)

0100813583

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:
M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



CANAL
INSURANCE
BOX 7  GREENVILLE, SOUTH CAROLINA  29602

Home Office Copy

E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .

City License Authority or Loss Payee:

Copy of Image

Form D-B

(Rev. 3-2002)

0100813593

161078829

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232

## CANAL INSURANCE
BOX 7  GREENVILLE, SOUTH CAROLINA  29602

Insured Copy

City License Authority or Loss Payee:

Copy of Image

Form D-8

(Rev. 3-2002)

0100813583

# NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA   29602

Producing Agent Copy

*ADD.INSURED - J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
*ADD.INSURED - INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
*ADD.INSURED - VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
*ADD.INSURED - LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
*ADD.INSURED - HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
*ADD.INSURED - AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
*ADD.INSURED - ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
*ADD.INSURED - REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
*ADD.INSURED - REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203
*ADD.INSURED - FLORIDA ROCK INDUSTRIES INC - P O BOX 7627 - MACON, GA 31209

City License Authority or Loss Payee:

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

Form D-8

(Rev. 3-2002)

0100813583

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



## CANAL INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA   29602

3rd Party Copy

City License Authority or Loss Payee:

J & L CONTRACTORS
P O BOX 427
AUBURN, AL 36831

Copy of Image

Form D-8

(Rev. 3-2002)

0100813583

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

_Estelle E. Smith_
Authorized Representative

AGENT:
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



CANAL INSURANCE
BOX 7  GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

INTERNATIONAL PAPER
2100 INDUSTRIAL BLVD
OPELIKA, AL 36801

Form D-8

Copy of Image

(Rev. 3-2002)

0100813583

161078829

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:
M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

VULCAN CONSTRUCTION MATERIALS
P O BOX 385016
BIRMINGHAM, AL 35328-5016

Copy of Image

Form D-8

(Rev. 3-2002)

0100813583

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:
M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831



_Estelle E. Smith_

Authorized Representative

AGENT:
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232

## CANAL INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

LAFARGE MATERIALS
P O BOX 1048
ALPHARETTA, GA 30009-1048

Copy of Image

Form D-8

(Rev. 3-2002)

0100813583

161078829

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

HANSON AGGREGATES SOUTHEAST INC
100 CRESCENT CENTRE PARKWAY SUITE 1240
TUCKER, GA 30084

Copy of Image

Form D-8

(Rev. 3-2002)

0100813583

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---------------|-------------------------------|--------------------------------|----------------|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



CANAL
INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA   29602

3rd Party Copy

City License Authority or Loss Payee:

AUBURN TRUCK SERVICE
P O BOX 1743
AUBURN, AL 36831-1743

Copy of Image

Form D-B

(Rev. 3-2002)

0100813583

161078829

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232

## CANAL INSURANCE
BOX 7  GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

ROYSTER-CLARK, INC
P O BOX 948
AMERICUS, GA 31709-0948

Copy of Image

(Rev. 3-2002)

Form D-8

0100813583

161078829

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---------------|-------------------------------|--------------------------------|----------------|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL**
**INSURANCE**
BOX 7    GREENVILLE, SOUTH CAROLINA   29602

3rd Party Copy

City License Authority or Loss Payee:

REGIONS FINANCIAL CORP
P O BOX 1203
MONTGOMERY, AL 36102

Copy of Image

Form D-8

(Rev. 3-2002)

0100813583

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES
P O BOX 1203
MONTGOMERY, AL 36102-1203

Copy of Image

Form D-8

(Rev. 3-2002)

0100813583

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

FLORIDA ROCK INDUSTRIES INC
P O BOX 7627
MACON, GA 31209

Copy of Image

Form D-8

(Rev. 3-2002)

0100813583

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:
M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:
ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



## CANAL INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

Copy of Image

Form D-8

(Rev. 3-2002)

