## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | **Summons** |
| | ) | (Issued pursuant to Rule 4 of |
| | ) | the Federal Rules of Civil |
| Plaintiff, | ) | Procedure or other appropriate |
| | ) | law.) |
| v. | ) | |
| | ) | CIVIL ACTION CASE NUMBER: |
| STEVEN L. THOMAS, et al., | ) | 3:07cv95-MHT |
| | ) | |
| Defendants. | ) | |

### SUMMONS

TO DEFENDANT:   **DARREL L. McDONEL**
153 E. 6th Street
Prattville, AL 36067

You are hereby summoned and required to serve upon plaintiff's attorney(s):

K. Donald Simms, David R. Wells, MILLER, HAMILTON, SNIDER & ODOM, LLC,
505 20th Street North, Suite 500, Birmingham, Alabama 35203  - (205) 226-5200

A response to the complaint which is herewith served upon you, within **20** days after service of the summons upon you, exclusive of the day of service.  **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**  A signed copy of your response MUST also be filed with the court.

DATE: 2/7/07

DEBRA P. HACKETT, CLERK

By: William C. [signature]

Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
P.O. Box 711
Montgomery, Alabama 36101-0711

**CASE NO.** _____

## RETURN ON SERVICE OF WRIT

I hereby certify and return that on the ____ day of _____, 2007, I served this summons together with the complaint as follows:

☐   By personal service on the defendant at_____
_____

☐   By serving a person of suitable age and discretion then residing in the defendant's usual place of abode. (Give name and address of person served.)
_____
_____

☐   By serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process of the defendant corporation, partnership, or unincorporated association. (Give name, capacity and address of person served.)
_____
_____

*I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____          _____
*Date*                                                  *Authorized or Specially Appointed Process Server*

Costs of Service:   Service fee:                                              $
                    Expenses: _____ miles @ _____ cents   $_____
                                                    TOTAL     $