**RETURN RECEIPT REQUESTED**
**USPS MAIL CARRIER**
**DETACH ALONG PERFORATION**

2. Article Number

7160 3901 9849 0856 3373

3. Service Type **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

Darrel L. McDonel
153 E. 6th Street
Prattville, AL 36067

07cv95 S&C

PS Form 3811, January 2005    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)  Darrel McDonel
B. Date of Delivery  2-12-07
C. Signature
X [signature]
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

**Reference Information**