IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA RECEIVED
EASTERN DIVISION

2007 FEB 13  A 9: 57

| | |
|---|---|
| CANAL INSURANCE COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| STEPHEN L. THOMAS, as the Personal | ) |
| Representative and Administrator of the | ) |
| Estate of JANA E. THOMAS, deceased, | ) |
| TAYLOR THOMAS, a minor, by and | ) |
| through her next friend and father, | ) |
| STEPHEN L. THOMAS; | ) |
| HUNTER THOMAS, a minor by and | ) |
| through his next friend and father, | ) |
| STEPHEN L. THOMAS; et al. | ) |
| | ) |
| Defendants. | ) |

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO.:

3:07 CV 95 - MHT

## NOTICE OF LAWSUIT AND REQUEST
## FOR WAIVER OF SERVICE OF SUMMONS

TO:   David H. Marsh
      Jeffrey C. Rickard
      MARSH, RICKARD & BRYAN, P.C.
      800 Shades Creek Pkwy.
      Suite 600 D
      Birmingham, AL 35209

A lawsuit has been commended against your clients, STEPHEN L. THOMAS, as the Personal Representative and Administrator of the Estate of JANA E. THOMAS, deceased, TAYLOR THOMAS, a minor, by and through her next friend and father, STEPHEN L. THOMAS; HUNTER THOMAS, a minor by and through his next friend and father, STEPHEN L. THOMAS. A copy of the complaint is attached to this Notice. It has been filed in the United States District Court for the Middle District of Alabama, and has been assigned docket number:

3:07 CV 95 - MHT.

This is not a formal summons or notification from the Court, but rather my request that you sign and return the enclosed Acceptance of Service waiver in order to save the cost of serving your client with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver with 20 days after the date designated below as the date on which this Notice and Request is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the waiver is also attached for your records.

If you comply with this request and return the signed waiver, it will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed, except that you will not be obligated to answer the complaint before 60 days from the date designated below as the date on which this notice is sent.

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Federal Rules of Civil Procedure and will then, to the extent authorized by those Rules, ask the court to require you (or the party on whose behalf you are addressed) to pay the full costs of such service.

I affirm that this request is being sent to you on behalf of the Plaintiff, this _12th_ day of ___February___, 2007.

K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
ADAM M. MILAM (ASB-2597-M73A)
Attorneys for Plaintiff,
Canal Insurance Company