## IN THE UNITED STATED DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **CANAL INSURANCE COMPANY** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO.: 3:07 CV95-** |
| ) | **MHT** |
| **v.** ) | |
| ) | |
| **STEPHEN L. THOMAS, as the** ) | |
| **Personal Representative and** ) | |
| **Administrator of the Estate of** ) | |
| **JANA E. THOMAS, deceased,** ) | |
| **T.T., a minor, by and through her** ) | |
| **Next friend and father, STEPHEN** ) | |
| **L. THOMAS; H.T., a minor by and** ) | |
| **Through his next friend and father,** ) | |
| **STEPHEN L. THOMAS; M&M** ) | |
| **TRUCKING COMPANY, INC.;** ) | |
| **DARREL L.MCDONEL;** ) | |
| **ROLLEN ROCK, INC., BRETT** ) | |
| **MCANALLY d/b/a ROLLEN** ) | |
| **ROCK, INC.; JEFF FAIR;** ) | |
| **NATIONWIDE MUTUAL** ) | |
| **INSURANCE COMPANY; AND** ) | |
| **FARMERS INSURANCE** ) | |
| **EXCHANGE,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## ACCEPTANCE OF SERVICE

COMES NOW Ronald J. Gault, as attorney for Farmers Insurance Exchange, one of the Defendants in the above-styled case, and hereby accepts service of process for said Defendant.

/s/Ronald J. Gault
Ronald J. Gault (GAU004)
Attorney for Defendant
Farmers Insurance Exchange

**OF COUNSEL:**
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, Alabama  35243
(205) 980-5888

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel for all parties electronically or by placing a copy of same in the United States Mail, properly addressed and postage prepaid, this the 21st day of February, 2007, to:

Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway, Suite 600D
Birmingham, Alabama  35209

M&M Trucking Company, Inc.
Rollen Rock, Inc.
Brett McAnally d/b/a Rollen Rock, Inc.
Rolling Rock, Inc.
Brett McAnally d/b/a Rolling Rock, Inc.
c/o Elizabeth McAdory
The Mcadory Borg Law Firm, P.C.
121 Mitchum Avenue
Auburn, Alabama 36830

Jeff Fair
c/o James B. Douglas, Jr.
P.O. Box 1423
Auburn, Alabama 36831-1423

Nationwide Mutual Insurance Company
c/o George M Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, Alabama 35244

Darrel L. McDonel
153 E. 6th Street
Prattville, Alabama 36067


/s/Ronald J. Gault_____
OF COUNSEL