02.20.2007

RECEIVED
2007 MAR -1  A 9: 22

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## Response to Complaint for Declaratory Judgment

Comes now the defendant, Darrel L. McDonel, denying any guilt or part in the Civil Action Case identified as 3:07 cv 95-MHT.

*[signature]*

Darrel L. McDonel

Darrel McDaniel
103 Deer Trace
Prattville AL. 36067

MONTGOMERY AL 361
25 FEB 2007 PM 4 L

36101+0711

Debra P. Hackett Clerk
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery AL.
36101-0711