IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| STEPHEN L. THOMAS, as the Personal | ) | 3:07 CV 95 - MHT |
| Representative and Administrator of the | ) | |
| Estate of JANA E. THOMAS, deceased, | ) | |
| TAYLOR THOMAS, a minor, by and | ) | |
| through her next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| HUNTER THOMAS, a minor by and | ) | |
| through his next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| M & M TRUCKING COMPANY, INC.; | ) | |
| DARREL L. MCDONEL; ROLLEN | ) | |
| ROCK, INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLEN ROCK, INC.; ROLLING ROCK, | ) | |
| INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLING ROCK, INC.; JEFF FAIR; | ) | |
| NATIONWIDE MUTUAL INSURANCE | ) | |
| COMPANY; and FARMERS | ) | |
| INSURANCE EXCHANGE, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION TO STAY**

  COME NOW Defendants M&M Trucking Company, Inc., Darrel L. McDonel, Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rock, Inc., and move the Court to stay the present action Complaint for Declaratory Judgment filed by Canal Insurance Company, and in support of said motion would show as follows:

1. In the declaratory judgment action filed by Plaintiff Canal Insurance Company, ("Canal"), Plaintiff asks the Court to determine certain duties and responsibilities of Canal as to its insured M&M Trucking Company, Inc. ("M&M") under the terms of a vehicle insurance policy issued by Canal to M&M.
2. All Defendants named in Plaintiff's declaratory judgment action are parties in civil litigation currently pending in the Circuit Court of Lee County, Alabama.
3. The state court litigation includes parties involved in, or having a subrogation interest in, motor vehicle collisions that occurred on or about October 24, 2005 in Opelika, Lee County, Alabama, and consists of three separate actions, about which a motion to consolidate is presently pending.
4. The sole issue presented by Plaintiff Canal in its declaratory judgment complaint concerns whether the collisions that are the subject of litigation currently before the Circuit Court of Lee County, Alabama, will be determined to be one accident, incident, or occurrence, or more than one of any of the aforementioned.
5. The same question presented by Canal Insurance Company in its declaratory judgment action is currently pending before the Circuit Court of Lee County, Alabama, wherein Defendants have submitted a Motion to Consolidate and Plaintiff's have filed a response with supporting brief; and where Honorable Jacob Walker, Circuit Judge, has taken the matter under advisement pending ruling on said question.
6. In addition to ruling on the Motion to Consolidate the state court has also before it the aforementioned issue raised by Plaintiffs as to the

number of occurrences or accidents that occurred on October 24, 2005 between the parties.

7. Each and every Defendant named in the instant case by Canal has previously and currently submitted to jurisdiction in the Circuit Court of Lee County, Alabama, with Plaintiff Canal being aware of same and consistently informed as to the status of the pending motion before the Circuit Court of Lee County, Alabama.

8. Canal is both represented by agents in Lee County, Alabama and doing business in Lee County, Alabama, where the state court action is being litigated.

9. In fact, Plaintiff Canal has consistently maintained communication about the state court litigation and has been copied on pleadings and otherwise made aware of the question before the state court as to possible consolidation as well as being aware of Plaintiff's brief covering the question of the number of occurrences, and could have intervened in same at any time since the question was first put in front of the Court in October , 2006.

10. Thus, there exists no reason why Canal, who has been consistently apprised of all issues of the state court action, and whose interests have been well protected there, cannot enter an appearance in the Circuit Court of Lee County where the facts of the case, as related to the pending motion before the Court, are already being litigated and can best be presented, where the litigants are already involved, and without the necessity of duplication of issues, attorney fees, court costs, court time, and other expenses to Defendants in another action wherein the exact issues will be considered, as well unnecessarily adding to the docket of the United States District Court when the

exact issue is currently pending before a state court where said ruling is eminent.

11. Defendants would further show the Court that, although there is a trial date upcoming in the state court matter, the Defendant driver has yet to be deposed, and will not likely be deposed as long as criminal charges are pending against said driver.

