IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| STEPHEN L. THOMAS, as the Personal | ) | 3:07 CV 95 - MHT |
| Representative and Administrator of the | ) | |
| Estate of JANA E. THOMAS, deceased, | ) | |
| TAYLOR THOMAS, a minor, by and | ) | |
| through her next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| HUNTER THOMAS, a minor by and | ) | |
| through his next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| M & M TRUCKING COMPANY, INC.; | ) | |
| DARREL L. MCDONEL; ROLLEN | ) | |
| ROCK, INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLEN ROCK, INC.; ROLLING ROCK, | ) | |
| INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLING ROCK, INC.; JEFF FAIR; | ) | |
| NATIONWIDE MUTUAL INSURANCE | ) | |
| COMPANY; and FARMERS | ) | |
| INSURANCE EXCHANGE, | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

  In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  __X__  There are no entities to be reported.

           - or -

  The following entities are hereby reported:

  _____

  _____

  _____


| | |
|---|---|
| 3/5/07 | /s/ Elizabeth McAdory Borg_____ |
| Date | Elizabeth McAdory Borg |
| | |
| | Counsel for: |
| | M & M TRUCKING COMPANY, INC.; DARREL L. MCDONEL; ROLLEN ROCK, INC.; BRETT MCANALLY |
| d/b/a | |
| | ROLLEN ROCK, INC._____ |
| | |
| | 121 Mitcham Avenue, Auburn, AL 36830 |
| | Address, City, State Zip Code |
| | |
| | (334) 502-4529_____ |
| | Telephone Number |

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served upon the following via **Case Management/Electronic Case Files** electronic filing and Darrel McDonel was served by placing a copy of same in the U.S. Mail postage prepaid and properly addressed on this the 5th day of March, 2007.

Jeffrey Rickard, Esquire
800 Shades Creek Pkwy, Ste 600 D
David Marsh, Esquire
800 Shades Creek Pkwy, Ste 600 D
Birmingham, AL 35209-4532

Ronald Gault, Esquire
Gaines, Wolter, & Kinney P.C.
3500 Blue Lake Dr Ste 425
Birmingham, AL 35243-1907

Ralph Gaines, Esquire
Gaines, Wolter, & Kinney P.C.
3500 Blue Lake Dr Ste 425
Birmingham, AL 35243-1907

David Wells, Esquire
Miller, Hamilton, Snider, & Odom, L.L.C.
Birmingham, AL 35209-4532

500 Financial Center
505 20th Street North
Birmingham, AL 35203

James Douglas, Jr., Esquire
P.O. Box 1423
Auburn, AL 36831-1423

George Vaughn, Esquire
Paden & Paden, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

Darrel L. McDonel
153 E. 6th Street
Prattville, AL 36067


/s/ Elizabeth McAdory Borg
Elizabeth McAdory Borg
Attorney for Defendant