IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY )<br>)<br>**Plaintiff,** )<br>) CIVIL ACTION NO.: 3:07 CV95-<br>) MHT<br>v. )<br>)<br>STEPHEN L. THOMAS, as the )<br>Personal Representative and )<br>Administrator of the Estate of )<br>JANA E. THOMAS, deceased, )<br>T.T., a minor, by and through her )<br>Next friend and father, STEPHEN )<br>L. THOMAS; H.T., a minor by and )<br>Through his next friend and father, )<br>STEPHEN L. THOMAS; M&M )<br>TRUCKING COMPANY, INC.; )<br>DARREL L.MCDONEL; )<br>ROLLEN ROCK, INC., BRETT )<br>MCANALLY d/b/a ROLLEN )<br>ROCK, INC.; JEFF FAIR; )<br>NATIONWIDE MUTUAL )<br>INSURANCE COMPANY; AND )<br>FARMERS INSURANCE )<br>EXCHANGE, )<br>)<br>)<br>**Defendants.** ) | |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

In accordance with the Order of this Court, the undersigned party or parties to the above captioned matter do hereby make the following disclosure

concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors', committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order Number 3047:

The following entities are hereby reported:

1.  Farmers Insurance Exchange

                                                  /s/Ronald J. Gault
                                                  Ronald J. Gault (GAU004)
                                                  Attorney for Defendant
                                                  Farmers Insurance Exchange

**OF COUNSEL:**
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, Alabama 35243
(205) 980-5888

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel for all parties electronically or by placing a copy of same in the United States Mail, properly addressed and postage prepaid, this the 5th day of March, 2007, to:

Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway, Suite 600D
Birmingham, Alabama 35209

M&M Trucking Company, Inc.
Rollen Rock, Inc.
Brett McAnally d/b/a Rollen Rock, Inc.
Rolling Rock, Inc.
Brett McAnally d/b/a Rolling Rock, Inc.
c/o Elizabeth McAdory
The Mcadory Borg Law Firm, P.C.
121 Mitchum Avenue
Auburn, Alabama 36830

Jeff Fair
c/o James B. Douglas, Jr.
P.O. Box 1423
Auburn, Alabama 36831-1423

Nationwide Mutual Insurance Company
c/o George M Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, Alabama 35244

Darrel L. McDonel
153 E. 6th Street
Prattville, Alabama 36067

/s/Ronald J. Gault
OF COUNSEL