IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. THOMAS, as the Personal )<br>Representative and Administrator of the )<br>Estate of JANA E. THOMAS, deceased, )<br>TAYLOR THOMAS, a minor, by and )<br>through her next friend and father, )<br>STEPHEN L. THOMAS; )<br>M & M TRUCKING COMPANY, INC.; )<br>DARYL L. MCDONALD; )<br>ROLLEN ROCK, INC., )<br>BRETT MCANALLY d/b/a ROLLING )<br>ROCK, INC.; JEFF FAIR; NATIONWIDE )<br>MUTUAL INSURANCE COMPANY; and )<br>FARMERS INSURANCE EXCHANGE, )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br><br>3:07 CV95-MHT |

**PLAINTIFF'S OPPOSITION TO MOTION TO STAY**

COMES NOW the Plaintiff, Canal Insurance Company, and for Response to the Motion to Stay filed on behalf of M & M Trucking, Inc., Darrel L. McDonel, Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rock, Inc., shows unto the Court as follows:

1. Counsel for Defendants M & M Trucking Company, Inc., Darell L. McDonel, Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rock, Inc. (hereinafter

"M & M Trucking") asserts this Court should stay the proceeding filed on behalf of Canal Insurance Company ("Canal") because there is currently pending a Motion to Consolidate the three underlying lawsuits which form the basis of Canal's Complaint for Declaratory Judgment and that the issue of whether the accident giving rise to the three underlying lawsuits arose from a single or multiple occurrences has been raised in the Motion to Consolidate, or in a response to that Motion.

2. However, counsel for M & M Trucking fails to mention that Canal is not a party to any of the three underlying lawsuits and as such the only proceeding with all necessary parties involved is the current proceeding pending before this Court.

3. Additionally, while a Motion to Consolidate may have been filed in the three underlying lawsuits, said Motion has not yet been granted. Additionally, while the issue of whether the accident giving rise to the three underlying lawsuits constitutes a single or multiple occurrence may have been briefed before Judge Jacob Walker, that issue is not truly before Judge Walker.

4. Instead, the issues before Judge Walker would deal strictly with any potential liability of the Defendants and any damages to which the underlying Plaintiffs may be entitled.

5. The issue of whether the accident giving rise to the three underlying lawsuits constitutes a single occurrence as defined by the Canal Policy is a coverage issue and is only before this Court. Therefore, this is the only Court with jurisdiction

to address this coverage issue.

6.　For the foregoing reasons, it is clear this Court should deny the Motion to Stay filed on behalf of M & M Trucking and should further deny the request by counsel for M & M Trucking to award fees and costs for filing said Motion.

WHEREFORE, premises considered, Plaintiff, Canal Insurance Company, prays this Court will enter an Order denying the Motion to Stay filed on behalf of M & M Trucking Company, Inc., Darell L. McDonel, Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rock, Inc.

                Respectfully submitted,

                s/David R. Wells
                K. DONALD SIMMS (ASB-9801-M63K)
                DAVID R. WELLS (ASB-5009-L50D)
                Attorneys for Plaintiff,
                Canal Insurance Company

OF COUNSEL:

MILLER, HAMILTON,
SNIDER & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5226     fax

CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the foregoing pleading has been served upon the following via the CM/ECF electronic filing system, as well as by United States Mail, first-class postage pre-paid and properly addressed on this 6th day of March, 2007.

Steven L. Thomas
T. T.
H. T.
c/o David H. Marsh
Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Pkwy., Suite 600-D
Birmingham, AL 35209

M & M Trucking Company, Inc.
Rollen Rock, Inc.
Brett McAnally d/b/a Rollen Rock, Inc.
Rolling Rock, Inc.
Brett McAnally d/b/a Rolling Rock, Inc.
c/o Elizabeth McAdory Borg
THE MCADORY BORG LAWFIRM, P.C.
121 Mitchum Avenue
Auburn, AL 36830

Jeff Fair
c/o James B. Douglas, Jr.
P.O. Box 1423
Auburn, AL 36831-1423

Nationwide Mutual Insurance Company
c/o George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

Farmers Insurance Exchange
c/o Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243

Darrel L. McDonel
103 Deer Trace
Prattville, AL 36067

                                              s/David R. Wells
                                              OF COUNSEL