IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CANAL INSURANCE COMPANY            )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )        CIVIL ACTION NO.:
                                   )
STEPHEN L. THOMAS, as the Personal )        3:07 CV95-MHT
Representative and Administrator of the )
Estate of JANA E. THOMAS, deceased, )
TAYLOR THOMAS, a minor, by and     )
through her next friend and father, )
STEPHEN L. THOMAS;                 )
M & M TRUCKING COMPANY, INC.;      )
DARYL L. MCDONALD;                 )
ROLLEN ROCK, INC.,                 )
BRETT MCANALLY d/b/a ROLLING       )
ROCK, INC.; JEFF FAIR; NATIONWIDE  )
MUTUAL INSURANCE COMPANY; and      )
FARMERS INSURANCE EXCHANGE,        )
                                   )
        Defendants.                )

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

        In accordance with the order of this Court, the undersigned party or parties to the above-captioned matter do hereby make the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

        _x_            There are no entities to be reported.

                            -or-

        The following entities are hereby reported: _____

03/06/07                          s/David R. Wells
Date                              K. DONALD SIMMS (ASB-9801-M63K)
                                  DAVID R. WELLS (ASB-5009-L50D)

                                  Counsel for:
                                  Canal Insurance Company

                                  MILLER, HAMILTON,
                                  SNIDER & ODOM, L.L.C.
                                  500 Financial Center
                                  505 20th Street North
                                  Birmingham, Alabama 35203
                                  (205) 226-5200
                                  (205) 226-5226     fax

<u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing pleading has been served upon the following via the CM/ECF electronic filing system, as well as by United States Mail, first-class postage pre-paid and properly addressed on this 6th day of March, 2007.

Steven L. Thomas
T. T.
H. T.
c/o David H. Marsh
Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Pkwy., Suite 600-D
Birmingham, AL 35209

M & M Trucking Company, Inc.
Rollen Rock, Inc.
Brett McAnally d/b/a Rollen Rock, Inc.
Rolling Rock, Inc.
Brett McAnally d/b/a Rolling Rock, Inc.
c/o Elizabeth McAdory Borg
THE MCADORY BORG LAWFIRM, P.C.
121 Mitchum Avenue
Auburn, AL 36830

Jeff Fair
c/o James B. Douglas, Jr.
P.O. Box 1423
Auburn, AL 36831-1423

Nationwide Mutual Insurance Company
c/o George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

Farmers Insurance Exchange
c/o Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243

Darrel L. McDonel
103 Deer Trace
Prattville, AL 36067

                                    s/David R. Wells
                                    OF COUNSEL