**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 7, 2007

# NOTICE OF ERROR

To:     All Counsel of Record

**Case Style:   Canal Insurance Company v. Thomas et al**

**Case Number:    3:07-cv-00095-MHT**

**Referenced Pleading:    Corporate Disclosure Statement**
**Docket Entry Number:    18**

**The referenced pleading was filed on \*\*March 5, 2007\*\*\* in this case and is hereby STRICKEN as a duplicate docket entry.**

**Docket Entry 17 & 18 are identical, therefore 18 is being STRICKEN from the record as an erroneous erroneous duplicate docket entry.  Parties are instructed to disregard 18 docketing entry and refer only to 17.**