IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

CANAL INSURANCE COMPANY, )
)
   Plaintiff, )
)   CIVIL ACTION NO.
   v. )   3:07cv95-MHT
)
STEPHEN L. THOMAS, etc., )
et al., )
)
   Defendants. )

ORDER

It is ORDERED that the motion to stay (Doc. No. 16) is set for submission, without oral argument, on March 26, 2007, with all briefs due by said date.

DONE, this the 8th day of March, 2007.

          /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE