IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CANAL INSURANCE COMPANY,     )
                             )
    Plaintiff,               )
                             )        CIVIL ACTION NO.
    v.                       )          3:07cv95-MHT
                             )
STEPHEN L. THOMAS, etc.,     )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to amend complaint (Doc. No. 20) is granted.  The court assumes that the non-movants have no objection to the allowance of the amendment; however, if they do, they must file the objection within seven (7) from the date of this order.

DONE, this the 8th day of March, 2007.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE