IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:07cv95-MHT |
| | ) | |
| STEPHEN L. THOMAS, etc., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 26) is granted.

DONE, this the 9th day of March, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE