IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

2007 MAR 14 A 9:28

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| STEPHEN L. THOMAS, as the Personal | ) | 3:07 CV 95 - MHT |
| Representative and Administrator of the | ) | |
| Estate of JANA E. THOMAS, deceased, | ) | |
| T.T, a minor, by and through her next | ) | |
| friend and father, STEPHEN L. THOMAS; | ) | |
| H.T., a minor by and through his next | ) | MAR 9 2007 |
| friend and father, STEPHEN L. THOMAS; | ) | |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

## WAIVER OF SERVICE OF SUMMONS

TO:   CANAL INSURANCE COMPANY

I, David H. Marsh, acknowledge receipt of your request that I waive service of summons in the action of CANAL INSURANCE COMPANY V. STEPHEN L. THOMAS, et al., which is the case number 3:07 CV 95-MHT, in the United States District Court for the Middle District of Alabama.

I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or

objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after February 7, 2007, or within 90 days after that date if the request was sent outside the United States.

_____3-7-07_____            _____[signature]_____
    date                                        signature

printed/typed name: DAVID H. MARSH

As ATTORNEY of Stephen L. Thomas, as the Personal Representative and Administrator of the Estate of Jana E. Thomas, deceased, T.T., a minor suing by and through her father and next friend, Stephen L. Thomas, and H.T., a minor suing by and through his father and next friend, Stephen L. Thomas