IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| STEPHEN L. THOMAS, as the Personal | ) | 3:07 CV 95 - MHT |
| Representative and Administrator of the | ) | |
| Estate of JANA E. THOMAS, deceased, | ) | |
| TAYLOR THOMAS, a minor, by and | ) | |
| through her next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| HUNTER THOMAS, a minor by and | ) | |
| through his next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| M & M TRUCKING COMPANY, INC.; | ) | |
| DARREL L. MCDONEL; ROLLEN | ) | |
| ROCK, INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLEN ROCK, INC.; ROLLING ROCK, | ) | |
| INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLING ROCK, INC.; JEFF FAIR; | ) | |
| NATIONWIDE MUTUAL INSURANCE | ) | |
| COMPANY; and FARMERS | ) | |
| INSURANCE EXCHANGE, | ) | |
| | ) | |
| Defendants. | ) | |

**AMENDED MOTION TO STAY**

COME NOW Defendants M&M Trucking Company, Inc., Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rock, Inc., and amends their previously filed Motion to Stay

to include Plaintiff's First Amended Complaint and Second Amended Complaint, with all claims asserted therein.

RESPECTFULLY SUBMITTED this 16th day of March, 2007.

/s/ Elizabeth McAdory Borg
Elizabeth McAdory Borg
Attorney for M&M Trucking
Co., Inc., Rollen Rock, Inc.
and Brett McAnally d/b/a
Rollen Rock, Inc.

## CERTIFICATE OF SERVICE

       I do hereby certify that a true and correct copy of the foregoing was served upon the following via **Case Management/Electronic Case Files** electronic filing and Darrel McDonel was served by placing a copy of same in the U.S. Mail postage prepaid and properly addressed on this the 16[h] day of March, 2007.

Jeffrey Rickard, Esquire
800 Shades Creek Pkwy, Ste 600 D
Birmingham, AL 35209-4532

David Marsh, Esquire
800 Shades Creek Pkwy, Ste 600 D
Birmingham, AL 35209-4532

Ronald Gault, Esquire
Gaines, Wolter, & Kinney P.C.
3500 Blue Lake Dr Ste 425
Birmingham, AL 35243-1907

Ralph Gaines, Esquire
Gaines, Wolter, & Kinney P.C.
3500 Blue Lake Dr Ste 425
Birmingham, AL 35243-1907

David Wells, Esquire
Miller, Hamilton, Snider, & Odom, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, AL 35203

James Douglas, Jr., Esquire
P.O. Box 1423
Auburn, AL 36831-1423

George Vaughn, Esquire
Paden & Paden, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

Darrel L. McDonel
103 Deer Trace
Prattville, AL 36067

                                                   /s/ Elizabeth McAdory Borg
                                                   Elizabeth McAdory Borg
                                                   Attorney for Defendant