IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CANAL INSURANCE COMPANY,    )
                            )
    Plaintiff,              )
                            )       CIVIL ACTION NO.
    v.                      )        3:07cv95-MHT
                            )
STEPHEN L. THOMAS, etc.,    )
et al.,                     )
                            )
    Defendants.             )
```

## ORDER

It is ORDERED that the amended motion to stay (Doc. No. 32) is set for submission, without oral argument, on March 26, 2007, with all briefs due by said date.

DONE, this the 16th day of March, 2007.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**