IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| STEPHEN L. THOMAS, as the Personal | ) | 3:07 CV 95 - MHT |
| Representative and Administrator of the | ) | |
| Estate of JANA E. THOMAS, deceased, | ) | |
| TAYLOR THOMAS, a minor, by and | ) | |
| through her next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| HUNTER THOMAS, a minor by and | ) | |
| through his next friend and father, | ) | |
| STEPHEN L. THOMAS; | ) | |
| M & M TRUCKING COMPANY, INC.; | ) | |
| DARREL L. MCDONEL; ROLLEN | ) | |
| ROCK, INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLEN ROCK, INC.; ROLLING ROCK, | ) | |
| INC.; BRETT MCANALLY d/b/a | ) | |
| ROLLING ROCK, INC.; JEFF FAIR; | ) | |
| NATIONWIDE MUTUAL INSURANCE | ) | |
| COMPANY; and FARMERS | ) | |
| INSURANCE EXCHANGE, | ) | |
| | ) | |
|     Defendants. | ) | |

**MOTION FOR EXTENSION OF TIME**

    COME NOW the Defendants M&M Trucking Company, Inc., Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rocki, Inc., by and through Counsel, and move this Honorable Court for an extension of time in which to submit their supporting brief for their pending Motion to Stay, and in support of said motion would show as follows:

1. Counsel for the above referenced Defendants has spent three of the past five working days out of town in hearings and trial preparation in the matter of *SouthTrust Bank v. Weed Contracting, Co., Inc.,* presently pending in the Circuit Court of Covington County, Alabama, and was ordered to mediation, which is scheduled to take place today in Montgomery, after eight hours of hearings in the Circuit Court of Covington County on Friday, March 23, 2007.

2. The trial of this matter is scheduled for this Wednesday March 28, 2007, thus requiring travel on tomorrow, Tuesday, March 27, 2007.

3. The motion hearing that occurred on Friday, continuing for the entire day, and the mediation ordered on Friday for today were both unanticipated by Defendants, and consumed the time that was set aside to prepare the brief that is due in this case today.

4. In support of said motion, Defendants submit the sworn affidavit of Daniel Hamm, Chapter 7 Trustee for Weed Contracting Company, Inc., in liquidation.

WHEREFORE THE ABOVE PREMISES CONSIDERED, Defendants move this Honorable Court for an extension of time of up to ten days for Defendants to file their brief supporting their Motion to Stay that is currently pending in this case.

RESPECTFULLY SUBMITTED this the 26th day of March, 2007.

/s/Elizabeth McAdory Bog
Elizabeth McAdory Borg
Attorney for Defendants

OF COUNSEL:
McAdoryBorg Law Firm, PC
121 Mitcham Avenue
Auburn, AL 36830
(334) 502-4529
lizborg@judgeborg.com

**CERTIFICATE OF SERVICE**

       I do hereby certify that a true and correct copy of the foregoing was served upon the following via **Case Management/Electronic Case Files** electronic filing and Darrel McDonel was served by placing a copy of same in the U.S. Mail postage prepaid and properly addressed on this the 15th day of March, 2007.

Jeffrey Rickard, Esquire
800 Shades Creek Pkwy, Ste 600 D
Birmingham, AL 35209-4532

David Marsh, Esquire
800 Shades Creek Pkwy, Ste 600 D
Birmingham, AL 35209-4532

Ronald Gault, Esquire
Gaines, Wolter, & Kinney P.C.
3500 Blue Lake Dr Ste 425
Birmingham, AL 35243-1907

Ralph Gaines, Esquire
Gaines, Wolter, & Kinney P.C.
3500 Blue Lake Dr Ste 425
Birmingham, AL 35243-1907

David Wells, Esquire
Miller, Hamilton, Snider, & Odom, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, AL 35203

James Douglas, Jr., Esquire
P.O. Box 1423
Auburn, AL 36831-1423

George Vaughn, Esquire
Paden & Paden, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

Darrel L. McDonel
103 Deer Trace
Prattvile, AL 36067

/s/ Elizabeth McAdory Borg
Elizabeth McAdory Borg

# TRUSTEE'S AFFIDAVIT

**COMES NOW,** Daniel G. Hamm, being over the age of nineteen (19) and makes this affidavit at the request of Ms. Elizabeth McAdory Borg, an attorney employed by the Bankruptcy Estate of *In re: Weed Contracting Company, Inc.* Bankruptcy Case number 02-12664, Middle District of Alabama. I am competent to testify to the following:

1. I am an attorney at law in good standing with and a member of the Alabama State Bar.

2. I am also a panel trustee for the United States Bankruptcy Court for the Middle District of Alabama. I am the Trustee for the Bankruptcy Estate of *In re: Weed Contracting Company, Inc.* Bankruptcy Case number 02-12664, Middle District of Alabama.

3. For in excess of two years, civil litigation involving the above referenced Bankruptcy Estate was pending in Covington County, Alabama. Matters and issues arose this past week that cause counsel for the Bankruptcy Estate, Ms. Elizabeth McAdory Borg, to devote significant time and attention to assure a favorable outcome for the Bankruptcy Estate.

4. This affidavit is prepared to assist Ms. McAdory-Borg in obtaining deadline extensions or continuances in other client matters where she was distracted from because of the effort devoted to Estate matters.

5. The undersigned Trustee is appreciative of the generous time and attention that Ms. McAdory-Borg devoted to addressing issues for the Bankruptcy Estate of *In re: Weed Contracting Company, Inc.*

**RESPECTFULLY SUBMITTED** this the 25th day of March, 2007.

/S/ DANIEL G. HAMM
_____
DANIEL G. HAMM (HAM043)
BANKRUPTCY PANEL TRUSTEE
IN RE: WEED CONTRACTING COMPANY, INC.
BANKRUPTCY CASE NUMBER 02-12664
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE         334-269-0269
FAX               334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Trustee's Affidavit by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorneys named below or parties if not represented by counsel.

**DONE** this the 25th day of March, 2007.

/s/ Daniel G. Hamm
_____
Daniel G. Hamm (HAM043)
Attorney for the
Defendants, V Restaurants,
Inc and Vince Saele
560 S. McDonough St., Ste. A
Montgomery, Alabama 36104
Telephone    334-269-0269
Fax          334-323-5666

Von Memory
James Day
Memory, Day & Azar
469 S. McDonough Street
Montgomery, Alabama 36104