IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| STEPHEN L. THOMAS, as the Personal | ) | 3:07 CV95-MHT |
| Representative and Administrator of the | ) | |
| Estate of JANA E. THOMAS, deceased, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S SUPPLEMENTAL OPPOSITION
## TO MOTION TO STAY

COMES NOW the Plaintiff, Canal Insurance Company, and files this Supplemental Opposition to the Motion to Stay filed on behalf of M & M Trucking Company, Inc., Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rock, Inc., and as grounds for such shows unto the Court as follows:

1.      In the Motion to Stay, counsel for Defendants M & M Trucking Company, Inc., Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rock, Inc., (hereinafter "M & M Trucking") asserts this Court should stay this proceeding primarily on the grounds that Motions to Consolidate have been filed in the three underlying lawsuits.

2. Attached to this Supplemental Opposition as "Exhibit 1" is a copy of an on-line Case Action Summary retrieved from SJIS in the Thomas litigation. A copy of the On-Line Case Action Summary retrieved from SJIS in the Fair litigation is attached hereto as "Exhibit 2" and a copy of the On-Line Case Action Summary obtained from SJIS in the Nationwide litigation is attached hereto as "Exhibit 3."

3. A careful review of Exhibits 1, 2 and 3 clearly reveals that as of the date of the filing of this Opposition, the trial courts in the three underlying lawsuits had not yet ruled on any Motions to Consolidate. Therefore, this litigation is the only case in which all parties are properly joined before a Court of competent jurisdiction.

4. Additionally, attached hereto as "Exhibit 4" is a copy of the On-Line Case Action Summary retrieved from SJIS regarding the criminal claims pending against Defendant Darrel McDonel, regarding the fact that he was charged with vehicular homicide. A review of Exhibit 4 reveals that the criminal case against Mr. McDonel has been continued on at least two occasions and is currently set for Trial on April 30, 2007.

5. As this Court is well aware, until the criminal charges identified in Exhibit 4 are resolved, Alabama law clearly states that Defendant McDonel cannot be compelled to testify in the underlying lawsuit while the criminal action is still pending as that would violate his Fifth Amendment right not to incriminate himself. *See Ex parte* Dinkle, ____ So. 2d _____, 2006 WL 2988688 (Ala.).

6.	The Plaintiff respectfully submits that the issue of whether or not the accident giving rise to the three underlying lawsuits constitutes a single or multiple occurrences can best be decided by this Court without the deposition testimony of Defendant McDonel.

7.	For that reason, this Court should deny the Motion to Stay and should retain jurisdiction over this matter which would result in the most efficient resolution of the single or multiple occurrence issue.

WHEREFORE, premises considered, Plaintiff Canal Insurance Company, respectfully requests this Court enter an Order denying the Motion to Stay filed on behalf of Defendants M & M Trucking, Inc., Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rock, Inc.

        Respectfully submitted,

        s/David R. Wells
        K. DONALD SIMMS (ASB-9801-M63K)
        DAVID R. WELLS (ASB-5009-L50D)
        Attorneys for Plaintiff,
        Canal Insurance Company

OF COUNSEL:

MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5226     fax

<u>CERTIFICATE OF SERVICE</u>

  I do hereby certify that a true and correct copy of the foregoing pleading has been served upon the following via the CM/ECF electronic filing system, as well as by United States Mail, first-class postage pre-paid and properly addressed on this 26th day of March, 2007.

David H. Marsh
Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Pkwy., Suite 600-D
Birmingham, AL 35209

Elizabeth McAdory Borg
THE MCADORY BORG LAWFIRM, P.C.
121 Mitchum Avenue
Auburn, AL 36830

James B. Douglas, Jr.
P.O. Box 1423
Auburn, AL 36831-1423

Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243

Darrel L. McDonel
103 Deer Trace
Prattville, AL 36067

Nationwide Mutual Insurance Company
c/o George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

                s/David R. Wells
                OF COUNSEL





## Alabama SJIS Case Detail



EXHIBIT 1

| Settings | Parties | Case Action Summary | Witness List | Financial | Consolidated CAS |

| Case | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| County | 43 | Case Number | CV 2005 000771 00 | JID | | JAW | Trial | J |
| Style | STEPHEN L THOMAS, AS THE PERSONAL REPRESENTATIVE & ADMINISTRATOR OF TH | | | | | | | |
| Code | WDEA | Type | WRONGFUL DEATH | Filed | 11292005 | | Track | |
| Amount | | Status | ACTIVE | Plaintiffs | 003 | | Defendants | 007 |
| DJID | | Court Action | 00000000 | | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | | No Damages | |
| Trial Days | | Lien | | | | | | |

| Settings | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | | | Description | |
| Date 2 | 03132007 | Que 2 | 001 | Time 2 | 0900 A | | Description | PTRC PRETRIAL CONFERENCE |
| Date 3 | 04092007 | Que 3 | 001 | Time 3 | 0830 A | | Description | JTRL TRIAL - JURY |
| Date 4 | 02232006 | Que 4 | 001 | Time 4 | 0900 A | | Description | SCHC SCHEDULE CONFERENCE |
| Cont Date | 10302006 | Why | V BY AGREEMENT PAR/ATY | | | | Cont # | 01 |
| RevJmt | | Admin Date | | Why | | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | | |
| TBNV1 | | TBNV2 | | DSDT | | | DTYP | |
| Comment 1 | | | | | | | | |
| Comment 2 | | | | | | | | |

| Party 1 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | THOMAS STEPHEN L, AS THE PERSONAL REPRESENTATIVE & | | | Type | INDIVIDUAL | |
| INDX | D M & M TRUCKI | ANAM | | | | JID | JAW | |
| SSN | | Address 1 | ADMINISTRATOR OF THE ESTA | | | Sex | | |
| DOB | | Address 2 | OF JANA E THOMAS, DECEASE | | | Race | | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 | |
| Atty 1 | MARSH DAVID H | Atty 2 | RICKARD JEFFREY CARL | Atty 3 | | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | | |
| Issued | | Type | | Reissue | | | Type | |
| Return | | Type | | Return | | | Type | |
| Service | | Type | | Serv On | | | By | |
| Answer | | Type | | NS Not | | | NA Not | |
| Warrant | | Type | | Arrest | | | | |
| CACT | | Date | | For | | | Exep | O |
| AMT | | Cost | | Other | | | Satisfied | |
| Comment | | | | | | | | |

