IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, )<br>)<br>    Plaintiff, )<br>) <br>    v. )<br>)<br>STEPHEN L. THOMAS, etc., )<br>et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>3:07cv95-MHT |

ORDER

It is ORDERED that the motion for extension of time (doc. no. 35) is granted.

DONE, this the 28th day of March, 2007.

　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　UNITED STATES DISTRICT JUDGE