IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CANAL INSURANCE COMPANY,      )
                              )
    Plaintiff,                )
                              )
                              )    CIVIL ACTION NO.
    v.                        )    3:07cv95-MHT
                              )
STEPHEN L. THOMAS, et al.,    )
                              )
    Defendants.               )
```

ORDER

It is ORDERED that the motion to dismiss (Doc. No. 38) is set for submission, without oral argument, on April 9, 2007, with all briefs due by said date.

DONE, this the 2nd day of April, 2007.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE