IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEPHEN L. THOMAS, as the Personal )<br>Representative and Administrator of the )<br>Estate of JANA E. THOMAS, deceased, )<br>TAYLOR THOMAS, a minor, by and )<br>through her next friend and father, )<br>STEPHEN L. THOMAS; )<br>M & M TRUCKING COMPANY, INC.; )<br>DARYL L. MCDONALD; )<br>ROLLEN ROCK, INC., )<br>BRETT MCANALLY d/b/a ROLLING )<br>ROCK, INC.; JEFF FAIR; NATIONWIDE )<br>MUTUAL INSURANCE COMPANY; and )<br>FARMERS INSURANCE EXCHANGE, )<br>)<br>Defendants. ) | CIVIL ACTION NO.:<br><br>3:07 CV95-MHT |

**MOTION TO ORDER RELEASE OF INVESTIGATIVE FILE**

COMES NOW, Plaintiff, CANAL INSURANCE COMPANY, and respectfully requests that this court order the release of the district attorney's investigative file concerning Jana Elaine Thomas, deceased and as grounds for such shows unto the Court as follows:

-1-

1. On or about October 24, 2005 Jana Elaine Thomas was fatally injured in an automobile accident with a tractor-trailer driven by Defendant, Darrell L. McDonel. The tractor-trailer was owned by Defendant, M&M Trucking Company.

2. The accident occurred at the intersection of Marvyn Parkway and Williamson Avenu in Lee County, Alabama.

3. The Opelika Police Department, Sergeant Mike Veasey, investigated the accident and created Local Case # 05-009468.

4. In Lee County Circuit Court, (CV-05-771), The Estate of Jana Elaine Thomas has brought a civil lawsuit against various defendants, including M&M Trucking which is a company insured by Plaintiff in present case, Canal Insurance Company.

5. It is believed that the Lee County District Attorney, Nick Abbott, holds the investigative file for this accident that contains information that is necessary for the proper representation of the Plaintiff in present case.

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Canal Insurance Company, prays this Court will enter an Order requiring the Lee County District Attorney, Nick Abbott, to release the investigative for the death of Jana Elaine Thomas to counsel for the Plaintiff.

Respectfully submitted,

s/David R. Wells
K. DONALD SIMMS (ASB-9801-M63K)
DAVID R. WELLS (ASB-5009-L50D)
Attorneys for Plaintiff,
Canal Insurance Company

OF COUNSEL:

MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5226     fax

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing pleading has been served upon the following via the CM/ECF electronic filing system, as well as by United States Mail, first-class postage pre-paid and properly addressed on this 6th day of April, 2007.

David H. Marsh
Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Pkwy., Suite 600-D
Birmingham, AL 35209

Elizabeth McAdory Borg
THE MCADORY BORG LAWFIRM, P.C.
121 Mitchum Avenue
Auburn, AL 36830

James B. Douglas, Jr.
P.O. Box 1423
Auburn, AL 36831-1423

Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243

Darrel L. McDonel
103 Deer Trace
Prattville, AL 36067

Nationwide Mutual Insurance Company
c/o George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, AL 35244


s/David R. Wells
OF COUNSEL