IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv95-MHT |
| | ) |
| STEPHEN L. THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

Upon consideration of the plaintiff's Motion to Order Release of Investigative File (Doc. #40), filed on April 6, 2007, it is

ORDERED that on or before April 20, 2007, the defendant shall file a response to the motion. The Clerk is directed to forward this order to the Lee County District Attorney's Office.

DONE this 6th day of April, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE