IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: |
| | ) | |
| STEPHEN L. THOMAS, as the Personal Representative and Administrator of the Estate of JANA E. THOMAS, deceased, et al., | ) ) ) ) ) | 3:07 CV95-MHT |
| | ) | |
| Defendants. | ) | |

## MOTION TO DISMISS INTERPLEADER ACTION

COMES NOW the Plaintiff, Canal Insurance Company, and advises this Court that it voluntarily dismisses Count Two of its Second Amended Complaint for Declaratory Judgment in which it asserted an Interpleader action and deposited the sum of $1 million with the Clerk of Court and respectfully requests this Court enter an Order dismissing that cause of action and directing the Clerk of Court to refund the deposited funds, along with any interest accrued to date, made payable to Miller, Hamilton, Snider & Odom, LLC, as counsel of record for Canal Insurance Company

        Respectfully submitted,

        <u>s/David R. Wells</u>
        K. DONALD SIMMS (ASB-9801-M63K)
        DAVID R. WELLS (ASB-5009-L50D)
        Attorneys for Plaintiff,
        Canal Insurance Company

OF COUNSEL:

MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203
(205) 226-5200
(205) 226-5226     fax

## CERTIFICATE OF SERVICE

     I do hereby certify that a true and correct copy of the foregoing pleading has been served upon the following via the CM/ECF electronic filing system, as well as by United States Mail, first-class postage pre-paid and properly addressed on this 27th day of June, 2007.

David H. Marsh
Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Pkwy., Suite 600-D
Birmingham, AL 35209

Elizabeth McAdory Borg
THE MCADORY BORG LAWFIRM, P.C.
121 Mitchum Avenue
Auburn, AL 36830

James B. Douglas, Jr.
P.O. Box 1423
Auburn, AL 36831-1423

Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243

Darrel L. McDonel
103 Deer Trace
Prattville, AL 36067

George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

                                                      <u>s/David R. Wells</u>
                                                      OF COUNSEL