IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **CANAL INSURANCE COMPANY,** )<br>　　　　　　　　　　　　　　　　　　)<br>　　**Plaintiff,**　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　**v.**　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>**STEPHEN L. THOMAS, et al.,**　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　**Defendants.**　　　　　　　　　)  | **CIVIL ACTION NO.**<br>**3:07cv95-MHT** |

### ORDER

Upon consideration of the plaintiff's motion to dismiss the interpleader action (doc. no. 43), it is ORDERED that the defendants show cause, if any there be, in writing, by July 16, 2007, as to why the motion should not be granted.

DONE, this the 9th day of July, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**