IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

CANAL INSURANCE COMPANY,

    **Plaintiff,**

    **v.**                                    **CIVIL ACTION NO.**
                                                       **3:07 CV 95-MHT**

STEPHEN L. THOMAS, et. al.,

    **Defendants.**

### RESPONSE TO MOTION TO DISMISS INTERPLEADER

COMES NOW Defendants, M&M Trucking Company, Inc., Darrel L. McDonel, Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rock, Inc. and state that they have no objection Canal Insurance Company's Motion to Dismiss Interpleader and would move the Court to grant said Motion.

RESPECTFULLY SUBMITTED this 9th day of July, 2007.

                                        /s/ Elizabeth McAdory Borg
                                        Elizabeth McAdory Borg
                                        Attorney for M&M Trucking Co.,
                                        Inc., Rollen Rock, Inc., and Brett
                                        McAnally d/b/a Rollen Rock, Inc

OF COUNSEL:
McAdory Borg Law Firm
121 Mitcham Ave.
Auburn, AL 36830
LizBorg@JudgeBorg.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing was served upon the following via **Case Management/Electronic Case Files** electronic filing and Darrel McDonel was served by placing a copy of same in the U.S. Mail postage prepaid and properly addressed on this the 15th day of March, 2007.

Jeffrey Rickard, Esquire
800 Shades Creek Pkwy, Ste 600 D
Birmingham, AL 35209-4532

David Marsh, Esquire
800 Shades Creek Pkwy, Ste 600 D
Birmingham, AL 35209-4532

Ronald Gault, Esquire
Gaines, Wolter, & Kinney P.C.
3500 Blue Lake Dr Ste 425
Birmingham, AL 35243-1907

Ralph Gaines, Esquire
Gaines, Wolter, & Kinney P.C.
3500 Blue Lake Dr Ste 425
Birmingham, AL 35243-1907

David Wells, Esquire
Miller, Hamilton, Snider, & Odom, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, AL 35203

James Douglas, Jr., Esquire
P.O. Box 1423
Auburn, AL 36831-1423

George Vaughn, Esquire
Paden & Paden, P.C.
5 Riverchase Ridge
Birmingham, AL 35244


/s/ Elizabeth McAdory Borg
Elizabeth McAdory Borg
Attorney for M&M Trucking Co., Inc., Rollen Rock, Inc., and Brett McAnally d/b/a Rollen Rock, Inc