IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | |
| ) | 3:07cv95-MHT |
| STEPHEN L. THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO MOTION TO DISMISS INTERPLEADER**

Comes now Stephen L. Thomas, who is one of the named Defendants in this declaratory judgment action, and states that he has no objection to Canal Insurance Company's Motion to Dismiss Interpleader and would move the Court to grant said motion in the manner set forth in the Motion to Dismiss Interpleader.

Respectfully submitted,

   s/Jeffrey C. Rickard
Jeffrey C. Rickard, Esquire
ASB0260-C63J
Attorney for Defendant, Thomas
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway
Suite 600-D
Birmingham, Alabama   35209
Telephone:  205-879-1981
Facsimile:  205-879-1986 Fax
E-Mail:  jrickard@mrblaw.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the foregoing pleading has been served upon the following via the CV/ECF electronic filing system, as well as by United States Mail, first-class postage pre-paid and properly addressed on this 9th day of July, 2007.

**COUNSEL AND PARTIES OF RECORD:**

Elizabeth Borg
McADORY BORG LAW FIRM, P.C.
121 Mitchum Avenue
Auburn, Alabama  36830

George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, Alabama  35244

Ralph Gaines
Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, Alabama  35243

Adam M. Milam
Keri D. Simms
David R. Wells
MILLER, HAMILTON, SNIDER & ODOM, LLC
505 North 20th Street, Suite 1200
Birmingham, Alabama 35203

James Douglas, Jr.
Post Office Box 1423
Auburn, Alabama 36831-1423

                                                s/Jeffrey C. Rickard
                                                Jeffrey C. Rickard
                                                Attorney for Defendant, Thomas