IN THE UNITED STATED DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO.: 3:07 CV95- |
| | ) MHT |
| v. | ) |
| | ) |
| STEPHEN L. THOMAS, et al., | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF NO OBJECTION TO**
**MOTION TO DISMISS INTERPLEADER**

COMES NOW Farmers Insurance Exchange, one of the defendants in the above-styled matter, and gives notice that it does not object to the plaintiff's motion to dismiss the interpleader action.

    /s/Ronald J. Gault_____
Ronald J. Gault (GAU004)
Attorney for Defendant
Farmers Insurance Exchange

**OF COUNSEL:**
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, Alabama  35243
(205) 980-5888

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon counsel for all parties electronically or by placing a copy of same in the United States Mail, properly addressed and postage prepaid, this the 10th day of July, 2007, to:

David R. Wells
MILLER, HAMILTON, SNIDER & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama  35203

Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway, Suite 600D
Birmingham, Alabama  35209

Elizabeth McAdory Borg
THE MCADORY BORG LAW FIRM, P.C.
121 Mitchum Avenue
Auburn, Alabama  36830

James B. Douglas, Jr.
Post Office Box 1423
Auburn, Alabama  36831-1423

Darrel L. McDonel
103 Deer Trace
Prattville, Alabama  36067

George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, Alabama  35244

/s/Ronald J. Gault_____
OF COUNSEL