IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | |
| STEPHEN L. THOMAS, as the | ) | 3:07 CV95-MHT |
| Personal Representative and | ) | |
| Administrator of the Estate of | ) | |
| JANA E. THOMAS, deceased; | ) | |
| T.T., a minor, by and through her | ) | |
| next friend and father, STEPHEN L. | ) | |
| THOMAS; H.T., a minor, by and | ) | |
| through his next friend and father, | ) | |
| STEPHEN L. THOMAS; M & M | ) | |
| TRUCKING COMPANY, INC.; | ) | |
| DARREL L. McDONEL; ROLLEN | ) | |
| ROCK, INC.; BRETT McANALLY | ) | |
| D/B/A ROLLEN ROCK, INC.; ROLLING | ) | |
| ROCK, INC.; BRETT McANALLY d/b/a | ) | |
| ROLLING ROCK, INC.; JEFF FAIR; | ) | |
| NATIONWIDE MUTUAL INSURANCE | ) | |
| COMPANY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION OF M & M TRUCKING COMPANY, INC.
## FOR RELEASE OF FUNDS FOR SETTLEMENT

COMES M & M Trucking Company, Inc., by and through its attorney, Jack J. Hall, and moves the Court for an Order releasing the **One Million Dollar ($1,000,000.00)** policy limit of Canal Insurance Company, previously interpleaded, for settlement of the Thomas family claims stated in Lee County Circuit Court Civil Action No. CV-05-771. As grounds therefor, M & M shows the following:

1. That Canal Insurance Company previously paid into Court its policy limit of **One Million Dollars ($1,000,000.00)**, and said funds were subsequently transferred to Regions Bank to an interest-bearing account.

2. Subsequent thereto, a settlement of all Thomas family claims was reached and it was agreed that the funds paid into Court would be utilized to fund the settlement of the Thomas family claims.

3. Subsequent thereto, all parties have joined in a Motion requesting the Court to cause the funds to be released and transferred to the Trust Account of Miller, Hamilton, Snider & Odom, L.L.C., to expedite the payment of said funds in settlement of the Thomas family claims.

4. That a Pro Ami hearing is scheduled in Lee County Circuit Court before Circuit Judge Jacob Walker at **1:30 p.m., Monday, August 13, 2007,** for approval of Pro Ami settlements.

5. A part of the settlement funds is a structured settlement, which is time sensitive, and in connection therewith, the defendant incorporates herein correspondence from Thomas family attorney Jeffrey C. Rickard dated August 2, 2007, which is made a part hereof and marked "Exhibit A."

6. It is needful for the funds to be released and paid to the Miller, Hamilton, Snider & Odom Trust Account in advance of the **August 13** hearing date so that the funds may be utilized in settlement of the Thomas family claims and disbursed on or before that date.

**WHEREFORE**, Defendant M & M Trucking Company, Inc. moves the Court to enter an Order directing that the **One Million Dollar ($1,000,000.00)** policy limit, with interest, be transferred from Regions Bank to the Trust Account of Miller, Hamilton, Snider & Odom, L.L.C., in advance of **August 13, 2007**.

Respectfully submitted,

/s/ Jack J. Hall
Jack J. Hall (ASB-7823-L62J)
Attorney for Defendant,
**M & M Trucking Company, Inc.**

OF COUNSEL:
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2626
Phone:    205-251-8143
Fax:    205-326-1455

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 3rd day of August, 2007, served a copy of the foregoing by electronically filing same with the Clerk of the Court, and by placing a copy of same in the U.S. Mail, properly addressed and first class postage prepaid, to:

David H. Marsh
Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway
Suite 600-D
Birmingham, AL 35209

K. Donald Simms
David R. Wells
Miller, Hamilton, Snider & Odom, LLC
500 Financial Center
505 North 20th Street
Birmingham, AL 35203

Elizabeth McAdory Borg
The McAdory Borg Law Firm, P.C.
121 Mitchum Avenue
Auburn, AL 36830

James B. Douglas, Jr.
P.O. Box 1423
Auburn, AL 36831-1423

George M. Vaughn
Paden & Paden, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

Ronald J. Gault
Gaines, Wolter & Kinney, P.C.
3500 Blue Lake Drive
Suite 425
Birmingham, AL 35243

          /s/ Jack J. Hall
          Of Counsel

AUG - 3 2007

# MARSH, RICKARD & BRYAN, P.C.
ATTORNEYS AT LAW
800 SHADES CREEK PARKWAY
SUITE 600-D
BIRMINGHAM, ALABAMA 35209

DAVID H. MARSH
JEFFREY C. RICKARD
NAT BRYAN
MICHAEL K. BEARD
SUSAN J. SILVERNAIL
THOMAS M. POWELL
ALAN B. LASSETER
HENRY CORNELIUS
DERRICK A. MILLS
TRACEY C. DOTSON
TAYLOR C. POWELL

TELEPHONE 205/879-1981
FAX 205/879-1986
E-MAIL: attys@mrblaw.com
www.mrblaw.com

August 2, 2007

**VIA FACSIMILES AND UNITED STATES MAIL**

David R. Wells, Esquire
K. Donald Simms, Esquire
MILLER, HAMILTON, SNIDER
 & ODOM, L.L.C.
500 Financial Center
505 20th Street North
Birmingham, Alabama 35203

Jack J. Hall, Esquire
HALL, CONERLY & BOLVIG, P.C.
1400 Financial Center
505 North 20th Street
Birmingham, Alabama 35203-2626

Re: Stephen L. Thomas, et al., v. M & M Trucking Company, Inc., et al.
Lee County Circuit Court Case No.: CV 05-771

Gentlemen:

As you know, the pro ami hearing for this case is set for Monday, August 13, 2007 before Judge Walker at 1:30 p.m. We are working to finalize the documents. I intend to have them to you well in advance of the hearing. I was recently contacted by Joanna Camp indicating that she has been appointed guardian ad litem.

Most importantly, I understand that the $1 million insurance proceeds which will be used to partially fund the settlement are still tied up in federal court. This case was settled on May 25, 2007. We subsequently locked in various rates and benefit guarantees in connection with structured annuities for Mr. Stephen L. Thomas and the two children. Obviously, the ability to fund these annuities is time sensitive and the inability to fund these structures will result in monetary loss to my clients.



David R. Wells, Esquire
K. Donald Simms, Esquire
Jack J. Hall, Esquire
Page Two
August 2, 2007

---

      The settlement proceeds need to be available on or before the pro ami hearing. I am asking that you urgently take the steps necessary to secure the release of these funds so that my clients can avoid further financial hardship for which we may be forced to seek redress against the defendants and/or its insurers.

                                   Sincerely,

                 MARSH, RICKARD & BRYAN, P.C.

                             Jeffrey C. Rickard

JCR/ke
:1943

cc:    David H. Marsh, Esquire