IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

CANAL INSURANCE COMPANY,    )
                                    )
     Plaintiff,          )
                                    )         CIVIL ACTION NO.
vs.                            )
                                    )         3:07cv95-MHT
STEPHEN L. THOMAS, et al.,    )
                                    )
     Defendants.         )

## CONFLICT DISCLOSURE STATEMENT

Come now Stephen L. Thomas, T.T. and H.T., who are named Defendants in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    ( X )    This party is an individual, or

    (   )    This party is a governmental entity, or

    ( X )    There are no entities to be reported, or

    (   )    The following entities and their relationship to
             the party are hereby reported:

Reportable Entity                    Relationship to Party

_____         _____

_____         _____

_____         _____

_____         _____


Dated this the __9th__ day of January, 2008.


                          Respectfully submitted,


                          ___s/Jeffrey C. Rickard_____
                          Jeffrey C. Rickard, Esquire
                          ASB0260-C63J
                          Attorney for Defendant
                          MARSH, RICKARD & BRYAN, P.C.
                          800 Shades Creek Parkway
                          Suite 600-D
                          Birmingham, Alabama   35209
                          Telephone:  205-879-1981
                          Facsimile:  205-879-1986 Fax
_____E-Mail:  jrickard@mrblaw.com

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that a true and correct copy of the foregoing pleading has been served upon the following via the CV/ECF electronic filing system, as well as by United States Mail, first-class postage pre-paid and properly addressed on this 9th day of January, 2008.

**COUNSEL AND PARTIES OF RECORD:**

Elizabeth Borg
McADORY BORG LAW FIRM, P.C.
121 Mitchum Avenue
Auburn, Alabama  36830

George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, Alabama  35244

Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, Alabama  35243

Adam M. Milam
Keri D. Simms
David R. Wells
MILLER, HAMILTON, SNIDER & ODOM, LLC
505 North 20th Street, Suite 1200
Birmingham, Alabama 35203

Darel L. McDonel
Pro Se
103 Deer Trace
Prattville, Alabama  36067

<u>  s/Jeffrey C. Rickard  </u>
Jeffrey C. Rickard
Attorney for Defendant Thomas