IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | |
| STEPHEN L. THOMAS, as the Personal ) | 3:07 CV95-MHT |
| Representative and Administrator of the ) | |
| Estate of JANA E. THOMAS, deceased, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CHANGE OF ADDRESS**

COME NOW, K. Donald Simms and David R. Wells, attorneys of record for the Plaintiff in the above-referenced case, and hereby provide the following information concerning their change of address insofar as the issuance of Court notices and information is concerned:

WHITAKER, MUDD, SIMMS, LUKE & WELLS, L.L.C.
2001 Park Place North
Suite 400
Birmingham, AL 35203
(205) 639-5300 *telephone*
(205) 639-5350 *facsimile*

WHEREFORE, PREMISES CONSIDERED the undersigned, K. Donald Simms and David R. Wells, respectfully move this Honorable Court to change their address so that future Court notices and information will be directed to their

attention at the law firm of Whitaker, Mudd, Simms, Luke & Wells, L.L.C., the address of which is set forth above.

                Respectfully submitted,

                s/David R. Wells
                K. DONALD SIMMS (ASB-9801-M63K)
                DAVID R. WELLS (ASB-5009-L50D)
                Attorneys for Plaintiff,
                Canal Insurance Company

OF COUNSEL:

Whitaker, Mudd, Simms, Luke & Wells, LLC
2001 Park Place North
Suite 400
Birmingham, AL 35203
Phone: 205-639-5300
Fax: 205-639-5350
ksimms@wmslawfirm.com
dwells@wmslawfirm.com

CERTIFICATE OF SERVICE

      I do hereby certify that a true and correct copy of the foregoing pleading has been served upon the following via the CM/ECF electronic filing system, on this 22nd day of January, 2008.

David H. Marsh
Jeffrey C. Rickard
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Pkwy., Suite 600-D
Birmingham, AL 35209

Elizabeth McAdory Borg
THE MCADORY BORG LAWFIRM, P.C.
121 Mitchum Avenue
Auburn, AL 36830James B. Douglas, Jr.
P.O. Box 1423
Auburn, AL 36831-1423

Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, AL 35243

Darrel L. McDonel
103 Deer Trace
Prattville, AL 36067

George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, AL 35244

                                                  s/David R. Wells
                                                  OF COUNSEL