IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern _____ DIVISION

Canal Insurance Company _____ ,)
)
)
  Plaintiff, )
)
v. ) CASE NO. 3:07-cv-95-MHT-WC
)
Thomas, el. al. _____ , )
)
)
  Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Jeffrey Fair _____ , a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☑ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

1/23/08
Date

(Signature)

James B. Douglas, Jr.
(Counsel's Name)

Jeffrey Fair
Counsel for (print names of all parties)
P.O. Box 1423
Auburn, AL 36831-1423
Address, City, State Zip Code
334.821.1596
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Eastern DIVISION

## CERTIFICATE OF SERVICE

I, James B. Douglas, Jr., do hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 23rd day of January 20 08 to:

All parties of record.

1/23/08
Date

Signature