IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:07cv95-MHT |
| | ) |
| STEPHEN L. THOMAS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion to Order Release of Investigative File (Doc. #40), filed on April 6, 2007, and Defendants' failure to respond to this Court's Order of April 6, 2007 (Doc. #41), and for good cause, it is

ORDERED that the motion (Doc. #40) is GRANTED. The Clerk is directed to forward this order to the Lee County District Attorney's Office.

DONE this 18th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE