IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
CANAL INSURANCE COMPANY,      )
                              )
    Plaintiff,                )
                              )
                              )     CIVIL ACTION NO.
    v.                        )       3:07cv95-MHT
                              )
STEPHEN L. THOMAS, et al.,    )
                              )
    Defendants.               )
```

## ORDER

Because the status of this case may have changed due to the change in the status of related cases, it is ORDERED as follows:

(1) A status conference is set for April 11, 2008, at 9:30 a.m. Counsel for plaintiff is to arrange for the conference to be held by telephone.

(2) On or before April 8, 2008, each of the parties is to file a statement regarding the status of this case and related cases.

(3) The following motions are denied with leave to renew, if necessary, after the status conference: motion to stay (Doc. No. 16); amended motion to stay (Doc. No. 32); and motion to dismiss (Doc. No. 38).

DONE, this the 20th day of March, 2008.


    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**