IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| vs. ) | |
| ) | 3:07cv95-MHT |
| STEPHEN L. THOMAS, et al., ) | |
| ) | |
| Defendants. ) | |

**STATEMENT OF STATUS**

Come now Stephen L. Thomas, T.T. and H.T., who are named Defendants in the above-captioned matter, and in accordance with the order of this Court, state as follows:

1. The underlying case involving these defendants has been settled.

Respectfully submitted,

   s/Jeffrey C. Rickard
Jeffrey C. Rickard, Esquire
ASB0260-C63J
Attorney for Defendant
MARSH, RICKARD & BRYAN, P.C.
800 Shades Creek Parkway
Suite 600-D
Birmingham, Alabama  35209
Telephone:  205-879-1981
Facsimile:  205-879-1986 Fax
E-Mail:  jrickard@mrblaw.com

**CERTIFICATE OF SERVICE**

    I do hereby certify that a true and correct copy of the foregoing pleading has been served upon the following via the CV/ECF electronic filing system, as well as by United States Mail, first-class postage pre-paid and properly addressed on this 28th day of March, 2008.

**COUNSEL AND PARTIES OF RECORD:**

Elizabeth Borg
McADORY BORG LAW FIRM, P.C.
121 Mitchum Avenue
Auburn, Alabama  36830

George M. Vaughn
PADEN & PADEN, P.C.
5 Riverchase Ridge
Birmingham, Alabama  35244

Ronald J. Gault
GAINES, WOLTER & KINNEY, P.C.
3500 Blue Lake Drive, Suite 425
Birmingham, Alabama  35243

Adam M. Milam
Keri D. Simms
David R. Wells
MILLER, HAMILTON, SNIDER & ODOM, LLC
505 North 20th Street, Suite 1200
Birmingham, Alabama 35203

Darel L. McDonel
Pro Se
103 Deer Trace
Prattville, Alabama  36067

                                    s/Jeffrey C. Rickard
                                    Jeffrey C. Rickard
                                    Attorney for Defendant Thomas