IN THE DISTRIC COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| CANAL INSURANCE COMPANY, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. |
| | * | 3:07cv95-MHT |
| | * | |
| STEPHEN L. THOMAS, et al., | * | |
| | * | |
| Defendants. | * | |

## STATEMENT REGARDING STATUS

**COMES NOW** Jeff Fair, one of the Defendants in the above-referenced matter, and states to the Court that all of his claims have been settled. Upon information and belief, the undersigned is of the opinion that the claims of all parties have been adjudicated.

Respectfully submitted this the 3rd day of April, 2008.

/s/ James B. Douglas, Jr.
James B Douglas, Jr.
Attorney for Plaintiff
P.O. Box 1423
Auburn, AL 36831-1423
334-821-1596

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this the 3rd day of April, 2008, served a true and correct copy of the above and foregoing on counsel for all parties to this proceeding by use of this Court's electronic system.

/s/ James B. Douglas, Jr.
James B. Douglas, Jr.