IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| CANAL INSURANCE CO., ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 3:07-cv-95-MHT |
| STEPHEN L. THOMAS et al., ) | |
|     Defendants. ) | |

## STATEMENT REGARDING STATUS

Comes now Farmers Insurance Exchange, one of the defendants in the above-styled case, and, in compliance with this Court's order of March 20, 2008, states as follows:

1. The underlying case involving this defendant has been settled and has been dismissed.

Respectfully submitted, this, the 4th day of April, 2008.

                              /s/ Ronald J. Gault
                              Ronald J. Gault (GAU004)
                              Attorney for Defendant,
                              Farmers Insurance Exchange

OF COUNSEL:

GAULT & HENDRIX, LLC
5346 Stadium Trace Parkway
Suite 114
Birmingham, Alabama  35244
(205) 987-6935
(205) 987-6940 (Fax)


## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing has been served on counsel for all parties via electronic transfer on this, the 4th day of April, 2008.


                                          /s/ Ronald J. Gault
                                          OF COUNSEL