IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

**CANAL INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                                                   **Civil Action No. 3:07CV95-MHT**

**STEPHEN L. THOMAS, et. al.,**

    **Defendants**

### STATEMENT REGARDING STATUS

COMES NOW M&M Trucking Company, Inc., Rollen Rock, Inc. and Brett McAnally, Defendants in the above styled matter, and states to the Court that all matters as to these Defendants have been resolved.

RESPECTFULLy SUBMITTED this 4th day of April, 2008.

                                                    /s/Elizabeth McAdory Borg
                                                    Elizabeth McAdory Borg
                                                    Attorney for Defendants

OF COUNSEL:
McAdory Borg Law Firm, PC
121 Mitcham Ave.
Auburn, AL 36830
(334)502-4529
LizBorg@JudgeBorg.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing has been served upon all counsel of record by filing via CM/ECF, electronic filing system, on this 4th day of April, 2008.

                                      /s/Elizabeth McAdory Borg
                                      Elizabeth McAdory Borg
                                      Attorney for Defendants