0100813583

Copy of Image

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

## NOTICE OF REINSTATEMENT

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232


**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

Agent Copy

Notice sent to:
   *ADD. INSURED -  J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
   *ADD. INSURED -  INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
   *ADD. INSURED -  VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
   *ADD. INSURED -  LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
   *ADD. INSURED -  HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
   *ADD. INSURED -  AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
   *ADD. INSURED -  ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
   *ADD. INSURED -  REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
   *ADD. INSURED -  REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203
   *ADD. INSURED -  FLORIDA ROCK INDUSTRIES INC - P O BOX 7627 - MACON, GA 31209
   E1 FULLY EARNED PREM -  - - ,
   E1 FULLY EARNED PREM -  - - ,
   E1 FULLY EARNED PREM -  - - ,
   E1 FULLY EARNED PREM -  - - ,
   E1 FULLY EARNED PREM -  - - ,
   E1 FULLY EARNED PREM -  - - ,
   E1 FULLY EARNED PREM -  - - ,
   E1 FULLY EARNED PREM -  - - ,

City License Authority or Loss Payee:

Form D-8

Copy of Image

(Rev. 3-2002)

0100813583

161078829

Copy of Image

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 5/28/2005 | 5/4/2005 | 5/4/2005 |

## NOTICE OF REINSTATEMENT

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



# CANAL
## INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

Agent Copy

Notice sent to:
    E1 FULLY EARNED PREM -  - - .
    E1 FULLY EARNED PREM -  - - .
    E1 FULLY EARNED PREM -  - - .

City License Authority or Loss Payee:

Copy of Image

Form D-8

(Rev. 3-2002)

0100813583

161080539

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



# CANAL
# INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA   29602

Home Office Copy

*ADD. INSURED - J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
*ADD. INSURED - INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
*ADD. INSURED - VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
*ADD. INSURED - LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
*ADD. INSURED - HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
*ADD. INSURED - AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
*ADD. INSURED - ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
*ADD. INSURED - REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
*ADD. INSURED - REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203
*ADD. INSURED - FLORIDA ROCK INDUSTRIES INC - P O BOX 7627 - MACON, GA 31209
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .

City License Authority or Loss Payee:

Form D-8

Copy of Image

(Rev. 3-2002)

0100813795

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
_____
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7  GREENVILLE, SOUTH CAROLINA  29602

Home Office Copy

E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .

City License Authority or Loss Payee:

Form D-8

(Rev. 3-2002)

0100813795

161080539

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

Insured Copy

City License Authority or Loss Payee:

Form D-8

(Rev. 3-2002)

0100813795

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



CANAL INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

Producing Agent Copy

*ADD. INSURED - J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
*ADD. INSURED - INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
*ADD. INSURED - VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
*ADD. INSURED - LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
*ADD. INSURED - HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
*ADD. INSURED - AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
*ADD. INSURED - ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
*ADD. INSURED - REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
*ADD. INSURED - REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203
*ADD. INSURED - FLORIDA ROCK INDUSTRIES INC - P O BOX 7627 - MACON, GA 31209

City License Authority or Loss Payee:

PALOMAR INSURANCE CORPORATION
P O DRAWER 11128
MONTGOMERY AL 36111

Copy of Image

Form D-8

(Rev. 3-2002)

0100913795

Copy of Image

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

## NOTICE OF REINSTATEMENT

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7  GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

J & L CONTRACTORS
P O BOX 427
AUBURN, AL 36831

Copy of Image

Form D-8

(Rev. 3-2002)

0100813795

161080539

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

INTERNATIONAL PAPER
2100 INDUSTRIAL BLVD
OPELIKA, AL 36801

Copy of Image

Form D-8

(Rev. 3-2002)

0100813795

161080539

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7  GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

VULCAN CONSTRUCTION MATERIALS
P O BOX 385016
BIRMINGHAM, AL 35328-5016

Copy of Image

Form D-8

(Rev. 3-2002)

0100813795

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



CANAL
INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

LAFARGE MATERIALS
P O BOX 1048
ALPHARETTA, GA 30009-1048

Copy of Image

Form D-8

(Rev. 3-2002)

0100813795

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



# CANAL
# INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

HANSON AGGREGATES SOUTHEAST INC
100 CRESCENT CENTRE PARKWAY SUITE 1240
TUCKER, GA 30084

Form D-8

(Rev. 3-2002)

0100813795

161080539

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL**
**INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

AUBURN TRUCK SERVICE
P O BOX 1743
AUBURN, AL 36831-1743

Copy of Image

Form D-8

(Rev. 3-2002)