12. It would cause Canal no hardship or delay the state case if Canal's question presented in this declaratory judgment action is determined by the state court judge in the state court preceding, where the fact issues and any witness testimony that must be considered when rendering a ruling on this issue are present in the state court action.

13. Defendants would further show the Court that duplication of attorney fees and costs for Defendants to be represented in this case are not paid by, nor recoverable by, any insurance of Defendants and accordingly would move the Court to order all such fees be reimbursed to Defendants by Plaintiff Canal if Defendants' Motion to Stay is denied.

THE ABOVE PREMISES CONSIDERED, the aforementioned Defendants move the Court to stay this action pending action from the Circuit Court of Lee County, Alabama.

RESPECTFULLY SUBMITTED this 2nd day of March, 2007.

/s/ Elizabeth McAdory Borg
Elizabeth McAdory Borg
Attorney for M&M Trucking
Co., Inc., Rollen Rock, Inc.
and Brett McAnally d/b/a
Rollen Rock, Inc.

**CERTIFICATE OF SERVICE**

      I do hereby certify that a true and correct copy of the foregoing was served upon the following via **Case Management/Electronic Case Files** electronic filing and Darrel McDonel was served by placing a copy of same in the U.S. Mail postage prepaid and properly addressed on this the 2nd day of March, 2007.J

Jeffrey Rickard, Esquire
800 Shades Creek Pkwy, Ste 600 D
Birmingham, AL 35209-4532

David Marsh, Esquire
800 Shades Creek Pkwy, Ste 600 D
Birmingham, AL 35209-4532

Ronald Gault, Esquire
Gaines, Wolter, & Kinney P.C.
3500 Blue Lake Dr Ste 425
Birmingham, AL 35243-1907

Ralph Gaines, Esquire
Gaines, Wolter, & Kinney P.C.
3500 Blue Lake Dr Ste 425
Birmingham, AL 35243-1907

David Wells, Esquire
Miller, Hamilton, Snider, & Odom, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, AL 35203

James Douglas, Jr., Esquire
P.O. Box 1423
Auburn, AL 36831-1423

George Vaughn, Esquire
Paden & Paden, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

Darrel L. McDonel
153 E. 6th Street
Prattville, AL 36067


                              /s/ Elizabeth McAdory Borg
                              Elizabeth McAdory Borg
                              Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| STEPHEN L. THOMAS, as the Personal | ) | 3:07 CV 95 - MHT |
| Representative and Administrator of the | ) | |
| Estate of JANA E. THOMAS, deceased, | ) | |
| TAYLOR THOMAS, a minor, by and | ) | |
| through her next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| HUNTER THOMAS, a minor by and | ) | |
| through his next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| M & M TRUCKING COMPANY, INC.; | ) | |
| DARREL L. MCDONEL; ROLLEN | ) | |
| ROCK, INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLEN ROCK, INC.; ROLLING ROCK, | ) | |
| INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLING ROCK, INC.; JEFF FAIR; | ) | |
| NATIONWIDE MUTUAL INSURANCE | ) | |
| COMPANY; and FARMERS | ) | |
| INSURANCE EXCHANGE, | ) | |
| | ) | |
|     Defendants. | ) | |

# CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

__X__ There are no entities to be reported.

- or -

The following entities are hereby reported:

_____

_____

_____


3/2/07                                              /s/ Elizabeth McAdory Borg_____
 Date                                               Elizabeth McAdory Borg

                                                    Counsel for:
                                                    M & M TRUCKING COMPANY, INC.;
                                                    DARREL L. MCDONEL; ROLLEN
                                                    ROCK, INC.; BRETT MCANALLY d/b/a
                                                    ROLLEN ROCK, INC._____

                                                    121 Mitcham Avenue, Auburn, AL 36830
                                                    Address, City, State Zip Code

                                                    (334) 502-4529_____
                                                    Telephone Number