| Party 2 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Party | C 002 | Name | THOMAS TAYLOR, A MINOR, BY & THROUGH HER NEXT FRIE | | | Type | INDIVIDUAL | |
| INDX | D M & M TRUCKI | ANAM | | | | JID | JAW | |
| SSN | | Address 1 | & FATHER, STEPHEN L THOMA | | | Sex | | |
| DOB | | Address 2 | | | | Race | | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 | |
| Atty 1 | MARSH DAVID H | Atty 2 | RICKARD JEFFREY CARL | Atty 3 | | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | | |
| Issued | | Type | | Reissue | | | Type | |
| Return | | Type | | Return | | | Type | |
| Service | | Type | | Serv On | | | By | |
| Answer | | Type | | NS Not | | | NA Not | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 3**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 003 | Name | THOMAS HUNTER, A MINOR, BY & THROUGH HER NEXT FRIE | | | Type | INDIVIDUAL |
| INDX | D M & M TRUCKI | ANAM | | | | JID | JAW |
| SSN | | Address 1 | & FATHER, STEPHEN L THOMA | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | MARSH DAVID H | Atty 2 | RICKARD JEFFREY CARL | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 4**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 001 | Name | M & M TRUCKING COMPANY, INC | | | Type | BUSINESS |
| INDX | C THOMAS STEPH | ANAM | | | | JID | JAW |
| SSN | | Address 1 | 980 LEE ROAD 10 | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AUBURN AL 36830 0000 | | | Phone | 334 000 0000 |
| Atty 1 | HALL JACK J | Atty 2 | COLQUETT PHILLIP T | Atty 3 | HALL JACK JORDAN JR | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 11292005 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 11302005 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 5**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 002 | Name | MCDONEL DARREL L | | | Type | INDIVIDUAL |
| INDX | C THOMAS STEPH | ANAM | | | | JID | JAW |
| SSN | | Address 1 | 153 EAST 6TH STREET | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | PRATTVILLE AL 36067 0000 | | | Phone | 334 000 0000 |
| Atty 1 | HALL JACK J | Atty 2 | COLQUETT PHILLIP T | Atty 3 | HALL JACK JORDAN JR | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 11292005 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 12032005 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 6**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 003 | Name | FARMERS INSURANCE EXCHANGE | | | Type | BUSINESS |
| INDX | C THOMAS STEPH | ANAM | | | | JID | JAW |

| | | | | | | |
|---|---|---|---|---|---|---|
| SSN | | Address 1 | C/O THE CORPORATION COMPA | | Sex | |
| DOB | | Address 2 | 2000 INTERSTATE PK DR 204 | | Race | |
| Country | US | City | MONTGOMERY AL 36109 0000 | | Phone | 334 000 0000 |
| Atty 1 | GAINES RALPH D III | Atty 2 | GAULT RONALD JAMES | Atty 3 | NOVAK TABOR R JR | Atty 4 | PAUL ERIS BRYAN |
| Atty 5 | | Atty 6 | | | | |
| Issued | 11292005 | Type | C CERTIFIED MAI | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 11302005 | Type | C CERTIFIED MAI | Serv On | By | |
| Answer | | Type | | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

**Party 7**

| | | | | | | |
|---|---|---|---|---|---|---|
| Party | D 004 | Name | ROLLEN ROCK, INC | | Type | BUSINESS |
| INDX | C THOMAS STEPH | ANAM | | | JID | JAW |
| SSN | | Address 1 | 1537 MILLBRANCH DRIVE | | Sex | |
| DOB | | Address 2 | | | Race | |
| Country | US | City | AUBURN AL 36830 0000 | | Phone | 334 000 0000 |
| Atty 1 | COLQUETT PHILLIP T | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 05242006 | Type | C CERTIFIED MAI | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 06092006 | Type | C CERTIFIED MAI | Serv On | By | |
| Answer | 01182007 | Type | D COMP DENIED | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

**Party 8**

| | | | | | | |
|---|---|---|---|---|---|---|
| Party | D 005 | Name | MCANALLY BRETT DBA | | Type | INDIVIDUAL |
| INDX | C THOMAS STEPH | ANAM | | | JID | JAW |
| SSN | | Address 1 | ROLLEN ROCK, INC | | Sex | |
| DOB | | Address 2 | 1537 MILLBRANCH DRIVE | | Race | |
| Country | US | City | AUBURN AL 36830 0000 | | Phone | 334 000 0000 |
| Atty 1 | COLQUETT PHILLIP T | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 05242006 | Type | C CERTIFIED MAI | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 06092006 | Type | C CERTIFIED MAI | Serv On | By | |
| Answer | 01182007 | Type | D COMP DENIED | NS Not | NA Not | |
| Warrant | | Type | | Arrest | | |
| CACT | | Date | | For | Exep | O |
| AMT | | Cost | | Other | Satisfied | |
| Comment | | | | | | |

**Party 9**

| | | | | | | |
|---|---|---|---|---|---|---|
| Party | D 006 | Name | ROLLING ROCK, INC | | Type | BUSINESS |
| INDX | C THOMAS STEPH | ANAM | | | JID | JAW |
| SSN | | Address 1 | 1537 MILLBRANCH DRIVE | | Sex | |
| DOB | | Address 2 | | | Race | |
| Country | US | City | AUBURN AL 36830 0000 | | Phone | 334 000 0000 |
| Atty 1 | COLQUETT PHILLIP T | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | |
| Issued | 05242006 | Type | C CERTIFIED MAI | Reissue | Type | |
| Return | | Type | | Return | Type | |
| Service | 06092006 | Type | C CERTIFIED MAI | Serv On | By | |

| Answer | 01182007 | Type | D COMP DENIED | NS Not | | NA Not | |
|---|---|---|---|---|---|---|---|
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 10**