0100813795

161080539

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



## CANAL INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

ROYSTER-CLARK, INC
P O BOX 948
AMERICUS, GA 31709-0948

Form D-8

Copy of Image

(Rev. 3-2002)

0100813795

161080539

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



# CANAL
## INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

REGIONS FINANCIAL CORP
P O BOX 1203
MONTGOMERY, AL 36102

Copy of Image

Form D-8

(Rev. 3-2002)

0100813795

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7  GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES
P O BOX 1203
MONTGOMERY, AL 36102-1203

Copy of Image

Form D-8

(Rev. 3-2002)

0100813795

# NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS
POLICY ON THE DATE SHOWN IS HEREBY RESCINDED
AND THE POLICY IS REINSTATED ON THE DATE OF
REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*

Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



# CANAL
## INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

FLORIDA ROCK INDUSTRIES INC
P O BOX 7627
MACON, GA 31209

Form D-8

(Rev. 3-2002)

0100813795

161080539

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---------------|--------------------------------|---------------------------------|----------------|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



# CANAL
## INSURANCE
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

3rd Party Copy

City License Authority or Loss Payee:

Copy of Image

Form D-8

(Rev. 3-2002)

0100813795

161080539

Copy of Image

## NOTICE OF REINSTATEMENT

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7   GREENVILLE, SOUTH CAROLINA  29602

Agent Copy

Notice sent to:
*ADD. INSURED - J & L CONTRACTORS - P O BOX 427 - AUBURN, AL 36831
*ADD. INSURED - INTERNATIONAL PAPER - 2100 INDUSTRIAL BLVD - OPELIKA, AL 36801
*ADD. INSURED - VULCAN CONSTRUCTION MATERIALS - P O BOX 385016 - BIRMINGHAM, AL 35328-5016
*ADD. INSURED - LAFARGE MATERIALS - P O BOX 1048 - ALPHARETTA, GA 30009-1048
*ADD. INSURED - HANSON AGGREGATES SOUTHEAST INC - 100 CRESCENT CENTRE PARKWAY SUITE 1240 - TUCKER, GA 30084
*ADD. INSURED - AUBURN TRUCK SERVICE - P O BOX 1743 - AUBURN, AL 36831-1743
*ADD. INSURED - ROYSTER-CLARK, INC - P O BOX 948 - AMERICUS, GA 31709-0948
*ADD. INSURED - REGIONS FINANCIAL CORP - P O BOX 1203 - MONTGOMERY, AL 36102
*ADD. INSURED - REGIONS FINANCIAL CORP ITS SUBSIDIARIES & AFFILIATES - P O BOX 1203 - MONTGOMERY, AL 36102-1203
*ADD. INSURED - FLORIDA ROCK INDUSTRIES INC - P O BOX 7627 - MACON, GA 31209
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .
E1 FULLY EARNED PREM - - - .

City License Authority or Loss Payee:

Form D-8

Copy of Image

(Rev. 3-2002)

0100813795

161080539

Copy of Image

| Policy Number | Effective Date of Cancellation | Effective Date of Reinstatement | Date of Notice |
|---|---|---|---|
| 373790 | 6/28/2005 | 6/2/2005 | 6/2/2005 |

## NOTICE OF REINSTATEMENT

THE CANCELLATION NOTICE TERMINATING THIS POLICY ON THE DATE SHOWN IS HEREBY RESCINDED AND THE POLICY IS REINSTATED ON THE DATE OF REINSTATEMENT INDICATED.

INSURED:

M & M TRUCKING COMPANY, INC & M & M MATERIALS AND/OR M & M TRUCKING CO., INC.
P O BOX 1743
AUBURN, AL 36831

*Estelle E. Smith*
Authorized Representative

AGENT:

ALABAMA PUBLIC AUTO INS AGCY LIC#A043008
PO BOX 321215
BIRMINGHAM, AL 35232



**CANAL INSURANCE**
BOX 7  GREENVILLE, SOUTH CAROLINA  29602

Agent Copy

Notice sent to:
  E1 FULLY EARNED PREM  -  -  -  .
  E1 FULLY EARNED PREM  -  -  -  .
  E1 FULLY EARNED PREM  -  -  -  .

City License Authority or Loss Payee:

Form D-8

Copy of Image

(Rev. 3-2002)

0100813795