| Party | D 007 | Name | MCANALLY BRETT DBA | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | C THOMAS STEPH | ANAM | | | | JID | JAW |
| SSN | | Address 1 | ROLLING ROCK, INC | | | Sex | |
| DOB | | Address 2 | 1537 MILLBRANCH DRIVE | | | Race | |
| Country | US | City | AUBURN AL 36830 0000 | | | Phone | 334 000 0000 |
| Atty 1 | COLQUETT PHILLIP T | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 05242006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 06092006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | 01182007 | Type | D COMP DENIED | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11302005 | 0927 | FILE | FILED THIS DATE: 11/29/2005 (AV01) | STM |
| 11302005 | 0927 | ASSJ | ASSIGNED TO JUDGE: HON. JACOB A. WALKER III (AV01) | STM |
| 11302005 | 0927 | TDMJ | JURY TRIAL REQUESTED (AV01) | STM |
| 11302005 | 0927 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | STM |
| 11302005 | 0927 | ORIG | ORIGIN: INITIAL FILING (AV01) | STM |
| 11302005 | 0930 | PART | THOMAS STEPHEN L, AS THE PERSONAL REPRESENTATIVE & | STM |
| 11302005 | 0930 | ATTY | LISTED AS ATTORNEY FOR C001: MARSH DAVID H (AV02) | STM |
| 11302005 | 0934 | PART | THOMAS TAYLOR, A MINOR, BY & THROUGH HER NEXT FRIE | STM |
| 11302005 | 0934 | ATTY | LISTED AS ATTORNEY FOR C002: MARSH DAVID H (AV02) | STM |
| 11302005 | 0934 | PART | THOMAS HUNTER, A MINOR, BY & THROUGH HER NEXT FRIE | STM |
| 11302005 | 0934 | ATTY | LISTED AS ATTORNEY FOR C003: MARSH DAVID H (AV02) | STM |
| 11302005 | 0935 | PART | M & M TRUCKING COMPANY, INC ADDED AS D001 (AV02) | STM |
| 11302005 | 0935 | SUMM | CERTIFIED MAI ISSUED: 11/29/2005 TO D001 (AV02) | STM |
| 11302005 | 0935 | PARA | S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE | STM |
| 11302005 | 0935 | PART | MCDONEL DARREL L ADDED AS D002 (AV02) | STM |
| 11302005 | 0935 | PARA | S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE | STM |
| 11302005 | 0935 | SUMM | CERTIFIED MAI ISSUED: 11/29/2005 TO D002 (AV02) | STM |
| 11302005 | 0936 | PART | FARMERS INSURANCE EXCHANGE ADDED AS D003 (AV02) | STM |
| 11302005 | 0936 | SUMM | CERTIFIED MAI ISSUED: 11/29/2005 TO D003 (AV02) | STM |
| 11302005 | 0936 | PARA | S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE | STM |
| 11302005 | 0944 | TEXT | NOTICE OF TAKING DEPOSITION TO DEFENDANT M&M | STM |
| 11302005 | 0944 | TEXT | TRUCKING COMPANY, INC | STM |
| 11302005 | 0944 | TEXT | NOTICE OF TAKING DEPOSITION TO DEFENDANT DARREL L | STM |
| 11302005 | 0944 | TEXT | MCDONEL | STM |
| 11302005 | 0944 | TEXT | PLAINTIFFS FIRST INTERROGATORIES & REQUEST FOR | STM |
| 11302005 | 0944 | TEXT | PRODUCTION TO DEFENDANT, M&M TRUCKING COMPANY IN | STM |
| 11302005 | 0944 | TEXT | PLAINTIFFS FIRST INTERROGATORIES & REQUEST FOR | STM |
| 11302005 | 0944 | TEXT | PRODUCTION TO DEFENDANT, DARREL L MCDONEL | STM |
| 11302005 | 0944 | TEXT | PLAINTIFFS FIRST INTERROGATORIES & REQUEST FOR | STM |
| 11302005 | 0944 | TEXT | PRODUCTION TO DEFENDANT, FARMERS INSURANCE | STM |
| 11302005 | 0944 | TEXT | EXCHANGE | STM |
| 12012005 | 1243 | SERC | D001 SERVED CERTIFIED MAIL ON 11/30/2005 | STM |
| 12012005 | 1243 | SERC | D003 SERVED CERTIFIED MAIL ON 11/30/2005 | STM |
| 12062005 | 1148 | SERC | D002 SERVED CERTIFIED MAIL ON 12/03/2005 | STM |

| | | | | |
|---|---|---|---|---|
| 12272005 | 1255 | TEXT | DISCOVERY CERTIFICATE | STM |
| 12272005 | 1255 | TEXT | ANSWER | STM |
| 12272005 | 1255 | TEXT | MOTION COVER SHEET | STM |
| 12272005 | 1255 | TEXT | DEF'S MOTION 4 A QUALIFIED PROTECTIVE ORDER | STM |
| 12272005 | 1255 | TEXT | PURSUANT 2 45 C.F.R.164.512(E) | STM |
| 12272005 | 1256 | ATTY | LISTED AS ATTORNEY FOR D003: GAINES RALPH D III | STM |
| 12272005 | 1256 | ATTY | LISTED AS ATTORNEY FOR D003: GAULT RONALD JAMES | STM |
| 01032006 | 1503 | TEXT | ANSWER | STM |
| 01032006 | 1503 | TEXT | MOTION 4 EXTENSION OF TIME 2 OPT OUT-NO COVER SHT | STM |
| 01032006 | 1503 | TEXT | FARMERS INSURANCE EXCHANGE'S 1ST REQUEST 4 PRODUCT | STM |
| 01032006 | 1503 | TEXT | OF DOCUMENTS 2 PLF | STM |
| 01032006 | 1504 | ATTY | LISTED AS ATTORNEY FOR D003: NOVAK TABOR R JR | STM |
| 01032006 | 1504 | ATTY | LISTED AS ATTORNEY FOR D003: PAUL ERIS BRYAN(AV02) | STM |
| 01062006 | 1553 | TEXT | MOTION COVER SHEET-EXTENSION OF TIME | STM |
| 01062006 | 1553 | TEXT | MOTION COVER SHEET | STM |
| 01062006 | 1553 | TEXT | MOTION 2 W/DRAW-HON E BRYAN PAUL | STM |
| 01062006 | 1554 | DAT4 | SET FOR: SCHEDULE CONFERENCE ON 01/12/2006 AT 090 | STM |
| 01112006 | 0947 | TEXT | DEFS NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | STM |
| 01122006 | 1157 | TEXT | ANSWER OF DEF M&M TRUCKING CO, INC | STM |
| 01122006 | 1157 | TEXT | ANSWER OF DEF DARREL L MCDONEL | STM |
| 01172006 | 1305 | TEXT | ORDER GRANTING THE MOTION 2 W/DRAW | STM |
| 01172006 | 1305 | DAT4 | SET FOR: SCHEDULE CONFERENCE ON 02/23/2006 AT 090 | STM |
| 01172006 | 1306 | TEXT | ORDER GRANTING MOTION 4 EXTENSION OF TIME 2 OPT | STM |
| 01172006 | 1306 | TEXT | OUT | STM |
| 01192006 | 1203 | ATTY | LISTED AS ATTORNEY FOR D001: HALL JACK J (AV02) | STM |
| 01192006 | 1203 | ATTY | LISTED AS ATTORNEY FOR D001: COLQUETT PHILLIP T | STM |
| 01192006 | 1203 | ATTY | LISTED AS ATTORNEY FOR D002: HALL JACK J (AV02) | STM |
| 01192006 | 1203 | ATTY | LISTED AS ATTORNEY FOR D002: COLQUETT PHILLIP T | STM |
| 01232006 | 0803 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | STM |
| 02082006 | 0848 | PRTY | PARTY ADDED W001 AL DEPT OF PUBLIC SAFETY (AW21) | STM |
| 02082006 | 0848 | ISSD | PARTY W001 ISSUED DATE: 02062006 TYPE: CERTIFIED | STM |
| 02082006 | 0848 | PRTY | PARTY ADDED W002 EAMC (AW21) | STM |
| 02082006 | 0848 | ISSD | PARTY W002 ISSUED DATE: 02062006 TYPE: CERTIFIED | STM |
| 02092006 | 1421 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | STM |
| 02152006 | 0941 | SERC | SERVICE OF CERTIFIED MAIL ON 02102006 FOR W002 (A | STM |
| 02162006 | 0751 | SERC | SERVICE OF CERTIFIED MAIL ON 02142006 FOR W001 (A | STM |
| 03022006 | 1241 | DAT2 | SET FOR: PRETRIAL CONFERENCE ON 10/26/2006 AT 083 | STM |
| 03022006 | 1241 | DAT3 | SET FOR: TRIAL - JURY ON 11/27/2006 AT 0830A(AV01) | STM |
| 03212006 | 1111 | TEXT | NOTICE OF DISCOVERY | STM |
| 03212006 | 1112 | TEXT | DEF FARMERS INS EXCHANGE'S PRELIMINARY WITNESS | STM |
| 03212006 | 1112 | TEXT | LIST | STM |
| 03212006 | 1122 | TEXT | RE-NOTICE OF TAKING DEPOSITION OF DEF M&M TRUCKING | STM |
| 03212006 | 1122 | TEXT | COMPANY, INC | STM |
| 03212006 | 1122 | TEXT | RE-NOTICE OF TAKING DEPOSITION OF DEF DARREL M | STM |
| 03212006 | 1122 | TEXT | MCDONEL | STM |
| 03222006 | 1240 | TEXT | DEFS NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | STM |
| 03232006 | 1625 | TEXT | PLFS PRELIMINARY WITNESS LIST | STM |
| 04072006 | 1150 | TEXT | DISCOVERY CERTIFICATE | STM |
| 04252006 | 0835 | TEXT | NOTICE OF DISCOVERY | STM |
| 04252006 | 0835 | TEXT | 3RD NOTICE OF TAKING DEPOSITION OF DEF M&M TRUCKIN | STM |
| 04252006 | 0835 | TEXT | CO, INC | STM |
| 04252006 | 0835 | TEXT | 3RD NOTICE OF TAKING DEPOSITION OF DEF DARREL L | STM |
| 04252006 | 0835 | TEXT | MCDONEL | STM |
| 04272006 | 1540 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | STM |
| 05032006 | 1029 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | STM |
| 05112006 | 1010 | TEXT | NOTICE OF SERVICE OF DISCOVERY DOCUMENTS | STM |
| 05242006 | 1615 | TEXT | PLFS 1ST AMENDMENT 2 COMPLAINT | STM |

```
05242006 1615 PART  ROLLEN ROCK, INC ADDED AS D004 (AV02)                    STM
05242006 1615 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE       STM
05242006 1615 SUMM  CERTIFIED MAI ISSUED: 05/24/2006 TO D004 (AV02)          STM
05242006 1616 PART  MCANALLY BRETT DBA ADDED AS D005 (AV02)                  STM
05242006 1616 SUMM  CERTIFIED MAI ISSUED: 05/24/2006 TO D005 (AV02)          STM
05242006 1616 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE       STM
05242006 1616 PART  ROLLING ROCK, INC ADDED AS D006 (AV02)                   STM
05242006 1616 SUMM  CERTIFIED MAI ISSUED: 05/24/2006 TO D006 (AV02)          STM
05242006 1616 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE       STM
05242006 1617 PART  MCANALLY BRETT DBA ADDED AS D007 (AV02)                  STM
05242006 1617 SUMM  CERTIFIED MAI ISSUED: 05/24/2006 TO D007 (AV02)          STM
05242006 1617 PARA  S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE       STM
06072006 1248 TEXT  ANSWER 2 PLF'S 1ST AMENDED COMPLAINT                     STM
06122006 0937 SERC  D004 SERVED CERTIFIED MAIL ON 06/09/2006                 STM
06122006 0937 SERC  D005 SERVED CERTIFIED MAIL ON 06/09/2006                 STM
06122006 0937 SERC  D006 SERVED CERTIFIED MAIL ON 06/09/2006                 STM
06122006 0938 SERC  D007 SERVED CERTIFIED MAIL ON 06/09/2006                 STM
06262006 1521 TEXT  MOTION TO COVER SHEET                                    GEG
06262006 1521 TEXT  MOTION TO COMPEL                                         GEG
07032006 1452 TEXT  NOTICE OF DISCOVERY                                      GEG
07032006 1452 TEXT  FOURTH NOTICE OF TAKING DEPOSITION OF DEFT DARRELL       GEG
07102006 0946 TEXT  MOTION COVER SHEET                                       STM
07102006 0946 TEXT  PLF'S MOTION 2 COMPEL                                    STM
08022006 0918 TEXT  ORDER GRANTING MOTION 2 COMPEL                           STM
08212006 1232 TEXT  ORDER GRANTING MOTION 2 COMPEL                           STM
10242006 1622 TEXT  EFILED-JOINT MOTION 4 CONTINUANCE                        STM
10252006 0750 ATTY  XX                                                       STM
10252006 0751 ATTY  LISTED AS ATTORNEY FOR C001: RICKARD JEFFREY CARL        STM
10252006 0751 ATTY  LISTED AS ATTORNEY FOR C002: RICKARD JEFFREY CARL        STM
10252006 0751 ATTY  LISTED AS ATTORNEY FOR C003: RICKARD JEFFREY CARL        STM
10262006 1624 TEXT  PLFS FACTUAL CONTENTIONS PURSUANT 2 SCHEDULING           STM
10262006 1624 TEXT  CONFERENCE ORDER-FILED IN OPEN COURT                     STM
10262006 1624 TEXT  PLFS WITNESS LIST-FILED IN OPEN COURT                    STM
10262006 1624 TEXT  PLF'S MEMORANDUM OF LAW IN OPPOSITION 2 M&M TRUCKN       STM
10262006 1624 TEXT  2 CONSOLIDATE                                            STM
10302006 1553 DAT2  SET FOR: PRETRIAL CONFERENCE ON 03/13/2007 AT 090        STM
10302006 1553 DAT3  SET FOR: TRIAL - JURY ON 04/09/2007 AT 0830A(AV01)       STM
10302006 1554 CONT  GRANTED CONTINUANCE DUE TO: BY AGREEMENT PAR/ATY         STM
10302006 1554 CTDT  ABOVE CONTINUANCE EFFECTIVE: 10/30/2006 (AV01)           STM
10302006 1624 TEXT  ORDER GRANTING THE JOINT MOTION 4 CONTINUANCE            STM
01182007 0907 ETXT  NOTICE OF DISCOVERY E-FILED.                             AJA
01182007 0908 ETXT  DISCOVERY - TRANSMITTAL                                  AJA
01182007 1121 ETXT  NOTICE OF DISCOVERY E-FILED.                             AJA
01182007 1122 ETXT  DISCOVERY - TRANSMITTAL                                  AJA
01182007 1716 ATTY  LISTED AS ATTORNEY FOR D004: COLQUETT PHILLIP T          AJA
01182007 1716 ANSW  ANSWER OF COMP DENIED ON 01/18/2007 FOR D004(AV02)       AJA
01182007 1718 ATTY  LISTED AS ATTORNEY FOR D005: COLQUETT PHILLIP T          AJA
01182007 1718 ANSW  ANSWER OF COMP DENIED ON 01/18/2007 FOR D005(AV02)       AJA
01182007 1718 ETXT  D004 - ANSWER E-FILED.                                   AJA
01182007 1720 ETXT  D005 - ANSWER E-FILED.                                   AJA
01182007 1720 ATTY  LISTED AS ATTORNEY FOR D006: COLQUETT PHILLIP T          AJA
01182007 1720 ANSW  ANSWER OF COMP DENIED ON 01/18/2007 FOR D006(AV02)       AJA
01182007 1721 ATTY  LISTED AS ATTORNEY FOR D007: COLQUETT PHILLIP T          AJA
01182007 1721 ANSW  ANSWER OF COMP DENIED ON 01/18/2007 FOR D007(AV02)       AJA
01182007 1722 ETXT  D006 - ANSWER E-FILED.                                   AJA
01182007 1723 ETXT  D007 - ANSWER E-FILED.                                   AJA
01182007 1822 ETXT  ANSWER - TRANSMITTAL                                     AJA
```

| | | | |
|---|---|---|---|
| 01182007 1822 | ETXT | ANSWER - TRANSMITTAL | AJA |
| 01182007 1823 | ETXT | ANSWER - TRANSMITTAL | AJA |
| 01182007 1823 | ETXT | ANSWER - TRANSMITTAL | AJA |
| 01252007 1538 | ETXT | D003-OTHER - MOTION TO OPT OUT FILED. | AJA |
| 01252007 1605 | ETXT | MOTION - TRANSMITTAL | AJA |
| 01262007 0759 | ETXT | D003-OTHER /DOCKETED | AJA |
| 01302007 0951 | ETXT | ORDER GENERATED FOR OTHER | AJA |
| 01302007 0953 | ETXT | ORDER - TRANSMITTAL | AJA |
| 01302007 1552 | ETXT | NOTICE OF APPEARANCE E-FILED. | AJA |
| 01302007 1553 | ATTY | LISTED AS ATTORNEY FOR D001: HALL JACK JORDAN JR | AJA |
| 01302007 1553 | ATTY | LISTED AS ATTORNEY FOR D002: HALL JACK JORDAN JR | AJA |
| 01302007 1651 | ETXT | MISCELLANEOUS - TRANSMITTAL | AJA |
| 03142007 1456 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 03142007 1829 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 03152007 1414 | ETXT | D001-D002-CONTINUE FILED. | AJA |
| 03152007 1418 | ETXT | MOTION - TRANSMITTAL | AJA |
| 03152007 1602 | ETXT | D001-D002-CONTINUE /DOCKETED | AJA |
| 03202007 0955 | TEXT | ORDER THAT CASE REMAINS SET 4 TRIAL ON APR 9, 2007 | STM |
| 03202007 0955 | TEXT | AT 8:30 AM | STM |
| 03222007 1043 | ETXT | NOTICE OF DISCOVERY E-FILED. | AJA |
| 03222007 1050 | ETXT | DISCOVERY - TRANSMITTAL | AJA |
| 03232007 1414 | ETXT | D001-D002-D004-D005-D006-STAY FILED. | AJA |
| 03232007 1517 | ETXT | D001-D002-D004-D005-D006-STAY /DOCKETED | AJA |
| 03232007 1742 | ETXT | MOTION - TRANSMITTAL | AJA |


### alacourt.com's
### Alabama SJIS Case Detail



EXHIBIT 2

[ Settings ] [ Parties ] [ Case Action Summary ] [ Witness List ] [ Financial ] [ Consolidated CAS ]

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 43 | Case Number | CV 2006 000403 00 | JID | JVD | Trial | J |
| Style | JEFF FAIR VS DARRELL LEE MCDONEL & M & M TRUCKING COMPANY | | | | | | |
| Code | TOMV | Type | NEGLIGENCE MOTOR VEH | Filed | 06132006 | Track | |
| Amount | | Status | ACTIVE | Plaintiffs | 001 | Defendants | 002 |
| DJID | | Court Action | 00000000 | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

| Settings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | | Description | |
| Date 2 | 06112007 | Que 2 | 001 | Time 2 | 0900 A | Description | PTRC PRETRIAL CONFERENCE |
| Date 3 | 08202007 | Que 3 | 001 | Time 3 | 0830 A | Description | JTRL TRIAL - JURY |
| Date 4 | 03142007 | Que 4 | 001 | Time 4 | 0900 A | Description | STAT STATUS/SCHED CONFERE |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | 0000 000000 00 | | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | FAIR JEFF | | | Type | INDIVIDUAL |
| INDX | D MCDONEL D | ANAM | | | | JID | JVD |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | DOUGLAS JAMES BOYD J | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 001 | Name | MCDONEL DARRELL LEE | | | Type | INDIVIDUAL |
| INDX | C FAIR JEFF | ANAM | | | | JID | JVD |
| SSN | | Address 1 | 153 EAST 6TH STREET | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | PRATTVILLE AL 36067 0000 | | | Phone | 334 000 0000 |
| Atty 1 | HALL JACK J | Atty 2 | HALL JACK JORDAN JR | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 06162006 | Type | C CERTIFIED MAI | Reissue | 07102006 | Type | S SHERIFF |
| Return | 06212006 | Type | O OTHER | Return | 07122006 | Type | M PARTY MOVED |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |

| Warrant | | Type | | Arrest | | | |
|---|---|---|---|---|---|---|---|
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Party 3**

| Party | D 002 | Name | M&M TRUCKING COMPANY INC | | | Type | INDIVIDUAL |
|---|---|---|---|---|---|---|---|
| INDX | C FAIR JEFF | ANAM | | | | JID | JVD |
| SSN | | Address 1 | ATTN: JACK MCANALLY | | | Sex | |
| DOB | | Address 2 | 980 LEE ROAD 10 | | | Race | |
| Country | US | City | AUBURN AL 36830 0000 | | | Phone | 334 000 0000 |
| Atty 1 | HALL JACK J | Atty 2 | COLQUETT PHILLIP T | Atty 3 | HALL JACK JORDAN JR | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 06162006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 06192006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

**Case Action Summary**

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 06162006 | 0933 | ASSJ | ASSIGNED TO JUDGE: JOHN V. DENSON II (AV01) | ROE |
| 06162006 | 0933 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | ROE |
| 06162006 | 0933 | ORIG | ORIGIN: INITIAL FILING (AV01) | ROE |
| 06162006 | 0933 | TDMJ | JURY TRIAL REQUESTED (AV01) | ROE |
| 06162006 | 0934 | PART | FAIR JEFF ADDED AS C001 (AV02) | ROE |
| 06162006 | 0934 | ATTY | LISTED AS ATTORNEY FOR C001: DOUGLAS JAMES BOYD J | ROE |
| 06162006 | 0935 | PART | MCDONEL DARRELL LEE ADDED AS D001 (AV02) | ROE |
| 06162006 | 0935 | SUMM | CERTIFIED MAI ISSUED: 06/16/2006 TO D001 (AV02) | ROE |
| 06162006 | 0936 | PART | M&M TRUCKING COMPANY INC ADDED AS D002 (AV02) | ROE |
| 06162006 | 0936 | SUMM | CERTIFIED MAI ISSUED: 06/16/2006 TO D002 (AV02) | ROE |
| 06202006 | 0824 | FILE | FILED THIS DATE: 06/13/2006 (AV01) | STM |
| 06222006 | 1457 | SERC | D002 SERVED CERTIFIED MAIL ON 06/19/2006 | STM |
| 06222006 | 1551 | RETU | RETURNED ADDRESSEE UNKNOWN 06/21/2006 FOR D001 | STM |
| 06292006 | 0917 | TEXT | ANSWER OF DEFT, M & M TRUCKING CO INC | GEG |
| 06292006 | 0917 | TEXT | NOTICE OF INTENT TO SERVE SUBP ON NON-PARTY,EAMC | GEG |
| 06292006 | 0918 | TEXT | ANSWER OF DEFT, DARRELL LEE MCDONEL | GEG |
| 06292006 | 0919 | TEXT | DEFT, DARRELL LEE MCDONEL'S 1ST INTERRS TO PLF, | GEG |
| 06292006 | 0919 | TEXT | JEFF FAIR | GEG |
| 06292006 | 0920 | TEXT | DEFT, DARRELL LEE MCDONEL'S 1ST REQ FOR PRODUCTION | GEG |
| 06292006 | 0920 | TEXT | OF DOCUMENTS TO PLF, JEFF FAIR | GEG |
| 06292006 | 0923 | TEXT | DEFT M& M TRUCKING CO INC'S 1ST REQ FOR PRODUCTION | GEG |
| 06292006 | 0923 | TEXT | OF DOCUMENTS TO PLF, JEFF FAIR | GEG |
| 06292006 | 0923 | TEXT | DEFT M & M TRUCKING CO INC'S 1ST INTERRS TO PLF, | GEG |
| 06292006 | 0923 | TEXT | JEFF FAIR | GEG |
| 07062006 | 0924 | ATTY | LISTED AS ATTORNEY FOR D001: HALL JACK J (AV02) | GEG |
| 07062006 | 0924 | ATTY | LISTED AS ATTORNEY FOR D002: HALL JACK J (AV02) | GEG |
| 07102006 | 1117 | D001 | ADDR1 CHANGED FROM: C/O M&M TRUCKING COMPANY(AV02) | STM |
| 07102006 | 1117 | D001 | ADDR CITY CHANGED FROM: AUBURN (AV02) | STM |
| 07102006 | 1117 | D001 | ADDR2 CHANGED FROM: 980 LEE ROAD 10 (AV02) | STM |
| 07102006 | 1117 | REIS | REISSUE OF SHERIFF ON 07/10/2006 FOR D001 (AV02) | STM |
| 07102006 | 1117 | PARA | S & C FILED AND SENT TO AUTAUGA COUNTY SHERIFF | STM |
| 07182006 | 1416 | RETU | RETURNED PARTY MOVED ON 07/12/2006 FOR D001 | STM |
| 10232006 | 1428 | TEXT | EFILED-MOTION 2 CONSOLDATE W/CV 05-771 & CV 06-526 | STM |
| 10242006 | 1032 | ATTY | LISTED AS ATTORNEY FOR D002: COLQUETT PHILLIP T | NIF |
| 12152006 | 1044 | TEXT | MOTION COVER SHEET | STM |

```
12152006 1044 TEXT  MOTION 2 SET CASE 4 SCHEDULING CONFERENCE              STM
01022007 1459 DAT4  SET FOR: STATUS/SCHED CONFERE ON 03/14/2007 AT 090     STM
01022007 1459 TRAN  TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1          STM
01182007 1025 ETXT  NOTICE OF DISCOVERY E-FILED.                           AJA
01182007 1025 ETXT  DISCOVERY - TRANSMITTAL                                AJA
01222007 0935 ETXT  NOTICE OF DISCOVERY E-FILED.                           AJA
01222007 0940 ETXT  DISCOVERY - TRANSMITTAL                                AJA
01232007 1250 ETXT  NOTICE OF DISCOVERY E-FILED.                           AJA
01232007 1250 ETXT  DISCOVERY - TRANSMITTAL                                AJA
01302007 1550 ETXT  NOTICE OF APPEARANCE E-FILED.                          AJA
01302007 1550 ATTY  LISTED AS ATTORNEY FOR D001: HALL JACK JORDAN JR       AJA
01302007 1550 ATTY  LISTED AS ATTORNEY FOR D002: HALL JACK JORDAN JR       AJA
01302007 1551 ETXT  NOTICE OF DISCOVERY E-FILED.                           AJA
01302007 1642 ETXT  MISCELLANEOUS - TRANSMITTAL                            AJA
01302007 1644 ETXT  DISCOVERY - TRANSMITTAL                                AJA
02022007 0909 ETXT  NOTICE OF DISCOVERY E-FILED.                           AJA
02022007 0910 ETXT  DISCOVERY - TRANSMITTAL                                AJA
02062007 0855 ETXT  NOTICE OF DISCOVERY E-FILED.                           AJA
02062007 1221 ETXT  DISCOVERY - TRANSMITTAL                                AJA
03162007 1018 DAT2  SET FOR: PRETRIAL CONFERENCE ON 06/11/2007 AT 090      STM
03162007 1018 DAT3  SET FOR: TRIAL - JURY ON 08/20/2007 AT 0830A(AV01)     STM
03162007 1019 TRAN  TRANSMITTAL NOTICE SENT TO DEFENSE ATTORNEY 1          STM
```



*alacourt.com's*

*Alabama SJIS Case Detail*



EXHIBIT 3

| Case | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 43 | Case Number | CV 2006 000526 00 | JID | JAW | Trial | J |
| Style | NATIONWIDE MUTUAL INSURANCE COMPANY & JEFFERY FAIR VS M&M TRUCKING C | | | | | | |
| Code | TOMV | Type | NEGLIGENCE MOTOR VEH | Filed | 08012006 | Track | |
| Amount | 0002075728 | Status | ACTIVE | Plaintiffs | 002 | Defendants | 002 |
| DJID | | Court Action | 00000000 | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

| Settings | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | | Que 1 | | Time 1 | | Description | |
| Date 2 | | Que 2 | | Time 2 | | Description | |
| Date 3 | | Que 3 | | Time 3 | | Description | |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | | 0000 000000 00 | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| Party 1 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | NATIONWIDE MUTUAL INSURANCE CO | | | Type | BUSINESS |
| INDX | D M&M TRUCKING | ANAM | | | | JID | JAW |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | VAUGHN GEORGE MICHAE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Party 2 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 002 | Name | FAIR JEFFERY | | | Type | INDIVIDUAL |
| INDX | D M&M TRUCKING | ANAM | | | | JID | JAW |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | VAUGHN GEORGE MICHAE | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |

| CACT | | Date | | For | | Exep | O |
|---|---|---|---|---|---|---|---|
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |
| *Party 3* | | | | | | | |
| Party | D 001 | Name | M&M TRUCKING COMPANY, INC | | | Type | BUSINESS |
| INDX | C NATIONWIDE M | ANAM | | | | JID | JAW |
| SSN | | Address 1 | 980 LEE ROAD 10 | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AUBURN AL 36830 0000 | | | Phone | 334 000 0000 |
| Atty 1 | COLQUETT PHILLIP T | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 08012006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 08072006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | 10232006 | Type | D COMP DENIED | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |
| *Party 4* | | | | | | | |
| Party | D 002 | Name | MCDONEL DARREL L | | | Type | INDIVIDUAL |
| INDX | C NATIONWIDE M | ANAM | | | | JID | JAW |
| SSN | | Address 1 | 153 EAST 6TH STREET | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | PRATTVILLE AL 36067 0000 | | | Phone | 334 000 0000 |
| Atty 1 | COLQUETT PHILLIP T | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | 08012006 | Type | C CERTIFIED MAI | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | 09012006 | Type | C CERTIFIED MAI | Serv On | | By | |
| Answer | 10232006 | Type | D COMP DENIED | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 08032006 | 1446 | FILE | FILED THIS DATE: 08/01/2006 (AV01) | STM |
| 08032006 | 1446 | ASSJ | ASSIGNED TO JUDGE: HON. JACOB A. WALKER III (AV01) | STM |
| 08032006 | 1446 | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | STM |
| 08032006 | 1446 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | STM |
| 08032006 | 1446 | ORIG | ORIGIN: INITIAL FILING (AV01) | STM |
| 08032006 | 1447 | PART | NATIONWIDE MUTUAL INSURANCE CO ADDED AS C001(AV02) | STM |
| 08032006 | 1447 | ATTY | LISTED AS ATTORNEY FOR C001: VAUGHN GEORGE MICHAE | STM |
| 08032006 | 1447 | PART | FAIR JEFFERY ADDED AS C002 (AV02) | STM |
| 08032006 | 1447 | ATTY | LISTED AS ATTORNEY FOR C002: VAUGHN GEORGE MICHAE | STM |
| 08032006 | 1448 | PART | M&M TRUCKING COMPANY, INC ADDED AS D001 (AV02) | STM |
| 08032006 | 1448 | SUMM | CERTIFIED MAI ISSUED: 08/01/2006 TO D001 (AV02) | STM |
| 08032006 | 1448 | PARA | S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE | STM |
| 08032006 | 1448 | PART | MCDONEL DARREL L ADDED AS D002 (AV02) | STM |
| 08032006 | 1448 | SUMM | CERTIFIED MAI ISSUED: 08/01/2006 TO D002 (AV02) | STM |
| 08032006 | 1448 | PARA | S & C FILED AND SENT BY CERTIFIED MAIL FOR SERVICE | STM |
| 08102006 | 1015 | SERC | D001 SERVED CERTIFIED MAIL ON 08/07/2006 | STM |
| 09062006 | 1102 | SERC | D002 SERVED CERTIFIED MAIL ON 09/01/2006 | STM |
| 10182006 | 0912 | TEXT | STATUS ORDER | STM |
| 10232006 | 1549 | TDMJ | JURY TRIAL REQUESTED (AV01) | AJA |
| 10232006 | 1549 | ATTY | LISTED AS ATTORNEY FOR D001: COLQUETT PHILLIP T | AJA |
| 10232006 | 1549 | ANSW | ANSWER OF COMP DENIED ON 10/23/2006 FOR D001(AV02) | AJA |

```
10232006 1601 ATTY  LISTED AS ATTORNEY FOR D002: COLQUETT PHILLIP T    AJA
10232006 1601 ANSW  ANSWER OF COMP DENIED ON 10/23/2006 FOR D002(AV02) AJA
```



## alacourt.com's

## Alabama SJIS CC/DC Case Detail

EXHIBIT 4

**[ Settings ] [ Disposition ] [ Sentence ] [ Case Action Summary ] [ Witness List ] [ Financial ] [ Enforcem ]**

### Case

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| County | 43 LEE | Case Number | CC 2006 000484 00 | JID | | JVD | |
| | | | | | | DEF Status | B BOND ESTS: A |
| Name | MCDONEL DARRELL LEE | Alias | | Alias | | | |
| Address 1 | 103 DEER TRACE | Alias | | | | | |
| Address 2 | | SID | AL 000000000 | YDate | | | |
| Zip | 36067 0000 PRATTVILLE AL US | AS | | PR | 0000 000000 00 | | |
| DLNO | AL | DOB | 11151953 | SSN | | Race/Sex | W/M |
| Height | 6 01 | Weight | 230 | Eyes | BLU | Hair | BRO |
| Filed | 06292006 | AAGCY | C | Muni# | 00 | City | |
| Arrest | 06272006 | OffDT | | ORI | 0430000 | OFFC | APD |
| Indict | 05102006 | Grand Jury | 82 | Atty 1 | ABE001 R | Tkt# | |
| Bond | 0001000000 | Type | | Bond Co | WAR002 WARDS BONDING CO | REL | 00000000 |
| Sure | S 001 | CWIT | | JDMD | | APPL | |
| Tracking No's | GJ 2006 000541 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 10042006 | Que | 000 | Time | 0900 A | Desc | ARRG |
| Charge 1 | T059 | VEHICULAR HOMICIDE | | 032-05A-192 | F TR | Counts | 001 |
| Charge 2 | | | | | | Counts | |
| Charge 3 | | | | | | Counts | |
| More | N | Dom Viol | N | Case Type | F | Case Cat | TR |
| Comment | | | | | | | |

### Settings

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Date 1 | 10042006 | Que | 000 | Time | 0900 A | Desc | ARRG ARRAIGNMENT |
| Date 2 | 04302007 | Que | 004 | Time | 0830 A | Desc | JTRL JURY TRIAL |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | ABBETT NICK | Atty 1 | ABELL WILLIAM K | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | 06272006 S | WARLOC | 06272006 H | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| CRT ACT | | CADATE | | Jury | Y | More | N |
| Charge 1 | | | | Counts | 001 | CA | |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | GJCA | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | 3/16/07 CASE CONT TIL 4/30/07 | | | | | | |
| CMP:N | SPRO:N | Due | 0000000000 | Warr:000 | SUBP:000 | Updated | 03162007 |

### Sentence

| Field | Value | Field | Value | Field | Value | Field | Value |
|---|---|---|---|---|---|---|---|
| Sent | | Begin | | End | | PRB BEG | |
| IMP CONF | | SUSP CONF | | TOTAL CONF | | JAIL CRED | |
| LICN SUSP | | PROBATION | | PRB REV | | | |
| Monetary: | COST | FINE IMP: | SUSP: | | CVCC | HIST | |
| | WCCS | MCOS | JFEE | | DRGF | ASUS | |
| | WCDA | REMB | 3CVC | | WARR | USFE | |
| | PREL | DRUG | RCUP | | SUBP | CRIME | |
| | RES1 | | RES2 | | RES3 | | |

|  | RES4 |  | RES5 |  | RES6 |  |  |
|---|---|---|---|---|---|---|---|
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT | EMON |
|  | JAIL | CCUR | CSEC | CTERM | RVSPL | GANG |  |
| Programs: | JDVR | IPROB | AASCH | DUI | DDC | CSV | SAPP |
|  | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRCT |
| Enhanced: | PROJ | CNOT | SCH | VDOB |  | HOOF |  |
|  | DRUG | CODE: |  | MEAS: | VOL: |  |  |
| SEC/CUR: |  |  |  |  |  |  |  |
| Comment: |  |  |  |  |  |  |  |
| BAL DUE |  | DUE |  | CRO |  | Updated |  |

### Case Action Summary

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 06292006 | 1024 | JUDG | ASSIGNED TO: (JVD) (AR01) | LEW |
| 06292006 | 1024 | INDT | DEFENDANT INDICTED ON: 05/10/2006 (AR01) | LEW |
| 06292006 | 1024 | STAT | INITIAL STATUS SET TO: "B" - BOND (AR01) | LEW |
| 06292006 | 1024 | FILE | FILED ON: 06/29/2006 (AR01) | LEW |
| 06292006 | 1024 | BOND | BOND SET AT: $10000.00 (AR01) | LEW |
| 06292006 | 1024 | S001 | SURETY ADDED: WARDS BONDING CO (AR01) | LEW |
| 06292006 | 1024 | FILE | CHARGE 01: VEHICULAR HOMICIDE/#CNTS: 001 (AR01) | LEW |
| 06292006 | 1025 | WARR | "S" WARRANT SERVICE ON: 06/27/2006 (AR10) | LEW |
| 06292006 | 1025 | WARR | WARRANT LOCATION IS: H ON: 06/27/2006 (AR10) | LEW |
| 06292006 | 1025 | ARRS | DEFENDANT ARRESTED ON: 06/27/2006 (AR01) | LEW |
| 06292006 | 1026 | DAT1 | SET FOR: ARRAIGNMENT ON 10/04/2006 AT 0900A(AR10) | LEW |
| 06292006 | 1026 | COMM | WRIT EXEC 6-27-06 (AR10) | LEW |
| 06292006 | 1026 | DAT2 | SET FOR: JURY TRIAL ON 10/23/2006 AT 0830A (AR10) | LEW |
| 06292006 | 1037 | CASU | CASE ACTION SUMMARY PRINTED (AR08) | LEW |
| 09252006 | 2438 | DOCK | NOTICE SENT: 09/25/2006 MCDONEL DARRELL LEE | LEW |
| 09252006 | 2444 | DOCK | NOTICE SENT: 09/25/2006 WARDS BONDING CO | LEW |
| 10022006 | 1450 | TEXT | NOTICE OF APPEARANCE FILED BY WILLIAM K ABELL | KAH |
| 10022006 | 1450 | TEXT | PNG AND WAIVER OF ARRG | KAH |
| 10022006 | 1450 | ATY1 | ATTORNEY FOR DEFENDANT: ABELL WILLIAM K (AR01) | KAH |
| 10032006 | 1503 | TEXT | DEFTS MTN FOR DISCOVERY OF INFORMATION NECESS | KAH |
| 10172006 | 1517 | TEXT | MTN TO CONTINUE FILED BY WILLIAM ABELL | KAH |
| 10192006 | 0838 | SUBP | WITNESS SUBPOENA ISSUED AWP24 | LEW |
| 10202006 | 1353 | DAT2 | SET FOR: JURY TRIAL ON 02/26/2007 AT 0830A (AR10) | KAH |
| 10202006 | 1353 | COMM | 10/19/06 CONT NEXT TERM (AR10) | KAH |
| 10232006 | 1008 | TRAN | TRANSMITTAL NOTICE SENT TO DEF ATTY 1 (AR09) | KAH |
| 10232006 | 1009 | TRAN | TRANSMITTAL NOTICE SENT TO DEF ATTY 1 (AR09) | KAH |
| 10232006 | 1010 | DOC2 | DOCKET DATE NOTICE SENT TO DEF ATTY 1 (AR09) | KAH |
| 11202006 | 1437 | DAT2 | SET FOR: JURY TRIAL ON 03/05/2007 AT 0830A (AR10) | KAH |
| 02062007 | 1455 | DOC2 | DOCKET DATE NOTICE SENT TO DEF ATTY 1 (AR09) | LEW |
| 02212007 | 1016 | SUBP | WITNESS SUBPOENA ISSUED AWP24 | LEW |
| 03162007 | 1414 | TRAN | TRANSMITTAL NOTICE SENT TO DEF ATTY 1 (AR09) | KAH |
| 03162007 | 1414 | DAT2 | SET FOR: JURY TRIAL ON 04/30/2007 AT 0830A (AR10) | KAH |
| 03162007 | 1415 | COMM | 3/16/07 CASE CONT TIL 4/30/07 (AR10) | KAH |